**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN CANDELORE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LDK SOLAR CO., LTD. LDK SOLAR USA, INC., XIAOFENG PENG and JACK K. LAI,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 07-05182 WHA<br><br>**ORDER RE NOTICE** |

　　　　Plaintiff has filed a complaint against defendants for violation of federal securities laws. The Court requests that counsel address what kinds of notice need to be provided under the Private Securities Litigation Reform Act and how counsel intend to comply with these requirements. Counsel should also provide a timeline and indicate whether there are any other related cases in this Court or elsewhere. A response is due by **FRIDAY, NOVEMBER 2, 2007**, at **NOON**.

　　　　**IT IS SO ORDERED.**

Dated: October 22, 2007.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE