COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
       – and –
DARREN J. ROBBINS (168593)
MARY K. BLASY (211262)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
maryb@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN CANDELORE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., et al.,<br><br>Defendants. | No. C-07-05182-WHA<br><br><u>CLASS ACTION</u><br><br>RESPONSE TO ORDER RE NOTICE |

Allan Candelore ("Plaintiff") respectfully submits this response to the Court's Order dated October 22, 2007.

**Notice and Timeline**

The Private Securities Litigation Reform Act of 1995 ("PSLRA") has established a procedure that governs the appointment of a lead plaintiff in "each private action arising under the [Securities Exchange Act of 1934] that is brought as a plaintiff class action pursuant to the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(1) and (a)(3)(B)(i). The plaintiff who files the initial action must publish a notice to the class, within 20 days of filing the action, informing class members of their right to file a motion for appointment as lead plaintiff. 15 U.S.C. §78u-4(a)(3)(A)(i). Plaintiff filed this action in October 9, 2007 and caused the first notice regarding the pendency of this action to be published on *Business Wire*, a national, business-oriented newswire service, on October 9, 2007, a copy of which is attached hereto as Exhibit A. *See In re Surebeam Corp. Sec. Litig.*, No. 03 CV 1721 JM (POR), 2003 U.S. Dist. LEXIS 25022, at *6 n.2 (S.D. Cal. Jan. 5, 2004) (finding that "*Business Wire* [is] an adequate manner of providing notice in securities cases"). Within 60 days after publication of the notice, any person or group of persons who are members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the action. 15 U.S.C. §78u-4(a)(3)(A) and (B). Therefore, the time period in which class members may move to be appointed lead plaintiff herein under 15 U.S.C. §78u-4(a)(3)(A) and (B) expires on December 8, 2007.

Second, the PSLRA provides that, within 90 days after publication of the notice, the Court shall consider any motion made by a class member and shall appoint as lead plaintiff the member or members of the class who the Court determines to be most capable of adequately representing the interests of class members. *See* 15 U.S.C. §78u-4(a)(3)(B).

**Other Actions**

In addition to this action, Plaintiff is aware of two other actions that have been commenced in this District that are related to this action: (i) *O'Reilly v. LDK Solar Co., Ltd., et al.*, C-07-05205-CRB, filed on October 11, 2007; and (ii) *Greenwald v. Peng, et al.*, C-07-05259-MHP, filed on October 16, 2007. Counsel for Plaintiff in this action is presently attempting to obtain the consent of

RESPONSE TO ORDER RE NOTICE - C-07-05182-WHA                                           - 1 -

1  all parties to consolidate all actions pending in this District and establish a uniform briefing schedule
2  once a lead plaintiff has been appointed and selection of lead counsel has been approved.
3      Counsel for Plaintiff in this action are aware of two additional securities class actions having
4  been filed against LDK Solar Co., Ltd. and its executives in the Southern District of New York
5  (*Tsang v. LDK Solar Co., Ltd., et al.*, No. 07-CV-08706-JGK (S.D.N.Y. Oct. 9, 2007) and *Lui v.*
6  *LDK Solar Co. Ltd., et al.*, No. 07-CV-08766 (S.D.N.Y. Oct. 11, 2007), which arise out of conduct
7  similar to that alleged in this action. Counsel for Plaintiff in this action engaged in discussions with
8  counsel for plaintiffs in the New York actions to determine if they were amenable to transferring
9  those actions to this District, where LDK's U.S. headquarters are located and where its Chief
10 Financial Officer, a named defendant in these actions, resides. No such agreement has been reached.
11 Counsel for defendants has been made aware of plaintiffs' inability to agree on a single forum.

12 DATED: November 2, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
MARY K. BLASY

    s/ MARY K. BLASY
      MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

S:\CasesSD\LDK Solar\NOT00046937.doc

RESPONSE TO ORDER RE NOTICE - C-07-05182-WHA     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 2, 2007.

s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  maryb@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwooc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)