IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLAN CANDELORE, on behalf of himself and all others similarly situated

    Plaintiff,

  v.

LDK SOLAR CO., LTD. LDK SOLAR USA, INC., XIAOFENG PENG and JACK K. LAI,

    Defendants.

No. C 07-05182 WHA

**ORDER RE RELATING CASES AND HEARING TO APPOINT LEAD PLAINTIFF**

Based on plaintiff's memorandum regarding notice requirements under the Private Securities Litigation Reform Act, the Court is inclined to relate *O'Reilly v. LDK Solar Co., Ltd., et al.*, C 07-05206 CRB, and *Greenwald v. Peng, et al.*, C 07-05259 MHP, to the undersigned judge. Anyone who objects should advise the Court within five calendar days. Plaintiff's counsel is also ordered to give notice to all counsel in *O'Reilly* and *Greenwald* of the pending relating of their actions. The Court will tentatively hold a hearing on the appointment of lead plaintiff on **WEDNESDAY, DECEMBER 5, 2007**, at **2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: November 6, 2007.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE