

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
    – and –
DARREN J. ROBBINS (168593)
MARY K. BLASY (211262)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
maryb@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN CANDELORE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. C-07-05182-WHA |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| LDK SOLAR CO., LTD., et al., | ) ) | |
| Defendants. | ) ) ) | |
| THOMAS O' REILLY, | ) ) | No. C-07-05205-CRB |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| LDK SOLAR CO., LTD., et al., | ) ) ) | |
| Defendants. | ) ) | |

[Caption continued on following page.]

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND DEFERRING RESPONSE DATE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREDRICK GRENWALD, individually and
on Behalf All Others Similarly Situated,

                              Plaintiff,

            vs.

LDK SOLAR CO., LTD., et al.,

                              Defendants.

No. C-07-05259-MHP

<u>CLASS ACTION</u>

1    WHEREAS, there are currently three related securities class action lawsuits instituted on

2    behalf of the stockholders of LDK Solar Co. Ltd. ("LDK") pending in this District;

3    WHEREAS, consolidation of these related actions will promote judicial economy, avoid

4    duplicative law and motion and discovery proceedings, and streamline adjudication of these related

5    matters;

6    WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. §78u

7    4(a)(3)(B) of the Securities Exchange Act of 1934;

8    WHEREAS, LDK and LDK Solar USA, Inc., through their counsel of record indicated

9    below, have agreed to waive process of service without waiving any challenges as to jurisdiction or

10    venue; and

11    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

12    efficiency, and will not cause prejudice to either party,

13    IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

14    1.    The following actions are hereby consolidated for all purposes, including pretrial

15    proceedings, trial and appeal, pursuant to Fed. R. Civ. P. 42(a):

16

| Abbreviated Case Name | Civil Case No. | Date Filed |
|---|---|---|
| *Candelore v. LDK Solar Co., Ltd., et al.* | 07cv05182 | 10/09/07 |
| *O'Reilly v. LDK Solar Co., Ltd., et al.* | 07cv05205 | 10/11/07 |
| *Greenwald v. Peng, et al.* | 07cv05259 | 10/16/07 |

17

18

19    2.    The caption of these consolidated cases shall be "*In re LDK Solar Securities*

20    *Litigation*" and the files of this action shall be maintained in one file under Master File

21    No. C-07-05182-WHA. Any other actions now pending or hereafter filed in this District which arise

22    out of the same facts and claims as alleged in these related actions shall be consolidated for all

23    purposes, if and when they are brought before this Court and the Court accepts the transfer and

24    approves consolidation;

25    3.    Without waiving any challenges to jurisdiction or venue, LDK and LDK Solar USA,

26    Inc., through their counsel of record indicated below, agree to waive process of service;

27

28

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND
DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                    - 1 -

1    4.    Every pleading filed in the consolidated actions, or in any separate action included

2  herein, shall bear the following caption:

3                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
4
   IN RE LDK SOLAR SECURITIES LITIGATION    )    Master File No. C-07-05182- WHA
5                                                                              )
   This Document Relates to:                                  )
6                                                                              )
                                                                               )    CLASS ACTION
7                                                                              )
   _____    )

8
9    5.    When a pleading is intended to apply to all actions governed by this Order, the words

10  "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption

11  set out above.  When a pleading is intended to apply only to some, but not all of the consolidated

12  actions, this Court's docket number for the individual action to which the document applies along

13  with the last name of the first-listed plaintiff in said action shall appear immediately after the words

14  "This Document Relates to:" in the caption described above;

15    6.    From the date of entry of this Order, the parties shall comply with 15 U.S.C. §78u-

16  4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. §78u-4(b)(3)(B) is in effect, and

17  shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i) provisions concerning documents, including, but not

18  limited to, electronic documents and e-mail, relevant to allegations contained in any and all of the

19  pleadings in these actions, including any consolidated class action complaint;

20    7.    Within 20 days of the appointment of a lead plaintiff and lead counsel in the

21  consolidated action, lead plaintiff shall designate one of the complaints operative or establish a

22  schedule for filing a consolidated complaint which shall be the operative complaint and which shall

23  supercede all previously filed complaints.  Defendants need not respond to any preceding

24  complaints.  Lead plaintiff and defendants shall also negotiate a briefing schedule on defendants'

25  anticipated motion to dismiss the operative complaint;

26    8.    The parties shall effect service of papers filed with the Court on opposing counsel by

27  overnight mail service, hand delivery, or facsimile, unless otherwise agreed.  After the Court

28  appoints lead plaintiff's counsel, defendants may serve all plaintiffs' counsel who are not appointed

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND
DEFERRING RESPONSE DATE** - C-07-05182-WHA                                      - 2 -

1 | as lead counsel by regular mail, but must continue to serve lead plaintiff's counsel by overnight mail

2 | service, hand delivery, or facsimile.

3 |         IT IS SO STIPULATED.

4 | DATED:  November 6, 2007                    COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
5 |                                             DARREN J. ROBBINS
                                                MARY K. BLASY
6 |

7 |

8 |                                                s/ MARY K. BLASY
                                                MARY K. BLASY

9 |                                             655 West Broadway, Suite 1900
                                                San Diego, CA  92101
10 |                                            Telephone:  619/231-1058
                                                619/231-7423 (fax)
11 |
                                                COUGHLIN STOIA GELLER
12 |                                                RUDMAN & ROBBINS LLP
                                                SHAWN A. WILLIAMS
13 |                                            100 Pine Street, 26th Floor
                                                San Francisco, CA  94111
14 |                                            Telephone:  415/288-4545
                                                415/288-4534 (fax)
15 |
                                                Attorneys for Plaintiff Allan Candelore
16 |
     DATED:  November 6, 2007                    SCHATZ NOBEL IZARD P.C.
17 |                                            ANDREW M. SCHATZ
                                                JEFFREY S. NOBEL
18 |                                            MARK P. KINDALL

19 |

20 |                                               s/ MARK P. KINDALL (with permission)
                                                MARK P. KINDALL
21 |
                                                20 Church Street, Suite 1700
22 |                                            Hartford, CT  06103
                                                Telephone:  860/493-6292
23 |                                            860/493-6290 (fax)

24 |                                            Attorneys for Plaintiff Thomas O'Rielly

25 |

26 |

27 |

28 |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND
DEFERRING RESPONSE DATE** - C-07-05182-WHA                                        - 3 -

1   DATED:  November 6, 2007                    GLANCY BINKOW & GOLDBERG LLP
                                                LIONEL GLANCY
2

3
                                                    s/ LIONEL GLANCY (with permission)
4                                                      LIONEL GLANCY

5                                               1801 Avenue of the Stars, Suite 311
                                                Los Angeles, CA  90067
6                                               Telephone:  310/201-9150
                                                310/201-9160 (fax)
7
                                                GLANCY BINKOW & GOLDBERG LLP
8                                               SUSAN G. KUPFER
                                                One Embarcadero Center, Suite 760
9                                               San Francisco, CA  94115
                                                Telephone:  415/972-8160
10                                              415/972-8166 (fax)

11                                              Attorneys for Plaintiff Fredrick Greenwald

12
     DATED:  November 6, 2007                   LATHAM & WATKINS LLP
13                                              JAMES J. FARRELL

14

15                                                  s/ JAMES J. FARRELL (with permission)
                                                       JAMES J. FARRELL
16
                                                633 West Fifth Street, Suite 4000
17                                              Los Angeles, CA  90071-2007
                                                Telephone:  213/485-1234
18                                              213/891-8763 (fax)

19                                              Attorneys for Defendants LDK Solar Co., Ltd.,
                                                LDK Solar  USA, Inc., Xiaofeng Peng, XingXue
20                                              Tong, and Jack Lai

21                                  **O R D E R**

22
             IT IS SO ORDERED.
23
     DATED:  _____    _____
24
                                            THE HONORABLE WILLIAM H. ALSUP
25                                          UNITED STATES DISTRICT JUDGE

26

27
     S:\CasesSD\LDK Solar\STP00046845.doc
28

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND
DEFERRING RESPONSE DATE** - C-07-05182-WHA                                    - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 6, 2007.

 s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  maryb@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)