**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ALLAN CANDELORE, on behalf of himself          No. C 07-05182 WHA
     and all others similarly situated
11
12              Plaintiff,
                                                     **ORDER REQUESTING**
13      v.                                           **INFORMATION FROM LEAD**
                                                     **PLAINTIFF CANDIDATES AND**
14   LDK SOLAR CO., LTD. LDK SOLAR USA,              **SETTING BRIEFING SCHEDULE**
     INC., XIAOFENG PENG and JACK K. LAI,
15
                Defendants.
16   _____/

17          All motions to appoint a lead plaintiff shall be heard on **WEDNESDAY, DECEMBER 5,**

18   **2007**, at **2:00 P.M.** in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco,

19   California.  As opposed to "group" candidates, the Court wishes to evaluate the qualifications of

20   single investors, either institutional investors or individuals, to serve as lead plaintiff.  *See In re*

21   *Network Assocs., Inc., Sec. Litig.*, 76 F. Supp.2d 1017, 1019–27 (N.D. Cal. 1999).  The Court is

22   particularly interested in considering single investors with large losses and in evaluating their

23   experience in managing litigation.  Any "group" of movants must narrow its candidates to one

24   or two single investors and file answers to the appended questionnaire by **NOVEMBER 21, 2007,**

25   including the certification called for therein.  Each candidate must attend the hearing on

26   December 5, 2007, and be prepared to answer questions.

27          All motions to appoint lead plaintiff must be timely filed under 15 U.S.C. 78u-4(a)(3)

28   and must be supplemented by the appended questionnaire and certification.  All opposition

     briefs shall be filed and served by **NOVEMBER 27, 2007**, and shall not exceed ten pages.  Any

1  reply briefs shall be filed and served by **NOVEMBER 30, 2007.**  Each party shall submit only one

2  opposition brief, responding to all other pending motions, and only one reply brief.  All

3  questionnaires and other submissions shall be served both by facsimile and by mail on all

4  counsel named on the Court's appended service list.  Counsel are responsible for contacting

5  each other and obtaining the correct facsimile number.

6      If any movant has already filed a timely notice for appointment before receiving this

7  order, then the movant must file and serve a supplement to its submission in accordance with

8  this order by **NOVEMBER 21, 2007**.

9      Applications for class counsel shall be deferred until after the lead plaintiff has been

10  appointed.

11

12      **IT IS SO ORDERED.**

13

14  Dated:  November 14, 2007.

    WILLIAM ALSUP
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2