**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN CANDELORE, on behalf of himself and all others similarly situated<br><br>  Plaintiff,<br><br>  v.<br><br>LDK SOLAR CO., LTD. LDK SOLAR USA, INC., XIAOFENG PENG and JACK K. LAI,<br><br>  Defendants. | No. C 07-05182 WHA<br><br>**ORDER RE NOVEMBER 14 ORDER** |

The Court has been notified that there may be an alleged problem under the Private Securities Litigation Reform Act with respect to the order requesting information from lead plaintiff candidates and setting briefing schedule filed on November 14, 2007 (Doc. 9). Any complaints about the order must be made through a formal motion filed with the Court. In the meantime, the order will stand and all parties must comply with its requirements.

**IT IS SO ORDERED.**

Dated: November 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE