# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ALLAN CANDELORE, On Behalf of Himself and All Others Similarly Situated

v.

LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PENG and JACK K. LAI

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C 07 5182 WHA**

TO: (Name and address of defendant)

See Attachment A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 9 2007

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| Name of SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ATTACHMENT A

LDK Solar Co., Ltd.
Hi-tech Industrial Park
Xinyu City 338032
China

LDK Solar USA, Inc.
Registered Agent:
Jack Lai
1290 Oakmead PKWY, Suite 306
Sunnyvale, CA 94085

Xiaofeng Peng
c/o LDK Solar Co., Ltd.
Hi-tech Industrial Park
Xinyu City 338032
China

Jack K. Lai
10400 Mann Drive, #100
Cupertino, CA 95014

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | | |
| Plaintiff: Allan Candelore, et al | | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075182WHA | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Supplemental Order; Standing Order for all Judges of the Northern District of California - Contents of Joint Case Management Statement; Local Filing Guidelines; ECF Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Deadllines

3. a. Party served:   LDK Solar USA, Inc.
   b. Person served:   Jack K. Lai, Agent for Service

4. Address where the party was served:   1290 Oakmead Parkway, Suite 306
   Sunnyvale, CA 94085

5. I served the party:
   b. **by substituted service.** On: Tue., Oct. 23, 2007 at: 1:45PM by leaving the copies with or in the presence of:
      Judy Lin, Receptionist
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Kandefer
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   1156
      (iii) County:   Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Tue, Oct. 23, 2007

   (Michael Kandefer)

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   Summons & Complaint

   shwil.101589

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 Telephone No: 415-288-4545 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Northern District Of California | | | | | |
| Plaintiff: Allan Candelore, et al | | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | | |
| **Affidavit Of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number: C075182WHA | |

1. I, Tiffany Goucher, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LDK Solar USA, Inc. as follows:

2. **Documents:** Summons In A Civil Case; Complaint; Supplemental Order; Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Case Management Statement; Local Filing Guidelines; Ecf Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadllines.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/18/07 | 3:52pm | Business | No one is available to accept service at this time & Mr. Lai is on vacation until November. Attempt made by: Michael Kandefer. Attempt at: LDK Solar USA, Inc. 1290 Oakmead Pkwy, Suite 306 Sunnyvale CA 94085. |
| Thu | 10/18/07 | 7:30pm | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Fri | 10/19/07 | 11:48am | Business | No one is available to accept service. Attempt made by: Michael Kandefer. Attempt at: c/o Jack K. Lai, Agent for Service 1290 Oakmead Parkway, Suite 306 Sunnyvale CA 94085. |
| Fri | 10/19/07 | 8:15pm | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Sat | 10/20/07 | 9:35am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Sun | 10/21/07 | 11:00am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Mon | 10/22/07 | 9:33am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Mon | 10/22/07 | 2:54pm | Business | No one is available to accept service. Attempt made by: Michael Kandefer. |

| Attorney or Party without Attorney: | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | | | |
| Plaintiff: Allan Candelore, et al | | | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | | | |
| **Affidavit Of Reasonable Diligence** | | | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075182WHA |

**Summons & Complaint**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/23/07 | 1:45pm | Business | Substituted Service on: LDK Solar USA, Inc. Business - 1290 Oakmead Parkway, Suite 306 Sunnyvale, CA. 94085 by leaving a copy of the document(s) with: Judy Lin, Receptionist. Served by: Michael Kandefer |
| Tue | 10/23/07 | | | Mailed copy of Documents to: LDK Solar USA, Inc. |

3.  *Person Executing*
    a. Tiffany Goucher
    b. **Class Action Research &**
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663
    c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d..** *The Fee* for service was:
**e.** *I am:* (3) Not a Registered California Process Server

4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Oct. 23, 2007        **Affidavit Of Reasonable Diligence**        *(signature)* (Tiffany Goucher)

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545    FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | |
| Plaintiff: Allan Candelore, et al | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075182WHA |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Complaint; Supplemental Order; Standing Order for all Judges of the Northern District of California - Contents of Joint Case Management Statement; Local Filing Guidelines; ECF Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Deadllines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Oct. 23, 2007
   b. Place of Mailing:         Penryn, CA  95663
   c. Addressed as follows:     LDK Solar USA, Inc.
                                c/o Jack K. Lai, Agent for Service
                                1290 Oakmead Parkway, Suite 306
                                Sunnyvale, CA  94085

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 23, 2007 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                             d. The Fee for Service was:
   b. Class Action Research &                   e. I am: (3) registered California process server
      Litigation Support Services, Inc.            (i)   Employee
      P O Box 740                                  (ii)  Registration No.:    2005-27
      Penryn, CA  95663                            (iii) County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955           (iv)  Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Oct. 23, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | (Janis Dingman)<br>shwil.101589 |
|---|---|---|

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | |
| Plaintiff: Allan Candelore, et al | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075182WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Supplemental Order; Standing Order for all Judges of the Northern District of California - Contents of Joint Case Management Statement; Local Filing Guidelines; ECF Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Deadllines

3. a. Party served:           Jack K. Lai
   b. Person served:          party in item 3a

4. Address where the party was served:    LDK Solar USA, Inc.
                                          1290 Oakmead Pkwy, Suite 306
                                          Sunnyvale, CA 94085

5. I served the party:
   b. **by substituted service.** On: Tue., Oct. 23, 2007 at: 1:45PM by leaving the copies with or in the presence of:
      Judy Lin, Receptionist
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Kandefer                    d. *The Fee for Service was:*
   b. Class Action Research &             e. I am: (3) registered California process server
      Litigation Support Services, Inc.       (i)   Independent Contractor
      P O Box 740                             (ii)  Registration No.:    1156
      Penryn, CA 95663                        (iii) County:               Santa Clara
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Tue, Oct. 23, 2007

   Judicial Council Form                  PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007  Summons & Complaint        (Michael Kandefer)       shwil.101590

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United Stated District Court - Northern District Of California | | | | |
| *Plaintiff:* Allan Candelore, et al | | | | |
| *Defendant:* LDK Solar Co., LTD., et al | | | | |
| **Affidavit Of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C075182WHA |

1. I, Tiffany Goucher, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Jack K. Lai as follows:

2. **Documents:** Summons In A Civil Case; Complaint; Supplemental Order; Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Case Management Statement; Local Filing Guidelines; Ecf Handout; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadllines.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/18/07 | 3:52pm | Business | No one is available to accept service at this time & Mr. Lai is on vacation until November. Attempt made by: Michael Kandefer. Attempt at: LDK Solar USA, Inc. 1290 Oakmead Pkwy, Suite 306 Sunnyvale CA 94085. |
| Thu | 10/18/07 | 7:30pm | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Fri | 10/19/07 | 11:48am | Business | No one is available to accept service. Attempt made by: Michael Kandefer. Attempt at: c/o Jack K. Lai, Agent for Service 1290 Oakmead Parkway, Suite 306 Sunnyvale CA 94085. |
| Fri | 10/19/07 | 8:15pm | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Sat | 10/20/07 | 9:35am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Sun | 10/21/07 | 11:00am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Mon | 10/22/07 | 9:33am | Home | No answer at door. Attempt made by: Shari McKee. Attempt at: 10400 Mann Drive, #100 Cupertino CA 95014. |
| Mon | 10/22/07 | 2:54pm | Business | No one is available to accept service. Attempt made by: Michael Kandefer. |

Page: 1          Affidavit Of Reasonable Diligence          le32.101590

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 Telephone No: 415-288-4545 | | | | Ref. No or File No.: | | For Court Use Only |
|---|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Northern District Of California | | | | | | |
| Plaintiff: Allan Candelore, et al | | | | | | |
| Defendant: LDK Solar Co., LTD., et al | | | | | | |
| **Affidavit Of Reasonable Diligence** | Hearing Date: | | Time: | Dept/Div: | Case Number: C075182WHA | |

Summons & Complaint

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/23/07 | 1:45pm | Business | Substituted Service on: Jack K. Lai Business - LDK Solar USA, Inc. 1290 Oakmead Pkwy, Suite 306 Sunnyvale, CA. 94085 by leaving a copy of the document(s) with: Judy Lin, Receptionist. Served by: Michael Kandefer |
| Tue | 10/23/07 | | | Mailed copy of Documents to: Jack K. Lai |

3.  *Person Executing*
    a. Tiffany Goucher
    b. Class Action Research & Litigation Support Services, Inc.
    P O Box 740
    Penryn, CA 95663
    c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) Not a Registered California Process Server

4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Oct. 23, 2007         **Affidavit Of Reasonable Diligence**         _____
                                                                                  (Tiffany Goucher)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Shawn A. Williams, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111 | |
| Telephone No: 415-288-4545        FAX No: | |
| | Ref. No or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United Stated District Court - Northern District Of California | |
| Plaintiff: Allan Candelore, et al | |
| Defendant: LDK Solar Co., LTD., et al | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075182WHA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Complaint; Supplemental Order; Standing Order for all Judges of the Northern District of California - Contents of Joint Case Management Statement; Local Filing Guidelines; ECF Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Deadllines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Tue., Oct. 23, 2007
   b. Place of Mailing:           Penryn, CA  95663
   c. Addressed as follows:       Jack K. Lai
                                  LDK Solar USA, Inc.
                                  1290 Oakmead Pkwy, Suite 306
                                  Sunnyvale, CA  94085

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 23, 2007 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis  Dingman                          d. *The Fee for Service was:*
   b. Class Action Research &                 e. I am: (3)  registered California process server
      Litigation Support Services, Inc.              (i)    Employee
      P O Box 740                                    (ii)   Registration No.:    2005-27
      Penryn, CA  95663                              (iii)  County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955             (iv)   Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, Oct. 23, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | (Janis Dingman) | shwil.101590 |
|---|---|---|---|