1  Andrew M. Schatz
   Jeffrey S. Nobel
2  Mark P. Kindall   (CA BAR # 138703)
   SCHATZ NOBEL IZARD P.C.
3  20 Church Street, Suite 1700
   Hartford, Connecticut  06103
4  Tel:   (860) 493-6292
   Fax:   (860) 493-6290
5  mkindall@snilaw.com

6  **Counsel for Lead Plaintiff Movant**
   **Inna Kreer**

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
9
   _____)   **Master File NO.: C-07-05182 WHA**
10                                   )
   IN RE LDK SOLAR SECURITIES        )   NOTICE OF APPEARANCE OF
11 LITIGATION                        )   MARK KINDALL
                                     )
12                                   )
                                     )
13 This Document Relates to:         )
   All Actions                       )
14                                   )   Date:  Wednesday, December 5, 2007
                                     )   Time:  2:00 P.M.
15                                   )   CTRM:  9, 19th Floor
                                     )
16 _____)

17 TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

18      I am counsel to Thomas O'Reilly in *O'Reilly v LDK Solar Co.*, Ltd., et al., 07cv5205, a

19 case consolidated with this action. Please enter my appearance on behalf of Inna Kreer, an

20 applicant for Lead Plaintiff in this action.

21 Dated: November 21, 2007          SCHATZ NOBEL IZARD P.C.

22                                   By:/s/ Mark Kindall
                                     Mark P. Kindall   (CA BAR # 138703)
23                                   Andrew M. Schatz
                                     Jeffrey S. Nobel
24                                   20 Church Street, Suite 1700
                                     Hartford, Connecticut  06103
25                                   Tel: (860) 493-6292
                                     Fax: (860) 493-6290
26
                                     **Counsel for Lead Plaintiff**
27                                   **Movant Inna Kreer**

28

**PROOF OF SERVICE**

STATE OF CONNECTICUT    )
                        ) ss.:
COUNTY OF HARTFORD      )

I am employed in the county of Hartford, State of Connecticut, I am over the age of 18 and not a party to the within action; my business address is 20 Church Street Hartford, CT 06103

On November 21, 2007, using the Northern District of California's Electronic Case Filing System, I filed and served the document(s) described as:

(i) Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel;
(ii) Mark Kindall's Declaration in Support of Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel;
(iii) A Proposed Order;
(iv) Notice of Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel; and
(v) **Appearance of Mark Kindall**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Darren J. Robbins

e_file_sd@csgrr.com

Mary K. Blassy

maryb@lerachlaw.com

Shawn A. Williams
Shawnw@csgrr.com

Anyone not registered to be served by ECF service will be served as follows:

X
 BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of

business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I declare that I am a member of the bar of this Court

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 21, 2007, at Hartford, CT

/s/ Mark Kindall