Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall   (CA BAR # 138703)
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel:    (860) 493-6292
Fax:    (860) 493-6290
mkindall@snilaw.com

**Counsel for Lead Plaintiff Movant**
**Inna Kreer**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Actions | **Master File NO.: C-07-05182 WHA**<br><br>NOTICE OF  MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL<br><br>Date:   Wednesday, December 5, 2007<br>Time: 2:00 P.M.<br>CTRM: 9, 19th Floor |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 5, 2007, at 2:00 P.M., or as soon thereafter as the matter may be heard, before the Honorable William Alsup, United States District Judge, Inna Kreer will, and hereby does, move this Court  for an order (i) appointing Ms. Kreer as Lead Plaintiff in this action and (ii) approving her choice of Schatz Nobel Izard P.C. as Lead Counsel.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 on grounds that Inna Kreer has timely filed this Motion and that she is the "most adequate plaintiff." Moreover, Inna Kreer meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion in that her claims are typical of the other class members' claims and she will fairly and adequately represent the Class.

NOTICE OF  MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL C-07-05182 WHA

1

1    In support of this motion, Ms. Kreer has submitted herewith (i) a Memorandum of Law in

2  Support of Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection

3  of Counsel, (ii) the Declaration of Mark Kindall in Support of Motion for Appointment of Lead

4  Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel, and (iii) [Proposed] Order

5  Appointing Ms. Kreer as Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

6

7  Dated:  November 21, 2007                         SCHATZ NOBEL IZARD P.C.

8

9                                                    By:/s/ Mark Kindall
                                                     Mark P. Kindall   (CA BAR # 138703)
10                                                   Andrew M. Schatz
                                                     Jeffrey S. Nobel
11                                                   20 Church Street, Suite 1700
                                                     Hartford, Connecticut  06103
12                                                   Tel:  (860) 493-6292
                                                     Fax: (860) 493-6290
13
                                                     **Counsel for Lead Plaintiff**
14                                                   **Movant Inna Kreer**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL C-07-05182 WHA

2

1

2

**PROOF OF SERVICE**

3

STATE OF CONNECTICUT          )
                              )     ss.:
4

COUNTY OF HARTFORD            )

5

    I am employed in the county of Hartford, State of Connecticut, I am over the age of 18 and
6 not a party to the within action; my business address is 20 Church Street Hartford, CT 06103

7     On November 21, 2007, using the Northern District of California's Electronic Case Filing
System, I filed and served the document(s) described as:
8

9     (i)Motion for Appointment of Lead Plaintiff and for Approval of
Lead Plaintiff's Selection of Counsel;
10   (ii)Mark Kindall's Declaration in Support of Motion for Appointment of Lead Plaintiff and for
Approval of Lead Plaintiff's Selection of Counsel;
11     (iii)    A Proposed Order;
    (iv)Notice of Motion for Appointment of Lead Plaintiff and for Approval of
12     Lead Plaintiff's Selection of Counsel; and
    (v) **Appearance of Mark Kindall**
13

14

15     The ECF System is designed to automatically generate an e-mail message to all parties in the
case, which constitutes service. According to the ECF/PACER system, for this case, the parties
16 served are as follows:

17

18 Darren J. Robbins

19 e_file_sd@csgrr.com

20

Mary K. Blassy
21

maryb@lerachlaw.com
22

Shawn A. Williams
23 Shawnw@csgrr.com

24

25

Anyone not registered to be served by ECF service will be served as follows:
26

27

X
28     BY MAIL. I am familiar with the firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of

1  business.  I am aware that on motion of the party served, service is presumed invalid if postal
2  cancellation date or postage meter date is more than one day after date of deposit for mailing in an
   affidavit.

3       I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-
4  listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
   following electronic mail address provided by the Securities Class Action Clearinghouse:
5
                         **scac@law.stanford.edu**
6

7       I declare that I am a member of the bar of this Court
8
9       I further declare under penalty of perjury under the laws of the United States that the above
   is true and correct.
10
         Executed on November 21, 2007, at Hartford, CT_
11
                                      /s/ Mark Kindall
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2