Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall  (CA BAR # 138703)
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel:    (860) 493-6292
Fax:    (860) 493-6290
mkindall@snilaw.com

**Counsel for Lead Plaintiff Movant Inna Kreer**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Actions | Master File NO.: C-07-05182 WHA<br><br>DECLARATION OF MARK KINDALL IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL<br><br>Date:   Wednesday, December 5, 2007<br>Time: 2:00 P.M.<br>CTRM: 9, 19th Floor |

1. I am a partner with Schatz Nobel Izard P.C., proposed Counsel for Inna Kreer, the applicant for Lead Plaintiff in this action.

2. This declaration is submitted in support of the Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel, filed this date by Inna Kreer, who is a member of the proposed class in this action.

3. Attached hereto as Exhibit A is a true and accurate copy of the Certification of Named Plaintiff signed by Inna Kreer and a loss chart detailing her transactions in LDK Solar.

4. Attached hereto as Exhibit B is a true and correct copy of the Notice that Coughlin Stoia Geller Rudman and Robbins published on Business Wire on October 9, 2007.

6. Attached hereto as Exhibit C is the firm resume for Schatz Nobel Izard P.C.

Declaration of Mark Kindall C-07-05182 WHA

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on this 21st day of November, 2007.

3

4                                          /s/ Mark Kindall
                                           Mark Kindall
5

6

7  Submitted by:

8  SCHATZ NOBEL IZARD P.C.

9  Mark P. Kindall   (CA BAR # 138703)
10 20 Church Street, Suite 1700
   Hartford, Connecticut  06103
11 Tel:  (860) 493-6292
   Fax: (860) 493-6290
12 **Counsel for Lead Plaintiff**
   **Movant Inna Kreer**
13

Declaration of Mark Kindall C-07-05182 WHA

**PROOF OF SERVICE**

STATE OF CONNECTICUT )
) ss.:
COUNTY OF HARTFORD )

I am employed in the county of Hartford, State of Connecticut, I am over the age of 18 and not a party to the within action; my business address is 20 Church Street Hartford, CT 06103

On November 21, 2007, using the Northern District of California's Electronic Case Filing System, I filed and served the document(s) described as:

(i) Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel;
(ii) Mark Kindall's Declaration in Support of Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel;
(iii) A Proposed Order;
(iv) Notice of Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel; and
(v) **Appearance of Mark Kindall**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Darren J. Robbins

e_file_sd@csgrr.com

Mary K. Blassy

maryb@lerachlaw.com

Shawn A. Williams
Shawnw@csgrr.com

Anyone not registered to be served by ECF service will be served as follows:

X
BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of

business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I declare that I am a member of the bar of this Court

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 21, 2007, at Hartford, CT

/s/ Mark Kindall