Yahoo!  My Yahoo!  Mail    Make Y! your home page           Search:                              Web Search

**YAHOO! FINANCE**    **Sign In**    Finance Home - Help                        BusinessWire
New User? Sign Up

**Welcome [Sign In]**                                            To track stocks & more, Register

**Financial News**

Enter symbol(s)                    Basic          Get    Symbol Lookup

**Press Release**                                 Source: Coughlin Stoia Geller Rudman & Robbins LLP

# Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against LDK Solar Co. Ltd.

Tuesday October 9, 8:30 pm ET

SAN DIEGO--(BUSINESS WIRE)--Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/ldk/) today announced that a class action has been commenced in the United States District Court for the Northern District of California on behalf of purchasers of LDK Solar Co. Ltd. ("LDK") (NYSE:LDK - News) American Depositary Shares ("ADSs") during the period from August 1, 2007 to October 3, 2007 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/ldk/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges LDK and certain of its officers and directors with violations of the Securities Exchange Act of 1934. LDK manufactures multicrystalline solar wafers, which are the principal raw material used to produce solar cells.

The complaint alleges that throughout the Class Period, defendants concealed the full extent of how badly flawed the Company's internal controls were, preventing it from accurately measuring or reporting its inventory. As a result, the Company's inventories were overstated by an estimated 25%, causing inflation in LDK's assets, earnings and earnings per share ("EPS") reported during the Class Period.

On October 3, 2007, LDK's share price fell almost 25% following a report that LDK's financial controller had resigned, stating that the Company lacked internal controls and that the Company's reported 1,000 tonne inventory of polysilicon was overstated by 25%. LDK's former controller, Charley Situ, reported these discrepancies to both the U.S. Securities and Exchange Commission and the Company's external auditor, KPMG. LDK could not deny or confirm Situ's allegations on October 3, 2007, but promised to investigate and issue a further statement. The Company has since stated it will have an independent outside auditor investigate Situ's allegations. The Company's ADSs, which traded as high as $76.75 on September 27, 2007, plummeted $16.66, or 24.39%, to close at $51.65 on October 3, 2007. The ADSs continued to decline in after-hours trading, falling to $47.49.

The complaint alleges that defendants' Class Period statements describing LDK's business fundamentals, financial results and continued sales and earnings growth potential were false and misleading as: (a) defendants had overstated LDK's inventory of polysilicon prior to and during the Class Period and those false statements remained alive in the market during the Class Period; and (b) due to the Company's inventory of polysilicon being overstated, the Company's reported earnings and EPS prior to and during the Class Period were false and those false statements remained alive in the market during the Class Period.

Plaintiff seeks to recover damages on behalf of all purchasers of LDK ADSs during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

*Contact:*

```
Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800-449-4900 or 619/231-1058
djr@csgrr.com
```

Source: Coughlin Stoia Geller Rudman & Robbins LLP

Copyright © 2007 Yahoo! Inc All rights reserved  Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Business Wire  All rights reserved  All the news releases provided by Business Wire are copyrighted  Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden