Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall (CA BAR # 138703)
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:  (860) 493-6292
Fax:  (860) 493-6290
mkindall@snilaw.com

**Counsel for Lead Plaintiff Movant
Inna Kreer**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Action Relates To:<br>All Cases | Master File NO.: C-07-05182 WHA<br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL<br><br>Date: Wednesday, December 5, 2007<br>Time: 2:00 P.M.<br>CTRM: 9, 19th Floor |

WHEREAS, by her November 21, 2007 Motion, proposed Lead Plaintiff Inna Kreer moved for appointment as Lead Plaintiff and for approval of her selection of Schatz Nobel Izard P.C. as Lead Counsel; and

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that Inna Kreer is the most adequate plaintiff.

NOW THEREFORE, based upon the Declaration of Mark Kindall, the exhibits thereto, and the memorandum of law in support of Ms. Kreer's Motion;

IT IS HEREBY ORDERED that

1. Inna Kreer is appointed Lead Plaintiff; and
2. Lead Plaintiff's selection of Schatz Nobel Izard P.C. as Lead Counsel is approved.

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL C-07-05182 WHA

1

1
2  DATED: _____, 2007            SO ORDERED:
3
4                                     _____
                                      HON. WILLIAM ALSUP, U.S.D.J.
5
6
7  Submitted by:
   SCHATZ NOBEL IZARD P.C.
8  Mark P. Kindall   (CA BAR # 138703)
   Andrew M. Schatz
9  Jeffrey S. Nobel
   20 Church Street, Suite 1700
10 Hartford, Connecticut 06103
   Tel: (860) 493-6292
11 Fax: (860) 493-6290

12
   **Counsel for Lead Plaintiff**
13 **Movant Inna Kreer**

14

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL C-07-05182 WHA

2