1  LEVY, RAM & OLSON LLP
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
   639 Front Street, 4th Floor
3  San Francisco, CA 94111
   Tel: 415-433-4949
4  Fax: 415-433-7311

5  SPECTOR, ROSEMAN & KODROFF, P.C.
   Robert M. Roseman
6  rroseman@srk-law.com
   David Felderman
7  dfelderman@srk-law.com
   1818 Market Street, Suite 2500
8  Philadelphia, PA 19103
   Tel: 215-496-0300
9  Fax: 215-496-6611

10 *Counsel for Lead Plaintiff Movant
   Reza Karkonan*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates to: | |
| ALL ACTIONS | |
| REZA KARKONAN, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 07-cv-5752 |
| Plaintiff, | CLASS ACTION |
| v. | **[PROPOSED] ORDER GRANTING MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF** |
| LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PEN, AND JACK K. LAI | Date: December 5, 2007<br>Time: 2:00 p.m.<br>Courtroom: 9<br>[Hon. William H. Alsup] |
| Defendants. | |

1  Having considered the papers filed in support of Reza Karkonan's Motion For Appointment as Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court, having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), hereby determines that Reza Karkonan satisfies the requirements of the PSLRA and appoints Reza Karkonan to be the Lead Plaintiff and to represent the interests of the class in the Consolidated Actions.

IT IS SO ORDERED.

Dated: _____
UNITED STATES DISTRICT JUDGE