| | |
|---|---|
| 1 | LEVY, RAM & OLSON LLP |
| | Michael F. Ram (SBN 104805) |
| 2 | mfr@lrolaw.com |
| | 639 Front Street, 4th Floor |
| 3 | San Francisco, CA  94111 |
| | Tel:  415-433-4949 |
| 4 | Fax:  415-433-7311 |
| 5 | SPECTOR, ROSEMAN & KODROFF, P.C. |
| | Robert M. Roseman |
| 6 | rroseman@srk-law.com |
| | David Felderman |
| 7 | dfelderman@srk-law.com |
| | 1818 Market Street, Suite 2500 |
| 8 | Philadelphia, PA  19103 |
| | Tel:  215-496-0300 |
| 9 | Fax:  215-496-6611 |
| 10 | *Counsel for Lead Plaintiff Movant Reza Karkonan* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates to: | |
| ALL ACTIONS | |
| REZA KARKONAN, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 07-cv-5752 |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF** |
| LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PEN, AND JACK K. LAI | |
| Defendants. | Date:           December 5, 2007<br>Time:           2:00 p.m.<br>Courtroom:   9<br>[Hon. William H. Alsup] |

I, Michael F. Ram, declare that:

1. I am a partner with the law firm of Levy, Ram & Olson, LLP ("LRO"). I submit this Declaration in support of the Motion Of Reza Karkonan For Appointment As Lead Plaintiff.

2. Attached as Exhibit A is a true and correct copy of the PSLRA Certification prepared by Reza Karkonan.

3. Attached as Exhibit B is a true and correct copy of Reza Karkonan's completed Court Questionnaire to Lead Plaintiff Candidates.

4. Attached as Exhibit C is a true and correct copy of notice published on the Business Wire on or about October 9, 2007, announcing that a class action had been filed on behalf of persons purchasing American Depository Shares in LDK Solar Co., Ltd. from August 1, 2007 to October 3, 2007.

5. I have prepared a stipulation and proposed order to consolidate the above-captioned case with the consolidated actions and circulated it to counsel. I have received some but not all signatures to the proposed stipulation and expect to be able to lodge it with the Court shortly.

I declare under penalty of perjury under the laws of the state of California and of the United States that the foregoing is true and correct. Executed this 21st day of November, 2007 at San Francisco, California.

                /s/ *Michael F. Ram*
                Michael F. Ram