COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
    – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com

Counsel for Allan Candelore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | Master File No. C-07-05182- WHA |
| | CLASS ACTION |
| This Document Relates to: | |
| | NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |

1    PLEASE TAKE NOTICE that on December 5, 2007, at 2:00 p.m., in the Courtroom of the
2  Honorable William Alsup, Courtroom 9, 19th Floor, United States District Court for the Northern
3  District of California, class member Allan Candelore will, and hereby does, move this Court under
4  §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), for an Order
5  (attached hereto as Exhibit A) appointing him as Lead Plaintiff.

6    This Motion is made on the grounds that Allan Candelore is entitled to the presumption that
7  he is the "most adequate plaintiff" to serve as lead plaintiff. In support of this Motion, Allan
8  Candelore submits herewith a Memorandum of Law and Declaration of Jeffrey W. Lawrence dated
9  November 21, 2007.

10  DATED: November 21, 2007            COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
11                                       JEFFREY W. LAWRENCE

12

13                                            /s/ *Jeffrey W. Lawrence*
                                         JEFFREY W. LAWRENCE
14
                                         100 Pine Street, 26th Floor
15                                       San Francisco, CA  94111
                                         Telephone:  415/288-4545
16                                       415/288-4534 (fax)

17                                       COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
18                                       SAMUEL H. RUDMAN
                                         DAVID A. ROSENFELD
19                                       MARIO ALBA, JR.
                                         58 South Service Road, Suite 200
20                                       Melville, NY  11747
                                         Telephone:  631/367-7100
21                                       631/367-1173 (fax)

22                                       Counsel for Allan Candelore

23

24

25

26

27

28

NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF - Master File No. C-07-05182-
WHA                                                                              - 1 -

**CERTIFICATE OF SERVICE**

I, Jeffrey W. Lawrence, hereby certify that on November 21, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Declaration of Jeffrey W. Lawrence in Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Memorandum in Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                              */s/ Jeffrey W. Lawrence*
                                              Jeffrey W. Lawrence

LDK SOLAR

Service List - 11/19/2007  (07-0211)

Page 1 of 2

**Counsel For Defendant(s)**

James J. Farrell
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
   213/485-1234
   213/891-8763(Fax)

**Counsel For Plaintiff(s)**

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191(Fax)

Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Jeffrey W. Lawrence
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA  94105
   415/972-8160
   415/972-8166(Fax)

Lionel Z. Glancy
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160(Fax)

Michael F. Ram
Levy, Ram & Olson, LLP
639 Front Street, 4th Floor
San Francisco, CA  94111
   415/433-4949
   415/433-7311(Fax)

LDK SOLAR
Service List - 11/19/2007  (07-0211)
Page 2 of 2

| | |
|---|---|
| Andrew M. Schatz | Robert M. Roseman |
| Jeffrey S. Nobel | David Felderman |
| Mark P. Kindall | Spector, Roseman & Kodroff, P.C. |
| Schatz Nobel Izard, P.C. | 1818 Market Street, Suite 2500 |
| One Corporate Center | Philadelphia, PA  19103 |
| 20 Church Street, Suite 1700 |   215/496-0300 |
| Hartford, CT  06103 |   215/496-6611 (Fax) |
|   860/493-6292 | |
|   860/493-6290 (Fax) | |

LDK SOLAR
Supplement Email Service List– 11/21/07
Page Three

| Name | Email |
|---|---|
| James J. Farrell | james.farrell@lw.com |
| Arthur N. Abbey | aabbey@abbeyspanier.com |
| Nancy Kaboolian | nkaboolian@abbeyspanier.com |
| Richard B. Margolis | rmagolis@abbeyspanier.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Lionel Z. Glancy | info@glancylaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Andrew M. Schatz | aschatz@snilaw.com |
| Jeffrey S. Nobel | jnobel@snilaw.com |
| Robert M. Roseman | rroseman@srk-law.com |
| David Felderman | dfelderman@srk-law.com |

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)