1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, 26th Floor
3  San Francisco, CA  94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5       –and–
   SAMUEL H. RUDMAN
6  DAVID A. ROSENFELD
   MARIO ALBA, JR.
7  58 South Service Road, Suite 200
   Melville, NY  11747
8  Telephone: 631/367-7100
   631/367-1173 (fax)
9  srudman@csgrr.com
   drosenfeld@csgrr.com
10 malba@csgrr.com

11 Counsel for Allan Candelore

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  IN RE LDK SOLAR SECURITIES LITIGATION | ) Master File No. C-07-05182- WHA |
| 15 | ) CLASS ACTION |
|     This Document Relates to: | ) |
| 16  _____ | ) DECLARATION OF JEFFREY W. LAWRENCE IN SUPPORT OF THE MOTION OF ALLAN CANDELORE FOR APPOINTMENT AS LEAD PLAINTIFF |
| 17 | |
| 18 | |
|    | DATE: December 5, 2007 |
| 19 | TIME: 2:00 p.m. |
|    | COURTROOM: The Honorable William A. Alsup |
| 20 | |

Jeffrey W. Lawrence declares, under penalty of perjury:

1. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Allan Candelore vs. LDK Solar Co., Ltd., et al.,* Civil Action No. C-07-05182-WHA. I submit this Declaration in support of the motion of Allan Candelore for appointment as Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the action entitled *Chester Tsang vs. LDK Solar Co., Ltd, et al.*, Civil Action No. 1:07-cv-08706-JGK (S.D.N.Y.), on *Market Wire*, a national, business-oriented newswire service, on October 9, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Allan Candelore at $36,867.30, in connection with his purchases of LDK Solar Co., Ltd. American Depositary Shares ("ADSs").

4. Attached hereto as Exhibit C is a true and correct copy of the certification of Allan Candelore.

5. Attached hereto as Exhibit D is a true and correct copy of Allan Candelore's response to the questionnaire issued by the Court on November 14, 2007.

DATED: November 21, 2007

/s/ *Jeffrey W. Lawrence*
JEFFREY W. LAWRENCE

DECLARATION OF JEFFREY W. LAWRENCE IN SUPPORT OF THE MOTION OF ALLAN CANDELORE FOR APPOINTMENT AS LEAD PLAINTIFF - Master File No. C-07-05182- WHA     - 1 -

## CERTIFICATE OF SERVICE

I, Jeffrey W. Lawrence, hereby certify that on November 21, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Declaration of Jeffrey W. Lawrence in Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Memorandum in Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                               */s/ Jeffrey W. Lawrence*
                                                Jeffrey W. Lawrence

LDK SOLAR

Service List - 11/19/2007   (07-0211)

Page 1 of 2

**Counsel For Defendant(s)**

James J. Farrell
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
   213/485-1234
   213/891-8763 (Fax)

**Counsel For Plaintiff(s)**

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Jeffrey W. Lawrence
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA  94105
   415/972-8160
   415/972-8166 (Fax)

Lionel Z. Glancy
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Michael F. Ram
Levy, Ram & Olson, LLP
639 Front Street, 4th Floor
San Francisco, CA  94111
   415/433-4949
   415/433-7311 (Fax)

LDK SOLAR

Service List - 11/19/2007  (07-0211)

Page 2 of 2

Andrew M. Schatz  
Jeffrey S. Nobel  
Mark P. Kindall  
Schatz Nobel Izard, P.C.  
One Corporate Center  
20 Church Street, Suite 1700  
Hartford, CT  06103  
   860/493-6292  
   860/493-6290 (Fax)

Robert M. Roseman  
David Felderman  
Spector, Roseman & Kodroff, P.C.  
1818 Market Street, Suite 2500  
Philadelphia, PA  19103  
   215/496-0300  
   215/496-6611 (Fax)

LDK SOLAR
Supplement Email Service List– 11/21/07
Page Three

| Name | Email |
|---|---|
| James J. Farrell | james.farrell@lw.com |
| Arthur N. Abbey | aabbey@abbeyspanier.com |
| Nancy Kaboolian | nkaboolian@abbeyspanier.com |
| Richard B. Margolis | rmagolis@abbeyspanier.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Lionel Z. Glancy | info@glancylaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Andrew M. Schatz | aschatz@snilaw.com |
| Jeffrey S. Nobel | jnobel@snilaw.com |
| Robert M. Roseman | rroseman@srk-law.com |
| David Felderman | dfelderman@srk-law.com |

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)