# Exhibit A

Yahoo!  My Yahoo!  Mail                              Search:                                                    Web Search

 **FINANCE**   Welcome, **mariojr324**        Finance Home - Help           
                                   [Sign Out, My Account]                                       marketwire

**Welcome** [Sign In]                                                           To track stocks & more, Register

**Financial News**

                    Enter symbol(s)              Basic          [ Get ]   Symbol Lookup

**Press Release**                                                           Source: Federman & Sherwood

# Federman & Sherwood Announces Initial Filing of a Securities Class Action Lawsuit Against LDK Solar Co. Ltd. (NYSE: LDK)

Tuesday October 9, 3:56 pm ET

OKLAHOMA CITY, OK--(MARKET WIRE)--Oct 9, 2007 -- On October 9, 2007, Federman & Sherwood filed the first class action lawsuit in the United States District Court for the Southern District of New York against LDK Solar Co. Ltd. (NYSE:LDK - News). The complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5, including allegations of issuing a series of false and material misrepresentations to the market which had the effect of artificially inflating the market price of the Company's publicly-traded securities. The class period is from June 1, 2007 through October 2, 2007.

Plaintiff seeks to recover damages on behalf of the Class. If you are a member of the Class as described above, you may move the Court no later than Monday, December 10, 2007, to serve as a lead plaintiff for the Class. However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

If you wish to discuss this action, participate in this or any other lawsuit, or have any questions or concerns regarding this notice, or preservation of your rights, please contact:

*Contact:*

    K. Lynn Nunn
    FEDERMAN & SHERWOOD
    10205 North Pennsylvania Avenue
    Oklahoma City, OK 73120
    Email to: kln@federmanlaw.com
    http://www.federmanlaw.com

Source: Federman & Sherwood

                    Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's
personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing,
                    faxing, archiving in a public database, redistributing via a computer network or in a printed form.