1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION ) ) ) | Master File No. C-07-05182- WHA |
| ) | <u>CLASS ACTION</u> |
| This Document Relates to: ) ) _____ ) | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF |

1  Having considered the Motion of Allan Candelore for Appointment as Lead Plaintiff and the
2  Memorandum of Law and Declaration of Jeffrey W. Lawrence in support thereof, and good cause
3  appearing therefore: Allan Candelore is hereby appointed Lead Plaintiff for the Class pursuant to
4  Section 21D of the Securities Exchange Act of 1934.
5  IT IS SO ORDERED.

DATED: _____

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

LDK SOLAR
Service List - 11/19/2007   (07-0211)
Page 1 of 2

**Counsel For Defendant(s)**

James J. Farrell
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
   213/485-1234
   213/891-8763(Fax)


**Counsel For Plaintiff(s)**

| | |
|---|---|
| Arthur N. Abbey<br>Nancy Kaboolian<br>Abbey Spanier Rodd Abrams & Paradis, LLP<br>212 East 39th Street<br>New York, NY  10016<br>   212/889-3700<br>   212/684-5191(Fax) | Mario Alba, Jr.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173(Fax) |
| Jeffrey W. Lawrence<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534(Fax) | Susan G. Kupfer<br>Glancy Binkow & Goldberg LLP<br>455 Market Street, Suite 1810<br>San Francisco, CA  94105<br>   415/972-8160<br>   415/972-8166(Fax) |
| Lionel Z. Glancy<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>   310/201-9150<br>   310/201-9160(Fax) | Michael F. Ram<br>Levy, Ram & Olson, LLP<br>639 Front Street, 4th Floor<br>San Francisco, CA  94111<br>   415/433-4949<br>   415/433-7311(Fax) |

LDK SOLAR
Service List - 11/19/2007   (07-0211)
Page 2 of 2

| | |
|---|---|
| Andrew M. Schatz | Robert M. Roseman |
| Jeffrey S. Nobel | David Felderman |
| Mark P. Kindall | Spector, Roseman & Kodroff, P.C. |
| Schatz Nobel Izard, P.C. | 1818 Market Street, Suite 2500 |
| One Corporate Center | Philadelphia, PA 19103 |
| 20 Church Street, Suite 1700 |   215/496-0300 |
| Hartford, CT 06103 |   215/496-6611 (Fax) |
|   860/493-6292 | |
|   860/493-6290 (Fax) | |

LDK SOLAR
Supplement Email Service List– 11/21/07
Page Three

| Name | Email |
| --- | --- |
| James J. Farrell | james.farrell@lw.com |
| Arthur N. Abbey | aabbey@abbeyspanier.com |
| Nancy Kaboolian | nkaboolian@abbeyspanier.com |
| Richard B. Margolis | rmagolis@abbeyspanier.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Lionel Z. Glancy | info@glancylaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Andrew M. Schatz | aschatz@snilaw.com |
| Jeffrey S. Nobel | jnobel@snilaw.com |
| Robert M. Roseman | rroseman@srk-law.com |
| David Felderman | dfelderman@srk-law.com |

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)