1 | Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
2 | California Bar No. 77152
One Embarcadero Center
3 | Suite 526
San Francisco, CA 94111
4 | Telephone:   (415) 623-2047
Facsimile:    (415)-433-5994
5
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
6 | Steven J. Toll
Daniel S. Sommers
7 | Matthew B. Kaplan
1100 New York Avenue, N.W.
8 | Suite 500, West Tower
Washington, DC 20005
9 | Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699
10
Counsel for Lead Plaintiff Movant
11 | Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:      December 5, 2007<br>Time:      2:00 p.m.<br>Judge:     Judge: Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

1  Having considered the papers filed in connection with Shahpour Javidzad's motion for Appointment as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, **IT IS HEREBY ORDERED:**

1. Shahpour Javidzad has moved the Court to be appointed Lead Plaintiff in this class action.

2. Having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Shahpour Javidzad is the most adequate plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints Shahpour Javidzad as Lead Plaintiff to represent the interests of the class in this Action.

**IT IS SO ORDERED**.

Dated: _____, 2007

Hon. William Alsup
United States District Judge