Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:   (415) 623-2047
Facsimile:    (415)-433-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Lead Plaintiff Movant
Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE NO.: C-07-01582-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIDZAD FOR RELIEF FROM SCHEDULING ORDER**<br><br>**<u>CLASS ACTION</u>**<br><br>Date:      January 3, 2008<br>Time:      8:00 a.m.<br>Judge:     Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

Having considered the papers filed in connection with Shahpour Javidzad's motion for Relief from the Court's Scheduling Order pursuant to 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, **IT IS HEREBY ORDERED:**

1. Shahpour Javidzad has moved the Court for Relief from the Order of November 14 (docket no. 9) which set a deadline for filing Lead Plaintiff Motions in this Consolidated Action and which established a related briefing schedule.

2. Having considered the provisions of § 21D(a)(3) of the PSLRA, 15 U.S.C. § 78u-4(a)(3), the Court hereby modifies its Scheduling Order as follows:

- All motions to appoint a Lead Plaintiff must be filed and served by December 10, 2007.
- All opposition briefs shall be filed and served by December 17, 2007
- Any reply briefs shall be filed and served by December 20.
- All motions to appoint a lead plaintiff shall be heard on [a date and time convenient for the Court] in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

3. Except for the modifications set out in this Order, the Parties shall comply with the November 14 Scheduling Order.

**IT IS SO ORDERED**.

Dated: _____, 2007

_____
Hon. William Alsup
United States District Judge