1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Michael P. Lehmann
   California Bar No. 77152
2  One Embarcadero Center
   Suite 526
3  San Francisco, CA 94111
   Telephone:    (415) 623-2047
4  Facsimile:    (415)-433-5994

5  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Steven J. Toll
6  Daniel S. Sommers
   Matthew B. Kaplan
7  1100 New York Avenue, N.W.
   Suite 500, West Tower
8  Washington, DC  20005
   Telephone:    (202) 408-4600
9  Facsimile:    (202) 408-4699

10 Counsel for Movant Shahpour Javidzad

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO.: C-07-05182-WHA |
|---|---|
| This Document Relates to: ALL ACTIONS | CLASS ACTION |
| | **PROOF OF SERVICE** |

I, Michael P. Lehmann, hereby certify that on November 21, 2007, I caused to be electronically filed the following:

1. **NOTICE OF MOTION AND MOTION OF SHAHPOUR JAVIDZAD FOR RELIEF FROM THE COURT'S SCHEDULING ORDER; MEMORANDUM IN SUPPORT THEREOF, and**

2. **DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF MOTION OF SHAHPOUR JAVIDZAD FOR RELIEF FROM THE COURT'S SCHEDULING ORDER (with accompanying exhibits)**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Service Pursuant to Local Rule 23-2 will be made electronically to:

Securities Class Action Clearinghouse
Att. Juan-Carlos Sanchez/Cara Mia Perlas
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
scac@law.stanford.edu

                                               /s/ Michael P. Lehmann
                                               Michael Lehmann