Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:   (415) 623-2047
Facsimile:    (415)-433-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF MOTION OF SHAHPOUR JAVIDZAD FOR RELIEF FROM THE COURT'S SCHEDULING ORDER**<br><br>Date:       January 3, 2007<br>Time:      8:00 a.m.<br>Judge:    Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

I, Matthew B. Kaplan declare:

1. I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. I am submitting this declaration in support of Movant Shahpour Javidzad's Motion for Relief from the Court's Scheduling Order.

2. Attached as Exhibit A is a true and correct copy of a web page I viewed on the Coughlin Stoia Geller Rudman & Robbins LLP web site on November 20, 2007 at http://www.csgrr.com/csgrr-cgi-bin/mil?case=ldk&templ=cases/case-pr.html.

3. Attached as Exhibit B is a true and correct copy of a web page I viewed on the Schatz Nobel Izard P.C. web site on November 20, 2007, at http://www.snlaw.net/cases.php?caseID=106.

4. Attached as Exhibit C is a true and correct copy of a document I viewed on the Abbey Spanier Rodd & Abrams, LLP website on November 20, 2007 at http://www.abbeyspanier.com/LDK_solar.shtml.

5. Attached as Exhibit D is a true and correct copy of a web page I viewed on the Stoia Geller Rudman & Robbins LLP, website on November 20, 2007 at http://www.csgrr.com/csgrr-cgi-bin/mil?templ=cases/new-sec-cases.html.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of November, 2006 at Washington, D.C.

/s/Matthew B. Kaplan
Matthew B. Kaplan