# SNI — Schatz Nobel Izard P.C.
### PROVING WRONGS, PROTECTING RIGHTS

OUR FIRM | WHY CLASS ACTION? | PRACTICE AREAS | OUR PEOPLE | CASES | NEWS & EVENTS | CONTACT US | FA



## CASES

**Ongoing Cases**       **Settlements**       **Results**

## Case Information: LDK SOLAR CO., LTD

Symbol:  LDK
Purchase Dates:  August 1st, 2007 - October 3rd, 2007
Deadline for Filing Lead Plaintiff Motion:  November 10th, 2007
Download the Complaint:  LDK Solar Complaint.pdf

HARTFORD, Conn., Oct. 10, 2007 (PRIME NEWSWIRE) -- The law firm of Schatz Nobel Izard which has significant experience representing investors in prosecuting claims of securities fraud announces that it has filed a lawsuit seeking class action status in the United States District Co Northern District of California on behalf of all persons who purchased or otherwise acquired the Depository Shares (``ADS'') of LDK Solar Co., Ltd. (``LDK'' or the ``Company'') (NYSE:LDK - N between August 1, 2007 and October 3, 2007, inclusive, (the ``Class Period'').

The Complaint charges that LDK, a manufacturer of multicrystalline solar wafers, and certain of officers and directors violated federal securities laws. The Complaint alleges that, prior to and d Class Period, Defendants issued false statements describing LDK's business fundamentals, fin results and earnings growth potential. Specifically, Defendants concealed that LDK's internal co were flawed, preventing it from accurately measuring or reporting its inventory. As a result, the Company's inventories were materially overstated, causing inflation in LDK's assets, earnings a earnings per share (``EPS'') reported during the Class Period.

On October 3, 2007, it was reported that LDK's Financial Controller, Charley Situ, had resigned that LDK lacked internal controls and that the Company's reported inventory of polysilicon was by 25%. Then on October 4, 2007, LDK disclosed that it would have an independent outside au investigate Situ's allegations. In response to this news, the Company's ADS, which traded as h $76.75 on September 27, 2007, plummeted to as low as $44.98, and closed at $48.30 on Octo 2007.

> The high quality of plaintiffs' counsel's work culminated in the successful resolution of this complex case... Thus, results obtained by virtue of the settlement are extraordinary...
>
> — Judge John Lungstrum, upon resolution of In re Sprint Corporation, ERISA Litigation.

If you are a member of the class, you may, no later than December 10, 2007, request that the Court appoint you as lead plaintiff of the class. A lead plaintiff is a class member that acts on behalf of class members in directing the litigation. Although your ability to share in any recovery is not affected by the decision whether or not to seek appointment as a lead plaintiff, lead plaintiffs make important decisions which could affect the overall recovery for class members, including decisions concerning settlement. The securities laws require the Court to consider the class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s).

For more information about the case, its claims, and your rights, please contact Schatz Nobel Izard toll-free at (800) 797-5499, or by e-mail at firm@snilaw.com. To view a copy of the complaint filed by Schatz Nobel Izard P.C. or for more information about class action cases and Schatz Nobel Izard, visit our website: http://www.snilaw.com.

Contact:   Schatz Nobel Izard P.C.,  Nancy A. Kulesa (800) 797-5499

Email: firm@snilaw.com

Website: www.snilaw.com



Schatz Nobel Izard - 20 Church Street, Suite 1700, Hartford, CT 06103 firm@snilaw.com  tel: (860) 493-6292 or (800) 797-5499  fax:

Website Design : FATHOM

