## NEW CASES

**Abbey Spanier Rodd & Abrams, LLP Files Class Action Lawsuit Against LDK Solar Co., Ltd.**

October 16, 2007 - Abbey Spanier Rodd & Abrams, LLP commenced a Class Action lawsuit in the United States District Court for the Northern District of California on behalf of a class (the "Class") of all persons who purchased or acquired American Depositary Shares ("ADS's") of LDK Solar Co., Ltd. ("LDK" or the "Company") (NYSE: LDK – News) between August 1, 2007 and October 8, 2007 inclusive (the "Class Period").

The complaint charges LDK and certain of its officers and directors with violations of the federal securities laws by issuing a series of material misrepresentations to the market during the Class Period thereby artificially inflating the price of LDK ADS's. LDK is a manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. The complaint alleges that defendants' Class Period statements describing LDK's business fundamentals, financial results and continued sales and earnings growth potential were false and misleading as: (1) defendants had overstated LDK's inventory of polysilicon prior to and during the Class Period and those false statements remained alive in the market during the Class Period; and (2) due to the Company's inventory of polysilicon being overstated, the Company's reported earnings and EPS prior to and during the Class Period were false and those false statements remained alive in the market during the Class Period. More specifically, defendants concealed that LDK's internal controls were flawed, preventing it from accurately measuring or reporting its inventory. As a result, the Company's inventories were overstated by an estimated 25%, causing inflation in LDK's assets, earnings and earnings per share ("EPS") reported during the Class Period.

On October 3, 2007, it was reported that LDK's Financial Controller, Charley Situ, had resigned stating that LDK lacked internal controls and that the Company's reported inventory of polysilicon was overstated by 25%. Then on October 4, 2007, LDK disclosed that it would have an independent outside auditor investigate Situ's allegations.

In response to this news, the Company's ADS, which traded as high as $76.75 on September 27, 2007, plummeted to as low as $44.98, and closed at $48.30 on October 4, 2007.

Plaintiff seeks to recover damages on behalf of all those who purchased or otherwise acquired LDK ADS's during the Class Period. If you purchased or otherwise acquired LDK ADS's during the Class Period, and either lost money on the transaction or still hold the shares, you may wish to join in the action to serve as lead plaintiff. If you purchased LDK ADS's during the Class Period, you may, no later than December 10, 2007 request that the Court appoint you as lead plaintiff.

A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiffs."

The attorneys at Abbey Spanier have extensive experience in securities class action cases, and have played lead roles in major cases resulting in the recovery of hundreds of billions of dollars to investors. If you would like to discuss this action or if you have any questions concerning this Notice or your rights as a potential class member or lead plaintiff, you may contact:

Nancy Kaboolian, Esq. or
Susan Lee
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street

New York, New York 10016
(212) 889-3700

(800) 889-3701 (Toll Free)
Or e-mail them at slee@abbeyspanier.com or nkaboolian@abbeyspanier.com