

**Institutional Investors** **Cases** **News** **The Firm** **Contact Us** **Disclaimer** **Home**

# New Securities Cases

For information on an individual case, including how to participate, click the company name

Information on <u>settled cases</u>.



**Quick Access**
- Report Fraud
- New Cases
- Filed Complaints
- Portfolio Monitoring Program
- Current Investigations
- Enron Fraud
- FAQ
- Settlement & Claim Forms



**New Securities Cases**

| | Company Name | Stock Symbol | Days Left to Seek Lead Plain |
|---|---|---|---|
| 1 | Advanced Medical Optics, Inc. | NYSE:**EYE** | pending |
| 2 | American Home Mortgage Investment Corp. | NYSE:**AHM** | pending |
| 3 | BigBand Networks, Inc. | NASDAQ:**BBND** | 13 |
| 4 | Care Investment Trust Inc. | NYSE:**CRE** | pending |
| 5 | CBRE Realty Finance, Inc. | NYSE:**CBF** | 39 |
| 6 | China Sunergy Co. Ltd. | NASDAQ:**CSUN** | pending |
| 7 | Citigroup Inc. | NYSE:**C** | 48 |
| 8 | Countrywide Financial Corporation | NYSE:**CFC** | pending |
| 9 | CROCS Inc. | NASDAQ:**CROX** | 48 |
| 10 | E*TRADE Financial Corporation | NASDAQ:**ETFC** | 11 |
| 11 | Ericsson LM Telephone Co. | NASDAQ:**ERIC** | 38 |
| 12 | Flamel Technologies, SA | NASDAQ:**FLML** | 49 |
| 13 | FormFactor, Inc. | NASDAQ:**FORM** | 40 |
| 14 | Heelys, Inc. | NASDAQ:**HLYS** | pending |
| 15 | Isilon Systems, Inc. | NASDAQ:**ISLN** | 41 |
| 16 | Jones Soda Company | NASDAQ:**JSDA** | pending |
| 17 | LCA-Vision Inc. | NASDAQ:**LCAV** | pending |
| 18 | LDK Solar Co. Ltd. | NYSE:**LDK** | 18 |
| 19 | Limelight Networks, Inc. | NASDAQ:**LLNW** | pending |
| 20 | LJ International Inc. | NASDAQ:**JADE** | pending |
| 21 | Luminent Mortgage Capital, Inc. | NYSE:**LUM** | pending |
| 22 | Merrill Lynch & Co., Inc. | NYSE:**MER** | 39 |
| 23 | Micrus Endovascular Corporation | NASDAQ:**MEND** | 11 |
| 24 | Midway Games Inc. | NYSE:**MWY** | pending |
| 25 | Motorola, Inc. | NYSE:**MOT** | pending |
| 26 | Neurocrine Biosciences, Inc. | NASDAQ:**NBIX** | pending |
| 27 | Novartis AG | NYSE:**NVS** | 38 |
| 28 | NutriSystem, Inc. | NASDAQ:**NTRI** | 18 |
| 29 | Office Depot, Inc. | NYSE:**ODP** | 45 |

| | | | |
|---|---|---|---|
| 30 | ORBCOMM, Inc. | NASDAQ: **ORBC** | pendin |
| 31 | Pall Corp. | NYSE: **PLL** | pendin |
| 32 | Plexus Corp. | NASDAQ: **PLXS** | pendin |
| 33 | POZEN, Inc. | NASDAQ: **POZN** | pendin |
| 34 | Radian Group Inc. | NYSE: **RDN** | pendin |
| 35 | RAIT Financial Trust | NYSE: **RAS** | pendin |
| 36 | Sanofi-Aventis | NYSE: **SNY** | 53 |
| 37 | Scholastic Corp. | NASDAQ: **SCHL** | pendin |
| 38 | Sonic Solutions | NASDAQ: **SNIC** | 13 |
| 39 | Sterling Financial Corp. | NASDAQ: **SLFI** | pendin |
| 40 | Tarragon Corporation | NASDAQ: **TARR** | pendin |
| 41 | Telik, Inc. | NASDAQ: **TELK** | pendin |
| 42 | The Children's Place Retail Stores, Inc. | NASDAQ: **PLCE** | pendin |
| 43 | Tween Brands, Inc. | NYSE: **TWB** | pendin |
| 44 | ValueClick, Inc. | NASDAQ: **VCLK** | pendin |
| 45 | Vodafone Group Public Limited Company | NYSE: **VOD** | 55 |
| 46 | W Holding Company, Inc. | NYSE: **WHI** | pendin |
| 47 | Washington Mutual, Inc. | NYSE: **WM** | 45 |
| 48 | WellCare Health Plans, Inc. | NYSE: **WCG** | 35 |
| 49 | Wyeth | NYSE: **WYE** | 54 |

Institutional Investors  |  Cases  |  News  |  The Firm  |  Contact Us  |  Feedback  |  Sitemap  |  Privacy  |  Disclaimer  |  Hor
© 2007 Coughlin Stoia Geller Rudman & Robbins LLP, Attorneys at Law, San Diego, CA    800.449.4900