IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C 07-05182 WHA |
| This document relates to: ALL ACTIONS | **ORDER RE MOTION FOR RELIEF FROM COURT'S SCHEDULING ORDER** |

      The Court has received the motion of Shahpour Javidzad for relief from the Court's scheduling order. Any opposition to this motion to extend the deadline should be filed by **THURSDAY, NOVEMBER 29, 2007**, at **NOON**.

      **IT IS SO ORDERED.**

Dated: November 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE