Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall (CA BAR # 138703)
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:  (860) 493-6292
Fax: (860) 493-6290
mkindall@snilaw.com

**Counsel for Lead Plaintiff Movant
Inna Kreer**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Actions | Master File NO.: C-07-05182 WHA<br><br>NOTICE OF WITHDRAWAL OF MOTION OF INNA KREER FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL<br><br>Date: Wednesday, December 5, 2007<br>Time: 2:00 P.M.<br>CTRM: 9, 19th Floor |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Inna Kreer ("Kreer") hereby withdraws her motion for appointment as Lead Plaintiff and for approval of her choice of counsel.

Dated: November 27, 2007

SCHATZ NOBEL IZARD P.C.

By:/s/ Mark Kindall
Mark P. Kindall (CA BAR # 138703)
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

**Counsel for Plaintiff Inna Kreer**

NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ELECTION OF LEAD PLAINTIFFS' CHOICE OF COUNSEL C-07-05182 WHA

1

1

## PROOF OF SERVICE

STATE OF CONNECTICUT    )
                        )   ss.:
COUNTY OF HARTFORD      )

I am employed in the county of Hartford, State of Connecticut, I am over the age of 18 and not a party to the within action; my business address is 20 Church Street Hartford, CT 06103

On November 27, 2007, using the Northern District of California's Electronic Case Filing System, I filed and served the document(s) described as:

Notice of Withdrawal of Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel;

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Darren J. Robbins
e_file_sd@csgrr.com

Mary K. Blassy
maryb@lerachlaw.com

Shawn A. Williams
Shawnw@csgrr.com

Jeffrey W. Lawrence
jeffreyl@csgrr.com

Michael Francis Ram
mfr@lrolaw.com

Michael Paul Lehman
mlehmann@cmht.com

Anyone not registered to be served by ECF service will be served as follows:

X
BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

I declare that I am a member of the bar of this Court

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 27, 2007, at Hartford, CT.

/s/ Mark Kindall

2