LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Plaintiff Movant
Reza Karkonan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re LDK Solar Securities Litigation*, <br><br>This Document Relates to: <br>ALL ACTIONS | MASTER FILE No. C-07-05182-WHA <br><br>CLASS ACTION <br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br>Date:  December 5, 2007 <br>Time:  2:00 p.m. <br>Place: Courtroom 9, 19th Floor <br>            [Hon. William Alsup] |

## I.    INTRODUCTION

In accordance with the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, and for the reasons set forth below, Reza Karkonan ("Mr. Karkonan" or "Movant"), respectfully

Master File No. C-07-05182-WHA – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

1

submits this Memorandum of Points and Authorities in Opposition to Competing Lead Plaintiff Motions and in Further Support of his Motion for Appointment as Lead Plaintiff.

In addition to Mr. Karkonan, three other individuals have timely filed motions to be appointed Lead Plaintiff per the Court's Order dated November 14, 2007 (the "November 14th Order"). The competing movants include: (1) Inna Kreer ("Kreer"); (2) Allan Candelore ("Candelore"); and (3) Shahpour Javidzad ("Javidzad"). As set forth below, for a variety of reasons, Mr. Karkonan is the "most adequate plaintiff" under the PSRLA and therefore, should be appointed Lead Plaintiff.

II.  **ARGUMENT**

**A.  Movant Karkonan Has Satisfied All of the Prerequisites For Appointment as Lead Plaintiff**

The PSLRA sets forth a detailed procedure for the appointment of Lead Plaintiffs in class actions brought under the Exchange Act. 15 U.S.C. § 78u-4(a). Specifically, the PSLRA provides that this Court:

> shall appoint as lead plaintiff the member or members of the purported plaintiff class that *the court determines to be most capable of adequately representing the interests of class members* (hereafter in this paragraph referred to as the "most adequate plaintiff") in accordance with this subparagraph.

15 U.S.C. § 78u-4(a)(3)(B)(i) (emphasis added). In adjudicating competing motions for Lead Plaintiff appointment, the Court must be guided by a presumption that the most adequate plaintiff is the person or group of persons who: (a) filed the Complaint or made a motion to serve as lead plaintiff, (b) has the largest financial interest[1] in the relief sought by the class, and (c) who otherwise satisfies the requirements of Fed. R. Civ. P. 23. 15 U.S.C. § 78u-(4)(a)(3)(B)(iii)(I).[2]

---

[1] In determining who has the "largest financial interest," the number of net shares purchased during the class period is determinative but this should be supplemented with in/out losses, i.e., losses suffered by selling shares during the class period. *In re Critical Path, Inc. Sec. Litig.*, 156 F.Supp.2d 1102, 1108 (N.D.Cal. 2001). *See also, In re Cirrus Logic Sec. Litig.*, 155 F.R.D. 654, 661-662 (N.D.Cal.1994) (in/out traders can recover damages and can serve as class representatives); *Chill v. Green Tree Fin. Corp.*, 181 F.R.D. 398, 411 (D.Minn.1998) (including in/out losses in "financial interest" for selection of lead plaintiff).

[2] This presumption may be rebutted only by proof that the presumptively most adequate plaintiff "will not fairly and adequately protect the interests of the class" or "is subject to unique defenses that render such plaintiff incapable of adequately representing the class." 15 U.S.C. § 78u-(4)(a)(3)(B)(iii)(II).

Master File No. C-07-05182-WHA – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

2

In addition to these requirements, this Court, by virtue of its November 14th Order, required each movant to complete the Court Questionnaire to Lead Plaintiff Candidates.

As the candidate who most adequately satisfies these requirements, Mr. Karkonan should be appointed Lead Plaintiff. First, Mr. Karkonan filed a Complaint (Civil Action No. 07-cv-5752) on or about November 14, 2007.

Second, Mr. Karkonan timely moved to be appointed lead plaintiff in accordance with this Court's November 14th Order. In addition, Mr. Karkonan complied with the Court's directive to delay a determination of Lead Counsel until Lead Plaintiff issues are resolved.

Third, while Mr. Karkonan's losses of $41,930 are marginally lower than competing movant Kreer's losses, Mr. Karkonan has a stronger incentive to vigorously prosecute this action because he lost approximately half of his investment in LDK stock – a substantial portion of his life savings – whereas Kreer only lost a small fraction of her investment. *See,* Certification of Named Plaintiff Pursuant to Federal Securities Laws, Master File No. C-07-05182-WHA, Docket No. 15-2 (Kreer PSLRA Certification); Declaration of Michael F. Ram in Support of Motion of Reza Karkonan for Appointment as Lead Plaintiff, Master File No. C-07-05182-WHA, Docket No. 18, Exhibits "A" and "B." In this regard, courts have recognized that losing a high percentage of one's net worth due to an alleged fraud contributes to one's desire to prosecute a lawsuit against a wrongdoer. *See, e.g., In re Critical Path, Inc. Sec. Litig.*, 156 F.Supp.2d 1102, 1109 (N.D.Cal. 2001).

Fourth, as required by the Court's November 14th Order, Mr. Karkonan submitted a completed response to the Court Questionnaire to Lead Plaintiff Candidates.

Finally, as set forth in his opening motion and accompanying Memorandum of Law, Mr. Karkonan otherwise satisfies the requirements of Rule 23 of the Federal Rule of Civil Procedure. As none of the other candidates satisfy all of these requirements, Mr. Karkonan is the most adequate plaintiff and deserves to be appointed lead plaintiff by this Court.

Master File No. C-07-05182-WHA – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

3

**B.  Unlike Movant Karkonan, Each Competing Movant Suffers From At Least One Disqualifying Defect**

As described above, three other class members seek lead plaintiff appointment.  Each one suffers from a defect that renders his or her application inferior to that of the instant Movant, Mr. Karkonan.

Most importantly, of the three other candidates, only one, Inna Kreer, claims to have suffered damages greater than Mr. Karkonan.  Kreer claims damages in the amount of $44,600 as a result of her investment in LDK Solar securities.  *See,* Memorandum in Support of Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Plaintiffs' Choice of Counsel, Master File No. C-07-05182-WHA, Docket No. 14.  However, Kreer failed to comply with the Court's November 14th Order by failing to complete the Court Questionnaire to Lead Plaintiff Candidates.  By contrast, Mr. Karkonan's strict and timely adherence to the Court's direction demonstrates his superior level of commitment toward representing the class of LDK investors.

Neither of the remaining competing movants deserves appointment.  Allan Candelore has claimed losses substantially less than those suffered by Mr. Karkonan. See, Memorandum of Points and Authorities in Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff, Master File No. C-07-05182-WHA, Docket No. 20. Likewise, Shahpour Javidzad failed to specify what losses, if any, he has suffered, and moreover, failed to comply with the Court's November 14th Order by not submitting a response to the Court Questionnaire to Lead Plaintiff Candidates.  As such, Mr. Karkonan is a superior candidate to all other movants, and is presumptively the most adequate plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Master File No. C-07-05182-WHA – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

4

### III. CONCLUSION

Based on the foregoing, Mr. Karkonan respectfully requests that the Court find that he is the "most adequate plaintiff," appoint him as Lead Plaintiff and grant such other relief as the Court may deem to be just and proper.

Dated: November 27, 2007                LEVY, RAM & OLSON LLP


                                        */s/ Michael F. Ram*
                                By:     Michael F. Ram (SBN 104805)
                                        mfr@lrolaw.com
                                        LEVY, RAM & OLSON, LLP
                                        639 Front Street, 4th Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 433-4949
                                        Facsimile: (415) 433-7311

                                        Robert M. Roseman
                                        rroseman@srk-law.com
                                        David Felderman
                                        dfelderman@srk-law.com
                                        SPECTOR, ROSEMAN & KODROFF, P.C.
                                        1818 Market Street, Suite 2500
                                        Philadelphia, PA 19103
                                        Telephone: (215) 496-0300
                                        Facsimile: (215) 496-6611

                                        *Counsel for Plaintiff Movant*
                                        *Reza Karkonan*

---

Master File No. C-07-05182-WHA – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF REZA KARKONAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

5