Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:    (415) 623-2047
Facsimile:    (415)-433-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699
stoll@cmht.com

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE NO.: C-07-05182-WHA<br><br>**MEMORANDUM IN OPPOSITION TO LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF MOVANT'S LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>Date:   December 5, 2007<br>Time:  2:00 p.m.<br>Judge: Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

Movant Shahpour Javidzad respectfully submits this memorandum of law in opposition to the motions by Inna Kreerand (docket no. 13), Reza Karkonan (docket no. 16) and Allan Candelore (docket no. 19) to be appointed Lead Plaintiff in this case and in further support of Mr. Javidzad's motion to be appointed Lead Plaintiff (docket no. 23). The Court's November 14 scheduling order (docket no. 9) requires that any opposition to a Lead Plaintiff motion be filed by today. Mr. Javidzad has separately moved for relief from the scheduling order (docket no. 24). A preliminary review of Mr. Javidzad's transactions indicates that his losses are many times the losses claimed by any of the other three Lead Plaintiff movants. For the reasons discussed in his memorandum of law in support of his motion to be appointed Lead Plaintiff, however, we have not yet been able to accurately calculate his losses. Mr. Javidzad's transactions are numerous and complex and he and his attorneys want to ensure the accuracy of the information provided to the Court. Mr. Javidzad will provide this information as soon as reasonably possible or as otherwise directed by the Court.

All the Lead Plaintiff movants in this case are in agreement that, in a securities class action such as this consolidated litigation, the PSLRA requires a court to appoint "the most adequate plaintiff" as Lead Plaintiff. The law further provides that the "most adequate plaintiff" is presumptively the member who has "the largest financial interest in the relief sought by the class," provided that that person has timely filed a complaint or a Lead Plaintiff motion seeking appointment as Lead Plaintiff, and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u 4(a)(3)(B)(iii)(I).

Mr. Javidzad meets these criteria. He has timely filed a motion to be appointed as Lead Plaintiff and, as explained in the memorandum of law filed in support of his motion, he satisfies the requirements of Rule 23. Most importantly, because, as will shortly be shown, he suffered significantly larger losses than any other movant, Mr. Javidzad "has the largest financial interest in the relief sought by the class."

Additional factors also weigh in favor of granting Mr. Javidzad's motion. Mr. Javidzad lives in California, which will facilitate his ability to supervise litigation in this district, and he plans to personally attend the hearing on the competing Lead Plaintiff motions.

In light of the foregoing, Movant requests that the Court grant his motion and appoint him as Lead Plaintiff.

Dated: November 27, 2007

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

/s/Michael P. Lehmann
Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
California Bar No. 77152
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:    (415) 623-2047
Facsimile:    (415)-433-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Counsel for Movant Shahpour Javidzad