Movant's Losses Using the Actual Sales Price

| Name | Date | Shares | Price | Cost | Date ** | Shares | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| Karkonan, Reza | 07/05/2007 | 325 | $ 33.55 | $ 10,903.75 | 07/09/2007 | 800 | $ 35.50 | $ 28,400.00 | |
| Karkonan, Reza | 07/05/2007 | 475 | $ 34.00 | $ 16,150.00 | 07/18/2007 | 150 | $ 35.82 | $ 5,373.00 | |
| Karkonan, Reza | 07/16/2007 | 1,500 | $ 35.80 | $ 53,700.00 | 08/07/2007 | 1,350 | $ 42.15 | $ 56,902.50 | |
| Karkonan, Reza | 08/14/2007 | 1,500 | $ 42.75 | $ 64,125.00 | 08/21/2007 | 150 | $ 42.20 | $ 6,330.00 | |
| Karkonan, Reza | 10/03/2007 | 400 | $ 62.95 | $ 25,180.00 | 08/22/2007 | 50 | $ 44.25 | $ 2,212.50 | |
| Karkonan, Reza | 10/03/2007 | 1,000 | $ 64.35 | $ 64,350.00 | 08/22/2007 | 1,300 | $ 44.20 | $ 57,460.00 | |
| Karkonan, Reza | | | | | 10/09/2007 | 1,400 | $ 34.00 | $ 47,600.00 | |
| | | | | | | | | | |
| Total | | 5,200 | | $ 234,408.75 | | 5,200 | | $ 204,278.00 | $ (30,130.75) |

**For post-class period sales, movant improperly used the actual price for those shares in calculating his loss.