Movant's Losses Using the Proper Calculation Prescribed by the PSLRA

| Name | Date | Shares | Price | Cost | Date ** | Shares | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| Karkonan, Reza | 07/05/2007 | 325 | $ 33.55 | $ 10,903.75 | 07/09/2007 | 800 | $ 35.50 | $ 28,400.00 | |
| Karkonan, Reza | 07/05/2007 | 475 | $ 34.00 | $ 16,150.00 | 07/18/2007 | 150 | $ 35.82 | $ 5,373.00 | |
| Karkonan, Reza | 07/16/2007 | 1,500 | $ 35.80 | $ 53,700.00 | 08/07/2007 | 1,350 | $ 42.15 | $ 56,902.50 | |
| Karkonan, Reza | 08/14/2007 | 1,500 | $ 42.75 | $ 64,125.00 | 08/21/2007 | 150 | $ 42.20 | $ 6,330.00 | |
| Karkonan, Reza | 10/03/2007 | 400 | $ 62.95 | $ 25,180.00 | 08/22/2007 | 50 | $ 44.25 | $ 2,212.50 | |
| Karkonan, Reza | 10/03/2007 | 1,000 | $ 64.35 | $ 64,350.00 | 08/22/2007 | 1,300 | $ 44.20 | $ 57,460.00 | |
| Karkonan, Reza | | | | | 10/09/2007 | 1,400 | $ 41.15 | $ 57,603.00 | |
| | | | | | | | | | |
| Total | | 5,200 | | $ 234,408.75 | | 5,200 | | $ 214,281.00 | $ (20,127.75) |

*For shares held at the end of the class period, damages are calculated
by multiplying the shares held by the average share price during the 90
calendar days after the end of the class period. The price used is $38.57
as of November 23, 2007.

**For post-class period sales, either the actual price or the
mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.