1  LEVY, RAM & OLSON
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
   639 Front Street, 4th Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-4949
4  Facsimile: (415) 433-7311

5  SPECTOR, ROSEMAN & KODROFF, P.C.
   Robert M. Roseman
6  rroseman@srk-law.com
   David Felderman
7  dfelderman@srk-law.com
   1818 Market Street, Suite 2500
8  Philadelphia, PA 19103
   Telephone: 215-496-0300
9  Facsimile: 215-496-6611

10 *Attorneys for Plaintiffs*

11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15  IN RE LDK SOLAR SECURITIES          )   Master File No. 07-05182-WHA
    LITIGATION                          )
16                                      )   CLASS ACTION
    This Document Relates to:           )
17                                      )
    ALL ACTIONS                         )
18  —————————————————————               )
                                        )   CASE NO. CV-07-5752-MHP
19  REZA KARKONAN, individually and on behalf )
    of all others similarly situated,   )
20                                      )   CLASS ACTION
              Plaintiff,                 )
21                                      )
    v.                                  )   **STIPULATION AND [PROPOSED]**
22                                      )   **ORDER CONSOLIDATING**
    LDK SOLAR CO., LTD., LDK SOLAR USA, )   **RELATED ACTION**
23  INC., XIAOFENG PENG and JACK K. LAI, )
                                        )
24            Defendants.                )
    —————————————————————

25

26

27

28

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1.    Local Rule 3-12(a) provides that actions are related when:

(1)    The actions concern substantially the same parties,
property, transaction or event; and

(2)    It appears likely that there will be an unduly burdensome
duplication of labor and expense or conflicting results if the
cases are conducted before different Judges.

2.    Pursuant to the Stipulation and Order Consolidating Related Actions and Deferring Response Date filed on November 7, 2007, Case No. C-07-05182, the Court has agreed to accept transfer and consolidate later-filed related actions. *Karkonan v. LDK Solar Co., Ltd., et al.*, Case No. 07-5752-MHP, filed on November 13, 2007, arises from the same facts and claims as alleged in the cases consolidated in *In re LDK Solar Securities Litigation*, Master File No. C-07-05182, and should be transferred and consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Fed. R. Civ. P. 42(a).

3.    All other provisions of the Court's November 7, 2007 order are agreed to and apply to *Karkonan v. LDK Solar Co., Ltd., et al*., Case No. 07-5752-MHP.

IT IS SO STIPULATED.

DATED: November 28, 2007            LEVY, RAM & OLSON

By:    ___***/s/ Michael F. Ram***_____
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

*Attorneys for Plaintiff Reza Karkonan*

DATED: November 27, 2007          COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP

By:     */s/ Jeffrey W. Lawrence* **(with permission)**
        Jeffrey W. Lawrence
        jlawrence@csgrr.com
        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        100 Pine Street, 26th Floor
        San Francisco, CA 94111
        Telephone: 415-288-4545
        Facsimile:  415-288-4534

        *Attorneys for Plaintiff Allan Candelore*

DATED: November 21, 2007          SCHATZ NOBEL IZARD P.C.

By:     */s/ Andrew M. Schatz* **(with permission)**
        Andrew M. Schatz
        Jeffrey S. Nobel
        Mark P. Kindall
        20 Church Street, Suite 1700
        Hartford, CT 06103
        Telephone: 860-493-6292
        Facsimile: 860-493-6290

        *Attorneys for Plaintiff Thomas O'Reilly*

/ / /

/ / /

1   DATED: November 21, 2007                    GLANCY BINKOW & GOLDBERG LLP

2

3                                      By:    */s/ Lionel Glancy* **(with permission)**
                                              Lionel Glancy
4                                             1801 Avenue of the Stars, Suite 311
                                              Los Angeles, CA 90067
5                                             Telephone: 310-201-9150
                                              Facsimile: 310-201-9160
6
                                              Susan G. Kupfer
7                                             GLANCY BINKOW & GOLDBERG LLP
                                              One Embarcadero Center, Suite 760
8                                             San Francisco, CA 94115
                                              Telephone: 415-972-8160
9                                             Facsimile: 415-972-8166

10                                            *Attorneys for Plaintiff Fredrick Greenwald*

11

12   DATED: November 17, 2007                    LATHAM & WATKINS LLP

13

14                                     By:    */s/ James J. Farrell* **(with permission)**
                                              James J. Farrell
15                                            633 West Fifth Street, Suite 4000
                                              Los Angeles, CA 90071-2007
16                                            Telephone: 213-485-1234
                                              Facsimile: 213-891-8763
17

18                                            *Attorneys for Defendants LDK Solar Co., Ltd., LDK*
19                                            *Solar USA, Inc., Xiaofeng Peng,* XingXue Tong,
                                              and *Jack Lai*
20

21

22          IT IS SO ORDERED.

23

24   DATED:                                   _____
                                              THE HONORABLE WILLIAM H. ALSUP
25                                            UNITED STATES DISTRICT JUDGE

26

27

28   F:\Docs\1112-01\Pleadings\StipOrd-Consolidate2.wpd

1

**DECLARATION**

2

    I hereby attest that I have on file all holograph signatures for any signatures indicated by

3

a "conformed" signature (/S/) within this e-filed document.

4

5

DATED: November 28, 2007           LEVY, RAM & OLSON

6

7

                         By:       ***/s/ Michael F. Ram***

8

                                    Michael F. Ram (SBN 104805)
mfr@lrolaw.com

9

                                    LEVY, RAM & OLSON
639 Front Street, 4th Floor

10

                                    San Francisco, CA 94111
Telephone: 415-433-4949

11

                                    Facsimile: 415-433-7311

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28