LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
Facsimile: 215-496-6611

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 07-05182-WHA<br><br>CLASS ACTION |
| REZA KARKONAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PENG and JACK K. LAI,<br><br>            Defendants. | CASE NO. CV-07-5752-MHP<br><br>CLASS ACTION<br><br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTION** |

1  IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

2  1. Local Rule 3-12(a) provides that actions are related when:

3  (1) The actions concern substantially the same parties,

4  property, transaction or event; and

5  (2) It appears likely that there will be an unduly burdensome

6  duplication of labor and expense or conflicting results if the

7  cases are conducted before different Judges.

8  2. Pursuant to the Stipulation and Order Consolidating Related Actions and Deferring Response Date filed on November 7, 2007, Case No. C-07-05182, the Court has agreed to accept transfer and consolidate later-filed related actions. *Karkonan v. LDK Solar Co., Ltd., et al.*, Case No. 07-5752-MHP, filed on November 13, 2007, arises from the same facts and claims as alleged in the cases consolidated in *In re LDK Solar Securities Litigation*, Master File No. C-07-05182, and should be transferred and consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Fed. R. Civ. P. 42(a).

3. All other provisions of the Court's November 7, 2007 order are agreed to and apply to *Karkonan v. LDK Solar Co., Ltd., et al.*, Case No. 07-5752-MHP.

IT IS SO STIPULATED.

DATED: November 28, 2007          LEVY, RAM & OLSON

                                  By:    */s/ Michael F. Ram*
                                         Michael F. Ram (SBN 104805)
                                         mfr@lrolaw.com
                                         LEVY, RAM & OLSON
                                         639 Front Street, 4th Floor
                                         San Francisco, CA 94111
                                         Telephone: 415-433-4949
                                         Facsimile: 415-433-7311

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Robert M. Roseman |
| 2 |   | rroseman@srk-law.com<br>David Felderman |
| 3 |   | dfelderman@srk-law.com<br>SPECTOR, ROSEMAN & KODROFF, P.C. |
| 4 |   | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| 5 |   | Telephone: 215-496-0300<br>Facsimile: 215-496-6611 |
| 6 |   | *Attorneys for Plaintiff Reza Karkonan* |

8  DATED: November 27, 2007          COUGHLIN STOIA GELLER
9                                      RUDMAN & ROBBINS LLP

11                            By:    **/s/ Jeffrey W. Lawrence (with permission)**
                                     Jeffrey W. Lawrence
12                                   jlawrence@csgrr.com
                                     COUGHLIN STOIA GELLER
13                                     RUDMAN & ROBBINS LLP
                                     100 Pine Street, 26th Floor
14                                   San Francisco, CA 94111
                                     Telephone: 415-288-4545
15                                   Facsimile: 415-288-4534

16                                   *Attorneys for Plaintiff Allan Candelore*

18  DATED: November 21, 2007          SCHATZ NOBEL IZARD P.C.

20                            By:    **/s/ Andrew M. Schatz (with permission)**
                                     Andrew M. Schatz
21                                   Jeffrey S. Nobel
                                     Mark P. Kindall
22                                   20 Church Street, Suite 1700
                                     Hartford, CT 06103
23                                   Telephone: 860-493-6292
                                     Facsimile: 860-493-6290
24
                                     *Attorneys for Plaintiff Thomas O'Reilly*

26  / / /

27  / / /

28

1  DATED: November 21, 2007                         GLANCY BINKOW & GOLDBERG LLP

3                                            By:    */s/ Lionel Glancy* **(with permission)**
                                                    Lionel Glancy
4                                                   1801 Avenue of the Stars, Suite 311
                                                    Los Angeles, CA 90067
5                                                   Telephone: 310-201-9150
                                                    Facsimile: 310-201-9160

7                                                   Susan G. Kupfer
                                                    GLANCY BINKOW & GOLDBERG LLP
8                                                   One Embarcadero Center, Suite 760
                                                    San Francisco, CA 94115
9                                                   Telephone: 415-972-8160
                                                    Facsimile: 415-972-8166

10                                                  *Attorneys for Plaintiff Fredrick Greenwald*

12  DATED: November 17, 2007                        LATHAM & WATKINS LLP

14                                           By:    */s/ James J. Farrell* **(with permission)**
                                                    James J. Farrell
15                                                  633 West Fifth Street, Suite 4000
                                                    Los Angeles, CA 90071-2007
16                                                  Telephone: 213-485-1234
                                                    Facsimile: 213-891-8763

18                                                  *Attorneys for Defendants LDK Solar Co., Ltd., LDK*
                                                    *Solar USA, Inc., Xiaofeng Peng,* XingXue Tong,
19                                                  and *Jack Lai*

22       IT IS SO ORDERED.

                                                    [SEAL: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

24  DATED: November 29, 2007.
                                                    _____
25                                                  THE HONORABLE WILLIAM H. ALSUP
                                                    UNITED STATES DISTRICT JUDGE

28  F:\Docs\1112-01\Pleadings\StipOrd-Consolidate2.wpd

1

**DECLARATION**

2   I hereby attest that I have on file all holograph signatures for any signatures indicated by

3   a "conformed" signature (/S/) within this e-filed document.

4

5   DATED: November 28, 2007                LEVY, RAM & OLSON

6

7                                    By:      */s/ Michael F. Ram*
                                            Michael F. Ram (SBN 104805)
8                                           mfr@lrolaw.com
                                            LEVY, RAM & OLSON
9                                           639 Front Street, 4th Floor
                                            San Francisco, CA 94111
10                                          Telephone: 415-433-4949
                                            Facsimile: 415-433-7311
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28