LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Plaintiff Movant*
*Reza Karkonan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re LDK Solar Securities Litigation*, | MASTER FILE No. C-07-05182-WHA |
| This Document Relates to: ALL ACTIONS | CLASS ACTION |
| | **MOVANT REZA KARKONAN'S MEMORANDUM IN SUPPORT OF MOTION OF SHAHPOUR JAVIDZAD FOR RELIEF FROM THE COURT'S SCHEDULING ORDER** |
| | Date: January 3, 2008 Time: 8:00 a.m. Place: Courtroom 9, 19th Floor [Hon. William Alsup] |

/ / /

/ / /

/ / /

/ / /

Movant Reza Karkonan respectfully submits this Memorandum in Support of the Motion of Shahpour Javidzad for Relief from the Court's Scheduling Order, and states as follows:

By Order dated November 14, 2007 (docket no. 9) (the "November 14th Order"), this Court required that all motions for appointment as Lead Plaintiff be filed by November 21, 2007. On November 21, 2007, another movant, Shahpour Javidzad ("Javidzad"), filed a motion for relief from the November 14th Order (the "motion"). Javidzad's motion asks the Court to extend the deadline for seeking lead plaintiff appointment to December 10, 2007 – 60 days after the publication of notice on October 9, 2007.  Javidzad asserts that the Court's November 14th Order is inconsistent with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4.  In the alternative, he seeks relief from the November 14th Order pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure on the grounds that, absent such relief, he and other absent class members would not have a fair opportunity to seek appointment as Lead Plaintiff.

Movant Reza Karkonan supports Javidzad's motion for the following reasons:

*First*, judicial economy is best served in this case by affording the full 60 day period provided by the PSLRA for such motions to be made.  At least three lawsuits alleging violations of the federal securities laws against LDK Solar and certain of its officers and directors have been filed in the United States District Court for the Southern District of New York (the "New York actions").[1]  Consolidation of this case with the New York actions – which allege substantially the same facts and claims – is highly likely and will certainly implicate the Judicial Panel on Multi-District Litigation (the "MDL").  Indeed, this Court might find that a movant in the New York actions – where the 60-day period for seeking lead plaintiff status has not been altered – might be the best candidate to serve as lead plaintiff should the New York actions be consolidated with this case through MDL procedures.  Accordingly, it may well serve the interests of judicial economy and the putative class of LDK investors to permit the lead plaintiff appointment process to proceed on the same time frame as the process occurring in the New York actions.

---

[1] The New York actions are: *Tsang v. LDK Solar Co., et al.*, Civil Action No. 1:07-cv-08706; *Lui v. LDK Solar Co., et al.*, Civil Action No. 1:07-cv-08766; and *Halidou v. LDK Solar Co., et al.*, Civil Action No. 1:07-cv-09745.

*Second*, regardless of consolidation with other proceedings in other jurisdictions, the interests of the putative class in this case are best served by extending the lead plaintiff deadline to the full 60-day period. The additional time afforded by an extension of the schedule would increase the likelihood that a more heavily damaged shareholder or an otherwise more qualified candidate might come forward. Indeed, because the lead plaintiff period is typically 60 days, there could well be other, better qualified prospective lead plaintiffs who did not move because of the abbreviated time frame to do so or because they were simply unaware that the typical 60 day deadline had been changed. In all events, extending the deadline to December 10, 2007 – the date suggested by the PSLRA – puts the Court in a better position to make a more informed decision as to who is best situated to lead this case.

In fact, in view of the competing lead plaintiff motions filed in this case, and taking into account all of the considerations raised thereby and the interests of the putative class, Movant Karkonan is withdrawing his motion for lead plaintiff appointment. He will file his Notice of Withdrawal shortly.

Accordingly, Mr. Karkonan respectfully submits that the Court grant the Motion of Shahpour Javidzad for Relief from the Court's Scheduling Order.

Dated: November 29, 2007                LEVY, RAM & OLSON LLP


                                                            */s/ Michael F. Ram*
                                        By:    Michael F. Ram (SBN 104805)
                                               mfr@lrolaw.com
                                               LEVY, RAM & OLSON, LLP
                                               639 Front Street, 4th Floor
                                               San Francisco, CA 94111
                                               Telephone: (415) 433-4949
                                               Facsimile: (415) 433-7311

                                               Robert M. Roseman
                                               rroseman@srk-law.com
                                               David Felderman
                                               dfelderman@srk-law.com
                                               SPECTOR, ROSEMAN & KODROFF, P.C.
                                               1818 Market Street, Suite 2500
                                               Philadelphia, PA 19103
                                               Telephone: (215) 496-0300
                                               Facsimile: (215) 496-6611

                                               *Counsel for Plaintiff Movant*
                                               *Reza Karkonan*