1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, 26th Floor
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5          – and –
   SAMUEL H. RUDMAN
6  DAVID A. ROSENFELD
   MARIO ALBA, JR.
7  58 South Service Road, Suite 200
   Melville, NY  11747
8  Telephone:  631/367-7100
   631/367-1173 (fax)
9  malba@csgrr.com

10 [Proposed] Lead Counsel for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 | In re LDK SOLAR SECURITIES  ) | Master File No. C-07-05182-WHA
   | LITIGATION                  )
14 |                             ) | CLASS ACTION
   |                             )
15 | This Document Relates To:   ) | MEMORANDUM OF POINTS AND
   |                             ) | AUTHORITIES OF ALLAN CANDELORE
16 |     ALL ACTIONS.            ) | IN OPPOSITION TO THE MOTION OF
   |                             ) | SHAHPOUR JAVIDZAD FOR RELIEF
17 |                             )   FROM THE COURT'S SCHEDULING
                                     ORDER
18
                                  DATE:        January 3, 2008
19                                TIME:        8:00 a.m.
                                  COURTROOM:   The Honorable William
20                                             H. Alsup

1    Allan Candelore respectfully submits this Memorandum of Points and Authorities in
2 Opposition to the Motion of Shahpour Javidzad for Relief from the Court's Scheduling Order.

3    By the Order dated November 14, 2007 (the "November 14 Order"), this Court set forth the
4 necessary steps to follow for those investors wishing to be lead plaintiffs in this action. Among
5 other things, the November 14 Order directed that movants seeking appointment as lead plaintiffs
6 complete and attach the questionnaire that was appended to the November 14 Order (the
7 "Questionnaire") by November 21, 2007, and that any oppositions to those motions should be filed
8 by November 27, 2007.

9    Mr. Javidzad did not comply with the November 14 Order and, instead, filed a motion
10 seeking relief from it. Specifically, Mr. Javidzad contends that the Court should extend the deadline
11 for filing motions for lead plaintiff because the notice requirement of the Private Securities
12 Litigation Reform Act of 1995 (the "PSLRA") provides that investors have "not later than 60 days"
13 from the date of the first-filed notice to seek appointment as lead plaintiff. Since the notice was
14 issued on October 9, 2007, Mr. Javidzad claims that the deadline should be "not later than," – or, in
15 his view, end no earlier than – December 10, 2007.

16    Regardless of whether or not the actual "motions" for lead plaintiff may be filed by
17 December 10, 2007, this Court set a specific deadline of November 21, 2007 for filing answers to the
18 Questionnaire. Mr. Javidzad did not complete the Questionnaire by that deadline, despite admittedly
19 knowing about it prior to then. While Mr. Javidzad then claimed that he could not respond to the
20 Court's request in a "single day," it is now a full week later and he has still not completed the
21 Questionnaire or otherwise provided any evidentiary support for the claims he made in his motion to
22 support his candidacy for lead plaintiff. Indeed, based on the present record, there is no evidence that
23 Mr. Javidzad is even a member of the class in this case.

24
25
26
27
28

MEMO OF P & A'S OF ALLAN CANDELORE IN OPP TO MOT OF SHAHPOUR JAVIDZAD FOR
RELIEF FROM THE COURT'S SCHEDULING ORDER - Master File No. C-07-05182-WHA          - 1 -

1  Thus, for these reasons, the Court should deny Mr. Javidzad's motion for relief from the scheduling order for failing to comply with the Court's November 14 Order, including failing to file answers to the Questionnaire by November 21, 2007.

DATED:  November 29, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE

            s/
JEFFREY W. LAWRENCE

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\LDK Solar\RES00047551_2.doc

MEMO OF P & A'S OF ALLAN CANDELORE IN OPP TO MOT OF SHAHPOUR JAVIDZAD FOR RELIEF FROM THE COURT'S SCHEDULING ORDER - Master File No. C-07-05182-WHA  - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 29, 2007.

s/
JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: jeffreyl@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Mark P. Kindall**
  firm@snlaw.net,mkindall@snlaw.net

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Michael Paul Lehmann**
  mlehmann@cmht.com,gmgray@furth.com,newman@furth.com,jramos@furth.com,czapanta@furt

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

LDK SOLAR
Supplement Email Service List –  11/29/07
Page Three

| Name | Email |
|---|---|
| James J. Farrell | james.farrell@lw.com |
| Arthur N. Abbey | aabbey@abbeyspanier.com |
| Nancy Kaboolian | nkaboolian@abbeyspanier.com |
| Richard B. Margolies | rmargolies@abbeyspanier.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Lionel Z. Glancy | info@glancylaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Andrew M. Schatz | aschatz@snilaw.com |
| Jeffrey S. Nobel | jnobel@snilaw.com |
| Robert M. Roseman | rroseman@srk-law.com |
| David Felderman | dfelderman@srk-law.com |