IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C 07-05182 WHA |
| This document relates to: ALL ACTIONS | **ORDER RESETTING BRIEFING SCHEDULE AND HEARING** |
| _____/ | |

Without conceding that the Court has the authority to shorten the 60-day filing period, the Court orders that the period within which to move to serve as lead plaintiff shall be extended to **DECEMBER 10, 2007**, in accordance with the eleventh-hour motion filed by Shahpour Javidzad. The briefing schedule will be revised as follows. Any other movant who has already filed may supplement their motions by **DECEMBER 10, 2007**, and any oppositions shall be filed by **DECEMBER 17, 2007.** Any reply briefs shall be filed and served by **DECEMBER 21, 2007.** Please do not ask for further extensions. The hearing shall be reset for **JANUARY 3, 2007**, at **9:00 A.M.** Lead plaintiff candidates should appear at the January 3 hearing. Counsel for plaintiff Allan Candelore shall provide notice of the new deadlines in accordance with the Private Securities Litigation Reform Act. The Court appreciates the diligence with which the movants of record complied with the previous deadline.

Dated: November 30, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE