LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA  94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611

*Counsel for Plaintiff Reza Karkonan*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re LDK Solar Securities Litigation*,<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE No. C-07-05182-WHA<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:      January 3, 2008<br>Time:      9:00 a.m.<br>Place:     Courtroom 9, 19th Floor<br>            [Hon. William Alsup] |

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

1

TO:  THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2

PLEASE TAKE NOTICE THAT Plaintiff Reza Karkonan hereby withdraws his motion

3

for appointment as Lead Plaintiff.

4

Dated: November 29, 2007                    LEVY, RAM & OLSON LLP

5

6

                                                _____*/s/ Michael F. Ram*_____
                                  By:    Michael F. Ram (SBN 104805)
7                                        mfr@lrolaw.com
                                         LEVY, RAM & OLSON, LLP
8                                        639 Front Street, 4th Floor
                                         San Francisco, CA 94111
9                                        Telephone: (415) 433-4949
                                         Facsimile: (415) 433-7311
10

11                                       Robert M. Roseman
                                         rroseman@srk-law.com
12                                       David Felderman
                                         dfelderman@srk-law.com
13                                       SPECTOR, ROSEMAN & KODROFF, P.C.
                                         1818 Market Street, Suite 2500
14                                       Philadelphia, PA 19103
                                         Telephone: (215) 496-0300
15                                       Facsimile: (215) 496-6611

16                                       *Counsel for Plaintiff Reza Karkonan*

17

18

19

20

21

22

23

24

25

26

27

28