Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:    (415) 986-3321
Facsimile:    (415)-986-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:          January 3, 2008<br>Time:         9:00 a.m.<br>Judge:        Judge: Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

1  Having considered the papers filed in connection with Shahpour Javidzad's motion for
2  Appointment as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, **IT
3  IS HEREBY ORDERED:**
4  Having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-
5  4(a)(3)(B), the Court hereby determines that Shahpour Javidzad is the most adequate plaintiff and
6  satisfies the requirements of the PSLRA. The Court hereby appoints Shahpour Javidzad as Lead
7  Plaintiff to represent the interests of the class in this Action.
8  **IT IS SO ORDERED**.

10 Dated: _____, 2008
   
11 Hon. William Alsup
   United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIZDAD FOR APPOINTMENT AS LEAD
PLAINTIFF – Master File No. C-07-01582-WHA                                    -2-