Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 986-3321
Facsimile:    (415) 986-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE NO.: C-07-05182-WHA<br><br>**DECLARATION OF MATTHEW B. KAPLAN**<br><br><u>CLASS ACTION</u><br><br>Date:  January 3, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

Case 3:07-cv-05182-WHA    Document 38    Filed 12/10/2007    Page 2 of 2

## **DECLARATION OF MATTHEW B. KAPLAN**

1. I am an associate with the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and an attorney for Movant Shahpour Javidzad.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the Court Questionnaire to Lead Plaintiff Candidates, filled out and signed by Mr. Javidzad.

3. Attached as Exhibit B to this Declaration are charts which I prepared, based on information which I believe to be accurate, which document Mr. Javidzad's losses which occurred as a result of his transactions in LDK Solar Co., Ltd. securities during the Class Period.

4. Attached as Exhibit C to this Declaration is a true and correct copy of a "Certification of Plaintiff Pursuant to Federal Securities Laws" executed by Mr. Javidzad. Certain personal information has been redacted to protect Mr. Javidzad's privacy.

I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Matthew B. Kaplan

Matthew B. Kaplan

Executed on December 10, 2007

DECLARATION OF MATTHEW B. KAPLAN – Master File No. C-07-05182-WHA    -2-