# LDK Solar Securities Litigation:  Loss Calculation for Shahpour Javidzad

Losses During Class Period August 1, 2007 Through October 8, 2007

## Loss Calculation Methodology

During the class period Mr. Javidzad bought or sold four separate LDK securities—LDK Common Stock ("LDK stock"), LDK puts at 70 expiring in October, 2007 ("puts @70 Oct"), LDK puts at 60 expiring in October, 2007 ("puts @60 Oct") and LDK calls at 55 expiring in October 2007 ("calls @55 Oct").  Mr. Javidzad owned no LDK securities at the beginning of the class period.

Losses are calculated separately for each security in a manner consistent with the PSLRA.  Damages are calculated as the difference between Mr. Javidzad's cost to open the position he held in the relevant security at the end of the class period and his cost to close his position in that security after the class period.  If a position was not actually closed within 90 days after the end of the class period the cost to close the position is calculated based on the average price of the security in the 90 days after the end of the class period.[1]  If a position was closed during the 90-day period the cost to close the position is based on the average price of the security between the end of the class period and the date the position was closed or the actual amount received when the position was closed, whichever amount produces the smaller loss.  Mr. Javidzad opened his positions in LDK stock by purchasing LDK stock during the class period at the market price and, after the class period, he was entitled to close his position by selling his stock at the market price.  Mr. Javidzad opened his positions in LDK puts and calls by selling to open these securities at the market price during the class period.  After the class period he was entitled to close his position by repurchasing the options he had written (buying to close) at the market price. The exercise or expiration of his options would also close his option position.

---

[1] Since 90 days has not elapsed since the end of the class period the "90 day" prices are calculated based on closing prices from the day after the class period through December 6, 2007.

**Calculation of Total Losses in LDK Solar Securities**
**Losses of Shahpour Javidzad**

## LDK Solar Securities Transactions: Losses by Security

| security | amount lost (gained) |
|---|---|
| LDK Solar Common Stock | $1,241,221 |
| LDK Put @70 Oct | $225,378 |
| LDK Put @60 Oct | $116,259 |
| LDK Call @55 Oct | ($83,259) |
| **Total Loss From All LDK Securities Transactions During Class Period** | **$1,499,599** |

**Calculation of Losses In Transactions In LDK Common Stock**
**Losses of Shahpour Javidzad**

**Total Losses--LDK stock transactions**
**(difference between cost to open and cost**
**to close position)**

| | |
|---|---|
| net total cash paid to purchase LDK shares during class period (cash paid to open position minus proceeds of sales during class period) | $3,933,670 |
| value of shares held at end of class period (cash that would be received by selling LDK stock to close position) (calculated consistent with the PSLRA) | $2,692,449 |
| **total gain (loss)** (amount that would be received upon closing position after class period minus cost to open position during class period) | **($1,241,221)** |

**Calculation of Net Cost to Open Position in LDK Stock During Class Period**

**Transactions in LDK Solar Common Stock During Class Period**

| trade date | purchase/sale | price | shares | total amt paid (including commission) |
|---|---|---|---|---|
| 10/1/2007 | purchase | $69.81 | 10,000 | $698,541 |
| 10/3/2007 | purchase | $66.92 | 5,000 | $334,865 |
| 10/3/2007 | purchase | $63.26 | 15,000 | $949,500 |
| 10/3/2007 | purchase | $61.52 | 5,000 | $307,850 |
| 10/3/2007 | purchase | $60.00 | 5,000 | $300,250 |
| 10/3/2007 | purchase | $57.87 | 5,000 | $289,583 |
| 10/3/2007 | purchase | $58.00 | 5,000 | $290,250 |
| 10/4/2007 | purchase | $45.94 | 5,000 | $229,977 |
| 10/4/2007 | sale | $47.00 | (5,000) | ($234,741) |
| 10/5/2007 | purchase | $48.99 | 5,000 | $245,204 |
| 10/5/2007 | purchase | $46.42 | 5,000 | $232,336 |
| 10/8/2007 | purchase (forced sale-exercise of put, valued at 10-8 market price) | $37.50 | 9,000 | $337,885 |
| 10/8/2007 | adjustment--reduction for amount previously received on sell to open (write) of the 9,000 put@70 Oct that | | | ($47,830) |
| **Total** | | | **69,000** | **$3,933,670** |

| net cash expended to purchase LDK shares during class period | $3,933,670 |
|---|---|

**Calculation of Cost to Close Position in LDK
Shares After Class Period**

**Retained Market Value of LDK Shares
(Calculated Consistent With the PSLRA)**

| | |
|---|---:|
| total shares at end of class period | 69,000 |
| sales of LDK shares after class period (w/in 90 day window-not matched to post 90 day purchases) | 50,000 |
| total amount received (adjusted for average price from end of class period to date of sale) for shares sold during 90-day period after class period | **$1,982,961** |
| shares not sold (retained) during 90 day period | 19,000 |
| average 90 day loss price | $37.34 |
| total retained value (cost to close position) of shares currently held (# shares held at end of class period X average price per share) | **$709,487** |
| **total retained value (cost to close position) of shares held at end of class period (amount received for shares sold plus retained value of shares still held** | **$2,692,449** |

**Calculation of Cost to Close Position In LDK Shares Sold In 90-Day Period After End of Class Period**

**shares sold in 90-day period**

| date | shares | amount actually received (after commission) | average price of LDK shares -- end of class period through date of sale | average of amount that would have been received for selling shares from end of class period until actual date of sale (# shares X average price) | adjusted amount received: amount that produces the highest gain--average amount that would have been received or actual amount received |
|---|---|---|---|---|---|
| 11/14/2007 | 25,500 | $747,207 | $39.75 | $1,013,568 | $1,013,568 |
| 11/14/2007 | 1,100 | $32,243 | $39.75 | $43,723 | $43,723 |
| 11/15/2007 | 10,000 | $311,590 | $39.56 | $395,586 | $395,586 |
| 11/15/2007 | 5,000 | $157,397 | $39.56 | $197,793 | $197,793 |
| 11/15/2007 | 8,400 | $272,552 | $39.56 | $332,292 | $332,292 |
| **Totals** | 50,000 | $1,520,988 | | $1,982,961 | **$1,982,961** |

**Calculation of Losses In Transactions In LDK Solar Puts @70 Oct**
**Losses of Shahpour Javidzad**

**Total Losses for LDK puts@70 Oct (difference
between cost to open and cost to close position)**

| | |
|---|---:|
| cash received from opening position by selling to open (writing) puts@70 Oct during the class period puts@70 retained at end of class period | $58,459 |
| cost to close position in puts@70 Oct after class period (calculated using average price of puts@70 Oct from end of class period to date position was closed) | $283,836 |
| **total gain (loss)** **(cost to close position after class period minus cash received upon opening position during class period)** | **($225,378)** |

**Calculation of Amount Received During Class Period to Open Positions in
Puts @70 Oct That Were Retained Until the End of the Class Period**

puts Oct @70 - sell to open (write)  transactions during class period

| trade date | purchase/ sale | price | options (corresponding to shares) | amt received for selling to open puts @70 Oct sold to open (written) during class period (after commission) |
|---|---|---|---|---|
| 9/28/2007 | sold to open | $5.20 | 10,000 | $51,644 |
| 10/1/2007 | sold to open | $5.50 | 10,000 | $54,644 |
| **Totals** | | | **20,000** | **$106,288** |

| | |
|---|---|
| total amount received during class period for selling to open (writing) puts @70 Oct | $106,288 |
| % of these puts @70 Oct retained at end of class period | 55% |
| amount received for sale of puts @70 Oct attributable to puts @70 Oct sold before end of class period (% not retained X total) | $47,830 |
| **amount received for sale of puts @70 Oct attributable to puts @70 Oct held at end of class period (% retained X total)** | **$58,458.59** |

**Calculation of Cost of Closing Position in Puts @70 Oct After Class Period**

**forced purchases after class period corresponding to puts @70 Oct written in class period**

| trade date | shares | total amt paid to make forced purchases (after commissions) | share price LDK stock date of forced purchase | value of stock received in forced purchase (LDK stock shares X market price on transaction date) | actual net amount paid out for forced purchase (amount paid for forced purchase - value of stock received) | average market price of puts @70 Oct from end of class period to date of transaction | adjusted net amount paid out for forced purchase: average cost to close position by repurchasing options (# puts @70 Oct X average price of puts @70 Oct) |
|---|---|---|---|---|---|---|---|
| 10/12/2007 | 1,900 | $133,138 | $43 | $81,605 | $51,533 | $24.68 | $46,883 |
| 10/18/2007 | 2,500 | $175,075 | $42 | $103,775 | $71,300 | $25.44 | $63,594 |
| 10/22/2007 | 6,600 | $462,297 | $40 | $265,980 | $196,317 | $26.27 | $173,360 |
| **Total** | **11,000** | | | | **$319,150** | | **$283,836** |

this is actual amount paid to close position (amount Mr. Javidzad paid on option exercise)

This is lower "adjusted" amount used in loss calculation as  amount paid to close position based on average price of the put from the end of the class period to the date the put was exercised

**Calculation of Puts @70 Oct Held at End of Class Period**

**Puts @70 Oct retained at end of class period**

| | |
|---|---:|
| total puts @70 Oct options held prior to class period | 0 |
| total puts @70 Oct options written during class period | 20,000 |
| total puts @70 Oct options exercised during class period | 9,000 |
| **total puts @70 Oct options remaining at end of class period** | **11,000** |
| % of position in puts @70 Oct sold to open during class period that had not been closed at end of class period | 55% |

**Calculation of Losses In Transactions In LDK Solar Puts @60 Oct**
**Losses of Shahpour Javidzad**

**Total Losses for LDK puts@60 Oct (difference between
cost to open and cost to close position)**

| | |
|---|---:|
| cash received from opening position by selling to open (writing) puts@60 Oct during the class period puts@60 Oct retained at end of class period | $44,644 |
| cost to close position in puts@60 Oct after class period (calculated using average price of put @60 Oct from end of class period to date position was closed) | $160,903 |
| **total gain (loss)** (cost to close position after class period minus cash received upon opening position during class period) | **($116,259)** |

**Calculation of Amount Received During Class Period to Open Positions in
Puts @60 Oct That Were Retained Until the End of the Class Period**

**sell to open (write) puts @60 Oct transactions**

| trade date | stock/option | purchase/sale | price | options (corresponding to shares) | total amt received in exchange for options written (after commission) |
|---|---|---|---|---|---|
| 10/3/2007 | put | sold | $4.50 | $10,000 | **$44,644** |

| | |
|---|---|
| total amount received during class period for selling to open (writing) puts @60 Oct | $44,644 |
| % of these puts @60 Oct retained at end of class period | 100% |
| **amount received for sale of puts @60 Oct attributable to puts @60 Oct held at end of class period (% retained X total)** | **$44,644** |

**Calculation of Cost of Closing Position in Puts @60 Oct After Class Period**

**forced purchases after class period corresponding to puts @60 Oct written in class period**

| trade date | shares | total amt paid to make forced purchases (after commissions) | share price LDK stock date of forced purchase | value of stock received in forced purchase (LDK stock shares X market price on transaction date) | actual net amount paid out for forced purchase (amount paid for forced purchase - value of stock received) | average market price of puts @60 Oct from end of class period to date of transaction | adjusted net amount paid out for forced purchase: average cost to close position by repurchasing options (# puts @60 Oct X average price of puts @70 Oct) |
|---|---|---|---|---|---|---|---|
| 10/18/2007 | 2500 | $150,155 | $41.51 | $103,775 | 46,380 | $15.64 | $39,091 |
| 10/22/2007 | 7500 | $450,338 | $40.30 | $302,250 | 148,088 | $16.24 | $121,813 |
| total forced purchases of LDK stock from exercise of puts @60 Oct after class period | 10,000 | $600,493 | | | $194,468 | | $160,903 |

this is actual amount paid to close position (amount Mr. Javidzad paid on option exercise)

This is lower "adjusted" amount used in loss calculation as amount paid to close position based on average price of the put from the end of the class period to the date the put was exercised

**Calculation of Gains In Transactions In LDK Solar Calls @55 Oct**
**Losses of Shahpour Javidzad**

**gain from transactions in LDK Call@55 Oct**

| date | security type | action | price | quantity | total received (minus commission) |
|------|---------------|--------|-------|----------|-----------------------------------|
| 10/5/2007 | call | sell to open | $3.50 | 10,000 | $34,699 |
| 10/5/2007 | call | sell to open | $4.00 | 4,500 | $17,865 |
| 10/5/2007 | call | sell to open | $3.10 | 10,000 | $30,695 |
| **Total** | | | | **24,500** | **$83,259** |

**the call@55 written by Mr. Javidzad were not exercised**

| net gain is | $83,259 |
|-------------|---------|