LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue Of The Stars, Suite 311
Los Angeles, Ca 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-Mail:            Info@Glancylaw.Com

**Proposed Liaison Counsel and Attorneys for Movant FRANS VELDMAN**

MURRAY, FRANK & SAILER LLP
Brian P. Murray
Brian D. Brooks
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
E-Mail:            bmurray@murrayfrank.com
                   bbrooks@murrayfrank.com

**Proposed Lead Counsel and Attorneys for Movant FRANS VELDMAN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-5182-WHA<br><br>Date: January 3, 2008<br>Time: 8:00 a.m.<br>Hon. William H. Alsup |
| THOMAS O'REILLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, AND JACK LAI,<br><br>Defendants. | CIVIL ACTION NO. 07-CV-5205-WHA |

(additional captions on following page)

**NOTICE OF MOTION AND MOTION OF FRANS VELDMAN TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

0

| | |
|---|---|
| FREDRICK GREENWALD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5295-WHA** |
| REZA KARKONAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., LDS SOLAR USA, INC., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5752-MHP** |

**PLEASE TAKE NOTICE** that on January 3, 2008, at 8:00 a.m., in Courtroom 9 of the above-entitled Court, before the Hon. William H. Alsup, Frans Veldman ("Movant") will and hereby does move the Court for an Order pursuant to Rule 42 of the Federal Rules of Civil Procedure, consolidating all related actions for all purposes. In addition, Movant moves this Court for an Order pursuant to Section 21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(v), appointing him Lead Plaintiff and approving his selection of the law firm of Murray, Frank & Sailer LLP as Lead Counsel, and Glancy, Binkow and Goldberg LLP as Liaison Counsel, for the Class.

Movant makes this motion based on the complaints filed herein, the Memorandum of Points and Authorities submitted contemporaneously herewith, the Declaration of Brian Brooks in Support

1

of the Movant's Motion to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead and Liaison Counsel, executed on December 10, 2007, and on all other pleadings, motions, and orders in this action.

Dated:  December 10, 2007
        New York, New York

**GLANCY BINKOW & GOLDBERG LLP**

By: _____*s/Lionel Z. Glancy*_____

Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Proposed Liaison Counsel and Attorneys for Movant FRANS VELDMAN**

**MURRAY, FRANK & SAILER LLP**
Brian P. Murray
Brian D. Brooks
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel and Attorneys for Movant FRANS VELDMAN**

2