LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue Of The Stars, Suite 311
Los Angeles, Ca 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-Mail:       Info@Glancylaw.Com

**Proposed Liaison Counsel and Attorneys for Movant FRANS VELDMAN**

MURRAY, FRANK & SAILER LLP
Brian P. Murray
Brian D. Brooks
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
E-Mail:       bmurray@murrayfrank.com
              bbrooks@murrayfrank.com

**Proposed Lead Counsel and Attorneys for Movant FRANS VELDMAN**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-5182-WHA |
| | Date: January 3, 2008 |
| | Time: 8:00 a.m. |
| | Hon.  William H. Alsup |
| THOMAS O'REILLY, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | CIVIL ACTION NO. 07-CV-5205-WHA |
| vs. | |
| LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, AND JACK LAI, | |
| Defendants. | |

(additional captions on following page)

**DECLARATION OF BRIAN D. BROOKS IN SUPPORT OF MOTION OF FRANS VELDMAN TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

0

*In re LDK Solar Securities Litigation*, Civil Action No. 07-CV-5182-WHA, MOTION OF FRANS VELDMAN TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| FREDRICK GREENWALD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5295-WHA**<br><br>**"ECF CASE"** |
| REZA KARKONAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., LDS SOLAR USA, INC., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5752-MHP**<br><br>**"ECF CASE"** |

1

I, Brian D. Brooks, declare as follows:

1. I am an associate of the law firm Murray, Frank & Sailer LLP, counsel for Frans Veldman. I submit this Declaration in Support of Mr. Veldman's Motion to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published over the MARKET WIRE on October 9, 2007, providing notice of the filing of a class action complaint against defendants.

3. Attached hereto as Exhibit B is a true and correct copy of the Plaintiff's Certification executed by Frans Veldman.

4. Attached hereto as Exhibit C is a chart detailing the damages suffered by Mr. Veldman.

5. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Murray, Frank & Sailer LLP.

6. Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Glancy, Binkow & Goldberg LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

                                                  /s/
                                     Brian D. Brooks

2

*In re LDK Solar Securities Litigation*, Civil Action No. 07-CV-5182-WHA, DECLARATION OF BRIAN BROOKS IN SUPPORT OF MOTION OF FRANS VELDMAN TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL