# EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| | **LDK Solar Co., Ltd** | | | | |
| | **1934 Exchange Act Loss Analysis** | | | | |
| | **Total Loss** | | **$58,066** | | |
| **Plaintiff** | **Date** | **Purchased** | | **Price** | **Total** |
| Frans Veldman | 9/25/2007 | 700 | | $63.26 | $44,282 |
| | 9/26/2007 | 700 | | $72.96 | $51,072 |
| | 10/2/2007 | 500 | | $69.90 | $34,950 |
| | **Total Purchases** | 1,900 | | | **$130,304** |
| | **Shares Retained** | 1,900 | | | |
| | **62 Day Avg.** | | | $38.02 | |
| | **Value of Shares Retained** | | | | $72,238 |
| | | | | **Total Loss** | **$58,066** |