1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue Of The Stars, Suite 311
3  Los Angeles, Ca 90067
   Telephone:    (310) 201-9150
4  Facsimile:    (310) 201-9160
   E-Mail:         Info@Glancylaw.Com
5
   **Proposed Liaison Counsel and Attorneys for Movant FRANS VELDMAN**
6
   MURRAY, FRANK & SAILER LLP
7  Brian P. Murray
   Brian D. Brooks
8  275 Madison Avenue, 8th Floor
   New York, NY 10016
9  Telephone: (212) 682-1818
   Facsimile: (212) 682-1892
10 E-Mail:          bmurray@murrayfrank.com
                    bbrooks@murrayfrank.com
11
   **Proposed Lead Counsel and Attorneys for Movant FRANS VELDMAN**
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14 _____    )    **CIVIL ACTION NO. 07-CV-5182-WHA**
                                                )
   IN RE LDK SOLAR SECURITIES LITIGATION        )
15                                              )    **Date:  January 3, 2008**
                                                )    **Time:  8:00 a.m.**
16                                              )    **Hon.   William H. Alsup**
                                                )
17
                                                )
18 _____    )
                                                )
   THOMAS O'REILLY, Individually and On Behalf  )
19    of All Others Similarly Situated,         )    **CIVIL ACTION NO. 07-CV-5205-WHA**
                                                )
20                    Plaintiff,                )
                                                )
21              vs.                             )
                                                )
22 LDK SOLAR CO., LTD., XIAOFENG PENG,          )
      XINGXUE TONG, AND JACK LAI,               )
23                                              )
                    Defendants.                 )
24 _____    )

25 (additional captions on following page)

26              **PROOF OF SERVICE ON MOTION OF**
   **FRANS VELDMAN TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND**
27      **FOR APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**
                                                                                    0
28

| | |
|---|---|
| FREDRICK GREENWALD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CIVIL ACTION NO. 07-CV-5295-WHA**

| | |
|---|---|
| REZA KARKONAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., LDS SOLAR USA, INC., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) |

**CIVIL ACTION NO. 07-CV-5752-MHP**

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND**
**ECF GENERAL ORDER NO. 45**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 10, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. Notice of Motion and Motion of Frans Veldman to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead and Liaison Counsel

2. Memorandum of Points and Authorities in Support of Motion of Frans Veldman to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead and Liaison Counsel

3. Declaration of Brian D. Brooks in Support of Motion of Frans Veldman to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of and Lead and Liaison Counsel.

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on December 10, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

S/Daniel C. Rann
Daniel C. Rann

1

## SERVICE LIST

2

### By US Mail To All Known Non-ECF-Registered Entities

3

4       1.  **Jack K. Lai**
            Hi-Tech Industrial Park
            Xinyu, JNG  338032

5

6       2.  **Xiaofeng Peng**
            Hi-Tech Industrial Park
7           Xinyu, JNG  338032

8       3.  **XingXue Tong**
            Hi-Tech Industrial Park
9           Xinyu, JNG  338032

10
        4.  **LDK Solar Co., Ltd.**
11          Hi-Tech Industrial Park
            Xinyu, JNG  338032
12
        5.  **LDK Solar USA, Inc.**
13          1290 Oakmead Parkway
            Suite 306
14          Sunnyvale, CA 94085

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2