| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC 20005
202-408-3650

mkaplan@cmht.com
(Name, address, and phone number of applicant)



E-Filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re LDK Solar Securities Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NO. 03:07-cv-5182  WHA

ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Daniel S. Sommers, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Movant Shahpour Javidzad in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael Lehmann, One Embarcadero Center, Ste. 2440, San Francisco, CA 94111 (415) 986-3321.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/4/07

Date: 12.12.07

United States District Court Judge William Alsup