LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue Of The Stars, Suite 311
Los Angeles, Ca 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-Mail:         Info@Glancylaw.Com

**Proposed Liaison Counsel and Attorneys for Movant FRANS VELDMAN**

MURRAY, FRANK & SAILER LLP
Brian P. Murray
Brian D. Brooks
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
E-Mail:         bmurray@murrayfrank.com
                    bbrooks@murrayfrank.com

**Proposed Lead Counsel and Attorneys for Movant FRANS VELDMAN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-5182-WHA<br><br>Date: January 3, 2008<br>Time: 8:00 a.m.<br>Hon.  William H. Alsup |
| THOMAS O'REILLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, AND JACK LAI,<br><br>Defendants. | CIVIL ACTION NO. 07-CV-5205-WHA |

(additional captions on following page)

**PLAINTIFF FRANS VELDMAN'S RESPONSE
TO PLAINTIFF SHAHPOUR JAVIZDAD'S SUPPLEMENTAL MOTION
TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**

0

*In re LDK Solar Securities Litigation*, Civil Action No. 07-CV-5182-WHA, PLAINTIFF FRANS VELDMAN'S RESPONSE
TO PLAINTIFF SHAHPOUR JAVIZDAD'S SUPPLEMENTAL MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

| | |
|---|---|
| FREDRICK GREENWALD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5295-WHA** |
| REZA KARKONAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LDK SOLAR CO., LTD., LDS SOLAR USA, INC., XIAOFENG PENG, and JACK LAI,<br><br>Defendants. | **CIVIL ACTION NO. 07-CV-5752-MHP** |

This is a securities class action brought on behalf of purchasers of LDK Solar Co., Ltd. ("LDK") securities. On December 10, 2007, Frans Veldman, through his counsel, requested that the Court appoint Mr. Veldman to serve as Lead Plaintiff in this action on behalf of purchasers of LDK securities.

Upon review of Plaintiff Shahpour Javizdad's Supplemental Motion to Appoint Lead Plaintiff and Lead Counsel, it appears that Shahpour Javizdad has the largest loss of any Movant seeking appointment as Lead Plaintiff. Accordingly, Mr. Javizdad appears to be the presumptive

1

*In re LDK Solar Securities Litigation*, Civil Action No. 07-CV-5182-WHA, PLAINTIFF FRANS VELDMAN'S RESPONSE TO PLAINTIFF SHAHPOUR JAVIZDAD'S SUPPLEMENTAL MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

Lead Plaintff, and Mr. Veldman does not oppose his motion. However, Mr. Veldman expressly reserves the right to present himself as Lead Plaintiff if Mr. Javizdad is determined to be unqualified to be Lead Plaintiff or withdraws for any reason, whether at this or a later stage in this action.

Dated: December 17, 2007

                            **GLANCY BINKOW & GOLDBERG LLP**

                            By:_____/s/Peter A. Binkow_____

                            Lionel Z. Glancy
                            Peter A. Binkow
                            Michael Goldberg
                            1801 Avenue of the Stars
                            Suite 311
                            Los Angeles, CA 90067
                            Telephone: (310) 201-9150
                            Facsimile: (310) 201-9160

                            **Proposed Liaison Counsel**

                            **MURRAY, FRANK & SAILER LLP**
                            Brian P. Murray
                            Brian D. Brooks
                            275 Madison Avenue, 8th Floor
                            New York, NY 10016
                            Telephone: (212) 682-1818
                            Facsimile: (212) 682-1892

                            **Proposed Lead Counsel**

2

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 17, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. Plaintiff Frans Veldman's Response to Plaintiff Shahpour Javizdad's Supplemental Motion to Appoint Lead Plaintiff and Lead Counsel

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on December 17, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

    S/Daniel C. Rann
    Daniel C. Rann

## SERVICE LIST

### Electronically to All ECF-Registered Entities

1. **Mark P. Kindall**
   Schatz & Nobel, P.C.
   One Corporate Center
   20 Church Street, Suite 1700
   Hartford, CT 06103
   firm@snlaw.net

2. **Jeffrey W. Lawrence**
   Coughlin Stoia Geller Rudman & Robbins LLP
   100 Pine Street
   Suite 2600
   San Francisco, CA 94111
   jeffreyl@csgrr.com

3. **Michael Paul Lehmann**
   Cohen Milstein Hausfeld & Toll, PLLC
   1 Embarcadero Center, Suite 2440
   San Francisco, CA 94111
   mlehmann@cmht.com

4. **Michael Francis Ram**
   Levy, Ram & Olson LLP
   639 Front Street
   4th Floor
   San Francisco, CA 94111-1913
   mfr@lrolaw.com

5. **Darren Jay Robbins**
   Coughlin Stoia Geller Rudman & Robbins LLP
   655 West Broadway
   Suite 1900
   San Diego, CA 92101
   e_file_sd@csgrr.com

6. **Shawn A. Williams**
   Coughlin Stoia Geller Rudman & Robbins LLP
   100 Pine Street Suite 2600
   San Francisco, CA 94111
   shawnw@csgrr.com

7. **Jeffrey S. Nobel**
   Schatz Nobel Izard P.C.
   One Corporate Center
   20 Church Street
   Suite 1700
   Hartford, CT 06103
   firm@snlaw.net

8. **Andrew M. Schatz**
   Schatz Nobel Izard P.C.
   One Corporate Center
   20 Church Street
   Hartford, CT 06103
   firm@snlaw.net

9. **David Felderman**
   Spector, Roseman & Kodroff, P.C.
   1818 Market Street
   Suite 2500
   Philadelphia, PA 19103
   dfelderman@srk-law.com

10. **Michael Francis Ram**
    Levy, Ram & Olson LLP
    639 Front Street
    4th Floor
    San Francisco, CA 94111-1913
    mfr@lrolaw.com