1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, 26th Floor
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5          – and –
   SAMUEL H. RUDMAN
6  DAVID A. ROSENFELD
   MARIO ALBA, JR.
7  58 South Service Road, Suite 200
   Melville, NY  11747
8  Telephone:  631/367-7100
   631/367-1173 (fax)
9  malba@csgrr.com

10 [Proposed] Lead Counsel for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION | )  Master File No. C-07-05182-WHA )  )  <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | )  SECOND MEMORANDUM OF POINTS )  AND AUTHORITIES IN FURTHER )  SUPPORT OF THE MOTION OF ALLAN )  CANDELORE FOR APPOINTMENT AS )  LEAD PLAINTIFF AND IN OPPOSITION )  TO THE COMPETING MOTIONS |
| | DATE:          January 3, 2008<br>TIME:          9:00 a.m.<br>COURTROOM:  The Honorable<br>                  William H. Alsup |

Allan Candelore respectfully submits this Second Memorandum of Points and Authorities in Further Support of the Motion of Allan Candelore for Appointment as Lead Plaintiff and in Opposition to the Competing Motions filed by Shahpour Javidzad and Frans Veldman.

On November 14, 2007, this Court issued an Order (the "November 14, 2007 Order") setting forth the precise requirements for those investors wishing to file motions for appointment as lead plaintiff in this action. Among other things, the November 14, 2007 Order directed that movants seeking appointment as lead plaintiffs must complete and attach the questionnaire that was appended to the November 14, 2007 Order by November 21, 2007, and that any oppositions to those motions should be filed by November 27, 2007.

On November 21, 2007, counsel for Mr. Javidzad filed two motions: (i) one for appointment as lead plaintiff, which was filed without any claim of a specific financial interest in the litigation and with no supporting documentation; and (ii) one seeking relief from complying with the November 14, 2007 Order, arguing that, under the formula set forth in the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the deadline for seeking appointment as lead plaintiff should be no earlier than December 10, 2007. Mr. Javidzad further claimed that he was not able to timely comply with the Court's November 14, 2007 Order, stating that "[b]ecause [he] only learned of the Court's deadline yesterday . . . [he] is unable to provide all the information normally provided with a Lead Plaintiff motion, including the details concerning all of his trades and the amount of his losses calculated in accordance with the requirements of the PSLRA." *See* Motion of Shahpour Javidzad for Relief from the Court's Scheduling Order ("Javidzad LP Motion"), filed on Nov. 21, 2007, at 2. By a November 30, 2007 Order, the Court extended the deadline for seeking appointment as lead plaintiff until December 10, 2007 and allowed those movants who previously filed motions to supplement their motions by that time.

On December 10, 2007, Mr. Javidzad filed a supplement to his initial motion for lead plaintiff, this time including, among other things, a certification setting forth his transactions in LDK Solar ("LDK") securities. Surprisingly, however, the certification submitted by Mr. Javidzad was dated November 13, 2007 – more than a week prior to the initial deadline set by this Court. Indeed, Item 4 of Mr. Javidzad's certification, which identifies all of his transactions in LDK securities,

plainly states: "Please see confirmation sheets attached." *See* Declaration of Matthew B. Kaplan, filed on Dec. 10, 2007, Exhibit C. Thus, it appears that Mr. Javidzad's certification, as of November 13, 2007, already included "the details concerning all of his trades and the amount of his losses calculated in accordance with the requirements of the PSLRA." *See* Javidzad LP Motion at 2. This being the case, it is unclear why Mr. Javidzad's counsel did not submit his certification to the Court on November 21, 2007, or why they represented that Mr. Javidzad was unable to timely provide "the details concerning all of his trades and the amount of his losses calculated in accordance with the requirements of the PSLRA." *Id.*

These actions raise serious concerns about the adequacy of Mr. Javidzad to represent the class in this action. Moreover, Mr. Veldman, the other movant for lead plaintiff, has completely failed to comply with the Court's November 14, 2007 Order and did not complete the questionnaire, as required by the Court. Thus, Allan Candelore is the only movant who has fully complied with all of the Court's Orders in this action, demonstrating his adequacy to represent the class.

For these reasons, and as set forth in his earlier motion, Allan Candelore should be appointed as lead plaintiff in this action and the competing motions should be denied.

DATED: December 17, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE

/s/
JEFFREY W. LAWRENCE

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SECOND MEMO OF PTS & AUTHS IN FURTHER SUPPORT OF MTN OF ALLAN CANDELORE
FOR APPT AS LEAD PLTF & IN OPP TO COMPETING MTNS - Master File No. C-07-05182-WHA    - 2 -

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\LDK Solar\BRF00047982.doc

SECOND MEMO OF PTS & AUTHS IN FURTHER SUPPORT OF MTN OF ALLAN CANDELORE FOR APPT AS LEAD PLTF & IN OPP TO COMPETING MTNS - Master File No. C-07-05182-WHA - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2007.

                                          /s/
JEFFREY W. LAWRENCE
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:Jeffreyl@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Matthew B. Kaplan**
  mkaplan@cmht.com,efilings@cmht.com

- **Mark P. Kindall**
  firm@snlaw.net,mkindall@snlaw.net

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_ny@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@

- **Michael Paul Lehmann**
  mlehmann@cmht.com,gmgray@furth.com,newman@furth.com,jramos@furth.com,czapanta@furt

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csg

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel S. Sommers
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005

Steven J. Toll
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
```

```
West Tower, Suite 500
Washington, DC 20005-3964
```