1

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152

2

One Embarcadero Center
Suite 2440

3

San Francisco, CA 94111
Telephone:    (415) 986-3321

4

Facsimile:    (415) 986-3643

5

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll

6

Daniel S. Sommers
Matthew B. Kaplan

7

1100 New York Avenue, N.W.
Suite 500, West Tower

8

Washington, DC  20005
Telephone:    (202) 408-4600

9

Facsimile:    (202) 408-4699

10

Counsel for Movant Shahpour Javidzad

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

IN RE LDK SOLAR SECURITIES

15

LITIGATION

16

This Document Relates to:

ALL ACTIONS

17

18

CIVIL ACTION NO.: C-07-05182-WHA

CLASS ACTION

**PROOF OF SERVICE**

19

20

21

22

23

24

25

26

27

28

1    I, Michael P. Lehmann, hereby certify that on December 21, 2007, I caused to be

2  electronically filed the following:

3    **SHAHPOUR JAVIDZAD'S REPLY TO MOVANT CANDELORE'S OPPOSITION**

4  **TO MR. JAVIDZAD'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND**

5  **DECLARATION IN SUPPORT THEREOF**

6

7  with the Clerk of the Court using the CM/ECF system which sent notification of such filing to

8  counsel of record.

9  Service Pursuant to Local Rule 23-2 will be made electronically to:

10 Securities Class Action Clearinghouse
   Att. Juan-Carlos Sanchez/Cara Mia Perlas

11 Stanford University School of Law

12 Crown Quadrangle
   Stanford, CA 94305-8612

13 scac@law.stanford.edu

14

15

16                                        /s/ Michael P. Lehmann
                                          Michael Lehmann

17

18

19

20

21

22

23

24

25

26

27

28