Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 986-3321
Facsimile:    (415) 986-3643

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE NO.: C-07-05182-WHA<br><br>**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF SHAHPOUR JAVIDZAD'S REPLY TO MOVANT CANDELORE'S OPPOSITION TO MR. JAVIDZAD'S MOTION TO BE APPOINTED LEAD PLAINTIFF**<br><br><u>CLASS ACTION</u><br><br>Date:  January 3, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom: Courtroom 9, 19th Floor |

**DECLARATION OF MATTHEW B. KAPLAN**

1. I am an associate with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and an attorney for Lead Plaintiff Movant Shahpour Javidzad in the above-captioned litigation.

2. I personally calculated the losses of Mr. Javidzad and prepared the loss charts that were filed with the Court in support of Mr. Javidzad's December 10 Supplemental Lead Plaintiff Motion. As of November 20, 2007, when I first learned of the Court's initial November 21 lead plaintiff deadline (no other attorney at the firm was aware of this deadline before I learned of it), I had not made any calculations of Mr. Javidzad's losses because I believed that he would have until December 10 to file a lead plaintiff motion. Preparing these calculations in a manner consistent with the PSLRA took a considerable amount of time and could not have been completed with any reasonable degree of accuracy by November 21.

3. On November 21, neither I nor anyone else in the firm had complete information on Mr. Javidzad's post-class period transactions in LDK securities, information that I understand that the Court had ordered to be filed with all lead plaintiff motions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2007

　　　　　　　　　　　　　　　　　　　　_____/s/ Matthew B. Kaplan_____
　　　　　　　　　　　　　　　　　　　　Matthew B. Kaplan