| | |
|---|---|
| 1 | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. |
|   | Michael P. Lehmann |
| 2 | California Bar No. 77152 |
|   | One Embarcadero Center |
| 3 | Suite 2440 |
|   | San Francisco, CA 94111 |
|   | Telephone:   (415) 986-3321 |
| 4 | Facsimile:    (415) 986-3643 |

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO.: C-07-05182-WHA |
| This Document Relates to:<br>ALL ACTIONS | CLASS ACTION<br><br>**PROOF OF SERVICE** |

I, Michael P. Lehmann, hereby certify that on December 21, 2007, I caused to be electronically filed the following:

**SHAHPOUR JAVIDZAD'S REPLY TO MOVANT CANDELORE'S OPPOSITION TO MR. JAVIDZAD'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND DECLARATION IN SUPPORT THEREOF**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Service Pursuant to Local Rule 23-2 will be made electronically to:

Securities Class Action Clearinghouse
Att. Juan-Carlos Sanchez/Cara Mia Perlas
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
scac@law.stanford.edu

    /s/ Michael P. Lehmann
Michael Lehmann