| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    James J. Farrell (Bar No. 166595) |
|   |    james.farrell@lw.com |
| 2 | 633 West Fifth Street, Suite 4000 |
|   | Los Angeles, California 90071-2007 |
| 3 | Telephone: (213) 485-1234 |
|   | Facsimile: (213) 891-8763 |

LATHAM & WATKINS LLP
   Philip J. Wang (Bar No. 218349)
   philip.wang@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants
LDK Solar Co., Ltd.,
LDK Solar USA, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | Master File No. C-07-05182-WHA |
| | CLASS ACTION |
| This Document Relates to: All Actions | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
SV\595279.1

1   WHEREAS, plaintiffs instituted this lawsuit on behalf of the stockholders of LDK Solar Co. Ltd. ("LDK") on October 9, 2007;

3   WHEREAS, the Court originally scheduled a hearing for the appointment of lead plaintiff on December 5, 2007, well before the original case management deadline;

5   WHEREAS, the Court originally issued an Initial Scheduling Order setting the deadline to meet and confer regarding certain case management items on December 27, 2007, and setting the Initial Case Management Conference on January 17, 2008;

8   WHEREAS, at Plaintiffs request, the Court rescheduled the hearing for the appointment of lead plaintiff on January 3, 2008;

10  WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. § 78u 4(a)(3)(B) of the Securities Exchange Act of 1934;

12  WHEREAS, the parties agree that meeting and conferring prior to the selection of a lead plaintiff would be difficult, premature, and would not promote judicial economy or streamline adjudication of this litigation because none of the counsel for the putative plaintiffs know which attorney will be designated as lead counsel and therefore cannot commit to any agreement or resolution of any case management issue without knowing if they will serve as lead counsel;

17  IT IS HEREBY STIPULATED by the parties, through their counsel of record, that all dates in the Initial Scheduling Order shall be continued as follows:

19  1.  The parties will meet and confer regarding early settlement and ADR process selection by January 11, 2008;

21  2.  The parties will file a Case Management Statement by January 18, 2008; and

23  3.  The Initial Case Management Conference will be held on January 28, 2008, in Courtroom 9, United States District Court, Northern District of California, San Francisco Division, before Judge William Alsup at 11:00 a.m.

27  IT IS SO STIPULATED.

28  **STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 1 -

SV\595279.1

| | | |
|---|---|---|
| DATED: December 26, 2007 | | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE |

/s/<br>JEFFREY W. LAWRENCE

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
Fax: 415/288-4534

Attorneys for Plaintiff Allan Candelore

DATED: December 26, 2007                              SCHATZ NOBEL IZARD P.C.
                                                     MARK KINDALL

/s/<br>MARK KINDALL

One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: 860/493-6292
Fax: 860/493-6290

Attorneys for Plaintiff Thomas O'Reilly

DATED: December 26, 2007                              ABBEY SPANIER RODD & ABRAMS, LLP

/s/<br>NANCY KABOOLIAN

212 East 39th Street
New York, New York 10016
Telephone: 212/889-3700
Fax: 212/684-5191

Attorneys for Plaintiff Fredrick Greenwald

**STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 2 -

SV\595279.1

| | | |
|---|---|---|
| 1 | DATED:  December 26, 2007 | LEVY, RAM & OLSON LLP<br>MICHAEL F. RAM |
| 2 | | |
| 3 | | /s/ |
| 4 | | MICHAEL F. RAM |
| 5 | | 639 Front Street, 4th Floor<br>San Francisco, CA  94111<br>Telephone: 415/433-4949 |
| 6 | | Fax: 415/433-7311 |
| 7 | | |
| 8 | | Attorneys for Plaintiff Reza Karkonan |
| 9 | | |
| 10 | DATED:  December 26, 2007 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>MICHAEL P. LEHMANN |
| 11 | | |
| 12 | | |
| 13 | | /s/<br>MICHAEL P. LEHMANN |
| 14 | | One Embarcadero Center, Suite 2400 |
| 15 | | San Francisco, CA  94111 |
| 16 | | Attorneys for Plaintiff Shahpour Javidzad |
| 17 | | |
| 18 | | |
| 19 | DATED:  December 26, 2007 | LATHAM & WATKINS LLP<br>JAMES J. FARRELL |
| 20 | | |
| 21 | | /s/ |
| 22 | | JAMES J. FARRELL |
| 23 | | 633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone:  213/485-1234 |
| 24 | | 213/891-8763 (fax) |
| 25 | | Attorneys for Defendants LDK Solar Co., Ltd., |
| 26 | | LDK Solar  USA, Inc. |
| 27 | | |
| 28 | | |

**STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 3 -

SV\595279.1

**O R D E R**

**IT IS SO ORDERED.**

DATED: _____    _____

The Honorable William H. Alsup
United States District Judge

**STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 4 -

SV\595279.1