IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. _____/ This Document Relates to: All Actions. _____/ | No. C 07-05182 WHA  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** a continuance of the case management conference to **THURSDAY, JANUARY 24, 2008, AT 11:00 A.M.**, **NOT** January 28, 2008, per the parties' stipulation. In addition, the Court agrees to the other deadlines stipulated to by counsel.

**IT IS SO ORDERED.**

Dated: December 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE