1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10    IN RE LDK SOLAR SECURITIES                No. C 07-05182 WHA
      LITIGATION.
11    _____/

12    This Document Relates to:                 **ORDER REQUESTING**
                                                **PARTICIPATION OF DEFENSE**
13          All Actions.                        **COUNSEL AT LEAD PLAINTIFF**
                                                **HEARING ON JANUARY 3, 2008**
14    _____

15
16          The Court would appreciate defense counsel to attend the hearing on lead plaintiff

17    selection.  Defense counsel should also be prepared to address the accuracy of the methodology

18    used by candidates to assess their damage claims.  Each lead plaintiff candidate should be

19    prepared to critique the methodology used by competing candidates.

20
21          **IT IS SO ORDERED.**

22
23    Dated:  January 2, 2008.
                                                _____
24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California