1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Michael P. Lehmann
2  California Bar No. 77152
   One Embarcadero Center
3  Suite 2440
   San Francisco, CA 94111
4  Telephone:   (415) 229-2081
   Facsimile:   (415) 986-3643
5
   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
6  Steven J. Toll
   Daniel S. Sommers
7  Matthew B. Kaplan
   1100 New York Avenue, N.W.
8  Suite 500, West Tower
   Washington, DC  20005
9  Telephone:   (202) 408-4600
   Facsimile:   (202) 408-4699
10
   Counsel for Movant Shahpour Javidzad
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MASTER FILE NO.: C-07-05182-WHA<br><br>**NOTICE OF FILING OF CERTIFICATION OF LEAD PLAINTIFF SHAHPOUR JAVIDZAD**<br><br><u>CLASS ACTION</u> |
|---|---|

1

2   In its January 4, 2008 Order appointing Shahpour Javidzad as Lead Plaintiff in this

3   consolidated litigation (docket no. 57), the Court instructed Mr. Javidzad to file a Certification

4   confirming that he understands the responsibilities of a lead plaintiff under the Private Securities

5   Litigation Reform Act.  *Id.* at 6.  Such a certification, drafted and signed by Mr. Javidzad, is

6   attached as Exhibit A to this Notice.

7

8   Dated: January 9, 2007                    COHEN, MILSTEIN, HAUSFELD
                                                 & TOLL, P.L.L.C.

                                              /s/ Michael P. Lehmann
                                              Michael P. Lehmann
                                              Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                              California Bar No. 77152
                                              One Embarcadero Center
                                              Suite 2440
                                              San Francisco, CA 94111
                                              Telephone:    (415) 229-2081
                                              Facsimile:    (415) 986-3643


                                              Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                              Steven J. Toll
                                              Daniel S. Sommers
                                              Matthew B. Kaplan
                                              1100 New York Avenue, N.W.
                                              West Tower, Suite 500
                                              Washington, D.C. 20005
                                              Telephone: (202) 408-4600
                                              Facsimile: (202) 408-4699

                                              **Counsel for Movant Shahpour Javidzad**