# EXHIBIT A

January 4th, 2008

This is to certify that I Shahpour Javidzad have read the order of honorable WILLIAM ALSUP UNITED STATES DISTRICT JUDGE in regards to appointment ship as lead plaintiff IN RE LDK SOLAR SECURITIES LITIGATION and am willing and able to meet the schedule and it's fiduciary obligations.

*[signature]*

Shahpour Javidzad