1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Michael P. Lehmann
   California Bar No. 77152
2  One Embarcadero Center
   Suite 2440
3  San Francisco, CA 94111
   Telephone:    (415) 229-2081
4  Facsimile:    (415) 986-3643

5  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Steven J. Toll
6  Daniel S. Sommers
   Matthew B. Kaplan
7  1100 New York Avenue, N.W.
   Suite 500, West Tower
8  Washington, DC  20005
   Telephone:    (202) 408-4600
9  Facsimile:    (202) 408-4699

10 Counsel for Movant Shahpour Javidzad

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION | CIVIL ACTION NO.: C-07-05182-WHA |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | CLASS ACTION<br><br>**PROOF OF SERVICE** |

1  I, Michael P. Lehmann, hereby certify that on January 9, 2008, I caused to be electronically filed the following:

**NOTICE OF FILING OF CERTIFICATION OF LEAD PLAINTIFF SHAHPOUR JAVIDZAD**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Service Pursuant to Local Rule 23-2 will be made electronically to:

Securities Class Action Clearinghouse
Att. Juan-Carlos Sanchez/Cara Mia Perlas
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
scac@law.stanford.edu

    /s/ Michael P. Lehmann
Michael Lehmann