**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: January 10, 2008

Case No.  C 07-05182 WHA

Title: IN RE LDK SOLAR SECURITIES LITIGATION

Plaintiff Attorneys: Michael Ram; Matthew Kaplan; Michael Lehmann; JeffreyLawrence

Defense Attorneys: Philip Wang

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Hearing on Appointment of Lead Plaintiff - HELD

2) 

Continued to   for Claims Construction

Continued to   for Pretrial Conference

Continued to   for Trial

**ORDERED AFTER HEARING:**

Court heard from two candidates for lead plaintiff: Allan Candelore and Shahpour Javidzad.

The case management conference set for 1/24/08 and the ADR certification deadline are VACATED.