1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SHAWN A. WILLIAMS (213113)
3  100 Pine Street, 26th Floor
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   shawnw@csgrr.com
6          – and –
   DARREN J. ROBBINS (168593)
7  MARY K. BLASY (211262)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 maryb@csgrr.com

11 Attorneys for Plaintiff Allan Candelore

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | Master File No. C-07-05182-WHA |
| This Document Relates to: ALL ACTIONS. | NOTICE OF WITHDRAWAL OF PLAINTIFF ALLAN CANDELORE AND COUNSEL |

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that named plaintiff Allan Candelore, represented by Darren J.
3  Robbins, Jeffrey W. Lawrence, Shawn A. Williams, and Mary K. Blasy of Coughlin Stoia Geller
4  Rudman & Robbins LLP hereby withdraw as named plaintiff and counsel for plaintiff in this action.
5  Please remove from the docket Allan Candelore as plaintiff and Coughlin Stoia Geller Rudman &
6  Robbins LLP as counsel of record, along with the above-named attorneys.

7  DATED: January 18, 2008                COUGHLIN STOIA GELLER
                                                                    RUDMAN & ROBBINS LLP
8                                                                   DARREN J. ROBBINS
                                                                    MARY K. BLASY

                                                                           s/ MARY K. BLASY
                                                                    MARY K. BLASY

                                                                    655 West Broadway, Suite 1900
                                                                    San Diego, CA  92101
                                                                    Telephone:  619/231-1058
                                                                    619/231-7423 (fax)

                                                                    COUGHLIN STOIA GELLER
                                                                       RUDMAN & ROBBINS LLP
                                                                    JEFFREY W. LAWRENCE
                                                                    SHAWN A. WILLIAMS
                                                                    100 Pine Street, 26th Floor
                                                                    San Francisco, CA  94111
                                                                    Telephone:  415/288-4545
                                                                    415/288-4534 (fax)

                                                                    Attorneys for Plaintiff Allan Candelore

S:\CasesSD\LDK Solar\NOT00048538.doc

NOTICE OF WITHDRAWAL OF PLTF ALLAN CANDELORE AND COUNSEL - C-07-05182-WHA    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2008.

    s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  maryb@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com
- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com
- **Michael M. Goldberg**
  info@glancylaw.com
- **Matthew B. Kaplan**
  mkaplan@cmht.com,efilings@cmht.com
- **Mark P. Kindall**
  firm@snlaw.net,mkindall@snlaw.net
- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_ny@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com
- **Michael Paul Lehmann**
  mlehmann@cmht.com,gmgray@furth.com,newman@furth.com,jramos@furth.com,czapanta@furth.com
- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com
- **Darren Jay Robbins**
  e_file_sd@csgrr.com
- **Philip J. Wang**
  philip.wang@lw.com
- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel S. Sommers
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005
```

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964