Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Mark S. Willis
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF MOVANT SHAHPOUR JAVIDZAD'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD COUNSEL**<br><br>No Hearing Scheduled |

DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF MOVANT SHAHPOUR JAVIDZAD'S
NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD COUNSEL -
MASTER FILE NO. C-07-05182-WHA

I, Michael P. Lehmann declare:

1. I am a partner with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. I am submitting this declaration in support of Movant Shahpour Javidzad's Notice of Motion and Motion for Appointment of Lead Counsel.

2. Attached as Attachment A is a declaration by lead plaintiff Shahpour Javidzad (filed under seal).

3. Attached as Attachment B is a true and correct copy of the firm resume of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

                                                        /s/ Michael P. Lehmann
                                                           Michael P. Lehmann

# ATTACHMENT A

```
 1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
    Michael P. Lehmann
 2  California Bar No. 77152
    One Embarcadero Center
 3  Suite 2440
    San Francisco, CA 94111
 4  Telephone:    (415) 986-3321
    Facsimile:    (415) 986-3643
 5
    Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
 6  Steven J. Toll
    Mark S. Willis
 7  Matthew B. Kaplan
    1100 New York Avenue, N.W.
 8  Suite 500, West Tower
    Washington, DC  20005
 9  Telephone:    (202) 408-4600
    Facsimile:    (202) 408-4699
10
    Counsel for Movant Shahpour Javidzad
11
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | MASTER FILE NO.: C-07-05182-WHA |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SHAHPOUR JAVIDZAD – ATTACHMENT A TO NOTICE OF MOTION AND MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT OF LEAD COUNSEL** |

**FILED *EX PARTE* AND UNDER SEAL PURSUANT TO THE COURT'S ORDER OF JANUARY 4, 2008**

Dated: February 4, 2008

---

DECLARATION OF SHAHPOUR JAVIDZAD – ATTACHMENT A TO NOTICE OF MOTION AND MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT OF LEAD COUNSEL – MASTER FILE NO.: C-07-05182-WHA

# ATTACHMENT B