```
 1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
    Michael P. Lehmann
 2  California Bar No. 77152
    One Embarcadero Center
 3  Suite 2440
    San Francisco, CA 94111
 4  Telephone:   (415) 986-3321
    Facsimile:   (415) 986-3643
 5
    Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
 6  Steven J. Toll
    Mark S. Willis
 7  Matthew B. Kaplan
    1100 New York Avenue, N.W.
 8  Suite 500, West Tower
    Washington, DC  20005
 9  Telephone:   (202) 408-4600
    Facsimile:   (202) 408-4699
10
    Counsel for Movant Shahpour Javidzad
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO.: C-07-05182-WHA |
|---|---|
| This Document Relates to: ALL ACTIONS | NOTICE OF MANUAL FILING OF DECLARATION OF SHAHPOUR JAVIDZAD – ATTACHMENT A TO NOTICE OF MOTION AND MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT OF LEAD COUNSEL |

### MANUAL FILING NOTIFICATION

Regarding: Notice Of Manual Filing Of Declaration Of Shahpour Javidzad – Attachment A To Notice Of Motion And Motion Of Shahpour Javidzad For Appointment Of Lead Counsel:

This filing was not electronically filed for the following reason(s):

☐   Voluminous Document (PDF file size larger than the e-filing system allows)

☐   Unable to Scan Documents

---

NOTICE OF MANUAL FILING OF AMENDED INDIRECT PURCHASER INTERIM COUNSEL'S QUARTERLY SUMMARY OF TIME AND PROJECTS PURSUANT TO PRETRIAL ORDER NO. 3C – MASTER FILE NO. C-07-05182-WHA

1  ☐   Physical Object (description): _____
2  ☐   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
3  ☑   Item Under Seal
4  ☐   Conformance with the Judicial Conference Privacy Policy (General Order 53).
5  ☐   Other: (description):
6  Dated: February 4, 2008

7                                          COHEN, MILSTEIN, HAUSFELD
                                                & TOLL, P.L.L.C.
8
9                                          _____/s/Michael P. Lehmann_____
                                           Michael P. Lehmann
10                                         Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                           California Bar No. 77152
11                                         One Embarcadero Center
                                           Suite 2440
12                                         San Francisco, CA 94111
                                           Telephone:     (415) 986-3321
13                                         Facsimile:     (415) 986-3643

14
                                           Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
15                                         Steven J. Toll
                                           Mark S. Willis
16                                         Matthew B. Kaplan
                                           1100 New York Avenue, N.W.
17                                         West Tower, Suite 500
                                           Washington, D.C. 20005
18                                         Telephone: (202) 408-4600
                                           Facsimile: (202) 408-4699
19
20                                         **Counsel for Movant Shahpour Javidzad**
21
22
23
24
25
26
27
28

NOTICE OF MANUAL FILING OF AMENDED INDIRECT PURCHASER INTERIM COUNSEL'S QUARTERLY SUMMARY OF TIME AND PROJECTS PURSUANT TO PRETRIAL ORDER NO. 3C – MASTER FILE NO. C-07-05182-WHA