Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 986-3321
Facsimile:   (415)-986-5994

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Mark S. Willis
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT OF LEAD COUNSEL**<br><br>No Hearing Scheduled |
|---|---|

1    Having considered the papers filed in connection with Shahpour Javidzad's Motion for Appointment of Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, **IT IS HEREBY ORDERED:**

The Court hereby approves of Shahpour Javidzad's choice of lead counsel for the proposed class and appoints Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as lead counsel for the proposed class.

**IT IS SO ORDERED.**

Dated: _____, 2008    _____
　　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF SHAHPOUR JAVIDZAD FOR APPOINTMENT OF LEAD COUNSEL MASTER FILE NO. C-07-05182-WHA    -2-