IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION.

This Document Relates to:

    All Actions.

No. C 07-05182 WHA

**ORDER APPOINTING LEAD COUNSEL**

    By previous orders, Shahpour Javidzad was appointed lead plaintiff herein. Applicants for the position of class counsel were invited to submit applications to Mr. Javidzad for consideration. Mr. Javidzad has reviewed the applications and now moves for an order appointing Attorney Michael Lehmann of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

    The Court approves lead plaintiff's selection of Attorney Lehmann as counsel for lead plaintiff. Attorney Lehmann shall personally supervise and manage the litigation. He may use other lawyers within his firm as well as legal assistance. No other law firm may be engaged for lead plaintiff or the class.

    To preclude problems in the future, the Court expects that no more than two lawyers and one legal assistant should attend depositions. This will become important if fees are awarded based on the lodestar method. Class counsel's fee proposal will be given due weight in the process of approving any fee request later in the case, but class counsel must realize that the

Court will consider a number of factors, including the risk and fee factor reflected in other proposals submitted by other counsel.

Counsel must serve and file the consolidated class-action complaint by **MARCH 10, 2008**, and the response thereto must be served and filed by **APRIL 7, 2008.** Any motion to dismiss must be noticed for the normal 35-day track.

The Court appreciates the information concerning the proposed fee arrangements. A final decision on any attorney's fees award will be made at the end of the litigation, assuming plaintiffs are successful.

**IT IS SO ORDERED.**

Dated: February 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE