UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ISMAEL HALIDOU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
vs.
Defendant
LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN AND QIQIANG YAO

Case No.: 07 CIV 9745
Hearing Date:
Attorney of Record: CATHERINE A. TORELL, ESQ.

## AFFIDAVIT OF SERVICE

Received this on _____

I, Mario Alvarez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 5 2008 2:13PM, I executed service of SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; on XIAOFENG PENG at 1 MONARCH BEACH, DANA POINT, Orange County, CA 92629

By Personal Service to: XIAOFENG PENG, NAMED DEFENDANT

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Mario Alvarez_ Execute on Mar 05, 2008
Mario Alvarez, Reg. # 1436, Los Angeles, CA

KENT HANSEN
Commission # 1706308
Notary Public - California
Orange County
My Comm. Expires Nov 20, 2010

State of California County of _California_
Subscribed and sworn to before me, a notary public on Mar 05, 2008

_____
Notary Public

FOR: Cohen, Milstein, (D.C) PFI
REF: LDK SOLAR

Order No. 5023759 SEA