# EXHIBIT B



# FORM 6-K

## LDK Solar Co., Ltd. - LDK

**Filed: October 04, 2007 (period: October 04, 2007)**

Report of foreign issuer rules 13a-16 and 15d-16 of the Securities Exchange Act

# Table of Contents

6-K - LDK SOLAR CO., LTD.

SIGNATURES

Source: LDK Solar Co., Ltd., 6-K, October 04, 2007

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
### THE SECURITIES EXCHANGE ACT OF 1934

**For the month of October 2007**

**Commission File Number: 001-33464**

# LDK SOLAR CO., LTD.

(Translation of registrant's name into English)

**Hi-Tech Industrial Park**
**Xinyu City**
**Jiangxi Province 338032**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.

Form 20-F   ☑        Form 40-F   ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):_____

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes   ☐        No   ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82-_____

Source: LDK Solar Co., Ltd., 6-K, October 04, 2007

TABLE OF CONTENTS

Statement by LDK Solar
SIGNATURES

Source: LDK Solar Co., Ltd., 6-K, October 04, 2007

# Statement by LDK Solar

Xinyu City, China and Sunnyvale, CA, **October 4, 2007** — LDK Solar Co., Ltd. (NYSE: LDK), a leading manufacturer of multicrystalline solar wafers, today issued the following statement:

"A few days ago, a former financial staff member of LDK, Charley Situ, who was terminated for cause on September 25, 2007, sent email letters to LDK's management and others subsequent to his termination alleging inconsistencies in LDK's inventory reporting. Mr. Situ was originally hired as a Financial Controller in March, 2007, reporting to Qiqiang Yao, LDK's Vice President and Chief Accounting Officer, who reports to Jack Lai, Executive Vice President and Chief Financial Officer. In response to the allegations and in accordance with instructions of the board of directors, LDK's management team and board of directors formed an internal committee to investigate the allegations and conduct an immediate physical inventory of LDK's polysilicon materials. The management team found no material discrepancies as compared to LDK's financial statements. The management team believes that these allegations have no merit. Additionally, the Audit Committee has asked an independent auditing firm to conduct a separate, independent engagement on LDK's inventory. These findings are expected to be disclosed after the completion of the review and consideration of the Audit Committee. LDK has not been contacted by any regulatory authority regarding this matter."

## About LDK Solar

LDK Solar Co., Ltd. is a leading manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. LDK sells multicrystalline wafers globally to manufacturers of photovoltaic products, including solar cells and solar modules. In addition, the company provides wafer processing services to monocrystalline and multicrystalline solar cell and module manufacturers. LDK's headquarters and manufacturing facilities are located in Hi-Tech Industrial Park, Xinyu City, Jiangxi province in the People's Republic of China. The company's office in the United States is located in Sunnyvale, California.

## Safe Harbor Statement

This press release includes statements that may constitute forward-looking statements made pursuant to the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Although LDK Solar believes that the expectations reflected in such forward-looking statements are based on reasonable assumptions, such statements are subject to risk and uncertainties that could cause actual results to differ materially from those projected.

For more information contact:
Lisa Laukkanen
The Blueshirt Group for LDK Solar
lisa@blueshirtgroup.com
+1-415-217-4967

Jack Lai
Executive VP and CFO
LDK Solar Co., Ltd.
IR@ldksolar.com
+1- 408-245-8801

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**LDK SOLAR CO., LTD.**

By: /s/ *Jack Lai*
      Name:  Jack Lai
      Title:   Chief Financial Officer

Date: October 4, 2007

Created by 10KWizard    www.10KWizard.com

# EXHIBIT C



# FORM 6-K

## LDK Solar Co., Ltd. - LDK

**Filed: December 17, 2007 (period: December 17, 2007)**

Report of foreign issuer rules 13a-16 and 15d-16 of the Securities Exchange Act

# Table of Contents

6-K - LDK SOLAR CO., LTD.

SIGNATURES

Source: LDK Solar Co., Ltd., 6-K, December 17, 2007

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
### THE SECURITIES EXCHANGE ACT OF 1934

**For the month of December 2007**

**Commission File Number: 001-33464**

# LDK SOLAR CO., LTD.
(Translation of registrant's name into English)

**Hi-Tech Industrial Park**
**Xinyu City**
**Jiangxi Province 338032**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.

Form 20-F ☑          Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes ☐          No ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82- _____

Source: LDK Solar Co., Ltd., 6-K, December 17, 2007

# LDK Solar Announces Conclusion of Independent Audit Committee Investigation Into Alleged Inventory Discrepancies and Date for Reporting Third Quarter 2007 Financial Results

Xinyu City, China and Sunnyvale, CA, December 17, 2007 — LDK Solar Co., Ltd. (NYSE: LDK), a leading manufacturer of multicrystalline solar wafers, announced today that its Audit Committee has completed its independent investigation into the recent allegations made by LDK's former employee, Mr. Charley Situ, that the Company incorrectly reported its inventories of silicon feedstock, as evidenced by an alleged inventory discrepancy as of August 31st, 2007. The investigation found no material errors in the Company's stated silicon inventory quantities as of August 31st, 2007, and concluded that Mr. Situ's allegations of an inventory discrepancy were incorrect because he had not taken into account all locations in which the Company stored its silicon feedstock. The investigation further concluded that the Company is using each of its various types of silicon feedstock in the production of its multicrystalline solar wafers, and that a provision for obsolete or excess silicon feedstock is not required.

The Audit Committee's two outside directors, Louis T. Hsieh and Bing Xiang, oversaw the investigation, which was primarily conducted by the Audit Committee's independent counsel, Simpson Thacher & Bartlett LLP and a Big Four independent accounting and consulting firm that was separate from the Company's external auditors, as well as independent experts in the evaluation of silicon feedstock and the production of multicrystalline solar wafers. In reaching its conclusion, the Audit Committee relied on various forensic procedures performed by its independent accountants, testing of the Company's feedstock by independent experts, review of company and third party documentation and interviews of certain present and former Company personnel and third parties. Commenting on the results of the investigation, Mr. Hsieh stated: "The Audit Committee and its highly qualified professionals have conducted an extremely detailed and thorough investigation into these matters. We are confident that we have reached a well-reasoned, objective and correct result."

LDK further announced today that it expects to release its financial results for its third fiscal quarter 2007 following the NYSE market close on Wednesday, December 19, 2007. The Company will host a earnings conference call and live webcast at 6:00 p.m. Eastern Time (ET) the same day. To listen to the live conference call, please dial 800-366-7449 (within U.S.) or 303-262-2193 (outside U.S.) at 5:50 p.m. ET on December 19, 2007. An audio replay of the call will be available to investors through December 24, 2007, by dialing 800-405-2236 (within U.S.) or 303-590-3000 (outside U.S.) and entering the passcode 11104747#.

A live webcast of the call will be available on the Company's investor relations website at http://investor.ldksolar.com.

**About LDK Solar**

LDK Solar Co., Ltd. is a leading manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. LDK sells multicrystalline wafers globally to manufacturers of photovoltaic products, including solar cells and solar modules. In addition, the company provides wafer processing services to monocrystalline and multicrystalline solar cell and module manufacturers. LDK's headquarters and manufacturing facilities are located in Hi-Tech Industrial Park, Xinyu City, Jiangxi province in the People's Republic of China. The company's office in the United States is located in Sunnyvale, California.

**Safe Harbor Statement**

This press release includes statements that may constitute forward-looking statements made pursuant to the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Although LDK believes that the expectations reflected in such forward-looking statements are based on reasonable assumptions, such statements are subject to risk and uncertainties that could cause actual results to differ materially from those projected.

For more information contact:
Jack Lai
Executive VP and CFO
LDK Solar Co., Ltd.
IR@ldksolar.com
+1- 408-245-8801

Source: LDK Solar Co., Ltd., 6-K, December 17, 2007

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**LDK SOLAR CO., LTD.**

By:    /s/ *Jack Lai*
Name:  Jack Lai
Title:   Chief Financial Officer

Date: December 17, 2007

3

Created by 10KWizard    www.10KWizard.com

# EXHIBIT D



# FORM 6-K

## LDK Solar Co., Ltd. - LDK

**Filed: December 20, 2007 (period: December 20, 2007)**

Report of foreign issuer rules 13a-16 and 15d-16 of the Securities Exchange Act

# Table of Contents

6-K - LDK SOLAR CO.,LTD.

SIGNATURES

Source: LDK Solar Co., Ltd., 6-K, December 20, 2007

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
### THE SECURITIES EXCHANGE ACT OF 1934

**For the month of December 2007**
**Commission File Number: 001-33464**

# LDK SOLAR CO., LTD.
(Translation of registrant's name into English)

_____

**Hi-Tech Industrial Park**
**Xinyu City**
**Jiangxi Province 338032**
**People's Republic of China**
(Address of principal executive offices)

_____

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.
Form 20-F ☑          Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.
Yes ☐          No ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82- _____

Source: LDK Solar Co., Ltd., 6-K, December 20, 2007

We, LDK Solar Co., Ltd. (NYSE: LDK), today reported our unaudited financial results for the third quarter ended September 30, 2007.

All financial results are reported on a U.S. GAAP basis.

Third Quarter 2007 Financial Highlights:

- Revenue of $158.7 million, up 60% quarter-over-quarter

- Gross profit of $48.9 million, up 40% quarter-over-quarter

- Net income of $41.6 million, or $0.37 per diluted ADS, up 45% quarter-over-quarter

- Signed four long-term wafer supply agreements during the third quarter

- Total wafer shipments increased 49% sequentially to 78.9MW in the third quarter

Net sales for the third quarter of fiscal 2007 were $158.7 million, up 60.2% sequentially from $99.1 million for the second quarter of fiscal 2007, and up 404.7% year-over-year from $31.5 million for the third quarter of fiscal 2006.

Gross profit for the third quarter of fiscal 2007 was $48.9 million, up 40.2% sequentially from $34.9 million for the second quarter of fiscal 2007, and up 295.1% year-over-year from $12.4 million for the third quarter of fiscal 2006. Gross margin for the third quarter of fiscal 2007 was 30.8% compared with 35.2% in the second quarter of fiscal 2007 and 39.4% in the third quarter of fiscal 2006.

Net income for the third quarter of fiscal 2007 was $41.6 million, or $0.37 per diluted ADS, compared to net income of $28.7 million, or $0.29 per diluted ADS for the second quarter of fiscal 2007, and $5.0 million, or $0.04 per diluted ADS for the third quarter of fiscal 2006.

We ended the third quarter of fiscal 2007 with $125.9 million in cash and cash equivalents.

2

Source: LDK Solar Co., Ltd., 6-K, December 20, 2007

**EXHIBITS**

| Exhibit Number | | Page |
|---|---|---|
| Exhibit 99.2 | Press Release dated December 20, 2007 | 4 |

Source: LDK Solar Co., Ltd., 6-K, December 20, 2007

Exhibit 99.2

## LDK Solar Reports Financial Results for the Third Quarter 2007

Xinyu City, China and Sunnyvale, California, December 19, 2007 — LDK Solar Co., Ltd. (NYSE: LDK), a leading manufacturer of multicrystalline solar wafers, today reported its unaudited financial results for the third quarter ended September 30, 2007.

All financial results are reported on a U.S. GAAP basis.

Third Quarter 2007 Financial Highlights:

- Revenue of $158.7 million, up 60% quarter-over-quarter

- Gross profit of $48.9 million, up 40% quarter-over-quarter

- Net income of $41.6 million, or $0.37 per diluted ADS, up 45% quarter-over-quarter

- Signed four long-term wafer supply agreements during the third quarter

- Total wafer shipments increased 49% sequentially to 78.9MW in the third quarter

Net sales for the third quarter of fiscal 2007 were $158.7 million, up 60.2% sequentially from $99.1 million for the second quarter of fiscal 2007, and up 404.7% year-over-year from $31.5 million for the third quarter of fiscal 2006.

Gross profit for the third quarter of fiscal 2007 was $48.9 million, up 40.2% sequentially from $34.9 million for the second quarter of fiscal 2007, and up 295.1% year-over-year from $12.4 million for the third quarter of fiscal 2006. Gross margin for the third quarter of fiscal 2007 was 30.8% compared with 35.2% in the second quarter of fiscal 2007 and 39.4% in the third quarter of fiscal 2006.

Net income for the third quarter of fiscal 2007 was $41.6 million, or $0.37 per diluted ADS, compared to net income of $28.7 million, or $0.29 per diluted ADS for the second quarter of fiscal 2007, and $5.0 million, or $0.04 per diluted ADS for the third quarter of fiscal 2006.

The Company ended the third quarter of fiscal 2007 with $125.9 million in cash and cash equivalents.

"We are pleased to report strong results for the third quarter, following a positive outcome of the independent inventory review," stated Xiaofeng Peng, Chairman and CEO of LDK Solar. "With the inventory investigation behind us, we have returned our focus to growing our business. During the third quarter we experienced continued robust demand for our wafers and made great strides in expanding our customer base. We signed four long-term wafer supply contracts during the third quarter and five more since the quarter closed. We view these agreements as a testament to the quality of our products.

"We remain on track to meet our wafer production capacity goal of 400MW by the end of 2007. Additionally, the construction of our polysilicon plant is tracking with our original plan. In addition to the anticipated cost efficiencies we expect to achieve upon completion of our polysilicon plant, we are continuing cost reduction efforts through further advancements of our product processes," concluded Mr. Peng.

Business Outlook

The following statements are based upon management's current expectations. These statements are forward-looking, and actual results may differ materially. The Company undertakes no obligation to update these statements.

For the fourth quarter of fiscal 2007, LDK estimates revenue to be in the range of $180 to $185 million for wafer shipments of 87 to 92MW. The Company also estimates fully diluted earnings per ADS to be in the range of $0.40 to $0.43.

Conference Call Details

The LDK Third Quarter teleconference and webcast is scheduled to begin at 6:00 p.m. Eastern Time (ET), on Wednesday, December 19, 2007. To listen to the live conference call, please dial 800-366-7449 (within U.S.) or 303-262-2193 (outside U.S.) at 5:50 p.m. ET on December 19, 2007. An audio replay of the call will be available to investors through December 24, 2007, by dialing 800-405-2236 (within U.S.) or 303-590-3000 (outside U.S.) and entering the passcode 11104747##.

A live webcast of the call will be available on the company's investor relations website at investor.ldksolar.com.

4

**LDK Solar Co., Ltd.**
**Unaudited Condensed Consolidated Balance Sheet Information**
**(In US$'000, except share and per share data)**

| | 9/30/2007 | 6/30/2007 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | 125,858 | 250,600 |
| Pledged bank deposits | 106,840 | 2,722 |
| Trade accounts receivable, net | 8,666 | 7,825 |
| Inventories | 224,527 | 173,778 |
| Prepayments to suppliers | 183,467 | 129,902 |
| Deferred expenses | 236 | 281 |
| Other current assets | 9,325 | 6,281 |
| **Total current assets** | **658,919** | **571,389** |
| Property, plant and equipment, net | 224,477 | 169,330 |
| Deposit for purchase of equipment | 136,870 | 40,840 |
| Intangible asset, net | 1,098 | 1,117 |
| Land use rights | 29,152 | 8,060 |
| Deferred income tax assets | 757 | 151 |
| Long-term prepayments to suppliers | 10,626 | — |
| **Total assets** | **1,061,899** | **790,887** |
| | | |
| **Liabilities and shareholders' equity** | | |
| Current liabilities | | |
| Short-term bank borrowings | 186,559 | 80,036 |
| Trade accounts payable | 23,044 | 9,525 |
| Advance payments from customers | 154,931 | 72,232 |
| Accrued expenses and other payables | 42,278 | 33,592 |
| **Total current liabilities** | **406,812** | **195,385** |
| Deferred revenue | 2,280 | — |
| Long-term bank borrowings, excluding current portions | 29,967 | 29,890 |
| **Total liabilities** | **439,059** | **225,275** |
| **Shareholders' equity** | | |
| | | |
| Ordinary shares: US$0.10 par value; 134,000,000 shares authorized; 104,587,700 and 106,044,700 shares issued and outstanding as of June 30, 2007 and September 30, 2007, respectively | 10,604 | 10,458 |
| Additional paid-in capital | 482,419 | 473,696 |
| Statutory reserve | 3,623 | 3,623 |
| Accumulated other comprehensive income | 14,259 | 7,505 |
| Retained earnings | 111,935 | 70,330 |
| **Total shareholders' equity** | **622,840** | **565,612** |
| | | |
| **Total liabilities and shareholders' equity** | **1,061,899** | **790,887** |

5

**LDK Solar Co., Ltd.**
**Unaudited Condensed Consolidated Income Statement Information**
**(In US$'000, except per ADS data)**

| | For the 3 Months Ended | | |
| --- | --- | --- | --- |
| | 9/30/2007 | 6/30/2007 | 9/30/2006 |
| Net sales | 158,724 | 99,053 | 31,450 |
| Cost of goods sold | (109,807) | (64,153) | (19,069) |
| **Gross profit** | **48,917** | **34,900** | **12,381** |
| Selling expenses | (348) | (132) | (117) |
| General and administrative expenses | (4,459) | (3,579) | (1,633) |
| Research and development expenses | (921) | (367) | (76) |
| **Total operating expenses** | **(5,728)** | **(4,078)** | **(1,826)** |
| **Income from operations** | **43,189** | **30,822** | **10,555** |
| Other income/(expenses): | | | |
|    Interest income | 1,846 | 271 | 26 |
|    Interest expense and amortization of discount on exchangeable notes | (2,650) | (2,180) | (4,961) |
|    Decrease in fair value of warrants | — | 2 | 9 |
|    Foreign currency exchange loss, net | (2,041) | (576) | (667) |
|    Government subsidy | 662 | 406 | — |
| **Income before income tax** | **41,006** | **28,745** | **4,962** |
| Income tax benefit | 599 | — | — |
| **Net Income** | **41,605** | **28,745** | **4,962** |
| Accretion of Series A preferred shares to redemption value | — | (348) | (262) |
| Accretion of Series B preferred shares to redemption value | — | (1,101) | (267) |
| Accretion of Series C preferred shares to redemption value | — | (546) | — |
| Deemed dividend to series A preferred shareholders | — | — | (1,568) |
| **Net income available to ordinary shareholders** | **41,605** | **26,750** | **2,865** |
| **Net income per ADS, Diluted** | **$ 0.37** | **$ 0.29** | **$ 0.04** |

6

Source: LDK Solar Co., Ltd., 6-K, December 20, 2007

**About LDK Solar**

LDK Solar Co., Ltd. is a leading manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. LDK sells multicrystalline wafers globally to manufacturers of photovoltaic products, including solar cells and solar modules. In addition, the company provides wafer processing services to monocrystalline and multicrystalline solar cell and module manufacturers. LDK's headquarters and manufacturing facilities are located in Hi-Tech Industrial Park, Xinyu City, Jiangxi province in the People's Republic of China. The company's office in the United States is located in Sunnyvale, California.

**Safe Harbor Statement**

This press release includes statements that may constitute forward-looking statements made pursuant to the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Although LDK believes that the expectations reflected in such forward-looking statements are based on reasonable assumptions, such statements are subject to risk and uncertainties that could cause actual results to differ materially from those projected.

For more information contact:
Lisa Laukkanen
The Blueshirt Group for LDK Solar
lisa@blueshirtgroup.com
+1-415-217-4967

Jack Lai
Executive VP and CFO
LDK Solar Co., Ltd.
IR@ldksolar.com
+1- 408-245-8801

7

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**LDK SOLAR CO., LTD.**

By: /s/ *Jack Lai*
      Name:  Jack Lai
      Title:   Chief Financial Officer

Date: December 19, 2007

Created by 10KWizard     www.10KWizard.com

# EXHIBIT E



World Class Solar Wafer Manufacturer

Print Page | Close Window

<< Back

**LDK Solar Prices Initial Public Offering of American Depository Shares**

XINYU CITY, China and SUNNYVALE, Calif., May 31 /PRNewswire/ -- LDK Solar Co., Ltd., a manufacturer of multicrystalline solar wafers, announced today that its initial public offering of 17,384,000 American Depository Shares ("ADSs") has been priced at US $27.00 per ADS. The ADSs, each representing one ordinary share of the company, will begin trading on June 1, 2007 on the New York Stock Exchange under the symbol "LDK". In addition, LDK Solar has granted the underwriters a 30-day option to purchase up to an additional 2,607,600 ADSs to cover overallotments.

Morgan Stanley & Co. International plc and UBS AG served as joint book-running managers for the offering. Piper Jaffray & Co., CIBC World Markets Corp., and CLSA Limited served as co-managers. JPMorgan Chase Bank, N.A. is the depositary for the ADSs.

A copy of the final prospectus relating to the offering may be obtained from: Morgan Stanley & Co. Incorporated, Prospectus Department, 180 Varick Street, New York, NY 10014; Attention: Prospectus Department or by e-mail at prospectus@morganstanley.com or UBS Investment Bank, Prospectus Department, c/o Clint Lauriston, 299 Park Avenue, New York, NY 10171; telephone number: 212-821-3884, fax number: 212-821-3285, email: clint.lauriston@ubs.com.

A registration statement relating to these securities was filed with and declared effective by the Securities and Exchange Commission. This release shall not constitute an offer to sell or the solicitation of an offer to buy nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

About LDK Solar

LDK Solar Co., Ltd. is a manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. LDK sells multicrystalline wafers globally to manufacturers of photovoltaic products, including solar cells and solar modules. In addition, the company provides wafer processing services to monocrystalline and multicrystalline solar cell and module manufacturers. LDK's headquarters and manufacturing facilities are located in Hi-Tech Industrial Park, Xinyu City, Jiangxi province in the People's Republic of China. The company's office in the United States is located in Sunnyvale, California.

Safe Harbor Statement

This press release includes statements that may constitute forward-looking statements made pursuant to the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Although LDK believes that the expectations reflected in such forward-looking statements are based on reasonable assumptions, such statements are subject to risk and uncertainties that could cause actual results to differ materially from those projected.

# EXHIBIT F

**From:** Charley Situ [mailto:charleysitu@hotmail.com]
**Sent:** Tue 9/25/2007 3:47 PM
**To:** jack@ldksolar.com; Louis Hsieh; Fung, John (Shanghai/70); denise.ling@kpmg.com.cn; civa.zhang@kpmg.com.cn; steven.li@kpmg.com.cn; Qu, Joyce (Shanghai/09)
**Cc:** tips@pcaobus.org; enforcement@sec.gov; charley@ldksolar.com
**Subject:** LDK Solar Co., Ltd. (NYSE: LDK) False or Misleading Statements

To: Jack Lai, CFO and Louis Hsieh, Chairman of Audit Committee, KPMG (HK)
Cc: SEC, PCAOB, NYSE, KPMG (US), etc.

Dear Jack and Others,

     You may recall that I have reported to you several times that LDK's financial system and financial data are not reliable and there are critical discrepancies between the actual operation and the financial statements released; and there is tremendous obsolete feedstock, too (see below previous emails for details).

A financial analysis & internal audit as of August 31 have been done and there are some critical findings as follows:

1. The operating incomes are negative in most periods. Since inception the total operating income outflow is USD150.35M.

2. The inventory increases in most periods. Since inception the total inventory increase is USD209.89M. Obviously inventory increase is the attributable to the operating cash outflow.

3. The warehouse feedstock ledger is basically verified, which is vouched with and consistent to the physical feedstock. (warehouse book-406tons; USD53.72M)

4. The accounting general ledger feedstock in warehouse is 614 tons (accounting book: USD99.8M). There is a discrepancy of 284 tons (USD46.14M).

5. The good feedstock or ready-to-be-used feedstock in warehouse is 45 tons (USD7.33M) and 7.34% of the accounting book. The potential provision may be up to USD92.53M.

6. The scope of FA/IA is the feedstock in warehouse. Feedstock in Material Dept and in transit not yet verified. To be further accessed.

7. For the feedstock in warehouse only, the total inflation or provision should be ranged between USD46.14M to 92.53M.

8. The accounting book inventory of USD206.09M consists of feedstock 176.02M (in warehouse 99.86M, in material dept 36.10M, in transit 40.06M) and all the others 30.07M. The breakdown & reconciliation is as follows.

     Please refer to the attached "Financial Analysis & Internal Audit Report" for details. Many evidence and supporting documents can be found in the warehouse and other operation units, which can not reconcile the accounting books. Most important, the feedstock in the warehouse speaks itself and the physical quantity can not be manipulated, I am sure KPMG (HK) will verify the same thing and find even more if it performs a professional audit, which is subsequently subject to KPMG (US) review and PCAOB inspection. And although it is a little more difficult to revaluate the quality, most employees know the fact that there is little good feedstock for production although the "paper number" is tremendous; most of the feedstock is obsolete stock by any criteria in fact.

     LDK is a public company and is required by law to disclose anything material, no matter good or bad; misleading investors would result in serious legal consequences. You have to use Form-6K to announce the discrepancy or possible restatement within 4 days by securities law.

     You and the CAO ever ask me to assure the accuracy of financial data and act as the interface with KPMG. I am sure now it is an unachievable task for any professional so I hereby reiterate that I have no choice but to quit the job in order to keep away from any potential securities fraud, as well as many

other non-compliances or violations.
```
Best regards,
Charley, CPA
Financial Controller
LDK Solar Co., Ltd. (NYSE:LDK)
Email: charley@ldksolar.com / charleysitu@hotmail.com
Website: www.ldksolar.com
```

----- Original Message -----
**From:** Jack Lai
**To:** Charley Situ ; qqyao@ldksolar.com
**Cc:** Jack Lai ; charley@ldksolar.com ; judy@ldksolar.com
**Sent:** Monday, September 10, 2007 2:22 PM
**Subject:** Re: Obsolete Inventory (Confidential!!!)

Charley:

Noted.

Let us call a meeting to discuss.

Judy, pelase arrange and invite Yao Zong and Liu Buzhang as well.

Jack


On 9/10/07, **Charley Situ** <charleysitu@hotmail.com> wrote:

Dear Jack,
You may recall that Pietro and Daniel ever called a meeting with you, the ERP project manager and me on July 19, 2007 asking for help with the following issues:
- Although the LDK feedstock inventory looks tremendous, it often lack of raw material for production.
- PMC and plant manager can not base on the book inventory to plan the production because in many cases data is just paper number and there are no items physically existing or just some unusable items.
- Nobody is sure if there is some usable feedstock and how many.
- Manufacturing dept always requests and waits for additional purchasing to process the production.
- Pietro and Daniel hereby requested by the hands of ERP project to properly classify the feedstock and validate the beginning balance for each item, so that the ERP is really helpful to the production planning and management.

The ERP team, the finance personnel, the IBM consultants and the warehouse have discussed several times in this regard. The fact is that among the LDK feedstock only a small percentage is good stock.

According to the US GAAP (ARB 43 Ch.4; APB 28, etc.), the management should make provision in this regard. In fact, nobody knows if LDK is profitable or not.


Best regards,
Charley Situ, CPA
Financial Controller
LDK Solar Hi-Tech Co.(NYSE:LDK)
Tel: 13707906200/(852)98369350
Email: charley@ldksolar.com
Website: www.ldksolar.com


----- Original Message -----
**From:** Jack Lai

**To:** Charley Situ
**Sent:** Thursday, June 28, 2007 12:05 PM
**Subject:** Re: Project Light: Bringdown Due Diligence, 12:30pm on Thursday (6/28)


Charley:

Thank you for your candid report.
Let's talk more when I am in town in about 2 weeks.
I will go to Taiwan 7/8-7/12 then come to Xinyu for 2-3 weeks to prepare 2Q07 report.
I need to get on 2 CC now with HK.


Jack


On 6/27/07, **Charley Situ** <charleysitu@hotmail.com > wrote:
  (Confidential!)
  Dear Jack,
  Thank you for asking the accounting, financial, HR, sales, manufacturing, capital expenditure or any other business
  issues after June 1.
  You may recall that I was reporting to you how the data process when you found the critical discrepancy
  between the 29.2 MW reported in F1 and the 39.2 MW in another report. More in-depth knowledge is
  supplemented so that you will have a true and fair view on the current LDK situation.
  Some employees and departments are working separately and randomly and seldom coordinate each other and
  reconcile the data. It is common for LDK to make errors at the very beginning at the workplace. The many
  errors proliferate themselves during the filing process, accumulate with other errors generated in the later stage.
  It is just a number-game rather than a professional filing process. "Garbage in, garbage out" is true even for a
  reliable system, for an unreliable system like LDK's manual or semi-manual system, the financial data is
  undoubtedly misleading. The critical discrepancy you found is only one of the many examples.
  Further, the foreign experts working for LDK at different locations and divisions always have a Green Meeting
  every afternoon at the canteen. They share the observation and trouble-shooting during the meetings and
  sometimes I attend and listen to them. According to their opinion, there are more and more serious outstanding
  problems. The actual story is quite different from what the investors expect or are told. The expansion is too fast
  but lack necessary and fundamental management. The workers are not only unqualified, but also untrained.
  There are dangerous operating in the workplace from time to time and could lead to serious consequences. The
  yield rate is around 78%, far below the industrial average; but some times it appears a ridiculous rate of 140% at
  some report, etc.
  Just for your information per your request.


  Best regards,
  Charley Situ, CPA
  Financial Controller
  LDK Solar Hi-Tech Co.(NYSE:LDK)
  Tel: (0790)6860027/13707906200
  Email: charley@ldksolar.com
  Website: www.ldksolar.com


  ----- Original Message -----
  **From:** Jack Lai
  **To:** yao qq ; LDK-Charley ; Liuyizheng ; maoliqun
  **Cc:** Light DK Peng ; Sam Tong ; yonggang ; lambo
  **Sent:** Wednesday, June 27, 2007 11:49 AM
  **Subject:** Fwd: Project Light: Bringdown Due Diligence, 12:30pm on Thursday (6/28)

Hi, Team:

I will need to answer to the underwriters' attorneys on a DD prior to the closure of the greenshoe deal tomorrow at 12:30 pm Beijing Standard Time.  Please bring any new accounting, financial, HR, sales, manufacturing, capital expenditure or any other business issues that I may need to know after June 1.

Thank you for your support in advance.

Jack


---------- Forwarded message ----------
From: **Tsai, Henry (IBD)** < Henry.Tsai@morganstanley.com >
Date: Jun 26, 2007 7:24 PM
Subject: Project Light:  Bringdown Due Diligence, 12:30pm on Thursday (6/28)
To: "Peng, Light D.K. [LDK SOLAR HI-TECH CO LTD (Shanghai)]" < ldkpeng@ldksolar.com>, tong@ldksolar.com, jack@ldksolar.com, ol-light@ubs.com, projectlight@sidley.com, htli@sidley.com, hanifa.ramjahn@conyersdillandpearman.com, vivien.fung@conyersdillandpearman.com, "Hongbing, Lv [GRANDALL LEGAL GROUP (SHANGHAI)]" < lvhongbing@grandall.com.cn>, liuwei@grandall.com.cn, nijunji@grandall.com.cn, yubingguang@grandall.com.cn, weiwei@grandall.com.cn , yulei@grandall.com.cn, jun1_xu@grandall.com.cn, "Johnson, W. Clayton [CLEARY, GOTTLIEB, STEEN & HAMILTON (Central)]" < cjohnson@cgsh.com>, lliu@cgsh.com, lyao@cgsh.com, byc@kingandwood.com , zyl@kingandwood.com, lijin@kingandwood.com, huyi@kingandwood.com, john.fung@kpmg.com.cn, denise.ling@kpmg.com.cn, steven.li@kpmg.com.cn, joyee.qu@kpmg.com.cn , allan.bu@cibc.com.hk, charles yonts < charles.yonts@clsa.com>, Cheryl M Perino < Cheryl.M.Perino@pjc.com>, Chetan Bhatia < Chetan.Bhatia@cibc.com.sg>, Gregory V Klancher <Gregory.V.Klancher@pjc.com >, "Liu, Hanva" < Hanva.X.Liu@pjc.com>, richard lee < richard.lee@clsa.com>, richard taylor < richard.taylor@clsa.com>, robert lisi < robert.lisi@clsa.com>, ross long <ross.long@clsa.com>, "Scott A. Wilson" < Scott.A.Wilson@cibc.com.hk>, "Wilson, Stuart [CLSA CAPITAL LIMITED (Central)]" <stuart.wilson@clsa.com >, "Dougherty, Wade [CIBC WORLD MARKETS CORP. (New York)]" < wade.dougherty@us.cibc.com >
Cc: light <light@morganstanley.com>


Dear all,

Please find below the dial-in details for bringdown DD tomorrow at 12:30pm, Thursday, Hong Kong Time

China:        10800-852-0758
              10800-152-0758
Hong Kong:  852-2258-4204
USA:          877-608-7119

Passcode: 37356

**Henry Tsai**
Morgan Stanley | Investment Banking Division
Three Exchange Square, Central | Floor 27
Hong Kong
Phone: +852 2848-5056
Fax: +852 3407-5989

Henry.Tsai@morganstanley.com

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission.   If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited: please destroy all electronic and paper copies and notify the sender immediately.   We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers: and that past performance is not indicative of future returns .

--
Jack Lai,  CFO
LDK Solar Co., LTD.
1290 Oakmead Parkway, Suite 306
Sunnyvale,  CA 94085
jack@ldksolar.com
U.S.A. +1-408-245-0858
China  +86-790-686-0171
Taiwan +886-927-771-920


--
Jack Lai,  CFO
LDK Solar Co., LTD.
1290 Oakmead Parkway, Suite 306
Sunnyvale,  CA 94085
jack@ldksolar.com
U.S.A. +1-408-245-0858 X 102
China  +86-790-686-0171
Taiwan +886-927-771-920


-
Jack Lai,  CFO
LDK Solar Co., LTD.
1290 Oakmead Parkway, Suite 306
Sunnyvale,  CA 94085
jack@ldksolar.com
U.S.A. +1-408-245-0858 X 102
China  +86-790-686-0171
Taiwan +886-927-771-920

3/18/2008

LDK Financial Analysis & Internal Audit Report (as of August 31, 2007)

(Major problems: feedstock quantity in warehouse is inflated by 85.88% & good feedstock is only 7.34% of the accounting book)

Cash outflows related to operating income and inventory increases (unit:RMB)

| period | inception-2006.12 | 2007.01 | 2007.02 | 2007.03 | 2007.04 | 2007.05 | 2007.06 | 2007.07 | 2007.08 | | total cash outflow (RMB) | outflow (USD) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| operating income | (454,266,705) | (19,557,011) | (38,895,876) | 4,800,437 | 35,817,049 | (65,351,361) | (448,776,555) | (335,655,532) | 185,073,997 | | (1,136,721,557) | (150,346,073) | |
| inventory increase | (688,617,028) | (89,930,125) | (137,508,032) | 42,091,372 | (112,304,585) | (186,363,514) | (170,091,057) | (32,669,613) | (211,560,640) | | (1,586,953,222) | (209,895,013) | |

Feedstock in warehouse among the inventory (unit:kg)

| | | | | | | | | | | unit cost (RMB/kg) | value(RMB) | value(USD) | discrepancy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feedstock in warehouse per accounting book (85.88% inflated) | 319,895 | 345,069 | 352,809 | 424,957 | 549,883 | 563,594 | 606,012 | 573,379 | 613,744 | 1,230 | 755,034,006 | 99,862,976 | |
| feedstock in warehouse per warehouse stock ledger (verified) | 214,421 | 239,522 | 252,827 | 287,126 | 344,046 | 382,944 | 355,329 | 338,558 | 330,177 | 1,230 | 406,187,047 | 53,723,471 | (46,139,505) |
| good feedstock/ready-to-be-used stock per the Aug. end stocktake (only 7.34% of the accounting book) | | | | | | | | | 45,065 | 1,230 | 55,439,414 | 7,332,577 | (92,530,400) |

Significant issues:

1. The operating incomes are negative in most periods. Since inception the total operating income outflow is USD150.35M.

2. The inventory increases in most periods. Since inception the total inventory increase is USD209.89M. Obviously inventory increase is the attributable to the operating cash outflow.

3. The warehouse feedstock ledger is basically verified, which is vouched with and consistent to the physical feedstock. (warehouse book-406tons; USD53.72M)

4. The accounting general ledger feedstock in warehouse is 614 tons (accounting book: USD99.8M). There is a discrepancy of 284 tons (USD46.14M).

5. The good feedstock or ready-to-be-used feedstock in warehouse is 45 tons (USD7.33M) and 7.34% of the accounting book. The potential provision may be up to USD92.53M.

6. The scope of FA/IA is the feedstock in warehouse. Feedstock in Material Dept and in transit not yet verified. To be further assessed.

7. For the feedstock in warehouse only, the total inflation or provision should be ranged between USD46.14M to 92.53M.

8. The accounting book inventory of USD206.09M consists of feedstock 176.02M (in warehouse 99.86M, in material dept 36.10M, in transit 40.06M) and all the others 30.07M. The breakdown & reconciliation is as follows.

| Breakdown of the total inventory per accounting book | RMB | USD |
|---|---|---|
| auxiliary material | 35,186,652 | 4,654,153 |
| finished goods | 12,232,399 | 1,617,692 |
| semi finished goods | 50,269,666 | 6,648,811 |
| OEM | 57,160,116 | 7,560,162 |
| finished goods on transit | 62,657,723 | 8,287,291 |
| feedstock in transit | 302,848,867 | 40,055,665 |
| feedstock in Material Dept. | 272,975,361 | 36,104,609 |
| others | 9,817,172 | 1,298,447 |
| subtotal | 803,149,956 | 106,226,931 |
| feedstock in warehouse | 755,034,006 | 99,862,976 |
| total | 1,558,183,962 | 206,089,907 |
| exchange rate difference | | 3,805,106 |
| | | 209,895,013 |

# EXHIBIT G



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**SAN FRANCISCO DISTRICT OFFICE**
**44 Montgomery Street**
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104

DIRECT DIAL: (415) 705-2449
FAX NUMBER: (415) 705-2501

March 24, 2008

**VIA U.S. MAIL**

James G. Kreissman, Esq.
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304

Re:    **Matter of LDK  Solar Co., Ltd. (SF-03300)**

Dear Mr. Kreissman:

This investigation has been completed as to LDK Solar Co., Ltd., against whom we do not intend to recommend any enforcement action by the Commission.  We are providing this information under the guidelines in the final paragraph of Securities Act Release No. 5310 (copy attached).

Yours truly,

Marc J. Fagel
Co-Acting Regional Director

encl