# EXHIBIT O



# CIBC World Markets

**Equity Research**
**Company Update**

December 17, 2007

Alternative Energy

**Stock Rating:**
## Sector Underperformer

# LDK Solar Co., Ltd.

## Clean Bill of Health from Independent Audit Priced In from Recent Share Gains

**Sector Weighting:**
## Market Weight

| | |
|---|---|
| 12-18 mo. Price Target | None |
| LDK-NYSE (12/17/07) | $70.48 |
| Key Indices: | None |

| | |
|---|---|
| 3-5-Yr. EPS Gr. Rate (E) | 50.0% |
| 52-week Range | $22.27-$76.75 |
| Shares Outstanding | 111.0M |
| Float | 29.7M Shrs |
| Avg. Daily Trading Vol. | 1,145,060 |
| Market Capitalization | $7,823.3M |
| Dividend/Div Yield | Nil / Nil |
| Fiscal Year Ends | December |
| Book Value | $5.10 per Shr |
| 2007 ROE (E) | NM |
| LT Debt | $109.9M |
| Preferred | Nil |
| Common Equity | $565.6M |
| Convertible Available | No |

| Earnings per Share | Prev | Current |
|---|---|---|
| 2006 | | $0.41A |
| 2007 | | $1.35E |
| 2008 | | $1.79E |
| **P/E** | | |
| 2006 | | NM |
| 2007 | | 52.2x |
| 2008 | | 39.4x |
| Trading range since 06/01/07. | | |

- LDK released results of its independent audit into inventory accounting practices this morning and found no material discrepancies between stated and actual volumes. The news removes overhang from shares, but we believe the results have likely been factored in, after recent price gains.

- We are maintaining our SU rating at this time until we have better visibility on the co's. outlook. Specifically, most of LDK's output for '08 is locked up under fixed-price contracts with 1-2% Q/Q ASP declines. Poly supply is mostly at market rates, which are rising, likely to cause margin pressure.

- Chinese comps have indicated up to a 12% Q/Q increase in Si prices in 3Q, with expectation that it will rise significantly through 1H08. Additionally, the rate of increase for scrap/recycled material has been faster than for virgin material. LDK could offset by more tolling at expense of lower revs.

- Valuation already at a premium to comps: LDK is trading at ~$73, or 40x Street '08E EPS of $1.82. Chinese PV comps trade at avg. of ~30x '08E EPS and WFR trades at only 21x. We think premium may be excessive given potential for GM pressure and negative Street revisions for '09.

## Stock Price Performance



LDK Solar Co., Ltd. (LDK)

Source: Reuters
*All figures in US dollars, unless otherwise stated.*
07-86406 © 2007

CIBC World Markets does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**See "Important Disclosures" section at the end of this report for important required disclosures, including potential conflicts of interest.**

**See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.**

**Company Description**
LDK manufactures multicrystalline solar wafers, which are sold globally to customers that produce photovoltaic cells and modules. The company also provides wafer processing services.
www.ldksolar.com

**Adam Hinckley**
1 (212) 667-8104
Adam.Hinckley@us.cibc.com

Find CIBC research on Bloomberg, Reuters, firstcall.com and cibcwm.com

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8   (416) 594-7000
CIBC World Markets Corp., 300 Madison Avenue, New York, NY 10017-6204   (212) 667-7000   (800) 999-6726

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains – December 17, 2007

# Outlook

This morning, LDK announced that its Audit Committee has completed its independent audit regarding allegations of improper inventory accounting by a former employee. The investigation concluded that there are no meaningful errors in the company's reported inventory quantities as of August 31, 2007. The auditors stated that the former employee's claims were inaccurate because he had not taken into account all locations in which the company stored its polysilicon feedstock. The investigation added that LDK is using each of the different types of polysilicon feedstock in its wafers and that there is no requirement to account for obsolete or excess polysilicon material. **The news removes an overhang from shares, but we believe the results have likely been factored into share price after its recent gains.**

**We are maintaining our Sector Underperformer rating at this time until we have better visibility on the company's outlook.** Specifically, most of LDK's output for 2008 is locked up under fixed price contracts with set 1-2% Q/Q ASP declines. Raw material supply for polysilicon is mostly under market priced contracts, and all checks indicate that market prices for polysilicon have risen substantially in 3Q and are expected to continue rising through 1H08. We believe this will likely cause margin pressure for LDK for 3Q results and be evidenced in the company's outlook.

Chinese competitors have indicated up to a 12% Q/Q increase in polysilicon prices in 3Q, with the expectation that these will rise significantly through 1H08. Additionally, the rate of increase for scrap/recycled material has been faster than for virgin polysilicon. Recall that LDK uses only 20% virgin silicon in its manufacturing process and 80% scrap/recycled material. The company can offset some of this cost increase by undertaking more tolling business, in which LDK is consigned polysilicon from customers. The problem is that while this is a higher margin business, the revenue opportunity is significantly lower than with actual wafer sales.

Valuation already at a premium to comps: LDK currently trading at ~$73, or 40x Street '08E EPS of $1.82. Chinese photovoltaic (PV) comps trade at an average of ~30x 2008E EPS and WFR trades at only 21x. We think this premium may be excessive given potential at LDK for margin pressure and negative Street revisions for 2009 estimates (although capacity is expected on time, we believe Street production/cost estimates may be too high). We prefer WFR for exposure to polysilicon/wafer manufacturers.

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007

## Exhibit 1. LDK Summary Income Statement and Estimates

### LDK Solar Company

*($ and Shares in '000, Except Par Share Figures)*

| Income Statement | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QA Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $0.0 | $12.1 | $31.5 | $61.9 | $105.5 | $73.4 | $99.1 | $146.5 | $155.3 | $474.1 | $181.8 | $207.6 | $252.4 | $294.1 | $936.0 | $1,394.7 |
| Cost of Sales | 0.0 | 9.6 | 19.1 | 35.3 | 63.8 | 45.0 | 64.2 | 96.1 | 104.0 | 309.2 | 126.0 | 146.6 | 177.8 | 203.1 | 653.5 | 801.7 |
| Gross Profit | $0.0 | $2.6 | $12.4 | $26.6 | $41.7 | $28.4 | $34.9 | $50.2 | $51.4 | $164.9 | $55.8 | $61.0 | $74.6 | $91.0 | $282.5 | $593.0 |
| Selling Expenses | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | 0.2 | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.5 | 0.6 | 0.7 | 2.3 | 6.0 |
| General & Administrative | 0.1 | 0.3 | 1.6 | 1.7 | 2.1 | 1.8 | 3.6 | 5.4 | 5.6 | 16.4 | 6.4 | 7.3 | 8.8 | 10.3 | 32.8 | 48.3 |
| Research & Development | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.3 | 0.4 | 1.6 | 1.6 | 3.2 | 2.2 | 2.7 | 3.4 | 4.1 | 12.4 | 20.9 |
| EBIT excl. Intangibles | (0.1) | 2.1 | 10.6 | 24.6 | 39.2 | 26.1 | 30.8 | 43.6 | 44.0 | 144.5 | 46.8 | 50.5 | 61.8 | 75.9 | 235.0 | $19.7 |
| Net Interest Income & Other (Expense) | (0.3) | (0.8) | (4.9) | (1.0) | (7.0) | (1.5) | (1.9) | (1.9) | (1.0) | (6.3) | (1.3) | (1.7) | (1.3) | (1.0) | (5.3) | (2.4) |
| Other Income/FX Changes (Expense) | (0.1) | (0.0) | (0.7) | (0.6) | (1.3) | (0.5) | (0.6) | (0.6) | (0.6) | (2.2) | (0.6) | (0.6) | (0.6) | (0.6) | (2.3) | (2.3) |
| Government subsidy | 0.0 | 0.0 | 0.0 | 1.3 | 1.3 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 2.3 | 2.5 | 3.3 | 3.8 | 11.7 | 26.0 |
| Pre-Tax Income excl. Intang. and One-Time Items | ($0.5) | $1.3 | $5.0 | $24.3 | $32.1 | $24.5 | $28.7 | $41.5 | $42.9 | $137.6 | $47.4 | $50.8 | $63.0 | $78.0 | $239.1 | $541.0 |
| Income Taxes (Benefit) | (0.1) | (0.1) | 0.0 | (0.1) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.1 | 7.6 | 9.4 | 11.7 | 35.9 | 81.2 |
| Net Income | ($0.44) | $1.32 | $4.96 | $24.34 | $32.2 | $24.53 | $28.75 | $41.49 | $42.86 | $137.6 | $40.25 | $43.16 | $53.51 | $66.34 | $203.3 | $459.9 |
| Reported EPS | ($0.01) | $0.02 | $0.04 | $0.25 | $0.32 | $0.23 | $0.29 | $0.37 | $0.38 | $1.30 | $0.36 | $0.38 | $0.47 | $0.58 | $1.79 | $3.95 |
| Pro forma EPS | ($0.01) | $0.02 | $0.07 | $0.28 | $0.41 | $0.27 | $0.31 | $0.37 | $0.38 | $1.35 | $0.36 | $0.38 | $0.47 | $0.58 | $1.79 | $3.95 |
| WA Shares Outstanding | 75.0 | 75.0 | 75.0 | 88.0 | 78.3 | 92.2 | 92.2 | 111.0 | 111.6 | 101.7 | 112.3 | 113.0 | 113.7 | 114.5 | 113.4 | 116.4 |
| **Other Information** | | | | | | | | | | | | | | | | |
| Wafer Capacity (MW) | | N/A | N/A | 178.0 | 178.0 | 215.0 | 300.0 | 350.0 | 400.0 | 400.0 | 400.0 | 600.0 | 700.0 | 800.0 | 800.0 | 1,600.0 |
| Wafers Sold (MW) | | 4.83 | 13.95 | 26.40 | 45.18 | 30.50 | 42.20 | 63.00 | 69.00 | 204.70 | 85.00 | 100.00 | 125.00 | 150.00 | 460.00 | 845.00 |
| Wafer ASP (per watt) | | $2.15 | $2.20 | $2.32 | $2.27 | $2.25 | $2.25 | $2.22 | $2.17 | $2.20 | $2.06 | $2.01 | $1.96 | $1.91 | $1.98 | $1.61 |
| Wafer Revenue | | $10.39 | $30.72 | $61.29 | $102.40 | $66.70 | $94.95 | $139.62 | $149.86 | $451.14 | $175.38 | $201.17 | $245.18 | $286.86 | $908.60 | $1,361.48 |
| Non Wafer Revenue | | $1.76 | $0.73 | $0.57 | $3.05 | $6.70 | $4.10 | $6.64 | $5.48 | $22.93 | $6.44 | $6.44 | $7.25 | $7.25 | $27.38 | $33.20 |

### LDK Solar Company

| Margin Analysis | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QA Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | -- | 21% | 39% | 43% | 40% | 39% | 35% | 34% | 33% | 35% | 31% | 29% | 30% | 31% | 30% | 43% |
| Research & Development | -- | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% |
| Sales & Marketing | -- | 3% | 5% | 3% | 2% | 2% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 3% |
| EBIT Margin | -- | 17% | 34% | 40% | 37% | 36% | 31% | 30% | 28% | 30% | 26% | 24% | 24% | 26% | 25% | 37% |
| Pre-Tax Margin | -- | 10% | 16% | 39% | 30% | 33% | 29% | 28% | 28% | 29% | 26% | 24% | 25% | 27% | 26% | 39% |
| Effective Tax Rate | -- | -5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 15% | 15% | 15% | 15% | 15% | 1% |
| Net Income Margin | -- | 11% | 16% | 39% | 31% | 33% | 29% | 28% | 28% | 29% | 22% | 21% | 21% | 23% | 22% | 33% |
| **Sequential Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | 159% | 97% | | 19% | 35% | 48% | 6% | | 17% | 14% | 22% | 17% | | |
| Gross Profit | -- | -- | 384% | 114% | | 7% | 23% | 44% | 2% | | 9% | 9% | 22% | 22% | | |
| Research & Development | -- | -- | 407% | 162% | | 51% | 41% | 179% | 5% | | 40% | 24% | 26% | 21% | | |
| Sales & Marketing | -- | 167% | 373% | 2% | | 9% | 97% | 51% | 3% | | 14% | 14% | 22% | 17% | | |
| EBIT | -- | NM | 400% | 133% | | 6% | 18% | 41% | 1% | | 6% | 8% | 22% | 23% | | |
| Net Income | -- | NM | 277% | 391% | | 1% | 17% | 44% | -3% | | -6% | 7% | 24% | 24% | | |
| EPS | -- | NM | 277% | 318% | | -4% | 17% | 20% | -3% | | -7% | 7% | 23% | 23% | | |
| **Year-on-year Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | -- | -- | -- | 716% | 365% | 151% | | 350% | 148% | 110% | 73% | 89% | 97% | 49% |
| Gross Profit | -- | -- | -- | -- | -- | 1265% | 305% | 94% | | 296% | 97% | 75% | 49% | 77% | 71% | 110% |
| EBIT | -- | -- | -- | -- | NM | 1360% | 313% | 79% | | 269% | 79% | 64% | 42% | 72% | 63% | 121% |
| Net Income | -- | -- | -- | -- | NM | 2093% | 736% | 76% | | 327% | 64% | 50% | 29% | 55% | 48% | 126% |
| WA Shares Outstanding | -- | -- | 0% | 17% | 4% | 23% | 23% | 48% | 27% | 30% | 23% | 23% | 0% | 3% | 11% | 3% |
| Diluted EPS | -- | -- | -- | -- | NM | 1675% | 465% | 39% | | 229% | 55% | 23% | 26% | 51% | 55% | 120% |

Source:  Company reports and CIBC World Markets Corp.

**Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007**

## Our EPS estimates are shown below:

| | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Yearly |
|---|---|---|---|---|---|
| 2006 Current | ($0.01A) | $0.02A | $0.07A | $0.28A | $0.41A |
| 2007 Current | $0.27A | $0.31A | $0.37E | $0.38E | $1.35E |
| 2008 Current | $0.36E | $0.38E | $0.47E | $0.58E | $1.79E |

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007

# IMPORTANT DISCLOSURES:

**Analyst Certification:** Each CIBC World Markets research analyst named on the front page of this research report, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this report and all other companies and securities mentioned in this report that are covered by such research analyst and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this report.

**Potential Conflicts of Interest:** Equity research analysts employed by CIBC World Markets are compensated from revenues generated by various CIBC World Markets businesses, including the CIBC World Markets Investment Banking Department within the Corporate and Leveraged Finance Division. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. CIBC World Markets generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, CIBC World Markets generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers.

In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, CIBC World Markets may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon.

Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

# Important Disclosure Footnotes for LDK Solar Co., Ltd. (LDK)

2a    LDK Solar Co., Ltd. is a client for which a CIBC World Markets company has performed investment banking services in the past 12 months.

2b    CIBC World Markets Corp. has managed or co-managed a public offering of securities for LDK Solar Co., Ltd. in the past 12 months.

2c    CIBC World Markets Inc. has managed or co-managed a public offering of securities for LDK Solar Co., Ltd. in the past 12 months.

2d    CIBC World Markets Corp. has received compensation for investment banking services from LDK Solar Co., Ltd. in the past 12 months.

2e    CIBC World Markets Inc. has received compensation for investment banking services from LDK Solar Co., Ltd. in the past 12 months.

2f    CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from LDK Solar Co., Ltd. in the next 3 months.

**CIBC** CIBC
World Markets

5

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by CIBC World Markets:

**Stock Prices as of 12/17/2007:**

MEMC Electronic Materials Inc. (WFR-NYSE, $86.57, Sector Outperformer)

**Important disclosure footnotes that correspond to the footnotes in this table may be found in the "Key to Important Disclosure Footnotes" section of this report.**

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007

## Key to Important Disclosure Footnotes:

1    CIBC World Markets Corp. makes a market in the securities of this company.

2a   This company is a client for which a CIBC World Markets company has performed investment banking services in the past 12 months.

2b   CIBC World Markets Corp. has managed or co-managed a public offering of securities for this company in the past 12 months.

2c   CIBC World Markets Inc. has managed or co-managed a public offering of securities for this company in the past 12 months.

2d   CIBC World Markets Corp. has received compensation for investment banking services from this company in the past 12 months.

2e   CIBC World Markets Inc. has received compensation for investment banking services from this company in the past 12 months.

2f   CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

2g   CIBC World Markets Inc. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

3a   This company is a client for which a CIBC World Markets company has performed non-investment banking, securities-related services in the past 12 months.

3b   CIBC World Markets Corp. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.

3c   CIBC World Markets Inc. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.

4a   This company is a client for which a CIBC World Markets company has performed non-investment banking, non-securities-related services in the past 12 months.

4b   CIBC World Markets Corp. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.

4c   CIBC World Markets Inc. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.

5a   The CIBC World Markets Corp. analyst(s) who covers this company also has a long position in its common equity securities.

5b   A member of the household of a CIBC World Markets Corp. research analyst who covers this company has a long position in the common equity securities of this company.

6a   The CIBC World Markets Inc. fundamental analyst(s) who covers this company also has a long position in its common equity securities.

6b   A member of the household of a CIBC World Markets Inc. fundamental research analyst who covers this company has a long position in the common equity securities of this company.

7    CIBC World Markets Corp., CIBC World Markets Inc., and their affiliates, in the aggregate, beneficially own 1% or more of a class of equity securities issued by this company.

8    A partner, director or officer of CIBC World Markets Inc. or any analyst involved in the preparation of this research report has provided services to this company for remuneration in the past 12 months.

9    A senior executive member or director of Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., or a member of his/her household is an officer, director or advisory board member of this company or one of its subsidiaries.

10   Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., has a significant credit relationship with this company.

11   The equity securities of this company are restricted voting shares.

12   The equity securities of this company are subordinate voting shares.

13   The equity securities of this company are non-voting shares.

14   The equity securities of this company are limited voting shares.



7

Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007

# CIBC World Markets Price Chart

No price chart is available because CIBC World Markets
has covered this company,
LDK Solar Co., Ltd. (LDK), for less than one year.

No rating history data found for LDK Solar Co., Ltd.

CIBC
World Markets

8

# CIBC World Markets' Stock Rating System

| Abbreviation | Rating | Description |
|---|---|---|
| **Stock Ratings** | | |
| SO | Sector Outperformer | Stock is expected to outperform the sector during the next 12-18 months. |
| SP | Sector Performer | Stock is expected to perform in line with the sector during the next 12-18 months. |
| SU | Sector Underperformer | Stock is expected to underperform the sector during the next 12-18 months. |
| NR | Not Rated | CIBC World Markets does not maintain an investment recommendation on the stock. |
| R | Restricted | CIBC World Markets is restricted*** from rating the stock. |
| **Sector Weightings**\*\* | | |
| O | Overweight | Sector is expected to outperform the broader market averages. |
| M | Market Weight | Sector is expected to equal the performance of the broader market averages. |
| U | Underweight | Sector is expected to underperform the broader market averages. |
| NA | None | Sector rating is not applicable. |

\*\*Broader market averages refer to the S&P 500 in the U.S. and the S&P/TSX Composite in Canada.
"Speculative" indicates that an investment in this security involves a high amount of risk due to volatility and/or liquidity issues.
\*\*\*Restricted due to a potential conflict of interest.

### Ratings Distribution*: CIBC World Markets' Coverage Universe

| (as of 17 Dec 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 385 | 41.4% | Sector Outperformer (Buy) | 197 | 51.2% |
| Sector Performer (Hold/Neutral) | 466 | 50.1% | Sector Performer (Hold/Neutral) | 236 | 50.6% |
| Sector Underperformer (Sell) | 56 | 6.0% | Sector Underperformer (Sell) | 33 | 58.9% |
| Restricted | 11 | 1.2% | Restricted | 11 | 100.0% |

### Ratings Distribution:  Alternative Energy Coverage Universe

| (as of 17 Dec 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 4 | 33.3% | Sector Outperformer (Buy) | 1 | 25.0% |
| Sector Performer (Hold/Neutral) | 7 | 58.3% | Sector Performer (Hold/Neutral) | 3 | 42.9% |
| Sector Underperformer (Sell) | 1 | 8.3% | Sector Underperformer (Sell) | 1 | 100.0% |
| Restricted | 0 | 0.0% | Restricted | 0 | 0.0% |

Alternative Energy Sector includes the following tickers:  CSIQ, ENER, ESLR, FCEL, FSLR, JASO, LDK, SOLF, SPWR, STP, WFR, YGE.

*Although the investment recommendations within the three-tiered, relative stock rating system utilized by CIBC World Markets do not correlate to buy, hold and sell recommendations, for the purposes of complying with NYSE and NASD rules, CIBC World Markets has assigned buy ratings to securities rated Sector Outperformer, hold ratings to securities rated Sector Performer, and sell ratings to securities rated Sector Underperformer without taking into consideration the analyst's sector weighting.

*Clean Bill of Health from Independent Audit Priced In from Recent Share Gains - December 17, 2007*

# Legal Disclaimer

This report is issued and approved for distribution by (i) in the United States, CIBC World Markets Corp., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the Investment Dealers Association ("IDA"), the Toronto Stock Exchange, the TSX Venture Exchange and CIPF, (iii) in the United Kingdom, CIBC World Markets plc, which is regulated by the Financial Services Authority ("FSA"), and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC (collectively, "CIBC World Markets"). This report is provided, for informational purposes only, to institutional investor clients of CIBC World Markets in the United States and Canada and retail clients of CIBC World Markets in Canada, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. This document and any of the products and information contained herein are not intended for the use of private investors in the United Kingdom. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc. The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited.

The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of CIBC World Markets. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. CIBC World Markets suggests that, prior to acting on any of the recommendations herein, Canadian retail clients of CIBC World Markets contact one of our client advisers in your jurisdiction to discuss your particular circumstances. Non-client recipients of this report who are not institutional investor clients of CIBC World Markets should consult with an independent financial advisor prior to making any investment decision based on this report or for any necessary explanation of its contents. CIBC World Markets will not treat non-client recipients as its clients solely by virtue of their receiving this report.

Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. CIBC World Markets accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to CIBC World Markets.

Information, opinions and statistical data contained in this report were obtained or derived from sources believed to be reliable, but CIBC World Markets does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by CIBC World Markets or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.

Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.

This report may provide addresses of, or contain hyperlinks to, Internet web sites. CIBC World Markets has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third-party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will not be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2007 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved. Unauthorized use, distribution, duplication or disclosure without the prior written permission of CIBC World Markets is prohibited by law and may result in prosecution.



# EXHIBIT P

# CIBC World Markets

**Equity Research**
**Change in Recommendation**

---

September 23, 2007

Alternative Energy

---

**Stock Rating:**
## Sector Performer

**Sector Weighting:**
## Market Weight

| | |
|---|---|
| 12-18 mo. Price Target | None |
| LDK-NYSE (9/21/07) | $68.71 |
| Key Indices: None | |

| | |
|---|---|
| 3-5-Yr. EPS Gr. Rate (E) | 50.0% |
| 52-week Range | $22.27-$68.71 |
| Shares Outstanding | 111.0M |
| Float | 29.7M Shrs |
| Avg. Daily Trading Vol. | 1,145,060 |
| Market Capitalization | $7,626.8M |
| Dividend/Div Yield | Nil / Nil |
| Fiscal Year Ends | December |
| Book Value | $5.10 per Shr |
| 2007 ROE (E) | NM |
| LT Debt | $109.9M |
| Preferred | Nil |
| Common Equity | $565.6M |
| Convertible Available | No |

| Earnings per Share | Prev | Current |
|---|---|---|
| 2007 | | $1.28E |
| 2008 | | $1.83E |
| 2009 | $4.45E | $4.00E |
| P/E | | |
| 2007 | | 53.7x |
| 2008 | | 37.5x |
| 2009 | 15.4x | 17.2x |
| Trading range since 06/01/07. | | |

**Company Description**
LDK manufactures multicrystalline solar wafers, which are sold globally to customers that produce photovoltaic cells and modules. The company also provides wafer processing services.
www.ldksolar.com

**Adam Hinckley**
1 (212) 667-8104
Adam.Hinckley@us.cibc.com

---

# LDK Solar Co., Ltd.

## Downgrading to SP: Shares Pricing in Early Success from New Poly Comps

- Following the ~50% gain in share price over the past month, we are downgrading LDK to SP and dropping our PT (previously $56), effective 9/23. We believe much of the investor exuberance relates to indications of early success from new poly entrants, which is fairly priced into LDK stock.

- Early reports on new poly entrants (M.Setek, Zhongneng) show that they are on track with production plans, providing credibility to LDK entering the poly market. M.Setek has proven the reactors work and Zhongneng has shown that a greenfield expansion is achievable in less than 3 yrs.

- Although we feel more confident in LDK's aggressive plans after visiting Zhongneng, the ability of companies to ramp production with minimal polysilicon experience is concerning. We believe the mass build of industry poly capacity may cause greater pricing pressure in 2009 and beyond.

- As a result of this pricing pressure, we are reducing our '09 EPS est. to $4.00 from $4.45, implying a valuation of 17x '09 EPS, representing nearly a 40% premium to WFR's valuation. We believe LDK's shares are fairly valued at this point and that investors should lock in gains.

**Stock Price Performance**



Source: Reuters
*All figures in US dollars, unless otherwise stated.*

07-82182 © 2007

CIBC World Markets does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**See "Important Disclosures" section at the end of this report for important required disclosures, including potential conflicts of interest.**
**See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.**

---

Find CIBC research on Bloomberg, Reuters, firstcall.com and cibcwm.com

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8    (416) 594-7000
CIBC World Markets Corp., 300 Madison Avenue, New York, NY 10017-6204    (212) 667-7000    (800) 999-6726

Downgrading to SP; Shares Pricing in Early Success from New Poly Comps – September 23, 2007

# Outlook

**Effective September 23, we are downgrading LDK Solar (LDK-SP) to Sector Performer from Sector Outperformer and removing our $56 price target** following the ~50% gain in share price over the past month. We have also lowered our 2009 EPS estimate to $4.00 from $4.45 on greater pricing pressure. We believe much of the investor exuberance for LDK relates to indications of early success from new polysilicon entrants, which increases our confidence in LDK's ramp plans, but also raises the probability of greater pricing pressure in 2009 and beyond as many players ramp production of polysilicon. We believe the benefits and risks of polysilicon production are now accurately balanced in LDK's share price.

**Recent commentary points to early success from several polysilicon entrants, providing credibility to LDK's ramp plans:** With the news that M.Setek successfully began polysilicon production on schedule, DC Chemical is still on track for early '08 commercial shipments, and Zhongneng is already producing silicon only one year after beginning site construction, we believe investors are using this information as a proxy for LDK's success in polysilicon manufacturing. We agree with this conclusion and feel more confident regarding LDK's ability to meet its aggressive goals of 6,000 tons of capacity by the end of 2008 and 15,000 tons of capacity by the end of 2009.

The experiences of these new polysilicon entrants have proven two key points: **the reactors that LDK is buying work and it is possible to do a greenfield expansion in less than 3 years**, a point the incumbents like to stand behind. Although M.Setek did not buy the polysilicon reactors from GT Solar (LDK's equipment provider), we believe the reactor design was licensed from them and is the same as the tools that GT has begun selling to DC Chemical, providing evidence that GT's reactors work. For accuracy, LDK will be receiving the larger 48-rod reactors instead of the 36-rod reactors that DCC is buying, but the proof of concept is encouraging. In terms of the timing barriers to polysilicon entrance, last week we visited the Zhongneng facility in China and saw that 4 reactors were already producing silicon after beginning site construction in July 2006. As a result, we believe LDK's aggressive timeframes may not be as far-fetched as originally thought.

**Despite greater conviction in LDK, we also believe that a greater number of new entrants will also be successful, leading to pricing pressure in 2009 and beyond.** The ability of new polysilicon entrants to ramp capacity with minimal expertise is also concerning, as more than 50 companies have announced plans to enter the polysilicon market. We believe many of the these projects will never leave the planning phase and others will experience production delays, but a massive quantity of capacity will still come online in the next several years. We are starting to believe that the supply chain will experience greater pricing pressure beginning in 2009.

**WFR (SO) a better place to invest at this point for polysilicon exposure:** As a result of pricing pressure, we are reducing our 2009 EPS estimate to $4.00 from $4.45, implying a current valuation on LDK shares of 17x 2009 EPS, which we see as fairly valued. This represents nearly a 40% premium to WFR's valuation (12x Street 2009 EPS estimate of $4.75), which we do not see as reasonable given WFR's expertise and scale and the still high level of risk for LDK entering the polysilicon market. As a result, we believe WFR offers a better place to invest for exposure to polysilicon production. Although WFR will also be affected by pricing pressure in 2009, **spot pricing continues to rise to $330-400/kg in 2H07, which we believe will delay investor discounting of more distant pricing pressure.**

CIBC
World Markets

# Changes to Estimates

We are revising our estimates as follows:

- Our 2007 revenue estimate remains at $448 million and our pro forma EPS estimate remains at $1.28.

- Our 2008 revenue estimate remains at $941 million and our 2008 pro forma EPS estimate remains at $1.83.   .

- Our 2009 revenue estimate goes to $1.40 billion from $1.46 billion and 2009 pro forma EPS estimate goes to $4.00 from $4.45.  The decline in revenue and EPS is attributable to a larger assumed ASP decline in 2009.

4

Downgrading to SP: Shares Pricing in Early Success from New Poly Comps - September 23, 2007

## Exhibit 1. LDK Summary Income Statement and Estimates

### LDK Solar Company

*($ and Shares in '000, Except Per Share Figures)*

| Income Statement | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QE Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $0.0 | $12.1 | $31.5 | $61.9 | $105.5 | $73.4 | $99.1 | $119.1 | $156.1 | $447.6 | $182.7 | $208.6 | $253.7 | $295.6 | $940.6 | $1,401.6 |
| Cost of Sales | 0.0 | 9.6 | 19.1 | 35.3 | 63.8 | 45.0 | 64.2 | 77.8 | 103.9 | 290.9 | 126.0 | 146.6 | 177.8 | 203.1 | 653.4 | 801.6 |
| Gross Profit | $0.0 | $2.6 | $12.4 | $26.6 | $41.7 | $28.4 | $34.9 | $41.3 | $52.2 | $156.7 | $56.8 | $62.0 | $75.9 | $92.5 | $287.2 | $600.0 |
| Selling Expenses | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | 0.2 | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.5 | 0.6 | 0.7 | 2.4 | 6.0 |
| General & Administrative | 0.1 | 0.3 | 1.6 | 1.7 | 2.1 | 1.8 | 3.6 | 4.4 | 5.6 | 15.4 | 6.4 | 7.3 | 8.9 | 10.3 | 32.9 | 46.5 |
| Research & Development | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.3 | 0.4 | 0.8 | 1.6 | 3.0 | 2.2 | 2.7 | 3.4 | 4.1 | 12.5 | 21.0 |
| EBIT excl. Intangibles | (0.1) | 2.1 | 10.6 | 24.6 | 39.2 | 26.1 | 30.8 | 35.9 | 44.8 | 137.6 | 47.7 | 51.5 | 63.0 | 77.3 | 239.4 | 526.4 |
| Net Interest Income & Other (Expense) | (0.3) | (0.8) | (4.9) | (1.0) | (7.0) | (1.5) | (1.9) | (1.9) | (1.3) | (6.6) | (1.1) | (1.6) | (1.3) | (1.0) | (5.1) | (2.4) |
| Other Income/FX Changes (Expense) | (0.1) | (0.0) | (0.7) | (0.6) | (1.3) | (0.5) | (0.6) | (0.6) | (0.6) | (2.2) | (0.6) | (0.6) | (0.6) | (0.6) | (2.3) | (2.3) |
| Government subsidy | 0.0 | 0.0 | 0.0 | 1.3 | 1.3 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 2.4 | 2.6 | 3.1 | 3.9 | 12.0 | 26.3 |
| Pre-Tax Income excl. Intang. and One Time Items | ($0.5) | $1.3 | $5.0 | $24.3 | $32.1 | $24.5 | $28.7 | $33.8 | $43.3 | $130.4 | $48.4 | $51.8 | $64.2 | $79.5 | $244.0 | $548.0 |
| Income Taxes (Benefit) | (0.1) | (0.1) | 0.0 | (0.1) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.3 | 7.8 | 9.6 | 11.9 | 36.6 | 82.2 |
| Net Income | ($0.44) | $1.32 | $4.96 | $24.34 | $32.2 | $24.53 | $28.75 | $33.79 | $43.29 | $130.4 | $41.13 | $44.06 | $54.60 | $67.61 | $207.4 | $465.8 |
| Reported EPS | ($0.01) | $0.02 | $0.04 | $0.25 | $0.33 | $0.23 | $0.25 | $0.30 | $0.39 | $1.23 | $0.37 | $0.39 | $0.48 | $0.59 | $1.83 | $4.00 |
| Pro forma EPS | ($0.01) | $0.02 | $0.07 | $0.28 | $0.41 | $0.27 | $0.31 | $0.30 | $0.39 | $1.28 | $0.37 | $0.39 | $0.48 | $0.59 | $1.83 | $4.00 |
| WA Shares Outstanding | 75.0 | 75.0 | 75.0 | 88.0 | 78.3 | 92.2 | 92.2 | 111.0 | 111.6 | 101.7 | 112.3 | 113.0 | 113.7 | 114.5 | 113.4 | 116.4 |
| **Other Information** | | | | | | | | | | | | | | | | |
| Wafer Capacity (MW) | | N/A | N/A | 178.0 | 178.0 | 215.0 | 300.0 | 350.0 | 400.0 | 400.0 | 400.0 | 600.0 | 700.0 | 800.0 | 800.0 | 1,600.0 |
| Wafers Sold (MW) | | 4.83 | 13.95 | 26.40 | 45.18 | 30.50 | 42.20 | 51.00 | 69.00 | 192.70 | 85.00 | 100.00 | 125.00 | 150.00 | 460.00 | 845.00 |
| Wafer ASP (per watt) | | $2.15 | $2.20 | $2.32 | $2.27 | $2.25 | $2.25 | $2.23 | $2.18 | $2.21 | $2.07 | $2.02 | $1.97 | $1.92 | $1.99 | $1.62 |
| Wafer Revenue | | $10.39 | $30.72 | $61.29 | $102.40 | $66.70 | $94.95 | $113.60 | $150.62 | $425.88 | $176.27 | $202.20 | $246.43 | $288.32 | $913.21 | $1,368.39 |
| Non Wafer Revenue | | $1.76 | $0.73 | $0.57 | $3.05 | $6.70 | $4.10 | $5.48 | $5.48 | $21.77 | $6.44 | $6.44 | $7.25 | $7.25 | $27.38 | $33.20 |

### LDK Solar Company

| Margin Analysis | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QE Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | -- | 21% | 39% | 43% | 40% | 39% | 35% | 35% | 33% | 35% | 31% | 30% | 30% | 31% | 31% | 43% |
| Research & Development | -- | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% |
| Sales & Marketing | -- | 3% | 5% | 3% | 2% | 2% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 3% |
| EBIT Margin | -- | 17% | 34% | 40% | 37% | 36% | 31% | 30% | 29% | 31% | 26% | 25% | 25% | 26% | 25% | 38% |
| Pre-Tax Margin | -- | 10% | 16% | 39% | 30% | 33% | 29% | 28% | 28% | 29% | 26% | 25% | 25% | 27% | 26% | 39% |
| Effective Tax Rate | -- | -5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 15% | 15% | 15% | 15% | 15% | 1% |
| Net Income Margin | -- | 11% | 16% | 39% | 31% | 33% | 29% | 28% | 28% | 29% | 23% | 21% | 22% | 23% | 22% | 33% |
| **Sequential Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | 159% | 97% | | 19% | 35% | 20% | 31% | | 17% | 14% | 22% | 17% | | |
| Gross Profit | -- | -- | 384% | 114% | | 7% | 23% | 18% | 26% | | 9% | 9% | 22% | 22% | | |
| Research & Development | -- | -- | 407% | 162% | | 31% | 41% | 127% | 87% | | 40% | 24% | 26% | 21% | | |
| Sales & Marketing | -- | 167% | 373% | 2% | | 9% | 97% | 23% | 28% | | 14% | 14% | 22% | 17% | | |
| EBIT | -- | NM | 400% | 133% | | 6% | 18% | 16% | 25% | | 7% | 8% | 22% | 23% | | |
| Net Income | -- | NM | 277% | 391% | | 1% | 17% | 18% | 28% | | -5% | 7% | 24% | 24% | | |
| EPS | -- | NM | 277% | 318% | | -4% | 17% | -2% | 27% | | -6% | 6% | 23% | 23% | | |
| **Year-on-year Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | -- | -- | -- | -- | 716% | 279% | 152% | 324% | 149% | 111% | 113% | 89% | 110% | 49% |
| Gross Profit | -- | -- | -- | -- | -- | -- | 1265% | 233% | 96% | 276% | 100% | 78% | 84% | 77% | 83% | 109% |
| EBIT | -- | -- | -- | -- | -- | NM | 1360% | 240% | 82% | 251% | 83% | 67% | 76% | 73% | 74% | 120% |
| Net Income | -- | -- | -- | -- | -- | NM | 2083% | 581% | 78% | 305% | 68% | 53% | 62% | 56% | 59% | 125% |
| WA Shares Outstanding | -- | -- | 0% | 17% | 4% | 23% | 23% | 48% | 27% | 30% | 22% | 23% | 2% | 3% | 11% | 3% |
| Diluted EPS | -- | -- | -- | -- | -- | NM | 1675% | 360% | 40% | 211% | 38% | 25% | 58% | 52% | 43% | 119% |

Source: Company reports and CIBC World Markets Corp.

## Our EPS estimates are shown below:

| | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Yearly |
|---|---|---|---|---|---|
| 2007 Current | $0.27A | $0.31A | $0.30E | $0.39E | $1.28E |
| 2008 Current | $0.37E | $0.39E | $0.48E | $0.59E | $1.83E |
| 2009 Prior | -- | -- | -- | -- | $4.45E |
| 2009 Current | -- | -- | -- | -- | $4.00E |

CIBC
World Markets

# IMPORTANT DISCLOSURES:

**Analyst Certification:** Each CIBC World Markets research analyst named on the front page of this research report, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this report and all other companies and securities mentioned in this report that are covered by such research analyst and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this report.

**Potential Conflicts of Interest:** Equity research analysts employed by CIBC World Markets are compensated from revenues generated by various CIBC World Markets businesses, including the CIBC World Markets Investment Banking Department within the Corporate and Leveraged Finance Division. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. CIBC World Markets generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, CIBC World Markets generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers.

In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, CIBC World Markets may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon.

Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

# Important Disclosure Footnotes for LDK Solar Co., Ltd. (LDK)

2a     LDK Solar Co., Ltd. is a client for which a CIBC World Markets company has performed investment banking services  in the past 12 months.

2b     CIBC World Markets Corp. has managed or co-managed a public offering of securities for LDK Solar Co., Ltd. in the past 12 months.

2d     CIBC World Markets Corp. has received compensation for investment banking services from LDK Solar Co., Ltd. in the past 12 months.

2f     CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from LDK Solar Co., Ltd. in the next 3 months.



**Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by CIBC World Markets:**

**Stock Prices as of 09/23/2007:**

MEMC Electronic Materials Inc. (WFR-NYSE, $58.85, Sector Outperformer)

**Important disclosure footnotes that correspond to the footnotes in this table may be found in the "Key to Important Disclosure Footnotes" section of this report.**

Case 3:07-cv-05182-WHA    Document 60-5    Filed 04/07/2008    Page 20 of 23

## Key to Important Disclosure Footnotes:

1   CIBC World Markets Corp. makes a market in the securities of this company.

2a   This company is a client for which a CIBC World Markets company has performed investment banking services in the past 12 months.

2b   CIBC World Markets Corp. has managed or co-managed a public offering of securities for this company in the past 12 months.

2c   CIBC World Markets Inc. has managed or co-managed a public offering of securities for this company in the past 12 months.

2d   CIBC World Markets Corp. has received compensation for investment banking services from this company in the past 12 months.

2e   CIBC World Markets Inc. has received compensation for investment banking services from this company in the past 12 months.

2f   CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

2g   CIBC World Markets Inc. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

3a   This company is a client for which a CIBC World Markets company has performed non-investment banking, securities-related services in the past 12 months.

3b   CIBC World Markets Corp. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.

3c   CIBC World Markets Inc. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.

4a   This company is a client for which a CIBC World Markets company has performed non-investment banking, non-securities-related services in the past 12 months.

4b   CIBC World Markets Corp. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.

4c   CIBC World Markets Inc. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.

5a   The CIBC World Markets Corp. analyst(s) who covers this company also has a long position in its common equity securities.

5b   A member of the household of a CIBC World Markets Corp. research analyst who covers this company has a long position in the common equity securities of this company.

6a   The CIBC World Markets Inc. fundamental analyst(s) who covers this company also has a long position in its common equity securities.

6b   A member of the household of a CIBC World Markets Inc. fundamental research analyst who covers this company has a long position in the common equity securities of this company.

7   CIBC World Markets Corp., CIBC World Markets Inc., and their affiliates, in the aggregate, beneficially own 1% or more of a class of equity securities issued by this company.

8   A partner, director or officer of CIBC World Markets Inc. or any analyst involved in the preparation of this research report has provided services to this company for remuneration in the past 12 months.

9   A senior executive member or director of Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., or a member of his/her household is an officer, director or advisory board member of this company or one of its subsidiaries.

10   Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., has a significant credit relationship with this company.

11   The equity securities of this company are restricted voting shares.

12   The equity securities of this company are subordinate voting shares.

13   The equity securities of this company are non-voting shares.

14   The equity securities of this company are limited voting shares.

CIBC
World Markets

8

Case 3:07-cv-05182-WHA    Document 60-5    Filed 04/07/2008    Page 21 of 23

# CIBC World Markets Price Chart

**No price chart is available because CIBC World Markets
has covered this company,
LDK Solar Co., Ltd. (LDK), for less than one year.**

No rating history data found for LDK Solar Co., Ltd.

CIBC
World Markets

Downgrading to 3E Shares Pricing in Early Success from New PolyComp's - September 24, 2007

# CIBC World Markets' Stock Rating System

| Abbreviation | Rating | Description |
|---|---|---|
| **Stock Ratings** | | |
| SO | Sector Outperformer | Stock is expected to outperform the sector during the next 12-18 months. |
| SP | Sector Performer | Stock is expected to perform in line with the sector during the next 12-18 months. |
| SU | Sector Underperformer | Stock is expected to underperform the sector during the next 12-18 months. |
| NR | Not Rated | CIBC World Markets does not maintain an investment recommendation on the stock. |
| R | Restricted | CIBC World Markets is restricted*** from rating the stock. |
| **Sector Weightings**\*\* | | |
| O | Overweight | Sector is expected to outperform the broader market averages. |
| M | Market Weight | Sector is expected to equal the performance of the broader market averages. |
| U | Underweight | Sector is expected to underperform the broader market averages. |
| NA | None | Sector rating is not applicable. |

\*\*Broader market averages refer to the S&P 500 in the U.S. and the S&P/TSX Composite in Canada.
"Speculative" indicates that an investment in this security involves a high amount of risk due to volatility and/or liquidity issues.
\*\*\*Restricted due to a potential conflict of interest.

### Ratings Distribution*: CIBC World Markets' Coverage Universe

| (as of 23 Sep 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 380 | 41.2% | Sector Outperformer (Buy) | 190 | 50.0% |
| Sector Performer (Hold/Neutral) | 455 | 49.3% | Sector Performer (Hold/Neutral) | 227 | 49.9% |
| Sector Underperformer (Sell) | 58 | 6.3% | Sector Underperformer (Sell) | 24 | 41.4% |
| Restricted | 16 | 1.7% | Restricted | 14 | 87.5% |

### Ratings Distribution:  Alternative Energy Coverage Universe

| (as of 23 Sep 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 3 | 25.0% | Sector Outperformer (Buy) | 1 | 33.3% |
| Sector Performer (Hold/Neutral) | 8 | 66.7% | Sector Performer (Hold/Neutral) | 4 | 50.0% |
| Sector Underperformer (Sell) | 1 | 8.3% | Sector Underperformer (Sell) | 0 | 0.0% |
| Restricted | 0 | 0.0% | Restricted | 0 | 0.0% |

Alternative Energy Sector includes the following tickers:  BLDP, CSIQ, ENER, ESLR, FCEL, JASO, LDK, SOLF, SPWR, STP, WFR, YGE.

*Although the investment recommendations within the three-tiered, relative stock rating system utilized by CIBC World Markets do not correlate to buy, hold and sell recommendations, for the purposes of complying with NYSE and NASD rules, CIBC World Markets has assigned buy ratings to securities rated Sector Outperformer, hold ratings to securities rated Sector Performer, and sell ratings to securities rated Sector Underperformer without taking into consideration the analyst's sector weighting.

CIBC
World Markets

10

Downgrading to BB Shares Pricing in Early Success from New PolyComp5 - September 24, 2007

# Legal Disclaimer

This report is issued and approved for distribution by (i) in the United States, CIBC World Markets Corp., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the Investment Dealers Association ("IDA"), the Toronto Stock Exchange, the TSX Venture Exchange and CIPF, (iii) in the United Kingdom, CIBC World Markets plc, which is regulated by the Financial Services Authority ("FSA"), and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC (collectively, "CIBC World Markets"). This report is provided, for informational purposes only, to institutional investor clients of CIBC World Markets in the United States and Canada and retail clients of CIBC World Markets in Canada, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited.  This document and any of the products and information contained herein are not intended for the use of private investors in the United Kingdom.  Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc.  The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited.

The securities mentioned in this report may not be suitable for all types of investors.  This report does not take into account the investment objectives, financial situation or specific needs of any particular client of CIBC World Markets. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments.  The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report.  Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances.  CIBC World Markets suggests that, prior to acting on any of the recommendations herein, Canadian retail clients of CIBC World Markets contact one of our client advisers in your jurisdiction to discuss your particular circumstances.  Non-client recipients of this report who are not institutional investor clients of CIBC World Markets should consult with an independent financial advisor prior to making any investment decision based on this report or for any necessary explanation of its contents.  CIBC World Markets will not treat non-client recipients as its clients solely by virtue of their receiving this report.

Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report.  The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal.  CIBC World Markets accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to CIBC World Markets.

Information, opinions and statistical data contained in this report were obtained or derived from sources believed to be reliable, but CIBC World Markets does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by CIBC World Markets or individual research analysts), and they should not be relied upon as such.  All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.

Nothing in this report constitutes legal, accounting or tax advice.  Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments.  As with any investment having potential tax implications, clients should consult with their own independent tax adviser.

This report may provide addresses of, or contain hyperlinks to, Internet web sites.  CIBC World Markets has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof.  Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third-party web sites is not in any way incorporated into this document.  Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested.  The CIBC trademark is used under license.

© 2007 CIBC World Markets Corp. and CIBC World Markets Inc.  All rights reserved.  Unauthorized use, distribution, duplication or disclosure without the prior written permission of CIBC World Markets is prohibited by law and may result in prosecution.

**CIBC World Markets**