# EXHIBIT T

1 of 1 DOCUMENT

Copyright 2007 Interfax News Agency
All Rights Reserved
China Energy Weekly

October 24, 2007

**LENGTH:** 653  words

**HEADLINE:** Inventory allegations only paint a partial picture - LDK

**BODY:**

Allegations of misrepresented inventory figures made by a former employee of LDK Solar Co. Ltd., a large Chinese-based solar wafer manufacturer listed in the United States, hold some truth but only paint a partial picture of the company's inventory situation, a senior official with the company told Interfax Tuesday.

The company's former financial controller, Charley Situ, publicly alleged in late September that LDK Solar had an inventory discrepancy of 250 tons of polysilicon, and that inventory quality was poor.

When LDK Solar's Executive Vice President and CFO Jack Lai spoke with Interfax, Lai stated that the information released by Situ is "authentic and accurate, but offers only a partial picture," and described Situ as a "disgruntled employee".

Lai is quite certain that there is no problem with the company's raw material, and argued that the large wafer supply agreements it has recently signed demonstrates that production is normal.

Since Sept. 27, LDK Solar has signed agreements to supply wafers to Mosel Vitelic, Solartech Energy, Chinalight Solar, Solarfun Power and Canadian Solar. Taken together, the five agreements are valued at around $1.35 billion.

"We are supplying solar wafers to the world largest solar cell makers, and orders have already been signed for wafer deliveries in 2008 and 2009. If we really have a problem, would such companies still be relying on us for their wafer supplies?" Lai stated.

LDK Solar's first official response to the allegations came on Oct. 4, with the company releasing a statement saying that its management team and board of directors had formed an internal committee to investigate the allegations, but that no material discrepancies had been found. The company also stated that the allegations made by Situ had no merit.

At the same time, the company also asked an independent auditing firm, KPMG, to conduct a separate, independent review of its inventory.

Lai said that the audit is still being carried out, and that the company will announce the results when it is complete.

Following the allegations, LDK Solar's share price slumped considerably from a peak price of $73.95 on Sept. 27 to $37.26 on Oct. 8. Its share price did rebound when it refuted the allegations, only to fall again soon after. LDK Solar's stock closed at $35.68 last Friday.

During the telephone interview, Lai said he is quite confident about the company's ambitious development plan. "We will make progress at a pace of 100 percent growth annually," Lai said. According to the company's plan, it will

Inventory allegations only paint a partial picture - LDK China Energy Weekly October 24, 2007

reach solar wafers production capacity of 400 megawatts by the end of this year, 800 megawatts by the end of 2008 and 1,600 megawatts by the end of 2009.

LDK Solar was incorporated in July 2005 and launched its IPO in New York in June this year. Its IPO raised $469 million in total, the most capital ever to be raised by a Chinese solar power companies in such a fashion.

As of June 30, the company had an annual solar wafer production capacity of 300 megawatts, making it the third largest supplier in the world.

During the first half of this year, the company earned a net income of $53.28 million.

Interfax Commentary: Despite the approximately 50 percent fall in the company's share price, not all investment bank analysts were led to downgrade their ratings for the company. Jesse W. Pichel, a clean energy analyst with Piper Jaffray, maintained his "Outperform" rating for LDK Solar in a report released on Oct. 4, and Needham & Company upgraded their rating for the company to "Strong Buy" on Oct. 10.

In addition, the company has also started construction of a polysilicon production plant in its base city of Xinyu in Jiangxi Province. The company expects that the project can attain an annual polysilicon production capacity of 6,000 tons by the end of 2008, and 15,000 tons by the end of 2009.

Interfax will profile LDK Solar in next week's China Energy Weekly (Vol.

VI, No. 39).

**LOAD-DATE:** November 8, 2007

# EXHIBIT U



# FORM 6-K

## LDK Solar Co., Ltd. - LDK

**Filed: February 26, 2008 (period: February 26, 2008)**

Report of foreign issuer rules 13a-16 and 15d-16 of the Securities Exchange Act

# Table of Contents

6-K - KDK SOLAR CO., LTD.

SIGNATURES

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
### THE SECURITIES EXCHANGE ACT OF 1934

**For the month of February 2008**

**Commission File Number: 001-33464**

# LDK SOLAR CO., LTD.
(Translation of registrant's name into English)

**Hi-Tech Industrial Park**
**Xinyu City**
**Jiangxi Province 338032**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.

Form 20-F  ☑          Form 40-F  ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):_____

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes  ☐          No  ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82- _____

1

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

**LDK Solar Reports Financial Results for the Fourth Quarter of Fiscal 2007**

Xinyu City, China and Sunnyvale, California, February 25, 2008 — LDK Solar Co., Ltd. (NYSE: LDK), a leading manufacturer of multicrystalline solar wafers, today reported its unaudited financial results for the fourth quarter ended December 31, 2007.

All financial results are reported in US dollars on a U.S. GAAP basis.

Fourth Quarter 2007 Financial Highlights:

• Revenue of $192.8 million, up 21.4% quarter-over-quarter

• Gross profit of $58.0 million, up 18.6% quarter-over-quarter

• Net income of $49.2 million, or $0.44 per diluted ADS, up 18.2% quarter-over-quarter

• Signed 9 long-term wafer supply agreements during the fourth quarter

• Total wafer shipments increased 18.4% sequentially to 93.4MW in the fourth quarter

Net sales for the fourth quarter of fiscal 2007 were $192.8 million, up 21.4% sequentially from $158.7 million for the third quarter of fiscal 2007, and up 212% year-over-year from $61.9 million for the fourth quarter of fiscal 2006.

Gross profit for the fourth quarter of fiscal 2007 was $58.0 million, up 18.6% sequentially from $48.9 million for the third quarter of fiscal 2007, and up 119% year-over-year from $26.6 million for the fourth quarter of fiscal 2006. Gross profit margin for the fourth quarter of fiscal 2007 was 30.1% compared with 30.8% in the third quarter of fiscal 2007 and 42.9% in the fourth quarter of fiscal 2006.

Net income for the fourth quarter of fiscal 2007 was $49.2 million, or $0.44 per diluted ADS, compared to net income of $41.6 million, or $0.37 per diluted ADS for the third quarter of fiscal 2007.

The Company ended the fourth quarter of fiscal 2007 with $83.5 million in cash and cash equivalents.

"The fourth quarter closed a very strong year for LDK marked by record revenue and continued rapid growth," stated Xiaofeng Peng, Chairman and CEO of LDK Solar. "During the year, we had a number of significant achievements. We exceeded our annual wafer production capacity target for 2007 by 5% to reach 420 MW. We also broadened our customer base by securing 16 long-term wafer supply contracts during the year. Our success is a testament not only to the quality of our wafers, but also to our strong customer relationships and our leading position amongst multicrystalline solar wafer manufacturers.

"As we enter 2008, we continue to experience strong demand for our wafers coupled with a significant backlog of long-term supply contracts. The construction on our new polysilicon plants is progressing as planned and we expect to enjoy further cost reductions and the advancement of our production processes in 2008."

In accordance with its filing requirements, LDK expects to file its 20-F document which includes detailed financials for the full year 2007 in the second quarter of 2008.

**Business Outlook**

The following statements are based upon management's current expectations. These statements are forward-looking, and actual results may differ materially. The Company undertakes no obligation to update these statements.

For the first quarter of fiscal 2008, LDK estimates its revenue to be in the range of $210 million to $220 million for wafer shipments of 98 MW to 104 MW. The Company also estimates fully diluted earnings per ADS to be in the range of $0.41 to $0.45. The first quarter is typically a seasonally slow period due to Chinese New Year holidays, and this year may have some impact from the severe snow storms.

For the full year 2008, LDK reiterates estimated revenue to be in the range of $960 million to $1.0 billion for wafer shipments of 510 MW to 530 MW. The Company also estimates polysilicon production to be in the range of 100MT to 350MT and gross margins of 26% to 31%.

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

**Conference Call Details**

The LDK Fourth Quarter teleconference and webcast is scheduled to begin at 6:00 p.m. Eastern Time (ET), on Monday, February 25, 2008. To listen to the live conference call, please dial 800-218-0713 (within U.S.) or 303-262-2175 (outside U.S.) at 5:50 p.m. ET on February 25, 2008. A live webcast of the call will be available on the company's investor relations website at <u>investor.ldksolar.com</u>. An audio replay of the call will be available to investors through February 29, 2008, by dialing 800-405-2236 (within U.S.) or 303-590-3000 (outside U.S.) and entering the passcode 11108905#.

3

**LDK Solar Co., Ltd.**
**Unaudited Condensed Consolidated Balance Sheet Information**
**(In US$'000, except share and per share data)**

|  | 12/31/2007 | 9/30/2007 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | 83,470 | 125,858 |
| Pledged bank deposits | 135,950 | 106,840 |
| Trade accounts receivable, net | 3,767 | 8,666 |
| Inventories, net | 349,997 | 224,527 |
| Prepayments to suppliers | 138,193 | 183,467 |
| Other current assets | 29,825 | 9,561 |
| Deferred income tax assets | 546 | — |
| **Total current assets** | **741,748** | **658,919** |
| Property, plant and equipment, net | 336,763 | 224,477 |
| Deposit for property, plant and equipments | 151,233 | 136,870 |
| Intangible asset, net | 1,096 | 1,098 |
| Land use rights | 29,259 | 29,152 |
| Inventories to be processed beyond one year, net | 29,981 | — |
| Prepayments to suppliers to be utilized beyond one year | 18,994 | 10,626 |
| Other financial assets | 525 | — |
| Deferred income tax assets | 387 | 757 |
| **Total assets** | **1,309,986** | **1,061,899** |
| | | |
| **Liabilities and shareholders' equity** | | |
| Current liabilities | | |
| Short-term bank borrowings | 264,101 | 186,559 |
| Trade accounts payable | 18,032 | 23,044 |
| Advance payments from customers | 141,223 | 154,931 |
| Accrued expenses and other payables | 95,301 | 42,278 |
| Other financial liabilities | 3,357 | — |
| **Total current liabilities** | **522,014** | **406,812** |
| Long-term bank borrowings, excluding current portions | 25,125 | 29,967 |
| Advance payments from customers — noncurrent | 67,554 | — |
| Other liabilities | 2,222 | 2,280 |
| **Total liabilities** | **616,915** | **439,059** |
| **Shareholders' equity** | | |
| Current liabilities | | |
| Ordinary shares: US$0.10 par value; 134,000,000 shares authorized; 106,044,700 shares issued and outstanding as of September 30, 2007 and December 31, 2007, respectively | 10,604 | 10,604 |
| Additional paid-in capital | 486,253 | 482,419 |
| Statutory reserve | 18,697 | 3,623 |
| Accumulated other comprehensive income | 31,481 | 14,259 |
| Retained earnings | 146,036 | 111,935 |
| **Total shareholders' equity** | **693,071** | **622,840** |
| **Total liabilities and shareholders' equity** | **1,309,986** | **1,061,899** |

4

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

**LDK Solar Co., Ltd.**
**Unaudited Condensed Consolidated Income Statement Information**
**(In US$'000, except per ADS data)**

| | For the 3 Months Ended | |
| --- | --- | --- |
| | 12/31/2007 | 9/30/2007 |
| Net sales | 192,769 | 158,724 |
| Cost of goods sold | (134,729) | (109,807) |
| **Gross profit** | **58,040** | **48,917** |
| Selling expenses | (210) | (348) |
| General and administrative expenses | (9,503) | (4,459) |
| Research and development expenses | (1,653) | (921) |
| **Total operating expenses** | **(11,366)** | **(5,728)** |
| **Income from operations** | **46,674** | **43,189** |
| Other income/(expenses): | | |
|     Interest income | 1,967 | 1,846 |
|     Interest expense | (3,060) | (2,650) |
|     Foreign currency exchange gain/(loss), net | 1,479 | (2,041) |
|     Government subsidy | 1,956 | 662 |
| **Income before income tax** | **49,016** | **41,006** |
| Income tax benefit | 159 | 599 |
| **Net income available to ordinary shareholders** | **49,175** | **41,605** |
| **Net income per ADS, diluted** | **$ 0.44** | **$ 0.37** |

5

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

**About LDK Solar**

LDK Solar Co., Ltd. is a leading manufacturer of multicrystalline solar wafers, which are the principal raw material used to produce solar cells. LDK sells multicrystalline wafers globally to manufacturers of photovoltaic products, including solar cells and solar modules. In addition, the company provides wafer processing services to monocrystalline and multicrystalline solar cell and module manufacturers. LDK's headquarters and manufacturing facilities are located in Hi-Tech Industrial Park, Xinyu City, Jiangxi province in the People's Republic of China. The company's office in the United States is located in Sunnyvale, California.

**Safe Harbor Statement**

This press release contains forward-looking statements within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical fact in this announcement are forward-looking statements, including but not limited to, the Company's ability to raise additional capital to finance the Company's activities; the effectiveness, profitability, and marketability of its products; the future trading of the securities of the Company; the ability of the Company to operate as a public company; the period of time for which its current liquidity will enable the Company to fund its operations; the Company's ability to protect its proprietary information; general economic and business conditions; the volatility of the Company's operating results and financial condition; the Company's ability to attract or retain qualified senior management personnel and research and development staff; and other risks detailed in the Company's filings with the Securities and Exchange Commission. These forward-looking statements involve known and unknown risks and uncertainties and are based on current expectations, assumptions, estimates and projections about the Company and the industry. These statements are based upon information available to LDK's management as of the date hereof. Actual results may differ materially from the anticipated results because of certain risks and uncertainties. The press release also contains forward looking statements about the progress of LDK's construction of its polysilicon plant. These statements are based on information available to LDK's management today. Actual results may differ, including various factors which may delay or disrupt the plant's construction and completion, including, poor weather, the risk of labor difficulties, construction difficulties or financing difficulties.

The Company undertakes no obligation to update forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law. Although the Company believes that the expectations expressed in these forward-looking statements are reasonable, they cannot assure you that their expectations will turn out to be correct, and investors are cautioned that actual results may differ materially from the anticipated results.

**For more information contact:**

Lisa Laukkanen
The Blueshirt Group for LDK Solar
lisa@blueshirtgroup.com
+1-415-217-4967

Jack Lai
Executive VP and CFO
LDK Solar Co., Ltd.
IR@ldksolar.com
+1-408-245-8801

6

Source: LDK Solar Co., Ltd., 6-K, February 26, 2008

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**LDK SOLAR CO., LTD.**

By: /s/ *Jack Lai*
      Name:  Jack Lai
      Title:    Chief Financial Officer

Date: February 26, 2008

7

Created by 10KWizard    www.10KWizard.com

# EXHIBIT V



**2007 Q4 Results and Business Update**

**March 2008**

# Disclaimer



The presentation is prepared by LDK Solar Co., Ltd. (the "Company") and is solely for the purpose of corporate communication and general reference only.  The presentation is not intended as an offer to sell, or to solicit an offer to buy or form any basis of investment decision for any class of securities of the Company in any jurisdiction.  All such information should not be used or relied on without professional advice.  The presentation is a brief summary in nature and do not purport to be a complete description of Company, its business, its current or historical operating results or its future prospects.

This presentation is provided without any warranty or representation of any kind, either expressed or implied.  The Company specifically disclaims all responsibilities in respect of any use or reliance of any information, whether financial or otherwise, contained in this presentation.



# LDK Solar Presenters





## Mr. Xiaofeng Peng

*Chairman and CEO*



## Mr. Jack Lai

*Executive VP and CFO*



# LDK at a Glance



## Company Description

- Leading manufacturer of multicrystalline solar wafers

- Expanding production capacity to 800MW by end of 2008 and 1,600MW by end of 2009

- Constructing in-house polysilicon facilities

- Customers include 7 of the top 10 global PV cell makers

- Strengths: High growth, low cost, high quality

- Strategy: Secure polysilicon, reduce costs

## Key Figures

|  | Q1'07 | Q2'07 | Q3'07 | Q4'07 |
|---|---|---|---|---|
| Capacity (MW) | 215 | 300 | 360 | 420 |
| Production (MW) [1] | 29.6 | 42.2 | 67.3 | 84.7 |
| Sales | $73.4 | $99.1 | $158.7 | $192.8 |
| *Growth (%)* | *18.7%* | *34.9%* | *60.2%* | *21.4%* |
| Gross Profit | 28.4 | 34.9 | 48.9 | 58.0 |
| *Margin (%)* | *38.7%* | *35.2%* | *30.8%* | *30.1%* |
| Operating Profit | 26.1 | 30.8 | 43.2 | 46.7 |
| *Margin (%)* | *35.6%* | *31.1%* | *27.2%* | *24.2%* |
| Net Income [2] | 21.6 | 26.8 | 41.6 | 49.2 |
| *Margin (%)* | *29.4%* | *27.0%* | *26.2%* | *25.5%* |






**Silicon**

**Ingot and Block**

**Wafer**

**Note:**
1  MW production excludes OEM
2  Net income is defined as the net income available to ordinary shareholders

4



# Corporate Structure



**LDK Solar Co., Ltd. (Cayman)**

*Polysilicon Facilities*

**LDK International Solar Co., Ltd. (Hong Kong)**

**Jiangxi LDK Solar Hi-Tech Co., Ltd. (China)**

**LDK Solar USA, Inc. (USA)**

**Jiangxi PV Silicon Hi-Tech Co., Ltd. (China)**

**Jiangxi Polysilicon Co., Ltd. (China)**

*33.5%*

**Jiangxi Sinoma New Material Co., Ltd. (China)**

**Currently building 15,000 MT Poly production lines**

**Currently building 1,000 MT Poly production lines**

5

# Financial Overview

# Overview of 2007 Q4 Results

(US$MM unless noted otherwise)

| | For the 3 Months Ended | | % Change |
|---|---|---|---|
| | 12/31/2007 | 9/30/2007 | 4Q/3Q07 |
| Capacity (MW) | 420.0 | 360.0 | 16.7% |
| Production (MW)[1] | 84.7 | 67.3 | 25.9% |
| ASP ($/Watt) | $2.29 | $2.27 | 0.9% |
| Sales | $192.8 | $158.7 | 21.4% |
| Gross Profit | 58.0 | 48.9 | 18.6% |
| *Margin (%)* | *30.1%* | *30.8%* | |
| Operating Profit | 46.7 | 43.2 | 8.1% |
| *Margin (%)* | *24.2%* | *27.2%* | |
| Net Income[2] | 49.2 | 41.6 | 18.2% |
| *Margin (%)* | *25.5%* | *26.2%* | |
| Net Income per ADS, diluted | $0.44 | $0.37 | 18.9% |

**Note:**
1  MW shipped excludes OEM
2  Net income is defined as the net income available to ordinary shareholders



# Top Customers by Revenue for Q4'07



| By Geography | By Customer |
|---|---|



North America
5%
(10% in Q3)

Non-China Asia
41%
(33% in Q3)

China
29%
(30% in Q3)

Europe
25%
(27% in Q3)



#1
15%

Other
49%

#2
14%

#3
10%

#4
7%

#5
5%



# Balance Sheet

(US$MM)

|  | As of | |
|---|---|---|
|  | 12/31/2007 | 9/30/2007 |
| Cash and cash equivalents | 83 | 126 |
| Pledged bank deposits | 136 | 107 |
| Trade accounts receivable, net | 4 | 9 |
| Inventories, net[1] | 380 | 225 |
| Prepayments to suppliers[1] | 157 | 194 |
| Property, plant and equipment, net | 337 | 224 |
| Total assets | 1,310 | 1,062 |
|  |  |  |
| Total debt[2] | 289 | 217 |
| *Leverage ratio* [3] | *29.4%* | *25.8%* |
|  |  |  |
| Trade accounts payable | 18 | 23 |
| Advance payments from customers[1] | 209 | 155 |
| Accrued expenses and other payables | 95 | 42 |
| Total shareholders' equity | 693 | 623 |

**Notes:**
1  Include both current and non-current portions
2  Total debt includes short-term and long-term bank borrowings
3  Total debt / (total debt + total shareholders' equity)

9

# Wafer Manufacturing Update



# Wafer Capacity Expansion and Shipment



## Wafer Sales Volume (MW) [1]



## Wafer Capacity Expansion Plan (MW)

**Note:**
1  The volume figures for 2008E and 2009E are mid-points of guidance



# Cost Reduction Program



| | |
|---|---|
| **Economies of Scale** | ● Cost degression due to increase of production/capacity |
| **Wafer Thickness Reduction** | ● 180 micron wafers trial production proves to be successful<br>● 200 micron wafers in mass production |
| **In-House Polysilicon Production** | ● In-progress<br>● Begin production at the end of second quarter of 2008 |
| **Kerf Loss** | ● 120 micron wire thickness in trial production |
| **Recycling** | ● In-house slurry recycling system in place<br>● Continued gains in silicon recycling |
| **Yield Improvement** | ● Reduce wafer losses, such as breakage |



# Research and Development Update



## 2007 Achievements

- Successfully developed 450 kg ingots

- Ramped the production of 180 microns thick wafers

- Wafers allowed customers to achieve an average conversion efficiency of 15.8% on cells

- Localized certain equipment and consumables

- Improved production yield

## 2008 Projects

- Reduce wafer thickness to 140-160 microns from 180 microns

- Reduce kerf loss from 170 to 150 microns, with the implementation of wires between 100-120 microns

- Continue to localize consumables and auxiliary equipment for wafer production

- Continue to invest in R&D to produce wafers that will result in higher efficiency cells

- Increase number of wafers per standard 270 kg ingot by 15%



# Recently Announced Customer Contracts

*Feb. 22, 2008*  
- 8 year supply contract for more than 450MW, commencing in late 2008
- Prepayment representing a portion of the contract value

*Jan. 17, 2008*  
- 10 year supply contract for more than 500MW, commencing in 2009
- 10% prepayment
- Fixed pricing

*Dec. 10, 2007*  
- 10 year supply contract (for wafers) for more than 6GW
- 10% prepayment

*Oct. 22, 2007*  
- 3 year supply contract with 50MW in 2008, valued at RMB 4Bn

*Oct. 16, 2007*  
- 3 year supply contract valued at RMB 2Bn
- Fixed pricing

*Oct. 10, 2007*   
- 3 year supply contract valued at RMB 1Bn
- Fixed pricing

## 2008 – 2018 Sales Backlog (in MW) [1]



| 2008E | 2009E | 2010E | 2011E - 2018E |
|-------|-------|-------|---------------|
| 528 | 1,078 | 1,221 | 7,151 |

**Note:**
1  As of the end of February, 2008

14



# Polysilicon Supply Status



| Silicon Sources | Strategy to Bridge Polysilicon Gap |
|---|---|

**Over 80% of 2008's required silicon is secured with fixed pricing**

Breakdown of the secured 80%:



Recycled silicon supplier 10%

Virgin Poly Supplier 10%

Customers 45%

In-House 5%

Inventory 30%

- Framework contracts with fixed quantities, but at a discount to market prices:
  - ~600 MT from local virgin polysilicon providers
  - ~800 MT from local trading houses for recycled materials
- Other methods:
  - Spot market (able to procure 50–80 MT per month)
  - Auctions
  - Recycled silicon
  - Currently testing metallurgical silicon



**Powder Silicon**



**Granular Polysilicon**



**Chunk Polysilicon**



**Pot Scrap**



**Tops and Tails**



**Broken Wafers**

15



# Inventory Analysis



| | As of Q4'07 | | | As of Q3'07 | | |
|---|---|---|---|---|---|---|
| | Amount (MT) | Value (US$MM) | Average Price ($/Kg) | Amount (MT) | Value (US$MM) | Average Price ($/Kg) |
| Raw Materials | 856 | 162 | 189 | 732 | 117 | 160 |
| In Transit | 752 | 121 | 161 | 263 | 44 | 167 |
| Others [1][2] | - | 67 | - | - | 64 | - |
| Non-Current | - | 30 | - | - | - | - |

**Note:**
1  Others include work-in-progress, supplies and finished goods
2  Amount of work in progress, supplies and finished goods are not quantified in quantities but only dollar amount



# Polysilicon Manufacturing Update





# Key Milestones

## 15,000 MT Factory

- July 20, 2007
  - Announced expansion into polysilicon and purchasing of equipment from GT Solar
- February 8, 2008
  - Received basic engineering phase package from CDI
- Q1'08
  - Complete building for reactors
- Q2'08
  - Expect initial shipments of GT Solar CVD reactors and equipments
- Q4'08
  - Initial production of polysilicon

## 1,000 MT Factory

- September 24, 2007
  - Announced wafer sales and equipment purchase agreements with Sunways AG
- Q4'07
  - Received 2 Siemens-technology-based reactors and equipments from Sunways
- January 16, 2008
  - Signed long-term TCS supply framework contract with Ganzhong
- Q2'08
  - Initial production of polysilicon

## Annual Polysilicon Production Capacity



(MT)

16,000

7,000

2008E     2009E

LDK
LIGHT OUR FUTURE

# Current Status of Polysilicon Facilities



| Announced Partnerships | Updates |
|---|---|

**EPCM**



**Equipment**



**TCS**

 

**Gas Recovery**



- Construction
  – Completed the clearing and site preparation phase and are currently pouring a concrete pad for the reactor
- Management
  – Hired Fluor to oversee the construction
  – Hired a senior team of 6 polysilicon experts from China, Europe and USA
- Engineers
  – Built a team of over 200 engineers, and researchers
- Capex
  – Approximately $1.2Bn to be invested into the poly plant







# Guidance

# Management Guidance



| | 1Q08 | 2008E | 2009E |
|---|---|---|---|
| Wafer Capacity (MW) | - | 800MW | 1,600MW |
| MW Shipped - Wafer | 98MW - 104MW | 510MW - 530MW | 1,050MW - 1,150MW |
| Silicon Production | - | 100MT - 350MT | 5,000MT - 7,000MT |
| Revenue | $210MM - $220MM | $960MM - $1Bn | - |
| Gross Margin | - | 26% - 31% | 42% - 50% |
| EPS | $0.41 - $0.45 | - | - |

**Note:**
1  The stated capacity figures are as of year-end

21

