LATHAM & WATKINS LLP
   James J. Farrell (Bar No. 166595)
   james.farrell@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
   Philip J. Wang (Bar No. 218349)
   philip.wang@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, and Jack Lai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Judge: Hon. William H. Alsup<br>Date: May 15, 2008<br>Time: 8:00a.m.<br>Courtroom: 9, 19th Floor |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

The motion to dismiss Plaintiff's Consolidated Class Action Complaint ("Complaint") brought by LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng and Jack Lai (collectively, "Defendants") under Federal Rule of Civil Procedure 12(b)(6), came for hearing on May 15, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing, **HEREBY ORDERS**:

Defendants' motion to dismiss is **GRANTED**. Accordingly, the Complaint against Defendants is **DISMISSED WITH PREJUDICE**.

DATED: _____

By _____
The Honorable William H. Alsup
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)