| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    James J. Farrell (Bar No. 166595) |
| 2 |    james.farrell@lw.com |
|   | 633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California  90071-2007 |
|   | Telephone:  (213) 485-1234 |
| 4 | Facsimile:  (213) 891-8763 |
| 5 | LATHAM & WATKINS LLP |
|   |    Philip J. Wang (Bar No. 218349) |
| 6 |    philip.wang@lw.com |
|   | 140 Scott Drive |
| 7 | Menlo Park, California  94025 |
|   | Telephone:  (650) 328-4600 |
| 8 | Facsimile:  (650) 463-2600 |
| 9 | Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, and Jack Lai |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates To: ALL ACTIONS. | **DEFENDANTS LDK SOLAR CO., LTD'S, LDK SOLAR USA, INC.'S, XIAOFENG PENG'S AND JACK LAI'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16**<br><br>**[Local Rule 3-16; FRCP 7.1]**<br><br>Judge:    Hon. William H. Alsup<br>Date:     May 15, 2008<br>Time:     8:00a.m.<br>Courtroom: 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

DEFENDANTS' LDK SOLAR CO., LTD'S, LDK SOLAR USA, INC.'S, XIAOFENG PENG'S, AND JACK LAI'SCERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is not such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants LDK Solar Co., Ltd. and LDK Solar USA, Inc. hereby disclose that they have no parent corporation and/or any publicly held corporation owning 10% or more of their respective stock who is not a party in this action.

Dated: April 7, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____/s/_____
James J. Farrell

Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, and Jack Lai

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

DEFENDANTS' LDK SOLAR CO., LTD'S, LDK SOLAR USA, INC.'S, XIAOFENG PENG'S, AND JACK LAI'SCERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16