| | |
|---|---|
| 1 | Cohen, Milstein, Hausfeld & Toll P.L.L.C. |
| | Herbert E. Milstein |
| 2 | Steven J. Toll |
| | Mark S. Willis |
| 3 | Matthew B. Kaplan |
| | stoll@cmht.com |
| 4 | 1100 New York Avenue, N.W. |
| | Suite 500, West Tower |
| 5 | Washington, DC 20005 |
| | Telephone:   (202) 408-4600 |
| 6 | Facsimile:    (202) 408-4699 |
| 7 | Cohen, Milstein, Hausfeld & Toll P.L.L.C. |
| | Michael P. Lehmann |
| 8 | mlehmann@cmht.com |
| | One Embarcadero Center |
| 9 | Suite 526 |
| | San Francisco, CA 94111 |
| 10 | Telephone:   (415) 623-2048 |
| | Facsimile:    (415) 433-5994 |
| 11 | |
| | Lead Counsel for the Proposed Class |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation | Master File No. C-07-05182-WHA |
| This Document Relates To: | |
| All Actions | |

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Declaration of Matthew B. Kaplan—Master File No. C-07-05182-WHA

**DECLARATION OF MATTHEW B. KAPLAN**

1. I am an associate with the Law Firm of Cohen, Milstein, Hausfeld & Toll P.L.L.C. and I represent Lead Plaintiff Shahpour Javidzad in the above-captioned litigation. I make this declaration based on my personal knowledge.

2. In connection with my representation of Mr. Javidzad in this case, since December 2007 I have had several telephone conversations and email exchanges regarding this case with James J. Farrell and Philip J. Wang, attorneys for Defendant LDK Solar Co., Ltd. During these communications I repeatedly inquired as to whether they would accept service on behalf of the officers and directors of LDK mentioned in the Complaint. They refused to do so, initially indicating that they represented none of the Individual Defendants (including Defendants Peng and Lai, who have now been served and who they now represent).

3. Counsel for LDK repeatedly urged us to drop some of the Defendants named in the initial complaints that were subsequently consolidated into this case. Among the points they made in support of their argument was that these individuals were residents of China and that, consequently, notwithstanding the Hague Convention, it might be impossible to serve some of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2008

/s/  Matthew B. Kaplan
Matthew B. Kaplan

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Declaration of Matthew B. Kaplan—Master File No. C-07-05182-WHA