1  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Michael P. Lehmann
   California Bar No. 77152
2  One Embarcadero Center
   Suite 2440
3  San Francisco, CA 94111
   Telephone:    (415) 986-3321
4  Facsimile:    (415)-986-5994

5  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
   Herbert E. Milstein
6  Steven J. Toll
   Mark S. Willis
7  Matthew B. Kaplan
   1100 New York Avenue, N.W.
8  Suite 500, West Tower
   Washington, DC  20005
9  Telephone:    (202) 408-4600
   Facsimile:    (202) 408-4699

11 Counsel for Movant Shahpour Javidzad

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE LDK SOLAR SECURITIES LITIGATION | Master File No. C-07-05182-WHA |
|---|---|
| This Document Relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO AUTHORIZE SERVICE TO UNSERVED DEFENDANTS LOCATED ABROAD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)** |

1  Having considered the papers filed in connection with Lead Plaintiff's Motion to Authorize Service to Unserved Defendants Located Abroad Pursuant To Federal Rule Of Civil Procedure 4(f)(3), **IT IS HEREBY ORDERED:**

That Lead Plaintiff may serve Defendants Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao Liangbao Zhu, Yonggang Shao, and Gang Wang by causing a copy of the complaint and the summons to be delivered in a separate envelope for each Defendant to Defendant LDK Solar Co., Ltd.'s offices located at 1290 Oakmead Parkway, Suite 306, Sunnyvale, CA 94085. Each envelope shall be addressed to the appropriate Defendant. Service shall be complete upon delivery to this address.

It is further ordered that Defendant LDK Solar Co. Ltd. shall cause each such envelope to be promptly transmitted to the appropriate Defendant.

**IT IS SO ORDERED**.

Dated: _____, 2008

Hon. William Alsup
United States District Judge