IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, _____/ This document relates to: ALL ACTIONS. _____/ | No. C 07-05182 WHA **CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing on defendants' Motion to Dismiss previously set for May 15, 2008 at 8:00 a.m. has been rescheduled for **May 22, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated: May 7, 2008                                    FOR THE COURT,

                                                                      Richard W. Wieking, Clerk
                                                                      By:_____
                                                                        Dawn Toland
                                                                        Courtroom Deputy to the
                                                                        Honorable William Alsup