Type name, address, phone number of applicant here
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re LDK Solar Securities Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NO. 3:07-cv-05182-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Herbert E. Milstein, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Lead Plaintiff Shahpour Javidzad in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael Lehman, Cohen Milstein Hausfeld & Toll, PLLC
1 Embarcadero Center, Suite 2440 San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-6-08

*/s/ Herbert E. Milstein*