UNITED STATES DISTRICT COURT

Northern District of California

In re LDK Solar Securities Litigation

CASE NO. 3:07-cv-05182-WHA

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant(s).
_____/

Mark S. Willis, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Cohen, Milstein, Hausfeld & Toll P.L.L.C, 1100 New York Ave., N.W., Suite 500 West Tower, Washington, DC 20005

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff Shahpour Javidzad

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge