UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No.  C 07-05182 WHA

Title: IN RE LDK SOLAR SECURITIES LITIGATION

Plaintiff Attorneys: Michael Leighton; Herbert Milstein; Matthew Kaplan

Defense Attorneys: Jim Farrell; Phil Long

Deputy Clerk:  Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)     Motion - HELD

2)  

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial


**ORDERED AFTER HEARING:**

Lead plaintiff was present.