LATHAM & WATKINS LLP
    James J. Farrell (Bar No. 166595)
    james.farrell@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
    Philip J. Wang (Bar No. 218349)
    philip.wang@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants LDK Solar Co.,
Ltd., LDK Solar USA, Inc., Xiaofeng Peng,
and Jack Lai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates To: | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AUTHORIZE SERVICE TO UNSERVED DEFENDANTS LOCATED ABROAD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |
| ALL ACTIONS. | |
| | Judge:     Hon. William H. Alsup |
| | Date:      June 19, 2008 |
| | Time:      8:00 a.m. |
| | Courtroom: 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO
AUTHORIZE SERVICE TO UNSERVED DEFENDANTS LOCATED
ABROAD PURSUANT TO RULE 4(f)(3)

1             Lead Plaintiff Shahpour Javidzad's ("Plaintiff's") Motion to Authorize Service to

2   Unserved Defendants Located Abroad pursuant to Federal Rule of Civil Procedure 4(f)(3) came

3   for hearing on June 19, 2008.  The Court, having considered the papers in support of and in

4   opposition to the motion, and having heard the arguments of counsel, **HEREBY ORDERS**:

5             Plaintiff's Motion to Authorize Service to Unserved Defendants Located Abroad

6   pursuant to Federal Rule of Civil Procedure 4(f)(3) is **DENIED**.

7             **IT IS SO ORDERED.**

8

9   Dated: _____

10

11

12                                   By _____
                                      The Honorable William H. Alsup

13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28