# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation<br><br>This Document Relates To:<br><br>All Actions | Master File No. C-07-05182-WHA |

### DECLARATION OF RICK HAMILTON

The undersigned hereby declares as follows:

1. I am now and have been at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and competent to be a witness therein.

2. I am Director of Operations for Process Forwarding International which has been contracted by the United States Department of Justice to act as Central Authority in accordance with the Hague Convention on the service abroad of judicial and extra judicial documents in civil and commercial matters (Hague Service Convention) and routinely oversee the service of process to and from other member nations including China.

3. That I have records of 352 process service work orders involving process service upon defendants located in China.

4. That it is my belief, based on my prior experiences, it may take a year or longer for the Chinese authorities to complete a process service and there is no protocol prescribed by the Hague Service Convention to compel the foreign authorities to expedite a process service.

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Declaration of Rick Hamilton—Master File No. C-07-05182-WHA
378785.1 1

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3                                          Executed on June 5, 2008

4

5                                          *[signature: Rick Hamilton]*

6                                          Rick Hamilton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Declaration of Rick Hamilton—Master File No. C-07-05182-WHA
378785.1 1