| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com |
| | 633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234 |
| 4 | Facsimile: (213) 891-8763 |
| 5 | LATHAM & WATKINS LLP |
| |    Philip J. Wang (Bar No. 218349) |
| 6 |    philip.wang@lw.com |
| | 140 Scott Drive |
| 7 | Menlo Park, California 94025<br>Telephone: (650) 328-4600 |
| 8 | Facsimile: (650) 463-2600 |
| 9 | Attorneys for Defendants LDK Solar Co., |
| | Ltd., LDK Solar USA, Inc., Xiaofeng Peng, |
| 10 | and Jack Lai |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>[Civil L.R. 6-1(a)] |

     Whereas, on March 10, 2008, Lead Plaintiff Shahpour Javidzad ("Lead Plaintiff") filed the Consolidated Class Action Complaint (DE #65) for violation of federal securities laws;

     Whereas, on May 29, 2008, the Court denied Defendants LDK Solar Co., Ltd.'s, LDK Solar USA, Inc.'s, Xiaofeng Peng's, and Jack Lai's ("Answering Defendants") motion to dismiss under Federal Rules of Civil Procedure 12(b)(6);

     Whereas, Answering Defendants' answer to the Consolidated Class Action Complaint is currently due on June 9, 2008;

     Whereas, due to the complexity of the Consolidated Class Action Complaint, Answering Defendants require additional time to answer the Consolidated Class Action Complaint;

1  Whereas, this stipulation does not affect the rights of defendants who have not been
2  served in this action, including Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu,
3  Yonggang Shao, and Gang Wang.

4  **IT IS HEREBY STIPULATED AND AGREED** that:

5  Pursuant to N.D. Cal. Civil Local Rule 6-1(a), Answering Defendants LDK Solar Co.,
6  Ltd., LDK Solar USA, Inc., Xiaofeng Peng, and Jack Lai shall have until June 26, 2008 to
7  answer Lead Plaintiff's Consolidated Class Action Complaint.

9  Dated:  June 6, 2008                    LATHAM & WATKINS LLP
                                            Philip J. Wang

11                                          By _____/s/_____

12                                          Attorneys for Defendants LDK Solar Co.,
                                            Ltd., LDK Solar USA, Inc., Xiaofeng
13                                          Peng, and Jack Lai

16  Dated:  June 6, 2008                    COHEN,M MILSTEIN, HAUSFELD, &
                                            TOLL, P.L.L.C.
                                              Matthew B. Kaplan

18                                          By _____/s/_____

19                                          Lead Counsel for Lead Plaintiff Shahpour
                                            Javidzad and the Proposed Class