1  LATHAM & WATKINS LLP
      James J. Farrell (Bar No. 166595)
2     james.farrell@lw.com
   633 West Fifth Street, Suite 4000
3  Los Angeles, California  90071-2007
   Telephone:  (213) 485-1234
4  Facsimile:  (213) 891-8763

5  LATHAM & WATKINS LLP
      Philip J. Wang (Bar No. 218349)
6     philip.wang@lw.com
   140 Scott Drive
7  Menlo Park, California  94025
   Telephone:  (650) 328-4600
8  Facsimile:  (650) 463-2600

9  Attorneys for Defendants LDK Solar Co.,
   Ltd., LDK Solar USA, Inc., Xiaofeng Peng,
10 and Jack Lai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF ISSUES FOR APPEAL**<br><br>[Civil L.R. 7-9] |
|---|---|

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION OR ALTERNATIVELY
CERTIFICATION OF ISSUES FOR APPEAL

The Court, having considered the papers in support of Defendants' Motion for Leave to File Motion for Reconsideration pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) and Northern District Local Rule 7-9, or Alternatively Certification of Issues for Appeal (the "Motion") **HEREBY ORDERS**:

(1) Defendants' Motion for Leave to File Motion for Reconsideration is **GRANTED.** Defendants shall file their motion for reconsideration on _____, 2008 to be heard on a normal 35 day track.

(2) Alternatively, Defendants' request for certification of issues for appeal is **GRANTED**. The Court hereby certifies the following issues for appellate review:

a) The degree of personal first hand knowledge required to satisfy the pleading requirements under the Reform Act;

b) Whether a corporation has standing to raise issues regarding the sufficiency, under the Reform Act, of the allegations in a complaint against its directors and officers;

c) Whether a complaint alleging a Section 10(b) claim may rely on allegations from an "unidentified source," whose identity is unknown even to Plaintiffs' counsel, to corroborate the allegations in the Complaint; and

d) Whether the existence of cautionary language accompanying a forward-looking statement precludes an inquiry into the defendant's state of mind when determining the applicability of the Reform Act's safe harbor provision.

**IT IS SO ORDERED.**

Dated: _____      By_____
                                  The Honorable William H. Alsup
                                  United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1    [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF ISSUES FOR APPEAL