IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. / | No. C 07-05182 WHA |
| This Document Relates to:   All Actions. / | **REQUEST FOR RESPONSE** |

    The Court has received defendants' motion for leave to file motion for reconsideration, or alternatively certification of issues for appeal. Plaintiffs are requested to file a response by **JUNE 26, 2008**.

Dated: June 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE