| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com |
| 3 | 355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560 |
| 4 | Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| 5 | LATHAM & WATKINS LLP |
| 6 |    Philip J. Wang (Bar No. 218349)<br>   philip.wang@lw.com |
| 7 | 140 Scott Drive<br>Menlo Park, California 94025 |
| 8 | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| 9 | Attorneys for Defendants LDK Solar Co., |
| 10 | Ltd., LDK Solar USA, Inc., Xiaofeng Peng, and Jack Lai |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO. C-07-05182-WHA |
|---|---|
| This Document Relates To: | **NOTICE OF CHANGE OF ADDRESS FOR LATHAM & WATKINS LLP'S LOS ANGELES OFFICE** |
| ALL ACTIONS. | Judge: Hon. William H. Alsup<br>Courtroom: 9, 19th Floor |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Los Angeles office of Latham & Watkins LLP, counsel of record in this case hereby files its **NOTICE OF CHANGE OF ADDRESS**, effectively immediately.  The correct address is:

>  Latham & Watkins LLP
>  355 South Grand Avenue, Suite 100
>  Los Angeles, CA 90071-1560

**PLEASE TAKE FURTHER NOTICE THAT** email addresses, telephone and fax numbers have not changed.

Dated:  June 19, 2008                                            Respectfully submitted,

    LATHAM & WATKINS LLP
      James J. Farrell


    By /s/  James J. Farrell
    ATTORNEYS FOR DEFENDANTS LDK
    SOLAR CO., LTD., LDK SOLAR USA, INC.,
    XIAOFENG PENG, AND JACK LAI