AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re LDK Solar Securities Litigation | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. C-07-05182-WHA |
| | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Jiangxi LDK Solar
c/o LDK Solar
1290 Oakmead Parkway, Suite 306
Sunnyvale, CA 94085

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

HILARY JACKSON
Deputy clerk's signature

Date: JUN 2 4 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO**

| | |
|---|---|
| IN RE: LDK SOLAR SECURITIES LITIGATION<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER: **C-07-05182-WHA**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:

   a. ☐ summons ☐ complaint ☐ alias summons ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: SUMMONS; COMPLAINT;

2. Person served:

   a. ☐ Defendant *(name)*: JIANGXI LDK SOLAR
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: Jane Doe, secretary to CFO

   c. ☒ Address where papers were served: LDK Solar, 1290 Oakmead Parkway 306, Sunnyvale, CA 94085

3. Manner of Service in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.

      1. Papers were served on *(date)*: _____ at *(time)*: _____

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ Papers were served on *(date)*: 6/30/08 at *(time)*: 2:00 pm

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on *(date)*: _____

      6. ☐ due diligence. I made at least (3) attempts to personally serve the defendant.

CV-1 (04/01)   **PROOF OF SERVICE – SUMMONS AND COMPLAINT**   PAGE 1
Order No. 5366909 SFO

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☒ **Other** (specify code section and type of service): By service on LDK solar's U.S. The specifics of said service are set forth in the attached California "Proof of service of summons" form.

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

       Name of person served: _____

       Title of person served: _____

       Date and time of service: *(date):* _____ at *(time):* _____

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

    **A. Lopez**
    **520 Townsend Street Suite D San Francisco, CA 94103**
    **415-908-3800**

    a. Fee for service: $ 59.50
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration under B&P 22350(b)
    d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

*(Signature)*

CV-1 (04/01)     **PROOF OF SERVICE – SUMMONS AND COMPLAINT**     PAGE 2

Order No. 5366909 SFO

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>MICHAEL LEHMANN<br>DIANE BONE<br>1 EMBARCADERO CENTER 2440<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO.:    FAX NO. *(Optional)*:<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: IN RE: LDK SOLAR SECURITIES LITIGATION | FOR COURT USE ONLY |

U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO 94102-3483
BRANCH NAME:

PLAINTIFF/PETITIONER: IN RE: LDK SOLAR SECURITIES LITIGATION
DEFENDANT/RESPONDENT:

CASE NUMBER: C-07-05182-WHA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: C07-05182

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons; Complaint;

3. a. Party served *(specify name of party as shown on documents served)*:
      JIANGXI LDK SOLAR
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person ur item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      jane doe, Sec. to cf, An Asian female approx. 45-55 years of age 5'2"-5'4" in height weighing 100-120 lbs with black

4. Address where the party was served:
   LDK SOLAR, 1290 OAKMEAD Parkway 306, SUNNYVALE, CA 94085

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to rec service of process for the party  (1) on *(date)*: 6/30/2008  (2) at *(time)*: **2:00 PM**
   b. [ ] **by substituted service.** On *(date)*:   (2) at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual pl of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailin addresss of the person to be served, other than a United States Postal Service post office box. I informed I or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at t place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, § 417.10

Order No. 5366909 SFO

| PLAINTIFF/PETITIONER: IN RE: LDK SOLAR SECURITIES LITIGATION | CASE NUMBER: C-07-05182-WHA |
|---|---|
| DEFENDANT/RESPONDENT: | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
 (1) on *(date):*     (2) from *(city):*
 (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
 (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. [ ] as an individual defendant.
 b. [ ] as the person sued under the fictitious name of *(specify):*
 c. [ ] as occupant
 d. [X] On behalf of *(specify):* JIANGXI LDK SOLAR
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)                    [ ] 415.46 (occupant)
                                                  [ ] other

7. **Person who served papers**
 a. Name: Angelica Lopez
 b. Address: 520 Townsend St., SUITE D, SAN FRANCISCO, CA 94103
 c. Telephone number: 415-908-3800
 d. The fee for service was: $75.00
 e. I am:
  (1) [ ] not a registered California process server.
  (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
  (3) [X] registered California process server:
   (i) [ ] owner [ ] employee [X] independant contractor
   (ii) [X] Registration No.: 1011
   (iii) [X] County: Alameda

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 6/30/2008

Angelica Lopez
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                              Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                           Order No. 5366909 SFO