LATHAM & WATKINS LLP
   James J. Farrell (Bar No. 166595)
   james.farrell@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

LATHAM & WATKINS LLP
   Philip J. Wang (Bar No. 218349)
   philip.wang@lw.com
140 Scott Drive
Menlo Park, California  94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants LDK Solar Co.,
Ltd., LDK Solar USA, Inc., Xiaofeng Peng,
Jack Lai, Jiangxi LDK Solar, Xingxue Tong,
Qiqiang Yao, Liangbao Zhu, Yonggang
Shao, and Gang Wang

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**<br><br>Judge:       Hon. William H. Alsup<br>Date:        August 28, 2008<br>Time:        8:00 a.m.<br>Courtroom:  9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)

1       The motion to dismiss Plaintiff's Consolidated Class Action Complaint ("Complaint")

2  brought by Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu, Yonggang Shao,

3  and Gang Wang (collectively, "Defendants") under Federal Rules of Civil Procedure 12(b)(2)

4  and 12(b)(6), came for hearing on August 28, 2008.

5       The Court, having considered the papers in support of and in opposition to the motion,

6  and having heard the arguments of counsel, and good cause appearing, **HEREBY ORDERS**:

7       Defendants' motion to dismiss is **GRANTED**.  Accordingly, the Complaint against

8  Defendants is **DISMISSED WITH PREJUDICE**.

9

10  DATED: _____

11

12

13                           By _____
                                     The Honorable William H. Alsup
                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

**DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**