1  LATHAM & WATKINS LLP
       James J. Farrell (Bar No. 166595)
2      james.farrell@lw.com
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763

5  LATHAM & WATKINS LLP
       Philip J. Wang (Bar No. 218349)
6      philip.wang@lw.com
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: (650) 328-4600
8  Facsimile: (650) 463-2600

9  Attorneys for Defendants LDK Solar Co.,
   Ltd., LDK Solar USA, Inc., Xiaofeng Peng,
10 Jack Lai, Jiangxi LDK Solar, Xingxue Tong,
   Qiqiang Yao, Liangbao Zhu, Yonggang
11 Shao, and Gang Wang

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 In re LDK SOLAR SECURITIES          MASTER FILE NO. C-07-05182-WHA
   LITIGATION

16 _____     **DEFENDANTS JIANGXI LDK SOLAR'S,
                                        XINGXUE TONG'S, QIQIANG YAO'S,**
17 This Document Relates To:            **LIANGBAO ZHU'S, YONGGANG SHAO'S,
                                        AND GANG WANG'S CERTIFICATION OF**
18 ALL ACTIONS.                         **INTERESTED PARTIES PURSUANT TO
                                        LOCAL RULE 3-16**
19
                                        **[Local Rule 3-16; FRCP 7.1]**
20
                                        Judge:     Hon. William H. Alsup
21                                      Date:      August 28, 2008
                                        Time:      8:00 a.m.
22                                      Courtroom: 9, 19th Floor

23

24

25

26

27

28

1

1    Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the

2    named parties, there is no such interest to report.

3    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jiangxi LDK Solar, hereby

4    discloses that it is a wholly owned subsidiary of LDK Solar Co., Ltd., which is also a party in

5    this action.

6    Dated:  July 21, 2008                                 Respectfully submitted,

7                                                          LATHAM & WATKINS LLP

8

9

10   By:    _____/s/_____
                              James J. Farrell

11   Attorneys for Defendants LDK Solar Co.,
     Ltd., LDK Solar USA, Inc., Xiaofeng Peng,
12   Jack Lai, Jiangxi LDK Solar, Xingxue Tong,
     Qiqiang Yao, Liangbao Zhu, Yonggang
13   Shao, and Gang Wang

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

DEFENDANTS JIANGXI LDK SOLAR'S, XINGXUE TONG'S, QIQIANG
YAO'S, LIANGBAO ZHU'S, YONGGANG SHAO'S AND GANG WANG'S
CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL
RULE 3-166