## DECLARATION OF QIQIANG YAO

I, Qiqiang Yao, declare as follows:

1. I am currently an Officer of Jiangxi LDK Solar Co., Ltd. ("Jiangxi LDK Solar"). I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2. Jiangxi LDK Solar is a Chinese company that was incorporated in China on July 5, 2005. The company operates as a manufacturer of multicrystalline wafers, and is headquartered and located in Xinyu City, China.

3. Jiangxi LDK Solar does not have any operations in the United States.

4. Jiangxi LDK Solar does not own property and does not pay income or property tax in any state of the United States. In addition, the Company does not maintain or occupy any offices or business facilities, post office boxes, mailing addresses or telephone numbers in any state of the United States.

5. Jiangxi LDK Solar does not have employees or agents for service of process in the United States.

6. None of Jiangxi LDK Solar's officers, directors or employees reside or work in the United States.

7. To the best of my knowledge, Jiangxi LDK Solar has never submitted, and a court has never found, that the Company is subject to the jurisdiction of any court in the United States.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct and that this Declaration is executed on July 20 2008 in Xinyu, China.

_____
Qiqiang Yao

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF QIQIANG YAO IN SUPPORT OF
MOTION TO DISMISS CONSOLIDATED CLASS
ACTION COMPLAINT