**DECLARATION OF XINGXUE TONG**

I, Xingxue Tong, declare as follows:

1.     I am a Director, President and Chief Operating Officer of LDK Solar Co., Ltd. ("LDK"). I have been employed by LDK in those capacities since January 2007. I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2.     I received a diploma in Industrial Economic Management from Renmin University of China in 1988 and a diploma from Hebei University in 1998.

3.     Prior to joining LDK, I served as General Manager for GT Solar in Beijing.

4.     I reside in Xinyu, China, and work out of the LDK office in that city.

5.     I have never lived, worked or been domiciled in the United States.

6.     I do not own property or pay taxes, and am not registered to vote in any state in the United States. In addition, I do not maintain any offices or business facilities, post office boxes, mailing addresses or telephone numbers in the United States.

7.     I do not have any agents for service of process in the United States.

8.     In the last ten years, I have visited the United States once. My visit to the United States was only for a few days. Other than that short trip, I have not visited the United States.

9.     To the best of my knowledge, I have never submitted, and a court has never found, that I am subject to the jurisdiction of any court in the United States.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct and that this Declaration is executed on July 20, 2008 in Xinyu, China.

_____
Xingxue Tong

1    DECLARATION OF XINGXUE TONG IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT