# DECLARATION OF QIQIANG YAO

I, Qiqiang Yao, declare as follows:

1. I am currently a Vice President of LDK Solar Co., Ltd. ("LDK"). I have been employed by LDK in that capacity since 2006. I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2. I received a bachelor's degree in accounting from Anhui University of Accounting in 1993, and an MBA from China Southeast University in 2003.

3. Prior to joining LDK, I held finance and accounting positions in various companies in China. I am a registered account in China, but not in the United States.

4. I reside in Xinyu, China, and work out of the LDK office in that city.

5. I have never lived, worked or been domiciled in the United States.

6. I do not own property or pay taxes, and am not registered to vote in any state in the United States. In addition, I do not maintain any offices or business facilities, post office boxes, mailing addresses or telephone numbers in the United States.

7. I do not have any agents for service of process in the United States.

8. To the best of my knowledge, I have never submitted, and a court has never found, that I am subject to the jurisdiction of any court in the United States.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct and that this Declaration is executed on July 20, 2008 in Xinyu, China.

_____
Qiqiang Yao

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    DECLARATION OF QIQIANG YAO IN SUPPORT OF
     MOTION TO DISMISS CONSOLIDATED CLASS
     ACTION COMPLAINT