## DECLARATION OF LIANGBAO ZHU

I, Liangbao Zhu, declare as follows:

1. I am currently the Executive Vice President and Director of LDK Solar Co., Ltd. ("LDK"). I have been employed by LDK in that capacity since November 2005. I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2. I graduated from Yangzhou Normal College with a bachelor's degree, and subsequently received an MBA from Suzhou University in 2002. I received a Doctor's Degree in business management from Suzhou University in 2005.

3. I reside in Xinyu, China, and work out of the LDK office in that city.

4. I have never lived, worked or been domiciled in the United States.

5. I do not own property or pay taxes, and am not registered to vote in any state in the United States. In addition, I do not maintain any offices or business facilities, post office boxes, mailing addresses or telephone numbers in the United States.

6. I do not have any agents for service of process in the United States.

7. In the last ten years, I visited the United States once. My visit to the United States was only for a few days. Other than the single short trip, I have not visited the United States.

8. To the best of my knowledge, I have never submitted, and a court has never found, that I am subject to the jurisdiction of any court in the United States.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct and that this Declaration is executed on July __, 2008 in Xinyu, China.

_____
Liangbao Zhu   7/20

LATHAM & WATKINS
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF LIANGBAO ZHU IN SUPPORT
1  OF MOTION TO DISMISS CONSOLIDATED CLASS
ACTION COMPLAINT