## DECLARATION OF YONGGANG SHAO

I, Yonggang Shao, declare as follows:

1. I am a Director and Senior Vice President of Corporate Strategy for LDK Solar Co., Ltd. ("LDK"). I have been employed by LDK in those capacities since 2006. I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2. I graduated from Shanghai University in 1990 with a bachelor's degree in industrial management and from Beijing University Guanghua School of Management with an executive MBA degree in 2002.

3. Prior to joining LDK, I was employed with Guotai Junan Securities Company Ltd. from 1998 to 2006.

4. I reside in Shanghai, China, and work out of the LDK office in that city.

5. I have never lived, worked or been domiciled in the United States.

6. I do not own property or pay taxes, and am not registered to vote in any state in the United States. In addition, I do not maintain any offices or business facilities, post office boxes, mailing addresses or telephone numbers in the United States.

7. I do not have any agents for service of process in the United States.

8. In the last ten years, I have visited the United States once. My visit to the United States was only for a few days. Other than that short trip, I have not visited the United States.

9. To the best of my knowledge, I have never submitted, and a court has never found, that I am subject to the jurisdiction of any court in the United States.

*[signature]* 21th. JuL. 2008.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF YONGGANG SHAO IN
SUPPORT OF MOTION TO DISMISS
CONSOLIDATED CLASS ACTION COMPLAINT

1  I declare under penalty of perjury under the laws of the United States of America
2  that that the foregoing is true and correct and that this Declaration is executed on July 21th, 2008
3  in Shanghai, China.

_____
Yonggang Shao

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF YONGGANG SHAO IN
SUPPORT OF MOTION TO DISMISS
CONSOLIDATED CLASS ACTION COMPLAINT