# DECLARATION OF GANG WANG

I, Gang Wang, declare as follows:

1. Since 2006, I have served as a non-executive director of LDK Solar Co., Ltd. ("LDK"). I make this declaration in support of Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's motion to dismiss Plaintiff's Consolidated Class Action Complaint. I have personal knowledge of the facts set forth below and if called upon to do so could and would competently testify thereto under oath.

2. I received a bachelor's degree in mechanical engineering from the Hefei University of Technology of China in 1989 and an MBA degree from the Massey University in New Zealand in 1995.

3. Prior to July 2006, I held various senior financial management positions in a number of technology and manufacturing companies from 1999 to 2002 in New Zealand and China.

4. I reside in Shanghai, China, and am a director and chief representative of Natexis Private Equity Asia Limited in China.

5. I am not an officer or employee of LDK.

6. I have never lived, worked or been domiciled in the United States.

7. I do not own property or pay taxes, and am not registered to vote in any state in the United States. In addition, I do not maintain any offices or business facilities, post office boxes, mailing addresses or telephone numbers in the United States.

8. I do not have any agents for service of process in the United States.

9. In the last ten years, I have visited the United States four times. My visits to the United States were only for a few days at a time. Other than those short trips, I have not visited the United States.

10. To the best of my knowledge, I have never submitted, and a court has never found, that I am subject to the jurisdiction of any court in the United States.

LATHAM & WATKINS
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF GANG WANG IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

1   I declare under penalty of perjury under the laws of the United States of America
2   that that the foregoing is true and correct and that this Declaration was executed on July 21, 2008
3   in Shanghai, China.

_____
Gang Wang

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

2   DECLARATION OF GANG WANG IN SUPPORT OF
MOTION TO DISMISS CONSOLIDATED CLASS
ACTION COMPLAINT