| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    James J. Farrell (Bar No. 166595) |
| 2 |    james.farrell@lw.com |
|   | 355 South Grand Avenue |
| 3 | Los Angeles, California 90071-1560 |
|   | Telephone: (213) 485-1234 |
| 4 | Facsimile: (213) 891-8763 |
| 5 | LATHAM & WATKINS LLP |
|   |    Philip J. Wang (Bar No. 218349) |
| 6 |    philip.wang@lw.com |
|   | 140 Scott Drive |
| 7 | Menlo Park, California 94025 |
|   | Telephone: (650) 328-4600 |
| 8 | Facsimile: (650) 463-2600 |
| 9 | Attorneys for Defendants LDK Solar Co., |
|   | Ltd., LDK Solar USA, Inc., Xiaofeng Peng, |
| 10| Jack Lai, Jiangxi LDK Solar, Xingxue Tong, |
|   | Qiqiang Yao, Liangbao Zhu, Yonggang |
| 11| Shao, and Gang Wang |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO. C-07-05182-WHA |
| ——————————————— | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** |
| This Document Relates To: | |
| ALL ACTIONS. | Judge: Hon. William H. Alsup |
|   | Date: August 28, 2008 |
|   | Time: 8:00 a.m. |
|   | Courtroom: 9, 19th Floor |

1   The motion to stay discovery brought by Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, Jack Lai, Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu, Yonggang Shao, and Gang Wang (collectively "Defendants") pursuant to the Federal Rules of Civil Procedure, Section 21D(b)(3)(B) of the Securities and Exchange Act of 1934, and applicable law, came for hearing on August 28, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefore, HEREBY ORDERS:

Defendants' motion to stay discovery is GRANTED. Accordingly, all discovery is STAYED pending the Court's ruling on the pending motion to dismiss and the parties compliance with Rule 26 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

DATED: _____, 2008

By _____
The Honorable William H. Alsup
United States District Judge