LATHAM & WATKINS LLP
James J. Farrell (Bar No. 166595)
james.farrell@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Philip J. Wang (Bar No. 218349)
philip.wang@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, Jack Lai, Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu, Yonggang Shao, and Gang Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re LDK SOLAR SECURITIES LITIGATION

---

This Document Relates To:

ALL ACTIONS.

MASTER FILE NO. C-07-05182-WHA

**RENOTICE OF HEARING FOR DEFENDANTS JIANGXI LDK SOLAR'S, XINGXUE TONG'S, QIQIANG YAO'S, LIANGBAO ZHU'S, YONGGANG SHAO'S, AND GANG WANG'S MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANTS' MOTION TO STAY DISCOVERY**

Judge: Hon. William H. Alsup
Date: September 18, 2008
Time: 8:00 a.m.
Courtroom: 9, 19th Floor

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

RENOTICE OF HEARING FOR MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO STAY DISCOVERY

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 7-7(a) and at Plaintiff's request, the hearing for Defendants Jiangxi LDK Solar's, Xingxue Tong's, Qiqiang Yao's, Liangbao Zhu's, Yonggang Shao's, and Gang Wang's (collectively, with LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng and Jack Lai, "Defendants") Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint and Defendants' Motion to Stay Discovery currently scheduled to take place at 8:00 a.m. on August 28, 2008, shall be renoticed to occur at **8:00 a.m.** on **September 18, 2008**.

Dated: July 28, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/
Phillip J. Wang

Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, Jack Lai, Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu, Yonggang Shao, and Gang Wang

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

RENOTICE OF HEARING FOR MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO STAY DISCOVERY