1  LATHAM & WATKINS LLP
      James J. Farrell (Bar No. 166595)
2     james.farrell@lw.com
   355 South Grand Avenue
3  Los Angeles, California 90071-1560
   Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763

5  LATHAM & WATKINS LLP
      Philip J. Wang (Bar No. 218349)
6     philip.wang@lw.com
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: (650) 328-4600
8  Facsimile: (650) 463-2600

9  Attorneys for Defendants

10
11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13 | In re LDK SOLAR SECURITIES LITIGATION | MASTER FILE NO. C-07-05182-WHA |

14 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

15 | This Document Relates To: | |

16 | ALL ACTIONS. | Judge:     Hon. William H. Alsup
Date:      September 25, 2008
Time:      8:00 a.m.
Courtroom: 9, 19th Floor |

17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PROTECTIVE ORDER
MASTER FILE NO. C-07-5182-WHA

1  The Motion for Protective Order brought by defendants LDK Solar Co., Ltd., LDK Solar USA, Inc., Xiaofeng Peng, Jack Lai ("Defendants") pursuant to Federal Rule of Civil Procedure 26(c) and applicable law, came for hearing on September 25, 2008.  The Court, having considered Defendants' Motion for Protective Order, any opposition thereto, and any argument thereon, and good cause therefore appearing, **HEREBY ORDERS**:

1. Defendants' Motion for Protective Order is **GRANTED**.

2. Pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. 78u-4(b)(3)(B), all discovery is stayed until the Court has ruled on the July 21, 2008, Motion to Dismiss filed by defendants Jiangxi LDK Solar, Xingxue Tong, Qiqiang Yao, Liangbao Zhu's, Yonggang Shao, and Gang Wang and any Motion for Reconsideration. Following the Court's ruling, discovery will commence in accordance with the Federal Rules of Civil procedure (including the parties' compliance with Rule 26(f)) and any rules of this Court.

3. Each of Plaintiffs' Requests, demanding records dating back to June 1, 2004, is impermissibly broad, unduly burdensome and seeks the production of documents that are neither relevant to the parties' claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.  The period for which relevant, non-privileged records must be collected and produced, or for which discoverable information must otherwise be provided, shall commence on June 1, 2007.

4. Plaintiff's Subpoena Record Request Nos. 1-6, and Document Request Nos. 1-3 invade the attorney-client privilege and/or the attorney work product doctrine. Plaintiff's Subpoena Record Request Nos. 1-6 are stricken.  To the extent Plaintiff's Document Request Nos. 1-3 seek attorney-client communications, or records collected, reviewed, prepared and/or created by Simpson Thacher and LDK's independent directors of the Audit Committee in connection with the LDK internal investigation, they are improper and hereby stricken.

**IT IS SO ORDERED**.

DATED: _____, 2008

By _____
The Honorable William H. Alsup
United States District Judge

SV\630532.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PROTECTIVE ORDER
MASTER FILE NO. C-07-5182-WHA