Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Herbert E. Milstein
Mark S. Willis
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Lead Counsel for the Proposed Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Judge:         Hon. William H. Alsup<br>Date:          September 18, 2008<br>Time:         8:00 a.m.<br>Courtroom:  9, 19th Floor |

I, Matthew B. Kaplan declare:

1. I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. I am submitting this declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Discovery.

2. Attached as Exhibit A is a true and correct copy of a letter from Matthew B. Kaplan to James Farrell dated July 3, 2008, which urges Defendants to take appropriate steps to preserve discovery materials. Shortly after sending this letter I followed up in a telephone conversation with Phillip Wang, an attorney for Defendants, and indicated that we would like to receive a response to this letter. We have never received such a response.

3. Attached as Exhibit B is a true and correct copy of an email from Matthew B. Kaplan to Phillip Wang dated June 17, 2008, in which I proposed that the parties confer "to discuss some of the issues set forth in Rule 26(f) of the Federal Rules of Civil Procedure." Defendants have not agreed to such a discussion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008

                                                     /s/ Matthew B. Kaplan
                                                    Matthew B. Kaplan

DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY—Master File No. C-07-05182-WHA