# EXHIBIT A

Case 3:07-cv-05182-WHA   Document 117-2   Filed 08/21/2008   Page 1 of 3



Matthew B. Kaplan<br/>
(202) 408-3650<br/>
mkaplan@cmht.com

July 3, 2008

James J. Farrell
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
JAMES.FARRELL@lw.com

**VIA ELECTRONIC MAIL**

**Re:** *In re LDK Solar Securities Litigation*, No. C-07-05182-WHA (N.D. Cal.)

Dear Jim:

    As I know you are aware, the Private Securities Litigation Reform Act ("PSLRA") mandates the preservation of all documents, including electronically stored information (ESI),[1] in the custody or control of the Parties that may relate to any claim or defense in the above-

---

[1] Although I am sure you are familiar with ESI, to be clear ESI is any information capable of being stored electronically and includes, without limitation, the following:

(a) information that is generated, received, processed, and recorded by computers and other electronic devices including, without limitation, voicemail;

(b) internal or external web sites;

(c) output resulting from the use of any software program, including, without limitation, word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, instant message programs, bulletin board programs, operating systems, ASCII files, and all miscellaneous media on which they reside and regardless of whether said electronic data exists in an active file, a deleted file, or file fragment;

(d) activity listings of electronic mail receipts and/or transmittals; and any and all items stored on computer memories, hard disks, floppy disks, CD-ROM, magnetic tape, microfiche, or on any other media for digital data storage or transmittal, such as, but not limited to, a personal digital assistant, e.g., Palm Pilot, Blackberry, or similar device, and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all documents requested herein.



July 3, 2008
Page 2

captioned litigation. I write to emphasize the critical importance of the preservation of such materials. In particular, I want to emphasize that in addition to Defendant LDK Solar, Co. Ltd., the requirement to preserve documents applies equally to the other Defendants, whether or not served, and to any person (including any entity) that is in any way controlled by any Defendant.

I want to highlight our particular concern with respect to the preservation of ESI relevant to this litigation. ESI should be preserved in the form in which it currently exists. It is imperative that the metadata associated with ESI not be altered or changed in any way. As merely accessing or copying ESI may irrevocably change the associated metadata, care should be taken to employ techniques that do not affect metadata.

In addition, the rotation and recycling of back-up tapes (as well as any other document retention policies which call for the destruction of any documents) should have been halted at the beginning of this litigation. **To the extent that such rotation and recycling continues it should be halted immediately** and the back-up tapes stored in a secure location.

Should you have any questions regarding the scope or nature of your preservation obligations, please do not hesitate to contact me.

Sincerely,

/s/ Matthew B. Kaplan

Matthew B. Kaplan

MBK/TH

384960.1 1