Cohen, Milstein, Hausfeld & Toll P.L.L.C.
Steven J. Toll
Herbert E. Milstein
Mark S. Willis
Joshua S. Devore
Matthew B. Kaplan
hmilstein@cmht.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Cohen, Milstein, Hausfeld & Toll P.L.L.C.
Michael Lehmann
mlehmann@cmht.com
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:   (415) 623-2048
Facsimile:   (415) 433-5994

Lead Counsel for the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation | Master File No. C-07-05182-WHA |
| This Document Relates To:<br><br>All Actions | **NOTICE OF SUPPLEMENTAL MATERIAL FILED IN FURTHER SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Judge:   Hon. William H. Alsup<br>Date:   September 18, 2008<br>Time:   8:00 a.m.<br>Courtroom:   9, 19th Floor |

1    In his August 21, 2008 Opposition to Defendants' Motion to Stay Discovery ("Opp."),
2 Plaintiff argued that the Private Securities Litigation Reform Act's (PSLRA's) automatic stay
3 does not currently apply with respect to those Defendants whose motion to dismiss has been
4 denied.  (Opp. at 2-5.)  Plaintiff also argued, in the alternative, that, even if the stay was in effect,
5 the Court should exercise its statutorily-granted discretion to allow discovery because there is
6 reason to believe that discovery materials may not be adequately preserved.  (Opp. at 5-6.)

7    Plaintiff believes that Defendants' Response to Lead Plaintiff's First Request for
8 Production of Documents, dated August 21, 2008 ("Response"), a copy of which is attached to
9 this notice, provides further support for that alternative argument.  In response to each and every
10 document request, including a request for information on LDK's document preservation policies,
11 Defendants declare that they "have not endeavored to ascertain whether any responsive,
12 nonprivileged documents exist."  (Response at 2-9.)  Plaintiff believes that Defendants' failure
13 even to "endeavor[]" to "ascertain" whether responsive documents exist, considered in
14 conjunction with Defendants' continuing refusal to respond to Plaintiff's July 3, 2008 letter (Opp.
15 at 6) seeking assurances that documents are being properly preserved, suggests that Defendants
16 may not have complied with the PSLRA's requirement that, upon the filing of a PSLRA-
17 governed case, a "party to the action with actual notice of the allegations contained in the
18 complaint shall treat all documents, data compilations (including electronically recorded or stored
19 data), and tangible objects that are in the custody or control of such person and that are relevant to
20 the allegations, as if they were the subject of a continuing request for production of documents
21 from an opposing party under the Federal Rules of Civil Procedure."  15 U.S.C. § 78u-
22 4(b)(3)(C)(i).

| | | |
|---|---|---|
| 1 | Dated: August 26, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. |

By:   /s/ Michael Lehmann
     Michael Lehmann

Cohen, Milstein, Hausfeld & Toll P.L.L.C.
mlehmann@cmht.com
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone:    (415) 623-2048
Facsimile:     (415) 433-5994

Cohen, Milstein, Hausfeld & Toll P.L.L.C.
Herbert E. Milstein
Steven J. Toll
Mark S. Willis
Joshua S. Devore
Matthew B. Kaplan
hmilstein@cmht.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:     (202) 408-4699

Lead Counsel for the Proposed Class

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the parties of record.

I further certify that Service Pursuant to Local Rule 23-2 will be made electronically to:

>Securities Class Action Clearinghouse
>Att. Juan-Carlos Sanchez/Cara Mia Perlas
>Stanford University School of Law
>Crown Quadrangle
>Stanford, CA 94305-8612
>scac@law.stanford.edu

    /s/ Michael P. Lehmann
Michael P. Lehmann

August 26, 2008