LATHAM & WATKINS LLP
   James J. Farrell (Bar No. 166595)
   james.farrell@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
   Philip J. Wang (Bar No. 218349)
   philip.wang@lw.com
   Raymond A. Gallenberg (Bar No. 239484)
   ray.gallenberg @lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants

COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.
Steven J. Toll
Herbert E. Milstein
Mark S. Willis
Joshua S. Devore
Matthew B. Kaplan
hmilstein@cmht.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.
Michael Lehmann
mlehmann@cmht.com
One Embarcadero Center
Suite 526
San Francisco, CA 94111
Telephone: (415) 623-2048
Facsimile: (415) 433-5994

Lead Counsel for the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Civil L.R. 7-1(a)] |

1  WHEREAS, pursuant to the Court's June 3, 2008 Case Management Order, Lead Plaintiff's motion for class certification must be filed on August 28, 2008;

WHEREAS, Lead Plaintiff's motion for class certification is currently scheduled to be heard on October 2, 2008, at 8:00 a.m.;

WHEREAS, the parties have, in good faith, met and conferred regarding the current briefing and hearing schedule, and agree that class-related discovery is desired and that more time is needed to conduct such discovery;

NOW, THEREFORE, the parties hereby stipulate that:

1. Lead Plaintiff shall file his motion for class certification on **August 28, 2008**, the date set in the current Case Management Order.

2. Defendants shall file any opposition to Lead Plaintiff's motion for class certification no later than **September 29, 2008**.

3. Lead Plaintiff shall file any reply in support of his motion for class certification no later than **October 27, 2008**.

4. The hearing on Lead Plaintiff's motion for class certification shall occur on **November 13, 2008**, at 8:00 a.m.

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | LATHAM & WATKINS LLP |
| 2 | | Raymond A. Gallenberg |
| 3 | | By _____/S/_____ |
| 4 | | Attorneys for Defendants |

Dated: August 28, 2008

COHEN, M MILSTEIN, HAUSFELD, & TOLL, P.L.L.C.
Matthew B. Kaplan

By _____/S/_____

Lead Counsel for Lead Plaintiff Shahpour Javidzad and the Proposed Class

I, Raymond A. Gallenberg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Briefing and Hearing Schedule on Lead Plaintiff's Motion for Class Certification. In compliance with General Order 45, X.B., I hereby attest that Matthew B. Kaplan has concurred in this filing.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Lead Plaintiff shall file his motion for class certification on **August 28, 2008**.

2. Defendants shall file any opposition to Lead Plaintiff's motion for class certification no later than **September 29, 2008**.

3. Lead Plaintiff's shall file any reply in support of his motion for class certification no later than **October 27, 2008**.

4. The hearing on Lead Plaintiff's motion for class certification shall occur on **November 13, 2008**, at 8:00 a.m.

Dated: _____, 2008        **IT IS SO ORDERED**

_____
The Honorable William H. Alsup
United States District Judge