1  Cohen, Milstein, Hausfeld & Toll P.L.L.C.
   Steven J. Toll
2  Herbert E. Milstein
   Joshua S. Devore
3  Matthew B. Kaplan
   hmilstein@cmht.com
4  1100 New York Avenue, N.W.
   Suite 500, West Tower
5  Washington, DC 20005
   Telephone:   (202) 408-4600
6  Facsimile:   (202) 408-4699

7  Cohen, Milstein, Hausfeld & Toll P.L.L.C.
   Michael Lehmann
8  mlehmann@cmht.com
   One Embarcadero Center
9  Suite 526
   San Francisco, CA 94111
10 Telephone:   (415) 623-2048
   Facsimile:   (415) 433-5994
11
   Lead Counsel for the Proposed Class
12

13                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  IN RE LDK SOLAR SECURITIES LITIGATION | Master File No. C-07-05182-WHA |
| 16 | **[PROPOSED] ORDER DENYING MOTION FOR PROTECTIVE ORDER AND GRANTING DISCOVERY** |
| 17  This Document Relates to: ALL ACTIONS | |
| 18 | |
| 19 | Judge:    Hon. William H. Alsup |
| 20 | Date:     September 25, 2008 |
|    | Time:     8:00 a.m. |
|    | Courtroom: 9, 19th Floor |

24      The Motion for a Protective Order brought by defendants LDK Solar Co., Ltd., LDK Solar USA,

25  Inc., Xiaofeng Peng, and Jack Lai ("Defendants") came for hearing on September 25, 2008. The Court,

26  having considered Defendants' Motion and Lead Plaintiff's Opposition thereto, and the parties' oral

27  argument thereon, and good cause therefore appearing, **HEREBY ORDERS**:

28      1.      Defendants' Motion for a Protective Order is denied.

2. Defendants shall promptly produce or cause to be produced all documents whose production is called for by Lead Plaintiff's First Request for Production of Documents or by Lead Plaintiff's subpoena to the law firm of Simpson Thacher & Bartlett LLP ("Simpson Thacher") which have been withheld on the grounds of privilege, work product immunity or an assertion of undue burden and Defendants shall not further assert that any such document is protected by the attorney-client privilege or work product immunity, or that these documents, or any of them, are irrelevant and that their production would impose an undue burden.

3. This order does not preclude Defendants from asserting in good faith, to the extent permitted by the Federal Rules of Civil Procedure, that specific documents, the production of which is called for by the document request to Defendants or the subpoena to Simpson Thacher, should not be produced on any other grounds that were properly set forth in Defendants' and Simpson Thacher's Objections to the document request and the subpoena.

**IT IS SO ORDERED**.

Dated: _____, 2008

Hon. William Alsup
United States District Judge