Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Michael P. Lehmann
California Bar No. 77152
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll
Herbert E. Milstein
Matthew B. Kaplan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Lead Counsel for the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. C-07-05182-WHA<br><br>**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Judge:       Hon. William H. Alsup<br>Date:        September 25, 2008<br>Time:        8:00 a.m.<br>Courtroom:   9, 19th Floor |

401387.1 1

I, Matthew B. Kaplan declare:

1. I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for a Protective Order. I make this declaration based on my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of an email from Matthew B. Kaplan to Phillip Wang, an attorney for Defendants, dated June 17, 2008.

3. In a telephone conversation shortly after I sent the June 17 email I reiterated to Mr. Wang Plaintiff's interest in conferring on discovery and said that specific issues we would like to discuss at the "meet and confer" included any claim of privilege that Defendants might assert with respect to the internal investigations that had occurred at LDK and issues arising from the special problems of discovery involving electronically stored information..

4. Plaintiff's Counsel received no response to the suggestion that the parties "meet and confer" and Plaintiff's Counsel has never been able to arrange any meaningful discussion of discovery issues with Defendants' Counsel (except with respect to the logistical details of depositions Defendants' plan to take that are related to the pending Class Certification Motion).

5. Attached as Exhibit B is a true and correct copy of Defendants' Response To Lead Plaintiff's First Request For Production Of Documents.

6. Attached as Exhibit C is a true and correct copy of the Simpson Thacher law firm's Responses And Objections To Plaintiff's Subpoena.

7. I am familiar with all communications between Plaintiff's Counsel and Defendants' Counsel in this case, either by personal knowledge or by consultation with other attorneys in my firm. Defendants' Counsel did not inform Plaintiff's Counsel that they would be filing a motion seeking a protective order before doing so and Plaintiff's Counsel was unaware that Defendants' Counsel intended to do so until the motion was actually filed.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 4, 2008

                                              /s/ Matthew B. Kaplan
                                              Matthew B. Kaplan