# EXHIBIT A

Case 3:07-cv-05182-WHA    Document 125-2    Filed 09/04/2008    Page 1 of 3

## Kaplan, Matt

| | |
|---|---|
| **From:** | Kaplan, Matt |
| **Sent:** | Tuesday, June 17, 2008 7:51 PM |
| **To:** | Philip J. Wang (philip.wang@lw.com) |
| **Cc:** | JAMES.FARRELL@lw.com; Milstein, Herbert; Willis, Mark |
| **Subject:** | LDK-discovery issues |
| **Contacts:** | James J. Farrell; Philip J. Wang |

Phil:

As I mentioned in our conversation of a few days ago, we believe that, given the tight schedule imposed by the Court, discovery needs to proceed as expeditiously as possible. To facilitate the discovery process we would like to meet and confer to discuss some of the issues set forth in Rule 26(f) of the federal Rules of Civil Procedure, including the format, location and accessibility of records maintained by the Defendants, including electronically stored information, and the steps that you have taken to preserve such information. We would also like to discuss any claims of privilege that you plan to assert that may become an issue in the discovery process.

We would, of course, be prepared to also discuss any discovery-related issues that you might want to raise.

We would also appreciate it if you would let us know your view as to whether a protective order regarding the confidentiality of documents needs to be entered in this case.

Please let us know when you would be available for such a meet and confer. It probably makes sense for us to do this by teleconference. For the record, we do not intend to wait until we have such a meet and confer before making discovery requests, but we believe that having such a discussion as early as possible will reduce the burdens of discovery for both sides.

Regards,

Matt



**Matthew B. Kaplan**
direct: 202.408.3650
email: mkaplan@cmht.com

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
telephone: 202.408.4600
fax: 202.408.4699
www.cmht.com

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of the message. Thank you.

8/18/2008

8/18/2008