| | |
|---|---|
| LATHAM & WATKINS LLP<br>   James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 | LATHAM & WATKINS LLP<br>   Matthew D. Harrison (Bar No. 210981)<br>   matt.harrison@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |

LATHAM & WATKINS LLP
   Philip J. Wang (Bar No. 218349)
   philip.wang@lw.com
   Raymond A. Gallenberg (Bar No. 239484)
   ray.gallenberg@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>[Civil Local Rule 7-7(e)] |

1     PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-7(e) of the United States District Court for the Northern District of California, Defendants hereby withdraw, without prejudice, their Motion for Protective Order filed with the Court on August 21, 2008. Defendants respectfully request that the hearing noticed for September 25, 2008, at 8:00 a.m. be taken off calendar.

Dated: September 9, 2008

Respectfully submitted,
LATHAM & WATKINS LLP

By     /s/
    Raymond A. Gallenberg