IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. _____ / This Document Relates to: All Actions. _____ / | No. C 07-05182 WHA **ORDER DENYING STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON CLASS CERTIFICATION MOTION** |

The parties have filed a stipulation and proposed order to continue the hearing on plaintiffs' motion for class certification and motion to exclude the declaration of Jane Nettesheim, which is presently set for November 13, 2008. The parties indicate that they wish to pursue a resolution to plaintiff's claims in mediation before Judge Weinstein, and that neither Judge Weinstein nor any other mediator acceptable to all parties is available before early December. The parties indicate that, "absent a settlement or substantial progress toward a settlement," they will re-notice the hearing for a date no later than February 12, 2009. The parties' filing does not show good cause to vacate the hearing and continue this matter virtually indefinitely. The parties' stipulation and proposed order is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October 22, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE