| | |
|---|---|
| LATHAM & WATKINS LLP<br>   James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>   Raymond A. Gallenberg (Bar No. 239484)<br>   ray.gallenberg@lw.com<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendants | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>   Steven J. Toll<br>   Herbert E. Milstein<br>   Joshua S. Devore<br>   Matthew B. Kaplan<br>   hmilstein@cmht.com<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>   Michael Lehmann<br>   mlehmann@cmht.com<br>One Embarcadero Center<br>Suite 526<br>San Francisco, CA 94111<br>Telephone: (415) 623-2048<br>Facsimile: (415) 433-5994<br><br>Lead Counsel for the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CLASS CERTIFICATION AND *DAUBERT* MOTION BRIEFING AND HEARING**<br><br>[Civil L.R. 6-2(a)] |

1  WHEREAS, the parties have, in good faith, met and conferred regarding the current briefing and hearing schedule on Plaintiff's Motion to Certify Class and Defendants' Motion to Exclude Declaration of Jane D. Nettesheim;

WHEREAS, the parties previously proposed a continuance of the Hearing on the subject motions pending a mediation;

WHEREAS, for the reasons set forth in the accompanying Joint Declaration and in light of the Court's denial of the parties' proposed indefinite continuance of the briefing and hearing on the subject motions, the parties agree that a small amount of additional time is required to complete the briefing on the subject motions,

NOW, THEREFORE, the parties hereby stipulate that:

1. The November 13, 2008 hearing on Plaintiff's Motion to Certify Class and Defendants' Motion to Exclude Declaration of Jane D. Nettesheim is continued until November 20, 2008;

2. Plaintiff shall file his reply memorandum in further support of Plaintiff's Motion to Certify Class and his opposition to Defendants' Motion to Exclude Declaration of Jane D. Nettesheim on or before November 3, 2008 and Defendants shall file their reply in further support of their Motion to Exclude on or before November 10, 2008; and

3. The parties respectfully submit pursuant to Local Rule 6-2(a)(3) that the instant stipulated request will have no material effect on the schedule for the case.

Dated: October 23, 2008  LATHAM & WATKINS LLP

Raymond A. Gallenberg

By   /s/ Raymond A. Gallenberg
Attorneys for Defendants

LATHAM&WATKINS<sup>LLP</sup> 418218.1
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CLASS CERTIFICATION AND
DAUBERT MOTION BRIEFING AND HEARING

| | | |
|---|---|---|
| 1 | Dated: October 23, 2008 | COHEN, MILSTEIN, HAUSFELD, & TOLL, P.L.L.C. |
| 2 | | |
| 3 | | Matthew B. Kaplan |
| 4 | | By /s/ Matthew B. Kaplan |
| 5 | | Lead Counsel for the Proposed Class |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

418218.1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CLASS CERTIFICATION AND
DAUBERT MOTION BRIEFING AND HEARING

2

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The November 13, 2008 hearing on Plaintiff's Motion to Certify Class and Defendants' Motion to Exclude Declaration of Jane D. Nettesheim is rescheduled for November 20, 2008 at 8:00 a.m.; and

2. Plaintiff shall file his reply memorandum in further support of Plaintiff's Motion to Certify Class and his opposition to Defendants' Motion to Exclude Declaration of Jane D. Nettesheim on or before November 3, 2008 and Defendants shall file their reply in further support of their Motion to Exclude on or before November 10, 2008.

DATED: October 24, 2008

IT IS SO ORDERED

_____
The Honorable William H. Alsup
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

418218.1

3

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CLASS CERTIFICATION AND
DAUBERT MOTION BRIEFING AND HEARING

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of the parties of record.

I further certify that Service Pursuant to Local Rule 23-2 will be made electronically to:

Securities Class Action Clearinghouse
Att. Juan-Carlos Sanchez/Cara Mia Perlas
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
scac@law.stanford.edu

        /s/ Matthew B. Kaplan
        Matthew B. Kaplan

LATHAM&WATKINS℠ 418218.1 1
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CLASS CERTIFICATION AND
*DAUBERT* MOTION BRIEFING AND HEARING