**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE LDK SOLAR SECURITIES                    No. C 07-05182 WHA
     LITIGATION.
11

12   ────────────────────────────────/

13   This Document Relates to:                     **NOTICE RE MOTION FOR
                                                    CLASS CERTIFICATION**
14        All Actions.

15   ────────────────────────────────/

16

17        Plaintiff's motion for class certification is currently pending before the Court.  At the

18   November 2008 hearing on the motion, the Court agreed to defer entering a ruling through the

19   first week of January in order to accommodate mediation.  That deadline has passed.  The Court

20   will therefore rule on the motion unless the parties respond by **JANUARY 20, 2009, AT 4:00 P.M.**,

21   and show cause why the order should not be entered.  Please do not ask for more extensions.

22        **IT IS SO ORDERED.**

23

24   Dated: January 15, 2009                    _____

25                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
26

27

28