UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION,

No. C07-5182 WHA (BZ)

**INITIAL DISCOVERY ORDER**

This document relates to:

ALL ACTIONS.

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the

1

1 | parties must participate in a telephone conference with the
2 | Court **before** filing any discovery motions or other papers.
3 | The party seeking discovery shall request a conference in a
4 | letter **filed electronically** not exceeding two pages (with no
5 | attachments) which briefly explains the nature of the action
6 | and the issues in dispute.  Other parties shall reply in
7 | similar fashion within two days of receiving the letter
8 | requesting the conference.  The Court will contact the parties
9 | to schedule the conference.
10 |     After the conference with the Court, if filing papers is
11 | deemed necessary, they should be filed **electronically** with the
12 | Clerk's Office, with **one hard copy delivered directly to**
13 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
14 | chambers copy of all briefs shall be submitted on a diskette
15 | formatted in WordPerfect or may be e-mailed to the following
16 | address: **bzpo@cand.uscourts.gov**
17 | Dated: February 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\INITIAL DISC ORDER.wpd

2