UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| | **BRIEFING ORDER** |
| This document relates to: | |
| ALL ACTIONS. | |

Having received defendant Jack Lai's motion to quash plaintiff's subpoena to Google, Inc., **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Any opposition shall be filed by **March 4, 2009**; and

2. Any reply shall be filed by **March 11, 2009;**

3. A hearing is scheduled for **March 25, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 20, 2009

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\Briefing Order.wpd

1