IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION. _____ / This Document Relates To: ALL ACTIONS. _____ / | No. C 07-05182 WHA **ORDER REQUESTING RESPONSE TO PLAINTIFF'S LETTER DATED 2/23/2009** |

This Court shall decide any requested extensions in the case management order. Defendant's response is due by **5:00 P.M. ON FEBRUARY 25, 2009**. The Court will decide on the papers.

**IT IS SO ORDERED.**

Dated: February 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE