UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES
LITIGATION,                    )
                               )
                               )          No. C07-5182 WHA (BZ)
                               )
                               )
                               )          **ORDER SETTING TELEPHONIC
This document relates to:      )          DISCOVERY CONFERENCE**
                               )
ALL ACTIONS.                   )
                               )

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Tuesday, March 3, 2009 at 9:00 a.m.** to discuss the dispute over the IBM subpoena.  Counsel for defendants shall serve a copy of this order on IBM.  Counsel for all interested parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 27, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\ORDER SETTING TEL CONF1.wpd

1