UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION,

No. C07-5182 WHA (BZ)

**SECOND DISCOVERY ORDER**

This document relates to:

ALL ACTIONS.

On March 12, 2009, the Court received a letter from plaintiff (Doc. No. 203) requesting "affirmative relief" concerning the preservation and recovery of emails. Defendants responded via letter on March 16, 2009 (Doc. No. 204). Because both of these letters are somewhat impenetrable, I cannot provide guidance since I am unable to decipher what type of relief the parties are requesting. Accordingly, plaintiff is **ORDERED** to file a supplemental letter by **March 19, 2009** that details what emails plaintiff is requesting from defendants and when plaintiff first requested them. Defendants are **ORDERED** to file a supplemental letter by **March 20, 2009** explaining why defendants are resisting

1

plaintiff's requests, or, if defendants contend that they have already produced the emails requested by plaintiff, defendants shall certify that they have so done.  Whichever party has custody of the meet and confer record is **ORDERED** to **lodge** a copy of the record with chambers by **4:00 p.m.** on **March 19, 2009.**

Dated: March 18, 2009

                                               _____
                                                  Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\SECOND DISC ORDER.wpd