UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| This document relates to: | **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |
| ALL ACTIONS. | |

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Tuesday, March 24, 2009 at 3:30 p.m.** to discuss the discovery dispute(s) presently at issue.  Counsel for all interested parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: March 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\ORDER SETTING TEL CONF2.wpd

1