UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| This document relates to: | **THIRD DISCOVERY ORDER** |
| ALL ACTIONS. | |

On March 12, 2009, the Court received a letter from plaintiff (Doc. No. 226) requesting the Court to schedule a telephone conference regarding issues raised by plaintiff in a letter filed on March 16, 2009 (Doc. No. 205). Defendant opposes the request on the grounds that it is premature. Whichever party has custody of the meet and confer record concerning the dispute(s) between the parties over the discovery issues outlined in plaintiff's March 12 letter is **ORDERED** to **lodge** a copy of the record with chambers by

///

///

///

1

**4:00 p.m.** on **April 6, 2009**.  The Court will then decide whether to schedule a conference.

Dated: April 3, 2009

                                 Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\THIRD DISC ORDER.wpd