1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE LDK SOLAR SECURITIES   )
     LITIGATION,                  )
11                               )        No. C07-5182 WHA (BZ)
                                 )
12   _____)
                                 )        **ORDER SETTING TELEPHONIC**
13   This document relates to:   )        **DISCOVERY CONFERENCE**
                                 )
14   ALL ACTIONS.                )
     _____)

15

16       **IT IS HEREBY ORDERED** that a telephone conference is

17   scheduled for **Monday, April 13, 2009 at 2:00 p.m.** to discuss

18   the dispute over the production of documents relating to the

19   Simpson Thacher & Bartlett LLP subpoena.  Counsel for

20   defendants shall serve a copy of this order on Simpson Thacher

21   & Bartlett LLP.  Counsel for all interested parties shall

22   contact **CourtCall**, telephonic court appearances at **1-888-882-**

23   **6878**, and make arrangements for the telephonic conference

24   call.

25   Dated: April 7, 2009

26                                  Bernard Zimmerman
                                 United States Magistrate Judge
27

     G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\ORDER SETTING TEL CONF3.wpd
28

                                    1