UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| | **FOURTH DISCOVERY ORDER** |
| This document relates to: | |
| ALL ACTIONS. | |

On April 6, 2009, in response to the Court's Third Discovery Order, a copy of a meet and confer record, dated March 9, 2009, was lodged with the Court. Given that the record lodged with the Court is from a meet and confer session that took place on March 9, 2009, well before the Court held its March 24, 2009 discovery conference with the parties, the record is of little use. The meet and confer record the Court wishes to review is the record that followed the Court's March 24, 2009 telephonic discovery conference. Whichever party has custody of the meet and confer record concerning the dispute(s) between the parties over the discovery issues outlined in plaintiff's March 16, 2009 letter (Doc. No. 205)

1

is **ORDERED** to **lodge** a copy of the record with chambers by **4:00 p.m.** on **April 8, 2009**. The Court will then decide whether to schedule a conference.

Dated: April 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\FOURTH DISC ORDER.wpd