UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | ) ) ) No. C07-5182 WHA (BZ) ) ) **BRIEFING SCHEDULE** ) ) |
| This document relates to: ALL ACTIONS. | ) ) ) ) |

    Following a telephone conference regarding the dispute over plaintiff's subpoena to Simpson Thacher & Bartlett LLP, at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.  If the parties are unable to resolve this dispute, plaintiff is given leave to file a motion to enforce the subpoena;

    2.  Plaintiff's motion to enforce the subpoena shall be filed by **April 20, 2009**;

///

///

///

1

1     3.   Defendants' opposition shall be filed by **May 1, 2009**;
2     4.   Plaintiff's reply shall be filed by **May 8, 2009**.
3     After the Court receives the papers, it will determine if
4 a hearing is necessary.
5 Dated: April 13, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\BRIEFING SCHEDULE.TEL CONF OF 4.13.2009

2