UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES
LITIGATION,

No. C07-5182 WHA (BZ)

**ORDER VACATING BRIEFING SCHEDULE**

This document relates to:

ALL ACTIONS.

At the request of plaintiff (*see* Doc. No. 239), the briefing schedule issued by the Court dated April 13, 2009 (Doc. No. 238), is hereby **VACATED**.

Dated: April 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\ORDER VACATING BRIEFING SCHEDULE.wpd