FILED

UNITED STATES COURT OF APPEALS

MAY 01 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LDK SOLAR CO., LTD.; et al., | No. 09-80039 |
| Petitioners, | D.C. No. 3:07-cv-05182-WHA<br>Northern District of California,<br>San Francisco |
| v. | |
| SHAHPOUR JAVIDZAD, | ORDER |
| Respondent. | |

Before: LEAVY and BEA, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's January 29, 2009 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

cj/MOATT