IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION.  /  This Document Relates To:  ALL ACTIONS.  / | Master File No. C 07-05182 WHA<br><br>Class Action<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY ISSUE** |

The Court is in receipt of lead plaintiff's motion to modify the discovery schedule and **SETS** a hearing for **WEDNESDAY, MAY 20, 2009, AT 9:00 A.M.** in Courtroom 9. Defendants' response is due by **NOON ON MAY 19, 2009**. The hearing on June 18, 2008, at 8:00 a.m. is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE