IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION. _____/ This Document Relates To:   ALL ACTIONS. _____/ | Master File No. C 07-05182 WHA  Class Action  **AMENDED ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY ISSUE** |

   The Court is in receipt of lead plaintiff's motion to modify the discovery schedule and **SETS** a hearing for **WEDNESDAY, MAY 20, 2009, AT 9:00 A.M.** in Courtroom 9. Defendants' response is due by **NOON ON MAY 19, 2009**. The hearing on *June 18, 2009*, at 8:00 a.m. is **VACATED**.

   **IT IS SO ORDERED.**

Dated: May 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE