IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION. _____/ This Document Relates To: ALL ACTIONS. _____/ | Master File No. C 07-05182 WHA<br><br>Class Action<br><br>**REQUEST FOR VIEWS OF MAGISTRATE JUDGE REGARDING STATUS OF DISCOVERY** |

The Court would appreciate input by way of a report and recommendation from Magistrate Judge Bernard Zimmerman on the pending motion to enlarge time to complete discovery. The pending motion by plaintiffs basically argues that defendants dragged their feet in producing documents despite diligence by plaintiff's counsel. The Court has once already extended the discovery cut-off and would be reluctant to do so again unless counsel's allegations are true. Magistrate Judge Zimmerman is very likely to have views on this subject from having supervised the discovery, so the Court would appreciate a report and recommendation if this can be done before May 20, 2009, at 9:00 a.m. A two-page report would be adequate.

Dated: May 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE