UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | No. C 07-5182 WHA (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE RE DISCOVERY DISPUTE** |

Having read the letters with respect to the privilege log, **IT IS ORDERED** as follows:

1. By **12:00 p.m.** on **June 5, 2009**, whoever has custody of the record of the meet and confer session with respect to this dispute shall lodge it with the Court.

2. By **12:00 p.m.** on **June 5, 2009**, plaintiffs shall e-file an exemplary page of the privilege log.

3. A telephone conference to discuss this dispute is scheduled for on **Monday, June 8, 2009 at 3:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\ORDER SETTING TEL CONF4.wpd

1