UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| This document relates to: | **FIFTH DISCOVERY ORDER** |
| ALL ACTIONS. | |

    Following a telephone conference at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. The parties shall meet and confer within the next week in an effort to resolve the disputes over the adequacy of the defendant's privilege log.

2. Initially, they shall attempt to agree on how to interpret the requirement in Judge Alsup's order that the producing party confirm "that no unauthorized persons have received" the communications sought to be protected, keeping in mind that each side will have to abide by the same interpretation.

3. The parties shall discuss the specifics of the deficiencies plaintiffs perceive in the adequacy of the

1

descriptions on the privilege log.  If they cannot agree on their adequacy, plaintiffs are given leave to file a motion to compel a further privilege log.  The motion shall focus on up to ten archetypical categories of documents that the plaintiffs contend are not adequately described for purposes of a motion to compel document production.

4.   If the parties can resolve all issues with respect to the privilege log and the plaintiffs believe they are entitled to the production of certain documents which defendant claims are protected by the attorney client privilege or work product rule, plaintiffs are given a leave to file a motion to compel production of up to ten archetypical categories of documents.

5.   Any motion shall be filed on the Court's regular law and motion calendar and subject to the standard briefing schedule.

Dated: June 9, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\Fifth Disc Ord BZ.wpd