Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94010
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

**Liaison Counsel for the Class**

Herbert E. Milstein
hmilstein@cohenmilstein.com
Joshua S. Devore
jdevore@cohenmilstein.com
Matthew B. Kaplan
mkaplan@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**Lead Counsel for the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Master File No. C-07-05182-WHA (BZ)<br><br>**NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(d) REQUESTING A SEALING ORDER FOR A DOCUMENT DESIGNATED BY A NON-PARTY AS CONFIDENTIAL**<br><br>Date: No Hearing Set<br>Time: No Time Set<br>Ctrm: G, 15th Floor<br>Hon. Magistrate Judge Bernard Zimmerman |

[C-07-05182-WHA (BZ)] – ADMIN MOTION REQUESTING SEALING ORDER

## I. NOTICE OF MOTION

**TO THE COURT AND ALL PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that Lead Plaintiff Shahpour Javidzad ("Plaintiff") will, and hereby does, request under Civil Local Rule 79-5(d) an Order sealing Exhibit H to the Declaration of Anthony D. Phillips in Support of Plaintiff's Motion to Compel Production of Certain Documents Listed on Defendants' Privilege Log ("Exhibit H") and redacting those portions of Lead Plaintiff's Notice of Motion and Motion to Compel Production of Certain Documents Listed on Defendants' Privilege Log and Memorandum of Points and Authorities in Support ("Motion to Compel") that reference Exhibit H.

## II. DISCUSSION

Exhibit H is a letter from non-party Simpson Thacher Bartlett, LLP ("Simpson Thacher") to the United States Securities and Exchange Commission. Simpson Thacher produced Exhibit H to Plaintiff during the course of discovery. Simpson Thacher designated Exhibit H "Confidential" pursuant to the September 23, 2008 Protective Order (Docket Number 130). Plaintiff has lodged Exhibit H and an unredacted version of his Motion to Compel with the Clerk and requests a sealing Order in accordance with Civil Local Rule 79-5(d).

Plaintiff understands that, pursuant to Local Rule 79-5(d), Simpson Thacher will file (a) a declaration establishing that Exhibit H is sealable, and (b) a proposed sealing order.

## III. CONCLUSION

Plaintiff respectfully requests that the Court grant his motion sealing Exhibit H and redacting his Motion to Compel accordingly.

DATED: July 22, 2009            **BERMAN DEVALERIO**

_____
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Anthony D. Phillips
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94010
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

**Liaison Counsel for the Class**

Herbert E. Milstein
Joshua S. Devore
Matthew B. Kaplan
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**Lead Counsel for the Class**



DATED: August 13, 2009

**DENIED** - No showing made under L.R. 79-5(d).