UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| This document relates to: | **SEVENTH DISCOVERY ORDER** |
| ALL ACTIONS. | |

Following a telephone conference on September 2, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's request for additional time (Doc. 288) to depose Xiaofeng Peng is **GRANTED**. For the reasons stated during the conference, his deposition may last up to two 7-hour days if needed.

2. By **Friday, September 11, 2009**, defendants shall lodge with the Court the privilege log and translations of so much of the two unredacted notebooks maintained by Dr. Yuepeng Wan as necessary to provide context for the redactions.

1

3. Plaintiff is given leave to file a motion to compel production of the documents requested by plaintiff in Document 287. Any motion shall be filed on the Court's regular law and motion calendar and subject to the standard briefing schedule.

Dated: September 4, 2009

                                     /s/ Bernard Zimmerman
                                          Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\DISC ORD 7.wpd