UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION, | No. C07-5182 WHA (BZ) |
| This document relates to: | **EIGHTH DISCOVERY ORDER** |
| ALL ACTIONS. | |

Having performed an *in camera* review of the unredacted notebooks maintained by Dr. Yuepeng Wan, the Court concludes that all of the withheld portions of Dr. Wan's notebook were:

    a.  Created by Dr. Wan in anticipation of litigation; and

    b.  Do not reflect the mental impressions or conclusions of counsel, with the exception of the redacted text on the second page of the October 15, 2007 entry, which shall not be produced.

**IT IS THEREFORE ORDERED** as follows:

If defendant still seeks to protect the remaining redacted portions of Dr. Wan's notebook, by September 30, 2009, defendant shall file a brief of no more than 10 pages

1

addressing whether a document prepared by a party's representative in anticipation of litigation which does not contain or reflect any mental impressions or conclusions of counsel is discoverable under Rule 26(b)(3).

    Any opposition shall be filed by October 8, 2009 and shall be limited to 10 pages.

Dated: September 16, 2009

                                    Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\DISC ORD 8.BZ VERSION.wpd