IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION. _____ / This Document Relates To: ALL ACTIONS. _____ / | Master File No. C 07-05182 WHA<br><br>Class Action<br><br>**ORDER RE LEAD PLAINTIFF'S OBJECTION TO THE SIXTH DISCOVERY ORDER** |

      Lead plaintiff has filed an objection to Magistrate Judge Zimmerman's sixth discovery order, which found that no waiver of work product protection occurred when defendants shared documents with the independent investigation conducted by defendant LDK Solar Co., Ltd.'s audit committee and the audit committee's independently-retained counsel. Any opposition from defendants to lead plaintiff's objection must be filed by **FRIDAY, SEPTEMBER 25, 2009, AT NOON**.

      **IT IS SO ORDERED.**

Dated: September 22, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE