IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. _____/ This Document Relates to:     All Actions. _____/ | No. C 07-05182 WHA **ORDER ON DISCLOSING EXPERT REPORTS** |

     This order is issued in response to an inquiry by counsel. The party with the burden of proof on an issue shall disclose their expert report first, then the other party has fourteen calendar days to disclose any responsive expert report on that issue.

**IT IS SO ORDERED.**

Dated: September 28, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\expert reports.wpd