| | |
|---|---|
| LATHAM & WATKINS LLP<br>   James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>   John C. Tang (Bar No. 212371)<br>   john.tang@lw.com<br>   Raymond A. Gallenberg (Bar No. 239484)<br>   ray.gallenberg@lw.com<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendants | COHEN MILSTEIN SELLERS & TOLL PLLC<br>   Herbert E. Milstein<br>   Joshua S. Devore<br>   Matthew B. Kaplan<br>   hmilstein@cohenmilstein.com<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Lead Counsel for the Class |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>─────────────────────────<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA (BZ)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING OF ONE DEPOSITION** |

| | |
|---|---|
| 1 | WHEREAS, the Court's Third Amended Case Management Order dated July 8, 2009 |
| 2 | (Dkt. 275) states that fifteen depositions shall be taken in Hong Kong between September 7 and |
| 3 | September 25, 2009; |
| 4 | WHEREAS, the parties recently conducted fourteen depositions in Hong Kong during |
| 5 | that time period; |
| 6 | WHEREAS, the parties were unable to schedule one deposition in Hong Kong on |
| 7 | mutually agreeable dates during that time period; and |
| 8 | WHEREAS, the parties have met and conferred, and have agreed to conduct that one |
| 9 | deposition in New York, New York during the week of October 19, 2009; |
| 10 | NOW THEREFORE, the parties hereby stipulate and submit as follows: |
| 11 | 1. The Third Amended Case Management Order ("CMO") shall be amended for the |
| 12 | limited purpose of ordering that the one deposition that was not taken in Hong Kong during the |
| 13 | period of September 7 to September 25, 2009, shall be held in New York, New York during the |
| 14 | week of October 19-23, 2009. No changes to any of the other deadlines in the CMO will result |
| 15 | from this Stipulation. |
| 16 | IT IS SO STIPULATED. |

Dated: October 1, 2009         LATHAM & WATKINS LLP

                               By _____/s/_____
                                  John C. Tang
                                  Attorneys for Defendants


Dated: October 1, 2009         COHEN MILSTEIN SELLERS & TOLL PLLC

                               By _____/s/_____
                                  Joshua S. Devore
                                  Lead Counsel for the Class

I, John C. Tang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling of One Deposition. In compliance with General Order 45, X.B., I attest that Joshua S. Devore concurs in this filing.

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 2, 2009



Hon. William Alsup
United States District Judge