UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION,

No. C07-5182 WHA (BZ)

**SCHEDULING ORDER**

This document relates to:

ALL ACTIONS.

**IT IS HEREBY ORDERED** that argument on the remaining work product issues is scheduled for **Wednesday, November 4, 2009, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties should be prepared to discuss the following hypothetical.

Dr. Wan makes the following entries in his journal:

1. I went to a meeting of my production team. My supervisor said to expect a lawsuit to be filed about polysilicon in the next few months. The company has hired a lawyer.

2. In the meantime, we are to increase production of

1

polysilicon to 20 tons a week.

    3.  I need to order my team to keep appropriate production records, since they may be reviewed by lawyers.

    4.  I need to order 10 tons of silicon by next Tuesday, to take advantage of the special discount offered by our supplier.

Dated: October 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LDK SOLAR SECURITIES LITIGATION\SCHEDULING ORDER 10.30.09.wpd