IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. / | No. C 07-05182 WHA |
| This document relates to: ALL ACTIONS. / | **ORDER DENYING EXPERT DISCOVERY CUTOFF EXTENSION** |

On July 8, 2009, a third modification to the case schedule was granted in this action on the condition that the parties not ask for any more extensions. Now the parties seek to extend the expert discovery cutoff from December 3, 2009 to December 15, 2009. For lack of good cause shown, the request for yet another extension is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE