| | |
|---|---|
| LATHAM & WATKINS LLP<br>   James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>   John C. Tang (Bar No. 212371)<br>   john.tang@lw.com<br>   Raymond A. Gallenberg (Bar No. 239484)<br>   ray.gallenberg@lw.com<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendants | COHEN MILSTEIN SELLERS & TOLL PLLC<br>   Herbert E. Milstein<br>   Joshua S. Devore<br>   Matthew B. Kaplan<br>   hmilstein@cohenmilstein.com<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Lead Counsel for the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br>_____<br>This Document Relates To:<br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA (BZ)<br><br>**RENEWED STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY CUTOFF AND REQUEST FOR RECONSIDERATION OF NOVEMBER 16, 2009 ORDER** |

| | |
|---|---|
| 1 | |
| 2 | WHEREAS, pursuant to the Court's Third Amended Case Management Order ("CMO") |
| 3 | dated July 8, 2009 (Dkt. 275), the cutoff for all expert discovery is December 3, 2009; |
| 4 | WHEREAS, on October 29, 2009, pursuant to the CMO, Plaintiff identified the four |
| 5 | experts they intend to use in this case and served the reports of these experts on Defendants, |
| 6 | generally on the topics of the market in which LDK Solar operated, technical aspects relating to |
| 7 | LDK's production, accounting, and damages; |
| 8 | WHEREAS, on November 12, 2009, pursuant to the CMO, Defendants identified the |
| 9 | four experts they intend to use in this case and served the reports of these experts on Plaintiffs; |
| 10 | WHEREAS, pursuant to the CMO, Plaintiffs' experts are due to serve rebuttal reports on |
| 11 | November 19, 2009; |
| 12 | WHEREAS, the expert reports address complex issues that require extensive preparation, |
| 13 | consultation and analysis; |
| 14 | WHEREAS, no expert depositions were able to be scheduled during the period during |
| 15 | which the parties' experts were preparing their opposition and rebuttal reports, due to the |
| 16 | necessities of focusing on the preparation of those reports; |
| 17 | WHEREAS, pursuant to the CMO, the parties have determined to depose each other's |
| 18 | experts after the rebuttal reports are served; |
| 19 | WHEREAS, the eight experts designated by the parties are located at different locations |
| 20 | on both the east and west coasts of the United States; |
| 21 | WHEREAS, the Thanksgiving holiday interferes with scheduling depositions during the |
| 22 | week of November 23, 2009, due to the holiday plans of witnesses, counsel, and support |
| 23 | personnel, and in light of the availability and cost of flights and related travel arrangements; |
| 24 | WHEREAS, several of the experts are currently involved in other litigation, a fact which |
| 25 | further complicates deposition scheduling; |
| 26 | WHEREAS, the parties have met and conferred, and have agreed that the expert |
| 27 | discovery cutoff should be extended to December 15, 2009 in order to allow each side a |
| 28 | reasonable opportunity to conduct expert depositions; and |

| | | |
|---|---|---|
| 1 | WHEREAS, the Court denied a previous stipulated extension of the expert discovery | |
| 2 | cutoff by Order dated November 16, 2009 for lack of good cause shown; | |
| 3 | NOW THEREFORE, the parties hereby stipulate and respectfully submit as follows: | |
| 4 | 1. The parties apologize for failing to include a more detailed explanation of the | |
| 5 | reasons for the requested extension in their Stipulation filed on November 10, 2009. In light of | |
| 6 | the reasons explained herein, the parties respectfully renew their stipulation for the Court's | |
| 7 | consideration, and respectfully submit that there is good cause for the requested extension, which | |
| 8 | affects only the expert discovery cutoff date and is necessary for them to fairly present their | |
| 9 | cases. The requested extension will not impact the trial date currently scheduled for March 22, | |
| 10 | 2010. For the reasons above, the Parties respectfully request the Court reconsider its denial of | |
| 11 | the requested extension. | |
| 12 | 2. The Third Amended Case Management Order ("CMO") shall be amended for the | |
| 13 | limited purpose of extending the cutoff for all expert discovery to December 15, 2009. No | |
| 14 | changes to any of the other deadlines in the CMO will result from this Stipulation. | |
| 15 | IT IS SO STIPULATED. | |
| 17 | Dated: November 18, 2009 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 19 | | By _____/s/ Joshua S. Devore_____<br>Joshua S. Devore<br>Lead Counsel for the Class |
| 21 | Dated: November 18, 2009 | LATHAM & WATKINS LLP |
| 23 | | By _____/s/ John C. Tang_____<br>John C. Tang<br>Attorneys for Defendants |
| 26 | I, Joshua S. Devore, am the ECF User whose ID and password are being used to file this | |
| 27 | Renewed Stipulation and [Proposed] Order Regarding Expert Discovery Cutoff. In compliance | |
| 28 | with General Order 45, X.B., I attest that John C. Tang concurs in this filing. | |

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 19, 2009



_____
Hon. William Alsup