| | |
|---|---|
| LATHAM & WATKINS LLP<br>   James J. Farrell (Bar No. 166595)<br>   james.farrell@lw.com<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>   John C. Tang (Bar No. 212371)<br>   john.tang@lw.com<br>   Raymond A. Gallenberg (Bar No. 239484)<br>   ray.gallenberg@lw.com<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendants | COHEN MILSTEIN SELLERS & TOLL PLLC<br>   Herbert E. Milstein<br>   Joshua S. Devore<br>   Matthew B. Kaplan<br>   hmilstein@cohenmilstein.com<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Lead Counsel for the Class |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA (BZ)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING BEFORE MAGISTRATE JUDGE ZIMMERMAN AS TO THE APPLICABILITY OF THE WORK PRODUCT DOCTRINE TO CERTAIN REDACTED NOTEBOOK PASSAGES** |

| | |
|---|---|
| 1 | WHEREAS, at a November 4, 2009 hearing, Magistrate Judge Zimmerman invited the Parties to submit briefs on the issue of whether certain passages in the notebooks of Dr. Yuepeng Wan, an employee of Defendant LDK Solar Co., Ltd., were properly redacted by Defendants, pursuant to the work product doctrine, in the event that the Parties could not resolve this issue without judicial intervention; |

WHEREAS, at a November 4, 2009 hearing, Magistrate Judge Zimmerman invited the Parties to submit briefs on the issue of whether certain passages in the notebooks of Dr. Yuepeng Wan, an employee of Defendant LDK Solar Co., Ltd., were properly redacted by Defendants, pursuant to the work product doctrine, in the event that the Parties could not resolve this issue without judicial intervention;

WHEREAS, the Parties have been unable to resolve this issue without judicial intervention;

WHEREAS, at the hearing, Magistrate Judge Zimmerman authorized the Parties to submit a proposed briefing schedule should briefing on this issue be necessary;

NOW THEREFORE, the parties hereby stipulate and respectfully submit as follows:

1. The Parties shall file briefs on the issue of whether certain passages in the notebooks of Dr. Yuepeng Wan, an employee of Defendant LDK Solar Co., Ltd., were properly redacted by Defendants, pursuant to the work product doctrine, in accordance with the following schedule:

> Plaintiff shall file his principal brief on or before December 4, 2009. Defendants shall file their opposition brief on or before December 14, 2009. Plaintiff shall file his reply brief on or before December 21, 2009.

2. Plaintiff's principal brief and Defendants' opposition brief shall be no more than ten pages. Plaintiff's reply brief shall be no more than six pages. No hearing date will be set unless a hearing is requested by the Court.

IT IS SO STIPULATED.

Dated: November 30, 2009

COHEN MILSTEIN SELLERS & TOLL PLLC

By _____/s/ Matthew B. Kaplan_____
Matthew B. Kaplan
Lead Counsel for the Class

Dated: November 30, 2009      LATHAM & WATKINS LLP

By   /s/ John C. Tang
     John C. Tang
     Attorneys for Defendants

I, Matthew B. Kaplan, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Before Magistrate Judge Zimmerman As To The Applicability Of The Work Product Doctrine To Certain Redacted Notebook Passages. In compliance with General Order 45, X.B., I attest that John C. Tang concurs in this filing.

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2009

_____
Hon. Bernard Zimmerman
United States Magistrate Judge