IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION. _____/ This Document Relates to: All Actions. _____/ | No. C 07-05182 WHA  **ORDER DENYING MOTION FOR PAGE-LIMIT EXTENSION** |

Defendants have filed an administrative motion to extend the page limitations for their motions for summary judgment. For lack of good cause shown, the motion is **DENIED**. The parties are encouraged to focus on their best arguments for why summary judgment should or should not be granted.

**IT IS SO ORDERED.**

Dated: December 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE