1  LATHAM & WATKINS LLP
    James J. Farrell (Bar No. 166595)
2      james.farrell@lw.com
355 South Grand Avenue
3  Los Angeles, California 90071
Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763

5  LATHAM & WATKINS LLP
    John C. Tang (Bar No. 212371)
6      john.tang@lw.com
    Raymond A. Gallenberg (Bar No. 239484)
7      ray.gallenberg@lw.com
140 Scott Drive
8  Menlo Park, California 94025
Telephone: (650) 328-4600
9  Facsimile: (650) 463-2600

LATHAM & WATKINS LLP
    Matthew D. Harrison (Bar No. 210981)
    matt.harrison@lw.com
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA (BHZ)<br><br>**DECLARATION OF MEGHNA SUBRAMANIAN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING JANE D. NETTESHEIM'S OPINIONS ON LOSS CAUSATION AND DAMAGES**<br><br>Judge: Hon. William H. Alsup<br>Date: February 11, 2010<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

I, Meghna Subramanian, declare as follows:

1. I am an active member of the State Bar of California and an attorney with the law firm of Latham & Watkins LLP, attorneys for Defendants in the above captioned matters. I have personal knowledge of the matters stated in this declaration, and if called upon to testify, could and would do so competently.

2. I submit this declaration in support of Defendants' to exclude evidence and argument regarding Jane D. Nettesheim's opinions on loss causation and damages.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the December 2, 2009 deposition of Plaintiff's expert Jane D. Nettesheim.

4. Attached hereto as Exhibit 2 is a true and correct copy of the October 29, 2009 Expert Report of Plaintiff's expert Jane D. Nettesheim.

5. Attached hereto as Exhibit 3 is a true and correct copy of Adam Hinckley, *LDK Solar LDK Solar Co., Ltd. Downgrading to SU: Unconfirmed Allegations to Create Near-Term Pressure*, CIBC World Markets, October 4, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of Jesse Pichel and Ming Yang, *Hot Comment, Management Defends Financials; Ind. Audit Pending; Some Risk "Priced In,"* Piper Jaffray & Co., October 4. 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of Max Lee and Shawn Kim, *LDK Solar Alleged Inventory Discrepancies,* Morgan Stanley Research, October 4, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of Jesse Pichel and Ming Yang, *LDK Solar Update, Takeaways from Management Meeting,* Piper Jaffray & Co., October 3, 2007.

9. Attached hereto as Exhibit 7 is a true and correct copy of Bill Alpert, *China's Solar Boom Loses Its Luster*, Barron's Online, October 8, 2007.

10. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the December 8, 2009 deposition of Plaintiff's expert Stuart H. Harden.

11. Attached hereto as Exhibit 9 is a true and correct copy of the October 29, 2009 Expert Report of Plaintiff's expert Thomas J. Todaro.

12. Attached hereto as Exhibit 10 is a true and correct copy of the transcript of the December 9, 2009 deposition of Plaintiff's expert Thomas J. Todaro.

13. Attached hereto as Exhibit 11 is a true and correct copy of Adam Hinckley, *LDK Solar Co., Ltd. Downgrading to SP, Shares Pricing in Early Success from New Poly Comps.*, CIBC World Markets, September 23, 2007.

14. Attached hereto as Exhibit 12 is a true and correct copy of Max Lee and Shawn Kim, *LDK Solar Price Target Hit; Downgrade to Equal-weight-V,* Morgan Stanley Research, September 13, 2007.

15. Attached hereto as Exhibit 13 is a true and correct copy of a September 25, 2007 email from C. Situ to J. Lai , L. Hsieh, D. Ling, S. Li, J. Qu, C. Zhang and J. Fung, bearing the bates range LDK-NDCA 00154596-600.

16. Attached hereto as Exhibit 14 is a true and correct copy of Lauren Villagran, *Investors Still Hankering for Alternative Energy IPOs but Ethanol is Out, Chinese Solar is In*, Associated Press, June 29, 2007.

17. Attached hereto as Exhibit 15 is a true and correct copy of Adam Hinckley, *LDK Solar Co., Ltd. Raises 3Q Rev Guidance But Still Leaves Too Many Questions Unanswered*, CIBC World Markets, October 9, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of the November 19, 2009 Expert Reply Report of Plaintiff's expert Jane D. Nettesheim.

20. Attached hereto as Exhibit 17 is a true and correct copy of the transcript of the September 19, 2008 deposition of Plaintiff's expert Jane D. Nettesheim.

21. Attached hereto as Exhibit 18 is a true and correct copy of *Plaintiff's Response to Contention Interrogatories Contained in Defendant LDK's First Set of Interrogatories*, dated December 18, 3009.

22. Attached hereto as Exhibit 19 is a true and correct copy of Matt Krantz, *U.S. Investors Develop Crush on U.S.-listed Chinese Stocks; Fast-Growing Economy Evokes Optimistic Frenzy*, USA Today, September 28, 2007.

24. Attached hereto as Exhibit 20 is a true and correct copy of an October 1, 2007

article from Friedman Billings, bearing the bates range LDK_JN012772-12773.

25. Attached hereto as Exhibit 21 is a true and correct copy of David Tabak, *Inflation and Damages in a Post-Dura World*, NERA Working Paper, September 25, 2007.

26. Attached hereto as Exhibit 22 is a true and correct copy of John Addison, *Solar Power 2007*, http://www.cleantechblog.com/2007/10/solar-power-2007.html/ (Oct. 2, 2007).

27. Attached hereto as Exhibit 23 is a true and correct copy of the October 29, 2009 Expert Report of Plaintiff's expert Stuart H. Harden.

28. Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the December 15, 2009 deposition of Defendant's expert Kenneth Lehn.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January, 2010, in San Francisco, California.

Meghna Subramanian