

# CIBC World Markets

**Equity Research**
**Change in Recommendation**

October 04, 2007

Alternative Energy

**Stock Rating:**
## Sector Underperformer

**Sector Weighting:**
## Market Weight

| | |
|---|---|
| 12-18 mo. Price Target | None |
| LDK-NYSE (10/3/07) | $51.65 |
| Key Indices:   None | |

| | |
|---|---|
| 3-5-Yr. EPS Gr. Rate (E) | 50.0% |
| 52-week Range | $22.27-$76.75 |
| Shares Outstanding | 111.0M |
| Float | 29.7M Shrs |
| Avg. Daily Trading Vol. | 1,145,060 |
| Market Capitalization | $5,733.2M |
| Dividend/Div Yield | Nil / Nil |
| Fiscal Year Ends | December |
| Book Value | $5.10 per Shr |
| 2007  ROE (E) | NM |
| LT Debt | $109.9M |
| Preferred | Nil |
| Common Equity | $565.6M |
| Convertible Available | No |

| Earnings per Share | Prev | Current |
|---|---|---|
| 2007 | | $1.28E |
| 2008 | | $1.83E |
| 2009 | | $4.00E |
| **P/E** | | |
| 2007 | | 40.4x |
| 2008 | | 28.2x |
| 2009 | | 12.9x |
| Trading range since 06/01/07. | | |

# LDK Solar Co., Ltd.

## Downgrading to SU:  Unconfirmed Allegations to Create Near-Term Pressure

■ We are downgrading shares of LDK to Sector Underperformer from Sector Performer, as we believe the share price will remain pressured in light of the recent allegations of poor financial controls.  We have been aware of these allegations, but cannot independently confirm or deny their accuracy.

■ We have been informed that the company's financial controller has left LDK after submitting allegations of poor financial control and inventory discrepancies to, among others, company management, the SEC, and external auditors.

■ The company has responded to these allegations, but we view the press release as unsatisfactory, as it does not disclose the specifics of the allegations and leaves questions unanswered.  We await further details from the external auditor's report.

■ Given the existence of these allegations, and the lack of detail, we believe investors would be better served sitting on the sidelines as circumstances develop.  We would look to become more positive if LDK can provide us with assurances that the allegations are without merit.

**Stock Price Performance**



Source: Reuters
*All figures in US dollars, unless otherwise stated.*                    07-82645 © 2007

CIBC World Markets does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**See "Important Disclosures" section at the end of this report for important required disclosures, including potential conflicts of interest.**

**See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.**

**Company Description**
LDK manufactures multicrystalline solar wafers, which are sold globally to customers that produce photovoltaic cells and modules.  The company also provides wafer processing services.
www.ldksolar.com

**Adam Hinckley**
1 (212) 667-8104
Adam.Hinckley@us.cibc.com

Find CIBC research on Bloomberg, Reuters, firstcall.com and cibcwm.com

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8   (416) 594-7000
CIBC World Markets Corp., 300 Madison Avenue, New York, NY  10017-6204   (212) 667-7000   (800) 999-6726

2

## Exhibit 1. LDK Summary Income Statement and Estimates

Downgrading to SU: Unconfirmed Allegations to Create Near-Term Pressure - October 04, 2007

### LDK Solar Company

*($ and Shares in '000, Except Per Share Figures)*

| Income Statement | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QE Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $0.0 | $12.1 | $31.5 | $61.9 | $105.5 | $73.4 | $99.1 | $119.1 | $156.1 | $447.6 | $182.7 | $208.6 | $253.7 | $295.6 | $940.6 | $1,401.6 |
| Cost of Sales | 0.0 | 9.6 | 19.1 | 35.3 | 63.8 | 45.0 | 64.2 | 77.8 | 103.9 | 290.9 | 126.0 | 146.6 | 177.8 | 203.1 | 653.4 | 801.6 |
| Gross Profit | $0.0 | $2.6 | $12.4 | $26.6 | $41.7 | $28.4 | $34.9 | $41.3 | $52.2 | $156.7 | $56.8 | $62.0 | $75.9 | $92.5 | $287.2 | $600.0 |
| Selling Expenses | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | 0.2 | 0.1 | 0.2 | 0.2 | 0.7 | 0.5 | 0.5 | 0.6 | 0.7 | 2.4 | 6.0 |
| General & Administrative | 0.1 | 0.3 | 1.6 | 1.7 | 2.1 | 1.8 | 3.6 | 4.4 | 5.6 | 15.4 | 6.4 | 7.3 | 8.9 | 10.3 | 32.9 | 46.5 |
| Research & Development | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.3 | 0.4 | 0.8 | 1.6 | 3.0 | 2.2 | 2.7 | 3.4 | 4.1 | 12.5 | 21.0 |
| EBIT excl. Intangibles | (0.1) | 2.1 | 10.6 | 24.6 | 39.2 | 26.1 | 30.8 | 35.9 | 44.8 | 137.6 | 47.7 | 51.5 | 63.0 | 77.3 | 239.4 | 526.4 |
| Net Interest Income & Other (Expense) | (0.3) | (0.8) | (4.9) | (1.0) | (7.0) | (1.5) | (1.9) | (1.9) | (1.3) | (6.6) | (1.1) | (1.6) | (1.3) | (1.0) | (5.1) | (2.4) |
| Other Income/FX Changes (Expense) | (0.1) | (0.0) | (0.7) | (0.6) | (1.3) | (0.5) | (0.6) | (0.6) | (0.6) | (2.2) | (0.6) | (0.6) | (0.6) | (0.6) | (2.3) | (2.3) |
| Government subsidy | 0.0 | 0.0 | 0.0 | 1.3 | 1.3 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 2.4 | 2.6 | 3.1 | 3.9 | 12.0 | 26.3 |
| Pre-Tax Income excl. Intang. and One Time Items | ($0.5) | $1.3 | $5.0 | $24.3 | $32.1 | $24.5 | $28.7 | $33.8 | $43.3 | $130.4 | $48.4 | $51.8 | $64.2 | $79.5 | $244.0 | $548.0 |
| Income Taxes (Benefit) | (0.1) | (0.1) | 0.0 | (0.0) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.3 | 7.8 | 9.6 | 11.9 | 36.6 | 82.2 |
| Net Income | ($0.44) | $1.32 | $4.96 | $24.34 | $32.2 | $24.53 | $28.75 | $33.79 | $43.29 | $130.4 | $41.13 | $44.06 | $54.60 | $67.61 | $207.4 | $465.8 |
| Reported EPS | ($0.01) | $0.02 | $0.04 | $0.25 | $0.33 | $0.23 | $0.25 | $0.30 | $0.39 | $1.23 | $0.37 | $0.39 | $0.48 | $0.59 | $1.83 | $4.00 |
| Pro forma EPS | ($0.01) | $0.02 | $0.07 | $0.28 | $0.41 | $0.27 | $0.31 | $0.30 | $0.39 | $1.28 | $0.37 | $0.39 | $0.48 | $0.59 | $1.83 | $4.00 |
| WA Shares Outstanding | 75.0 | 75.0 | 75.0 | 88.0 | 78.3 | 92.2 | 92.2 | 111.0 | 111.6 | 101.7 | 112.3 | 113.0 | 113.7 | 114.5 | 113.4 | 116.4 |
| **Other Information** | | | | | | | | | | | | | | | | |
| Wafer Capacity (MW) | | N/A | N/A | 178.0 | 178.0 | 215.0 | 300.0 | 350.0 | 400.0 | 400.0 | 400.0 | 600.0 | 700.0 | 800.0 | 800.0 | 1,600.0 |
| Wafers Sold (MW) | | 4.83 | 13.95 | 26.40 | 45.18 | 30.03 | 42.20 | 51.00 | 69.00 | 192.70 | 85.00 | 100.00 | 125.00 | 150.00 | 460.00 | 845.00 |
| Wafer ASP (per watt) | | $2.15 | $2.20 | $2.32 | $2.27 | $2.25 | $2.25 | $2.23 | $2.18 | $2.21 | $2.07 | $2.02 | $1.97 | $1.92 | $1.99 | $1.62 |
| Wafer Revenue | | $10.39 | $30.72 | $61.29 | $102.40 | $66.70 | $94.95 | $113.60 | $150.62 | $425.88 | $176.27 | $202.20 | $246.43 | $288.32 | $913.21 | $1,368.39 |
| Non Wafer Revenue | | $1.76 | $0.73 | $0.57 | $3.05 | $6.70 | $4.10 | $5.48 | $5.48 | $21.77 | $6.44 | $6.44 | $7.25 | $7.25 | $27.38 | $33.20 |

### LDK Solar Company

| Margin Analysis | 1QA Mar-06 | 2QA Jun-06 | 3QA Sep-06 | 4QA Dec-06 | FY 2006A | 1QA Mar-07 | 2QA Jun-07 | 3QE Sep-07 | 4QE Dec-07 | FY 2007E | 1QE Mar-08 | 2QE Jun-08 | 3QE Sep-08 | 4QE Dec-08 | FY 2008E | FY 2009E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | -- | 21% | 39% | 43% | 40% | 39% | 35% | 35% | 33% | 35% | 31% | 30% | 30% | 31% | 31% | 43% |
| Research & Development | -- | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% |
| Sales & Marketing | -- | 3% | 5% | 3% | 2% | 2% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 3% |
| EBIT Margin | -- | 17% | 34% | 40% | 37% | 36% | 31% | 30% | 29% | 31% | 26% | 25% | 25% | 26% | 25% | 38% |
| Pre-Tax Margin | -- | 10% | 16% | 39% | 30% | 33% | 29% | 28% | 28% | 29% | 26% | 25% | 25% | 27% | 26% | 39% |
| Effective Tax Rate | -- | -5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 15% | 15% | 15% | 15% | 15% | 1% |
| Net Income Margin | -- | 11% | 16% | 39% | 31% | 33% | 29% | 28% | 28% | 29% | 23% | 21% | 22% | 23% | 22% | 33% |
| **Sequential Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | 159% | 97% | | 19% | 35% | 20% | 31% | | 17% | 14% | 22% | 17% | | |
| Gross Profit | -- | -- | 384% | 114% | | 7% | 23% | 18% | 26% | | 9% | 9% | 22% | 22% | | |
| Research & Development | -- | -- | 407% | 162% | | 51% | 41% | 127% | 87% | | 40% | 24% | 26% | 21% | | |
| Sales & Marketing | -- | 167% | 373% | 2% | | 9% | 97% | 23% | 28% | | 14% | 14% | 22% | 17% | | |
| EBIT | -- | NM | 400% | 133% | | 6% | 18% | 16% | 25% | | 7% | 8% | 22% | 23% | | |
| Net Income | -- | NM | 277% | 391% | | 1% | 17% | 18% | 28% | | -5% | 7% | 24% | 24% | | |
| EPS | -- | NM | 277% | 318% | | -4% | 17% | -2% | 27% | | -6% | 6% | 23% | 23% | | |
| **Year-on-year Growth Rates** | | | | | | | | | | | | | | | | |
| Revenue | -- | -- | -- | -- | -- | -- | 716% | 279% | 152% | 324% | 149% | 111% | 113% | 89% | 110% | 49% |
| Gross Profit | -- | -- | -- | -- | -- | -- | 1265% | 233% | 96% | 279% | 100% | 78% | 84% | 77% | 83% | 109% |
| EBIT | -- | -- | -- | -- | -- | NM | 1360% | 240% | 82% | 251% | 83% | 67% | 76% | 73% | 74% | 120% |
| Net Income | -- | -- | -- | -- | -- | NM | 2083% | 581% | 78% | 305% | 68% | 53% | 62% | 56% | 59% | 125% |
| WA Shares Outstanding | -- | -- | 0% | 17% | 4% | 23% | 23% | 48% | 27% | 30% | 22% | 23% | 2% | 3% | 11% | 3% |
| Diluted EPS | -- | -- | -- | -- | -- | NM | 1675% | 360% | 40% | 211% | 38% | 25% | 58% | 52% | 43% | 119% |

Source: Company reports and CIBC World Markets Corp.

## Our EPS estimates are shown below:

| | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Yearly |
|---|---|---|---|---|---|
| 2007 Current | $0.27A | $0.31A | $0.30E | $0.39E | $1.28E |
| 2008 Current | $0.37E | $0.39E | $0.48E | $0.59E | $1.83E |
| 2009 Current | -- | -- | -- | -- | $4.00E |

CIBC
World Markets

# IMPORTANT DISCLOSURES:

**Analyst Certification:**  Each CIBC World Markets research analyst named on the front page of this research report, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this report and all other companies and securities mentioned in this report that are covered by such research analyst and (ii) no part of the research analyst's compensation is, was, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this report.

**Potential Conflicts of Interest:**  Equity research analysts employed by CIBC World Markets are compensated from revenues generated by various CIBC World Markets businesses, including the CIBC World Markets Investment Banking Department within the Corporate and Leveraged Finance Division.  Research analysts do not receive compensation based upon revenues from specific investment banking transactions.  CIBC World Markets generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers.  Additionally, CIBC World Markets generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers.

In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, CIBC World Markets may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon.

Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for LDK Solar Co., Ltd. (LDK)

2a      LDK Solar Co., Ltd. is a client for which a CIBC World Markets company has performed investment banking services  in the past 12 months.

2b      CIBC World Markets Corp. has managed or co-managed a public offering of securities for LDK Solar Co., Ltd. in the past 12 months.

2d      CIBC World Markets Corp. has received compensation for investment banking services from LDK Solar Co., Ltd. in the past 12 months.

2f      CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from LDK Solar Co., Ltd. in the next 3 months.



# CIBC World Markets Price Chart

**No price chart is available because CIBC World Markets
has covered this company,
LDK Solar Co., Ltd. (LDK), for less than one year.**

No rating history data found for LDK Solar Co., Ltd.

CIBC
World Markets

5

# CIBC World Markets' Stock Rating System

| Abbreviation | Rating | Description |
|---|---|---|
| **Stock Ratings** | | |
| SO | Sector Outperformer | Stock is expected to outperform the sector during the next 12-18 months. |
| SP | Sector Performer | Stock is expected to perform in line with the sector during the next 12-18 months. |
| SU | Sector Underperformer | Stock is expected to underperform the sector during the next 12-18 months. |
| NR | Not Rated | CIBC World Markets does not maintain an investment recommendation on the stock. |
| R | Restricted | CIBC World Markets is restricted*** from rating the stock. |
| **Sector Weightings**** | | |
| O | Overweight | Sector is expected to outperform the broader market averages. |
| M | Market Weight | Sector is expected to equal the performance of the broader market averages. |
| U | Underweight | Sector is expected to underperform the broader market averages. |
| NA | None | Sector rating is not applicable. |

**Broader market averages refer to the S&P 500 in the U.S. and the S&P/TSX Composite in Canada.
"Speculative" indicates that an investment in this security involves a high amount of risk due to volatility and/or liquidity issues.
***Restricted due to a potential conflict of interest.

### Ratings Distribution*: CIBC World Markets' Coverage Universe

| (as of 04 Oct 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 382 | 41.4% | Sector Outperformer (Buy) | 192 | 50.3% |
| Sector Performer (Hold/Neutral) | 447 | 48.4% | Sector Performer (Hold/Neutral) | 221 | 49.4% |
| Sector Underperformer (Sell) | 61 | 6.6% | Sector Underperformer (Sell) | 28 | 45.9% |
| Restricted | 18 | 2.0% | Restricted | 16 | 88.9% |

### Ratings Distribution:  Alternative Energy Coverage Universe

| (as of 04 Oct 2007) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 3 | 27.3% | Sector Outperformer (Buy) | 1 | 33.3% |
| Sector Performer (Hold/Neutral) | 7 | 63.6% | Sector Performer (Hold/Neutral) | 3 | 42.9% |
| Sector Underperformer (Sell) | 1 | 9.1% | Sector Underperformer (Sell) | 1 | 100.0% |
| Restricted | 0 | 0.0% | Restricted | 0 | 0.0% |

Alternative Energy Sector includes the following tickers:  CSIQ, ENER, ESLR, FCEL, JASO, LDK, SOLF, SPWR, STP, WFR, YGE.

*Although the investment recommendations within the three-tiered, relative stock rating system utilized by CIBC World Markets do not correlate to buy, hold and sell recommendations, for the purposes of complying with NYSE and NASD rules, CIBC World Markets has assigned buy ratings to securities rated Sector Outperformer, hold ratings to securities rated Sector Performer, and sell ratings to securities rated Sector Underperformer without taking into consideration the analyst's sector weighting.



Downgrading to SU: Unconfirmed Allegations Could Raise Near-Term Pressure - October 30, 2008

# Legal Disclaimer

This report is issued and approved for distribution by (i) in the United States, CIBC World Markets Corp., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the Investment Dealers Association ("IDA"), the Toronto Stock Exchange, the TSX Venture Exchange and CIPF, (iii) in the United Kingdom, CIBC World Markets plc, which is regulated by the Financial Services Authority ("FSA"), and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC (collectively, "CIBC World Markets"). This report is provided, for informational purposes only, to institutional investor clients of CIBC World Markets in the United States and Canada and retail clients of CIBC World Markets in Canada, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. This document and any of the products and information contained herein are not intended for the use of private investors in the United Kingdom. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc. The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited.

The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of CIBC World Markets. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. CIBC World Markets suggests that, prior to acting on any of the recommendations herein, Canadian retail clients of CIBC World Markets contact one of our client advisers in your jurisdiction to discuss your particular circumstances. Non-client recipients of this report who are not institutional investor clients of CIBC World Markets should consult with an independent financial advisor prior to making any investment decision based on this report or for any necessary explanation of its contents. CIBC World Markets will not treat non-client recipients as its clients solely by virtue of their receiving this report.

Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. CIBC World Markets accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to CIBC World Markets.

Information, opinions and statistical data contained in this report were obtained or derived from sources believed to be reliable, but CIBC World Markets does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by CIBC World Markets or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.

Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.

This report may provide addresses of, or contain hyperlinks to, Internet web sites. CIBC World Markets has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third-party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2007 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved. Unauthorized use, distribution, duplication or disclosure without the prior written permission of CIBC World Markets is prohibited by law and may result in prosecution.



7