1 | LATHAM & WATKINS LLP
   James J. Farrell (Bar No. 166595)
2 |    james.farrell@lw.com
355 South Grand Avenue
3 | Los Angeles, California  90071
Telephone:  (213) 485-1234
4 | Facsimile:  (213) 891-8763

5 | LATHAM & WATKINS LLP
   John C. Tang (Bar No. 212371)
6 |    john.tang@lw.com
   Raymond A. Gallenberg (Bar No. 239484)
7 |    ray.gallenberg@lw.com
140 Scott Drive
8 | Menlo Park, California  94025
Telephone:  (650) 328-4600
9 | Facsimile:  (650) 463-2600

LATHAM & WATKINS LLP
   Matthew D. Harrison (Bar No. 210981)
   matt.harrison@lw.com
505 Montgomery St., Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendants

10
11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN JOSE DIVISION

14 | In re LDK SOLAR SECURITIES LITIGATION

15

16 | This Document Relates To:

17 | ALL ACTIONS.

18

19

20

MASTER FILE NO.  C-07-05182-WHA (BZ)

**MANUAL FILING NOTIFICATION**

**Exhibit 9 to the Declaration of Meghna Subramanian**

Judge:     Hon. William H. Alsup
Date:      February 11, 2010
Time:      8:00 a.m.
Courtroom: 9, 19th Floor

21

22 | # FILED UNDER SEAL PURSUANT TO

23 | # DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibit 9 to the Declaration of Meghna Subramanian in Support of Defendants'
Motion.

      This filing is in paper only, and is being maintained in the case file in the Clerk's
Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For
information on retrieving this filing directly from the court, please see the court's main website
at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not efiled for the following reason(s):

_____    Voluminous Document (PDF file size larger than efiling system allowances)

_____    Unable to Scan Documents

_____    Physical Object (description): _____

_____

_____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__    Item Under Seal

_____    Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____    Other (description): _____

_____

Dated:  January 7, 2010          Respectfully Submitted,


                LATHAM & WATKINS LLP

                By_____**/s/**_____
                   Raymond A. Gallenberg
                   Counsel for Defendants
                   .

SV\703555.1