UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re LDK Solar Securities Litigation | Master File No. C-07-05182-WHA (BZ) |
|---|---|
| This Document Relates to: <br> ALL ACTIONS | [~~PROPOSED~~] ORDER APPROVING LEAD PLAINTIFF'S MOTION TO REMOVE IMPROPERLY FILED DOCUMENT: DOCKET ITEM NO. 403-1 |

Having considered the papers in support of Lead Plaintiff's Motion to Remove Improperly Filed Document: Docket Item No. 403-1, and finding good cause therefore; Lead Plaintiff's Administrative Request is **GRANTED**. Exhibit A to the Declaration of Joshua S. Devore, (Dkt. No. 403-1), is **HEREBY SEALED** and this document shall be **REMOVED** from the public docket and deemed replaced by redacted Exhibit A (Dkt. No. 414).

**IT IS SO ORDERED**.

Dated: _____January 14_____, 2010

_____
Hon. William Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Master File No. C-07-01582-WHA