Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (SBN 259688)
aphillips@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Liaison Counsel for the Class*

Herbert E. Milstein
hmilstein@cohenmilstein.com
Joshua S. Devore
jdevore@cohenmilstein.com
Mathew B. Kaplan
mkaplan@cohenmilstein.com
**COHEN MILSTEIN SELLERS
  & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-07-05182-WHA<br><br>CLASS ACTION<br><br>**DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING JANE D. NETTESHEIM'S OPINIONS ON LOSS CAUSATION AND DAMAGES**<br><br>Judge: Hon. William H. Alsup<br>Date:   February 11, 2010<br>Time:  8:00 a.m.<br>Ctrm:  9, 19th Floor |

[C-07-5182-WHA(BZ)]CTH DECL ISO OPP TO DEFS' MTN TO EXCLUDE EVIDENCE

I, Christopher T. Heffelfinger, declare:

1. I am a partner in the San Francisco office of the law firm of Berman DeValerio. I submit this Declaration in Support of Lead Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Evidence and Argument Regarding Jane D. Nettesheim's Opinions on Loss Causation and Damages.

2. I am a member in good standing of the State Bar of California, and I am admitted to practice before the United States District Court for the Northern District of California.

3. The facts set forth herein are based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from the (unsigned) Deposition Transcript of the deposition of Plaintiff's expert, Jane D. Nettesheim, transcribed on September 19, 2008.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts from the (unsigned) Deposition Transcript of the deposition of Plaintiff's expert, Jane D. Nettesheim, transcribed on December 2, 2009.

6. Attached here to as Exhibit C is a true and correct copy of excerpts from the (unsigned) Deposition Transcript of the deposition of Defendants' expert, Kenneth Lehn, transcribed on December 15, 2009.

7. Attached hereto as Exhibit D is a true and correct copy of a law review article by Janet Cooper Alexander, entitled "The Value of Bad News in Securities Class Actions" which appeared in the UCLA Law Review of August 1994.

8. Attached hereto as Exhibit E is a true and correct copy of a law review article by Bradford Cornell and Gregory Morgan, entitled "Using Finance Theory to Measure Damages in Fraud on the Market Cases" which appeared in the UCLA Law Review of June 1990.

9. Attached hereto as Exhibit F is a true and correct copy of a law review article by Jon Koslow, entitled "Estimating Aggregate Damages in Class-Action Litigation under Rule 10b-5 for Purposes of Settlement" which appeared in the Fordham Law Review of April 1991.

10. Attached hereto as Exhibit G is a true and correct copy of a NERA Working Paper by David Tabak and Chudozie Okongwu, entitled "Inflation Methodologies in Securities Fraud Cases: Theory and Practice" and dated July 6, 2002.

11. Attached hereto as Exhibit H is a true and correct copy of an order entered by the United States District Court for the Central District of California on December 17, 2004 in the case captioned *In re Homestore.com, Inc. Securities Litigation*, Master File Number 01-CV-11115 RSWL (CWx).

12. Attached hereto as Exhibit I is a true and correct copy of a slip opinion issued by the United States District Court for the Southern District of New York on March 6, 2003 in the case captioned *In re Oxford Health Plans, Inc. Securities Litigation,* Multi-District Litigation Number 1222 (CLB).

13. Attached hereto as Exhibit J is a true and correct copy of an analyst's report on LDK, released by Piper Jaffray on October 4, 2007.

14. Attached hereto as Exhibit K is a true and correct copy of an article by Bill Alpert, entitled "China's Solar Boom Loses Its Luster" which appeared in Barron's on October 8, 2007.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed in San Francisco, California on January 21, 2010.

DATED: January 21, 2010        **BERMAN DeVALERIO**

   /s/ Christopher T. Heffelfinger
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for the Class*

| | |
|---|---|
| 1 | Herbert E. Milstein |
| 2 | Joshua S. Devore<br>Mathew B. Kaplan |
| 3 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 4 | 1100 New York Avenue, N.W.<br>West Tower, Suite 500 |
| 5 | Washington, DC  20005-3964<br>Telephone: (202) 408-4600 |
| 6 | Facsimile:  (202) 408-4699 |
| 7 | *Lead Counsel for the Class* |