IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION.

This Document Relates to:

    All Actions.

No. C 07-05182 WHA

**ORDER RE LETTER OF FEBRUARY 5, 2010**

    Once the Court receives a fully executed and final version of a stipulation of settlement, the Court will consider whether to postpone the hearing now set for February 11. Meanwhile, the hearing will remain on calendar.

Dated: February 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE