## COHEN MILSTEIN

Herbert E. Milstein
(202) 408-4600

February 10, 2010

**VIA HAND DELIVERY**

Hon. William H. Alsup
United States District Court
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco CA 94102

Re: *In re LDK Solar Securities Litigation*, C-07-05182-WHA (BZ)

Dear Judge Alsup:

Further to our letter of February 5, 2010 regarding the status of the settlement of this action, we are pleased to enclose the executed Stipulation of Settlement resolving the action. As we informed the Court in our February 5 letter, the Parties are still working diligently to complete the necessary exhibits to accompany the stipulation that will, *inter alia,* effectuate notice to the Class regarding the settlement and provide the mechanism for submission of claims. The Parties have committed to finalizing those exhibits, including the Notice of Settlement, by the end of this week. Having reached agreement on all of the material terms of the Settlement, as indicated by the signing of the Stipulation of Settlement, the Parties do not foresee any difficulties in finalizing the remaining exhibits this week.

In accordance with the Court's Order of February 5, 2010 requiring a signed stipulation of settlement prior to considering postponement of the hearing scheduled for February 11, 2010, we would respectfully ask the Court to do so in light of the submission of the enclosed Stipulation of Settlement. As soon as the Parties have finalized the exhibits to the Stipulation of Settlement, we will submit those exhibits to the Court with a request to set a schedule for considering the preliminary approval of the settlement pursuant to Fed. R. Civ. P. 23(e).

Unfortunately, for a separate and unrelated reason, we must respectfully ask the Court to postpone the scheduled February 11 hearing in any event, or else allow Plaintiff's Lead Counsel to participate telephonically. As the Court may be aware, we are currently experiencing extreme weather conditions in Washington D.C. and the East Coast. The undersigned was scheduled to travel to San Francisco in advance of the February 11 hearing; however, we have been informed that all flights have been cancelled and there is simply no way for us to get to San Francisco in

February 10, 2010
Page 2

advance of the currently scheduled hearing. We apologize for this inconvenience, and would be happy to participate in a hearing by telephone should the Court wish to hold a hearing as scheduled. Otherwise, should the Court wish to conduct a hearing this week at which Plaintiff's Lead Counsel can attend in person, we would respectfully request that it be postponed until Friday.

Respectfully submitted,

Herbert E. Milstein

cc: James Farrell, Esq. (via electronic mail)
John Tang, Esq. (via electronic mail)

Enclosure