IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES LITIGATION.

No. C 07-05182 WHA

This Document Relates to:

All Actions.

**ORDER POSTPONING HEARING**

The hearing on the pending motions for summary judgment and in limine is hereby moved to **TUESDAY, FEBRUARY 16 AT 2:00 P.M.** If a completely executed (by the parties and counsel) and final settlement agreement with all exhibits is submitted before then, the hearing will instead be used to consider preliminary approval under Rule 23. Please submit as part of the motion for preliminary approval the cash recovery per investor and the cash recovery per share for the class.

**IT IS SO ORDERED.**

Dated: February 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE