1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11                                                        No. C 07-05182 WHA

12    IN RE LDK SOLAR SECURITIES
      LITIGATION.

13    _____/         **ORDER RE PROPOSED**
                                                **MODIFICATIONS OF**
14    This Document Relates to:                 **INTRODUCTORY**
                                                **PARAGRAPH TO**
15         All Actions.                         **CLASS NOTICE**

16    _____/

17           On February 16, 2010, preliminary approval of a proposed settlement was granted in this

18    securities fraud class action alleging inventory and accounting irregularities at defendant LDK

19    Solar Co., Ltd.  The proposed form of notice was approved with the addition of a summary

20    paragraph to begin on the first page.  Counsel was invited to propose edits to the paragraph to

21    improve its accuracy.  After consideration of counsels' proposed edits, this order adopts the

22    following paragraph to be inserted at the beginning of the notice to be bolded as follows:

23                           **SUMMARY OF PROPOSED SETTLEMENT**

24    **You are a class member whose rights will be extinguished by a proposed settlement and
      your views as to its fairness are requested by the federal court.  It would settle all**
25    **shareholder claims for American Depository Shares ("ADS") of LDK Solar Co., Ltd., and
      for put and call options on those shares, purchased from June 1, 2007, through October 7,**
26    **2007.  The lead plaintiff claims the class should recover up to $293 million if the case is tried
      but proposes to settle for $16 million due to problems of proof and collectibility.  From this,**
27    **class counsel would seek up to $2.4 million in attorney's fees, $3.1 million in expenses and
      $250,000 in administrative costs, for a total deduction of $5.75 million, leaving $10.25**
28    **million to be divided among class members.  The average check per investor would be in the
      range of $500, although some checks would be less and some more.  The release which is
      part of the settlement would bar all future claims by class members of the type asserted but**

1  **would not bar a derivative action still pending in state court, described below. The Court**
2  **invites the views of all class members on the fairness of the proposed settlement. If you**
   **wish, you may opt out of the settlement and bring your own suit, all as described below.**

3        In all other respects, the February 17 order granting preliminary approval of settlement

4  remains in effect.

5

6        **IT IS SO ORDERED.**

7

8  Dated:  February 23, 2010.

   _____
9                                         WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2