1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LDK SOLAR SECURITIES
LITIGATION.

_____/

This Document Relates to:

    All Actions.

_____/

No. C 07-05182 WHA


**ORDER DENYING MOTION TO
SEAL PLAINTIFF'S REPLY IN
SUPPORT OF MOTION TO
COMPEL (DKT. NO. 327)**

      Plaintiffs move to seal their reply brief in support of their motion to compel production of
redacted notebook passages (Dkt. No. 327). The reply included excerpts from a deposition
transcript designated as confidential by defendants. However, pursuant to Local Rule 79-5(d),
defendants did not file (1) a declaration establishing that the deposition transcript is sealable or
(2) a proposed sealing order. Accordingly, the motion to seal is **DENIED**.


     **IT IS SO ORDERED.**


Dated: February 24, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE