| | |
|---|---|
| LATHAM & WATKINS LLP<br>  James J. Farrell (Bar No. 166595)<br>  james.farrell@lw.com<br>355 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 | LATHAM & WATKINS LLP<br>  Matthew D. Harrison (Bar No. 210981)<br>  matt.harrison@lw.com<br>505 Montgomery St., Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| LATHAM & WATKINS LLP<br>  John C. Tang (Bar No. 212371)<br>  john.tang@lw.com<br>  Raymond A. Gallenberg (Bar No. 239484)<br>  ray.gallenberg@lw.com<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK SOLAR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-07-05182-WHA (BZ)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NO. 528-14**<br><br>Judge:       Hon. William Alsup<br>Date:         No Hearing Set<br>Time:        No Time Set<br>Courtroom: 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION
TO REMOVE INCORRECTLY FILED DOCUMENT
MASTER FILE NO. C-07-05182-WHA (BZ)

Having considered the papers in support of Defendants' Motion to Remove Incorrectly Filed Document: Docket Item No. 528-14, and finding good cause shown, Defendants' Motion is hereby **GRANTED**. Incorrectly filed Exhibit L to the Declaration of Pietro Rossetto in Support of Defendants' Motion for Summary Judgment, which was filed as Docket Item No. 528-14, shall be **REMOVED** from the public docket and deemed replaced by Docket Item No. 535.

**IT IS SO ORDERED**.

DATED: _____March 4,_____, 2010

By _____
Honorable William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
MASTER FILE NO. C-07-05182-WHA (BZ)