23  seek reimbursement of their costs in the amount of $2,732,703.62. About $490,000 of this

5