1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION | ) ) ) Master File No. C-07-05182-WHA (BZ) |
| This Document Relates To: | ) **[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND** |
| All Actions. | ) ) ) |

[C-07-05182-WHA (BZ)]— **[PROPOSED]** ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND

1   This matter having come before the Court on Lead Plaintiff's Unopposed Application for
2   Approval of Distribution of Settlement Fund and for good cause shown;
3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

4   1.   The Court approves the recommendation of Lead Plaintiff and the Claims
5   Administrator that all otherwise valid claims dated after the August 16, 2010 claims deadline but
6   received prior to December 3, 2010 shall be deemed to have been timely filed.

7   2.   Pursuant to Lead Plaintiff's request, an additional $3,161.05 in addition to the
8   amount previously approved by the Court in litigation expenses (plus interest on such amount
9   accrued at the same rate as that earned on the settlement fund) shall be distributed from the
10  Settlement Fund to the law firm that actually has or actually will pay such expenses.

11  3.   Plaintiff's counsel shall disburse the remaining one-half of attorneys fees and
12  expenses previously awarded but deferred until distribution of the Settlement Fund without
13  further Order of the Court at the same time Plaintiff's counsel provides to the Court certification
14  in the form of a filing of a Notice of Distribution that checks have been mailed to valid claimants.

15  4.   The Claims Administrator's determination as to how the Net Settlement Fund
16  shall be allocated is approved, including the Claims Administrator's determination that claimant
17  Bo Lee is not entitled to a payment from the Net Settlement Fund.

18  5.   Pursuant to the terms of the Settlement, all claimants, whether or not they are to
19  receive payment from the Net Settlement Fund, are hereby barred from making any further claim
20  against the Settlement Fund or the Released Parties beyond the amount allocated to them by the
21  Claims Administrator.

22  6.   The Claims Administrator is authorized to destroy paper records relating to
23  this matter after one year and electronic copies after three years.

24
25  **IT IS SO ORDERED.**
26
27
28

[C-07-05182-WHA (BZ)]—[~~PROPOSED~~] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND

1  Dated: December 17, 2010.

                        WILLIAM ALSUP
2                         UNITED STATES DISTRICT COURT JUDGE